2/18/11 2:38PM

B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Southern District of California

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>NO FEAR RETAIL STORES, INC., a California corporation | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>20-5238208 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>1812 Aston Avenue<br>Carlsbad, CA                      ZIP Code 92008 | Street Address of Joint Debtor (No. and Street, City, and State):                      ZIP Code |
| County of Residence or of the Principal Place of Business:<br>San Diego | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                      ZIP Code | Mailing Address of Joint Debtor (if different from street address):                      ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101.(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE IS FOR COURT USE ONLY**

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ■ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

2/18/11 2:38PM

B1 (Official Form 1)(4/10)                                                                                             Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>NO FEAR RETAIL STORES, INC., a California corporation |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)    (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)

        _____
        (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

2/18/11 2:38PM

B1 (Official Form 1)(4/10)    Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>NO FEAR RETAIL STORES, INC., a California corporation |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney***<br><br>X /s/ David S. Kupetz<br>Signature of Attorney for Debtor(s)<br><br>David S. Kupetz, Esq. (State Bar No. 125062)<br>Printed Name of Attorney for Debtor(s)<br><br>SulmeyerKupetz<br>Firm Name<br><br>333 South Hope Street<br>35th Floor<br>Los Angeles, CA 90071-1406<br>Address<br><br>213.626.2311  Fax: 213.629.4520<br>Telephone Number<br><br>2/23/11<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X /s/<br>Signature of Authorized Individual<br><br>Mark Simo<br>Printed Name of Authorized Individual<br><br>Chief Executive Officer<br>Title of Authorized Individual<br><br>2/24/11<br>Date | |

## ACTION BY WRITTEN CONSENT
## OF
## DIRECTORS

### NO FEAR RETAIL STORES, INC.
a California corporation

February 11, 2011

The undersigned, being all of the directors of No Fear Retail Stores, Inc., a California corporation (the "*Company*"), acting pursuant to the authority of Sections 307(b) of the California General Corporation Law, do hereby consent, approve and adopt the following resolutions.

RESOLVED, that it is in the best interests of this Company, its creditors, stockholders, and other interested parties that the Company file a petition for relief under the provisions of chapter 11 of the Bankruptcy Code.

FURTHER RESOLVED, that a petition under said chapter 11 shall be filed as executed by the Chief Executive Officer on behalf of the Company and the same hereby is approved and adopted in all respects, and the Chief Executive Officer is hereby authorized and directed, on behalf of and in the name of the Company, to execute and verify such petition and to cause the same to be filed with the United States Bankruptcy Court, Southern District of California.

FURTHER RESOLVED, that officers of the Company be, and hereby are, authorized to execute and file all schedules, lists, and other papers, and to take any and all action which the Chief Executive Officer shall deem necessary and proper, considering the advice of counsel, in connection with such proceedings under said chapter 11 and in that connection to retain and employ all assistance by legal counsel and other professionals which he may deem necessary and proper with a view to the successful termination of such proceedings.

FURTHER RESOLVED, that the firm of SulmeyerKupetz, a professional corporation, hereby is retained as bankruptcy counsel for the Company in connection with the commencement and maintenance of the aforementioned chapter 11 case, including all matters and proceedings arising in such chapter 11 case, pursuant to the terms and conditions set forth in all written agreements between the Company and SulmeyerKupetz.

FURTHER RESOLVED, that all actions heretofore taken by the officers of the Company in connection with the implementation of the foregoing proceedings be, and hereby are, ratified, confirmed and approved as the acts and deeds of the Company.

[Signature Page Follows]

IN WITNESS WHEREOF, the undersigned have executed this Action by Written Consent as of the date first set forth above, thereby agreeing that the foregoing resolutions shall be of the same force and effect as if regularly adopted at a meeting held upon due notice. This Action by Written Consent may be executed in counterparts, each of which shall be deemed an original and all of which together shall constitute one and the same instrument. This Action by Written Consent may be executed by facsimile transmission and such facsimile shall be valid and binding to the same extent as if it were an original.

