Thomas J. Leanse (Cal. Bar No. 084638)
Brian D. Huben (Cal. Bar No. 134354)
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 (telephone)
310.788.4471 (facsimile)

Attorneys for Landlord Creditors
Westfield, LLC and The Macerich Company

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(SAN DIEGO)**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NO FEAR RETAIL STORES, INC., | ) | Case No. 11-02896-MM11 |
| | ) | |
| Debtor. | ) | **NOTICE OF APPEARANCE AND** |
| | ) | **REQUEST FOR SPECIAL NOTICE** |
| | ) | |

PLEASE TAKE NOTICE that Westfield, LLC, as Landlord and/or agent for Landlord of the premises located at North County Mall, Escondido, CA, Palm Desert Shopping Center, Palm Desert, CA, Parkway Shopping Center, El Cajon, CA, Plaza Bonita, National City, CA, Plaza Camino Real, Carlsbad, CA, Roseville Galleria, Roseville, CA, Santa Anita Shopping Center, Arcadia, CA, Valencia Town Centre, Valencia, CA, and West Covina Shopping Center, West Covina, CA; and The Macerich Company, as landlord and/or agent for Landlord of the premises located at Arrowhead Towne Center, Glendale, CA, Chandler Fashion Center, Chandler, AZ, Fresno Fashion Fair, Fresno, CA, Northridge Mall, Salinas, CA, Pacific View, Ventura, CA, Paradise Valley Mall, Phoenix, AZ, Superstition Springs Center, Mesa, AZ, The Mall of Victor Valley, Victorville, CA, and Vintage Faire Mall, Modesto, CA (collectively, the "Landlords"), appearing through their counsel, Katten Muchin Rosenman LLP, requests that all notices given or required to be given and all papers served or required to be served in this case, in accordance with Rules 2002(a)(2), (3), and (7), and 9007 of

1

31559401_1.DOC

the Bankruptcy Rules, and Sections 102(1), and 342(a), and 1109(b) of the Bankruptcy Code, be given to and served upon the undersigned at the following address and telephone number:

>Katten Muchin Rosenman LLP
>c/o Thomas J. Leanse
>c/o Brian D. Huben
>2029 Century Park East, Suite 2600
>Los Angeles, California  90067-3012
>Telephone: (310) 788-4400

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise:

(1)    Which affect or seek to affect in any way any rights or interests of Landlords with respect to (a) the Debtors; (b) property or proceeds thereof in which the Debtors may claim an interest; (c) property or proceeds thereof in which Landlords claim an interest; (d) property or proceeds thereof in possession, custody or control of Landlords which the Debtors may seek to use; or

(2)    Which require or seek to require any act, delivery of any property, payment or other conduct by Landlords.

Dated: February 25, 2011

KATTEN MUCHIN ROSENMAN LLP
Thomas J. Leanse
Brian D. Huben


By:    */s/ Brian D. Huben*
      Brian D. Huben
      Attorneys for Landlord Creditors
      Westfield, LLC and The Macerich Company

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Katten Muchin Rosenman LLP, 2029 Century Park East, Suite 2600, Los Angeles, California 90067.

On February 25, 2011, I served the foregoing document described as **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** on the interested parties in this action by placing a true and correct copy of this document thereof, enclosed in a sealed envelope, addressed as follows:

David S. Kupetz, Esq.
Sulmeyer, Kupetz, a Professional Corp.
333 South Hope Street, 35th Street
Los Angeles, CA 90071
E-mail: dkupetz@sulmeyerlaw.com

**(X)    (BY COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") –** Pursuant Local Bankruptcy Rules ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On February 25, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated.

**( )    (BY MAIL)**  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

( )    **BY FACSIMILE -**   I caused the above-referenced documents to be transmitted to the noted addressee(s) at the fax number as stated. Attached to this declaration is a "TX Confirmation Report" confirming the status of transmission

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 25, 2011, at Los Angeles, California.

*/s/ Donna Carolo*
Donna Carolo