**CSD 1001A** [11/15/04]

Name, Address, Telephone No. & I.D. No.

David S. Kupetz (CA Bar No. 125062)
Steven F. Werth (CA Bar No. 205434)
SulmeyerKupetz, A Professional Corporation
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, California  90071-1406
Telephone: 213.626.2311; Facsimile: 213.629.4520

Order Entered on
March 04, 2011
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

NO FEAR RETAIL STORES, INC., a California corporation,

Debtor.

BANKRUPTCY NO. 11-02896-MM11

Date of Hearing: March 1, 2011
Time of Hearing: 9:00 a.m.
Name of Judge: Hon. Margaret M. Mann

# ORDER ON

# MOTION FOR ORDER AUTHORIZING JOINT ADMINISTRATION

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __2__ pages, is granted.  Motion/Application Docket Entry No. __4__

//
//
//
//
//
//
//

DATED: March 04, 2011

_/s/ Margaret M. Mann_

Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

SulmeyerKupetz, A Professional Corporation
(Firm name)

By: /s/ Steven F. Werth
    Attorney for  ☑ Movant  ☐ Respondent

CSD 1001A

Case 11-02896-MM11    Filed 03/04/11    Doc 49    Pg. 2 of 2

```
CSD 1001A [11/15/04] (Page 2)
ORDER ON MOTION FOR ORDER AUTHORIZING JOINT ADMINISTRATION
DEBTOR: NO FEAR RETAIL STORES, INC., a California corporation,          CASE NO: 11-02896-MM11
```

Upon consideration of the motion (the "Motion") of No Fear Retail Stores, Inc. (the "Debtor"), debtor in possession, for entry of an order authorizing joint administration of the Debtors' bankruptcy cases; and it appearing that the relief requested is in the best interests of the Debtor's estate, its creditors, and other parties in interest; and upon the Omnibus Declaration of Mark Simo, in support of Debtor's "First-Day" Motions, filed contemporaneously with the Motion; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that the Motion is a core proceeding pursuant to 28 U.S.C. § 157; and that adequate notice of the Motion and opportunity to objection having been given; and it appearing that no other notice need be given; and after due deliberation and sufficient cause therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED, except that the Motion's request for approval of joint and several liability for expenses is not approved at this time. Each Debtor will separately pay fees to the Office of the United States Trustee.
2. The Debtor's case will be jointly administered with the case of Simo Holdings Inc., Case No. 11-02898-11, and No Fear MX, Inc., Case No. 11-02897-11.
3. The form of notice to be used in the jointly consolidated cases, substantially similar to the form attached as Exhibit "1" [Docket No. 34] is approved.

*Signed by Judge Margaret M. Mann March 04, 2011*