_____
Mark Sinno

_____
Brian Sinno

_____
Scott Benjamin

2

2/18/11 2:38PM

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of California

In re    NO FEAR RETAIL STORES, INC., a California corporation
         Debtor(s)

Case No.
Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Credit Cash NJ, LLC<br>505 Park Avenue<br>Sixth Floor<br>New York, NY 10022 | Credit Cash NJ, LLC<br>Attn: Dean Landis<br>505 Park Avenue<br>Sixth Floor<br>New York, NY 10022<br>dlandis@egcap.com | Trade Debt | | $1,194,807.00 |
| Silver Triangle Industries<br>11211 Sorrento Valley Road<br>Suite 1<br>San Diego, CA 92121 | Silver Triangle Industries<br>Attn: Jorge Navarro<br>11211 Sorrento Valley Road<br>Suite I<br>San Diego, CA 92121<br>Telephone: (858) 646-7626<br>Fax: (858) 646-7628<br>silverind@aol.com | Trade Debt | | $647,978.00 |
| McGladrey & Pullen, LLP<br>1455 Frazee Road<br>Suite 600<br>San Diego, CA 92108 | McGladrey & Pullen, LLP<br>Attn: Matt Bradvica<br>1455 Frazee Road<br>Suite 600<br>San Diego, CA 92108<br>Telephone: (619) 516-1122<br>Fax: (619) 280-6902<br>matt.bradvica@mcgladrey.com | Trade Debt | | $471,804.00 |
| Jamie Middleton<br>8102 North Mummy Mountain Road<br>Paradise Valley, AZ 85253 | Jamie Middleton<br>8102 North Mummy Mountain Road<br>Paradise Valley, AZ 85253-2242<br>Telephone: (480) 609-1922<br>email4jlm@aol.com | Note Payable | | $360,671.76 |
| Fasken Martineau Dumoulin LLP<br>Toronto Dominion Bank Tower<br>Suite 4200<br>M5K 1N6 Toronto CAN | Fasken Martineau Dumoulin LLP<br>Attn: Stephen B. Kerr<br>Toronto Dominion Bank Tower<br>Suite 4200<br>M5K 1N6 Toronto CAN<br>Telephone: (416) 865-5141<br>Fax: (416) 364-7813<br>skerr@fasken.com | Trade Debt | | $312,441.81 |

B4 (Official Form 4) (12/07) - Cont.

In re  NO FEAR RETAIL STORES, INC., a California corporation                Case No. _____
                            Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| La Jolla Group, Inc. 14350 Myford Road Irvine, CA 92606 | La Jolla Group, Inc. Attn: Bill Bussiere 14350 Myford Road Irvine, CA 92606 Telephone: (949) 334-1342 Fax: (949) 334-1342 bill.bussiere@lajollagroup.com | Note Payable | | $235,229.97 |
| Latham & Watkins LLP 31062 South Coast Highway Laguna Beach, CA 92651 | Latham & Watkins LLP Attn: Cary K. Hyden 31062 South Coast Highway Laguna Beach, CA 92651 Telephone: (714) 755-8254 cary.hyden@lw.com | Trade Debt | | $220,869.75 |
| Jido & Juniar, Inc. d/b/a N&L Productions 6214 Topiary Street Carlsbad, CA 92009 | Jido & Juniar, Inc. d/b/a N&L Productions Attn: Laith Haisha 6214 Topiary Street Carlsbad, CA 92009 Telephone: 619-540-5466 Fax: (760) 931-9743 laith@jandjclothing.com | Trade Debt | | $220,537.79 |
| Tony Wanket Construction 934 North Coast Highway Suite 101 Encinitas, CA 92024 | Tony Wanket Construction Attn: Tony Wanket 934 North Coast Highway Suite 101 Encinitas, CA 92024 Telephone: (760) 944-8090 Fax: (760) 944-8095 foretw@aol.com | Note Payable | | $217,822.10 |
| Reno Retail Company LLC 2222 Arlington Avenue Birmingham, AL 35205 | Reno Retail Company LLC Attn: Jeffrey Pomeroy 2222 Arlington Avenue Birmingham, AL 35205 Telephone: (205) 939-3111 Fax: (205) 795-4161 jpomeroy@bayeproperties.com | Lease Litigation Settlement Agreement | | $200,000.00 |
| SRH Productions 2826 La Mirada Drive Suite B Vista, CA 92083 | SRH Productions Attn: Ryan White 2826 La Miranda Drive Suite B Vista, CA 92083 Telephone: (760) 599-4594 Fax: (760) 599-4595 ryan@srh.com | Trade Debt | | $149,062.58 |

2/18/11 2:38PM

B4 (Official Form 4) (12/07) - Cont.

In re   NO FEAR RETAIL STORES, INC., a California corporation                              Case No. _____
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Cygnus Sportswear, Inc.<br>15130 Northam Street<br>La Mirada, CA 90638 | Cygnus Sportswear, Inc.<br>Attn: Salim<br>15130 Northam Street<br>La Mirada, CA 90638<br>Telephone: (714) 739-1100<br>Fax: (714) 739-1112 | Trade Debt | | $148,104.42 |
| UPS<br>Glenlake Parkway NE<br>Atlanta, CA 30328 | UPS<br>Attn: Legal Department<br>Glenlake Parkway NE<br>Atlanta, CA 30328<br>Telephone: (404) 828-6000, Ext. 4<br>Fax (404) 828-6912 | Trade Debt | | $129,950.73 |
| Robin Houston<br>6533 North 63rd Place<br>Paradise Valley, AZ 85253 | Robin Houston<br>6533 North 63rd Place<br>Paradise Valley, AZ 85253<br>Telephone: (623) 332-7043<br>rsaehouston@yahoo.com | Note Payable | | $101,273.97 |
| Coastal Grand Myrtle Beach<br>2000 Coastal Grand Circle<br>Myrtle Beach, SC 29577 | Coastal Grand<br>Attn: Steve McGhee<br>2000 Coastal Grand Circle<br>Myrtle Beach, SC 29577<br>Telephone: (843) 839-9110<br>Fax: (843) 839-9115<br>steve_mcghee@cblproperties.com | Trade Debt | | $88,488.26 |
| Coba-Blackmore<br>Post Office Box 1810<br>Rancho Santa Fe, CA 92067 | Coba-Blackmore<br>Attn: Colleen Blackmore<br>Post Office Box 1810<br>Rancho Santa Fe, CA 92067<br>Telephone: (760) 804-9600<br>Fax: (760) 804-9607<br>colleen@theblackmorecompany.com | Trade Debt | | $87,485.58 |
| LFP Apparel, LLC<br>9360 Penfield Avenue<br>Chatsworth, CA 91311 | LFP Apparel, LLC<br>Attn: Russell Meisels<br>9360 Penfield Avenue<br>Chatsworth, CA 91311<br>Telephone: (323) 951-7897<br>Fax: (323) 651-3525<br>rmeisels@lfp.com | Trade Debt | | $86,920.94 |
| Simi Valley Mall, LLC<br>Post Office Box 72155<br>Cleveland, OH 44192 | Simi Valley Mall, LLC<br>Post Office Box 72155<br>Cleveland, OH 44192<br>Telephone: (216) 621-6060 | Trade Debt | | $75,446.92 |

B4 (Official Form 4) (12/07) - Cont.
In re   NO FEAR RETAIL STORES, INC., a California corporation                     Case No. _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Paradise Valley Mall SPE, LLC<br>401 Wilshire Boulevard<br>Suite 700<br>Santa Monica, CA 90401 | Paradise Valley Mall SPE, LLC<br>Attn: Carol Milton<br>401 Wilshire Boulevard<br>Suite 700<br>Santa Monica, CA 90401<br>Telephone: (310) 394-6000<br>Fax: (310) 395-2791 | Lease Litigation Settlement | | $70,000.00 |
| Ralph's Sportswear LLC<br>1225 Rachel Circle<br>Escondido, CA 92026 | Ralph's Sportswear LLC<br>Attn: George Malko<br>1225 Rachel Circle<br>Escondido, CA 92026 | Trade Debt | | $60,242.00 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    February 24 2011                    Signature    /s/ Mark Simo
                                                         Mark Simo
                                                         Chief Executive Officer

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

2/18/11 2:38PM

CSD 1008 [08/21/00]
Name, Address, Telephone No. & I.D. No.
David S. Kupetz, Esq. (State Bar No. 125062)
SulmeyerKupetz, A Professional Corporation
333 South Hope Street, 35th Floor
Los Angeles, CA 90071-1406
Telephone: (213) 626-2311; dkupetz@sulmeyerlaw.com

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
NO FEAR RETAIL STORES, INC., a California corporation

BANKRUPTCY NO.

Debtor.

## VERIFICATION OF CREDITOR MATRIX

PART I (check and complete one):

☒ New petition filed. Creditor diskette required.          TOTAL NO. OF CREDITORS: ___

☐ Conversion filed on _____. *See instructions on reverse side.*
   ☐ Former Chapter 13 converting. Creditor diskette required.          TOTAL NO. OF CREDITORS: ___
   ☐ Post-petition creditors added. Scannable matrix required.
   ☐ There are no post-petition creditors. No matrix required.

☐ Amendment or Balance of Schedules filed concurrently with this original scannable matrix affecting Schedule of Debts and/or Schedule of Equity Security Holders. *See instructions on reverse side.*
   ☐ Names and addresses are being ADDED.
   ☐ Names and addresses are being DELETED.
   ☐ Names and addresses are being CORRECTED.

PART II (check one):

☒ The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

☐ The above-named Debtor(s) hereby verifies that there are no post-petition creditors affected by the filing of the conversion of this case and that the filing of a matrix is not required.

Date: February 24 2011

_____
Mark Simo/Chief Executive Officer
No Fear Retail Stores, Inc.
Signer/Title

REFER TO INSTRUCTIONS ON REVERSE SIDE

CSD 1008

Software Copyright (c) 1996-2010 CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

CSD 1008 (Page 2) [08/21/00]

## INSTRUCTIONS

1) Full compliance with Special Requirements for Mailing Addresses (CSD 1007) is required.

2) A creditors matrix with Verification is required whenever the following occurs:

   a) A new petition is filed. Diskette required.

   b) A case is converted on or after SEPTEMBER 1, 2000. (See paragraph 4b concerning post-petition creditors.)

   c) An amendment to a case on or after SEPTEMBER 1, 2000, which adds, deletes or changes creditor address information on the debtor's Schedule of Debts and/or Schedule of Equity Security Holders. Scannable matrix format required.

3) The scannable matrix must be originally typed or printed. It may not be a copy.

4) CONVERSIONS:

   a) When converting a Chapter 13 case filed before SEPTEMBER 1, 2000, to another chapter, ALL creditors must be listed on the mailing matrix at the time of filing and accompanied by a Verification. Diskette required.

   b) For Chapter 7, 11, or 12 cases converted on or after SEPTEMBER 1, 2000, only post-petition creditors need be listed on the mailing matrix. The matrix and Verification must be filed with the post-petition schedule of debts and/or schedule of equity security holders. If there are no post-petition creditors, only the verification form is required. Scannable matrix format required.

5) AMENDMENTS AND BALANCE OF SCHEDULES:

   a) Scannable matrix format required.

   b) The matrix with Verification is a document separate from the amended schedules and may not be used to substitute for any portion of the schedules. IT MUST BE SUBMITTED WITH THE AMENDMENT/BALANCE OF SCHEDULES.

   c) Prepare a separate page for each type of change required: ADDED, DELETED, or CORRECTED. On the REVERSE side of each matrix page, indicate which category that particular page belongs in. Creditors falling in the same category should be placed on the same page in alphabetical order.

6) Please refer to CSD 1007 for additional information on how to avoid matrix-related problems.

CSD 1008

Software Copyright (c) 1996-2010 CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

NO FEAR RETAIL STORES, INC., a California corporation
1812 Aston Avenue
Carlsbad, CA 92008


David S. Kupetz, Esq. (State Bar No.
SulmeyerKupetz
333 South Hope Street
35th Floor
Los Angeles, CA 90071-1406


United States Trustee
411 West Fourth Street
Suite 9041
Santa Ana, CA 92701


Arizona Public Services
Post Office Box 2906
Phoenix, AZ 85062


AT&T
Post Office Box 105262
Atlanta, GA 30348


AT&T
Post Office box 105068
Atlanta, GA 30348


AT&T
Post Office box 5001
Carol Stream, IL 60197


AT&T
Post Office Box 5019
Carol Stream, IL 60197


AT&T
Payment Center
Sacramento, CA 95887

BCN Telecom, Inc.
Post Office Box 52248
Newark, NJ 07101


Brask Enterprises, Inc.
Post Office Box 2400
Sparks, NV 89432


CenturyLink
Post Office Box 96064
Charlotte, NC 28296


CenturyLink
Post Office Box 2961
Phoenix, AZ 85062


City of Altamonte Springs
225 Newburport Avenue
Altamonte Springs, FL 32701


Coast Waste Management
Post Office Box 78251
Phoenix, AZ 85062


Coastal Grand Myrtle Beach
2000 Coastal Grand Circle
Myrtle Beach, SC 29577


Coba-Blackmore
Post Office Box 1810
Rancho Santa Fe, CA 92067


Covad Communications
Post Office Box 39000
Department 33408
San Francisco, CA 94139

Cox Communications
Post Office Box 53214
Phoenix, AZ 85072


Credit Cash NJ, LLC
505 Park Avenue
Sixth Floor
New York, NY 10022


Cygnus Sportswear, Inc.
15130 Northam Street
La Mirada, CA 90638


David Beitchman, Esq.
16130 Ventura Boulevard
Suite 570
Encino, CA 91436


Employment Development Departm
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Fasken Martineau Dumoulin LLP
Toronto Dominion Bank Tower
Suite 4200
M5K 1N6 Toronto CAN


FMF International, Inc.
1916 Palomar Oaks Way
Suite 150
Carlsbad, CA 92010


Franchise Tax Board
Bankruptcy Unit
Post Office Box 2952
Sacramento, CA 95812

Franklin J. Love, Esq.
125 South Citrus Avenue
Suite 101
Covina, CA 91723


Gatorz Eyewear
1812 Aston Avenue
Carlsbad, CA 92008


Guardian Water & Power
1160 Goodale Boulevard
Columbus, OH 43212


IEM
24516 Network Place
Chicago, IL 60673


Integra Telecom, Inc.
Post Office Box 3034
Portland, OR 97208


Internal Revenue Service
Insolvency I Stop 5022
300 North Los Angeles St., Rm
Los Angeles, CA 90012-9903


Jamie Middleton
8102 North Mummy Mountain Road
Paradise Valley, AZ 85253


Janet Kaufman, Esq.
462 Stevens Avenue
Suite 310
Solana Beach, CA 92075


Jennifer Peters, Esq.
10100 Santa Monica Boulevard
Suite 2490
Los Angeles, CA 90067

Jido & Juniar, Inc.
6214 Topiary Street
Carlsbad, CA 92009


Joel D. Deutsch, Esq.
1900 Avenue of the Stars
Seventh Floor
Los Angeles, CA 90067


Joseph Antonelli, Esq.
Law Office of Joseph Antonelli
1000 Lakes Drive, Suite 450
West Covina, CA 91790


Kevin T. Barnes, Esq.
Law Offices of Kevin T. Barnes
5670 Wilshire Boulevard, #1460
Los Angeles, CA 90036


La Jolla Group, Inc.
14350 Myford Road
Irvine, CA 92606


Lakeland Electric
Post Office Box 32006
Lakeland, FL 33801


Latham & Watkins LLP
31062 South Coast Highway
Laguna Beach, CA 92651


LFP Apparel, LLC
9360 Penfield Avenue
Chatsworth, CA 91311


Mark Simo
Post Office Box 2445
Rancho Santa Fe, CA 92067

McGladrey & Pullen, LLP
1455 Frazee Road
Suite 600
San Diego, CA 92108


Modesto Irrigation District
Post Office Box 5355
Tacna, AZ 85352


Nevada Department of Taxation
Post Office Box 52609
Phoenix, AZ 85072


New Edge Networks
Post Office Box 4800
Portland, OR 97208


NV Energy
Post Office Box 30086
Reno, NV 89520


Olympic II Mall Services
Post Office Box 19930
Fountain Hills, AZ 85269


Olympic II Mall Services
Post Office Box 55287
Houston, TX 77255


Olympic Mall Services
Post Office Box 80036
Houston, TX 77280


Pacific Gas & Electric
Post Office Box 997300
Sacramento, CA 95899

Pacific Power
1033 NE 6th Avenue
Portland, OR 97256


Paradise Valley Mall SPE, LLC
401 Wilshire Boulevard
Suite 700
Santa Monica, CA 90401


Progress Energy Florida, Inc.
Post Office Box 33199
Saint Petersburg, FL 33733


QWest
Post Office Box 29040
Phoenix, AZ 85038


QWest
Post Office Box 91155
Seattle, WA 98111


Ralph's Sportswear LLC
Attn: George Malko
1225 Rachel Circle
Escondido, CA 92026


Ralph's Sportswear, LLC
1225 Rachel Circle
Escondido, CA 92026


Recology South Valley
Post Office Box 60648
Los Angeles, CA 90060


Reno Retail Company LLC
Attn: Rick Gorbach
2222 Arlington Avenue
Birmingham, AL 35205

Robin Houston
6533 North 63rd Place
Paradise Valley, AZ 85253


SDG&E
Post Office Box 25111
Santa Ana, CA 92799


Silver Triangle Industries
11211 Sorrento Valley Road
Suite 1
San Diego, CA 92121


Simi Valley Mall, LLC
Post Office Box 72155
Cleveland, OH 44192


Southern California Edison
Post Office Box 300
Rosemead, CA 91772


SRH Productions
2826 La Mirada Drive
Suite B
Vista, CA 92083


State Board of Equalization
Post Office Box 942879
Sacramento, CA 94279-6001


Surewest
Post Office Box 30967
Los Angeles, CA 90030


Tony Wanket Construction
934 North Coast Highway
Suite 101
Encinitas, CA 92024

Trico Disposal, Inc.
Post Office Box 7166
Buena Park, CA 90622


TXU Energy
Post Office Box 6506358
Dallas, TX 75265


UPS
Attn: Legal Department
Glenlake Parkway NE
Atlanta, GA 30328


Verizon California
Post Office Box 920041
Dallas, TX 75392


Verizon Wireless
Post Office Box 660108
CA 95266


Windstream
Post Office Box 9001908
Louisville, KY 40290