B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of California

In re  NO FEAR RETAIL STORES, INC., a California corporation  
Debtor(s)

Case No. 11-02896-MM11  
Chapter 11

## AMENDED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Silver Triangle Industries<br>11211 Sorrento Valley Road<br>Suite 1<br>San Diego, CA 92121 | Silver Triangle Industries<br>Attn: Jorge Navarro<br>11211 Sorrento Valley Road<br>Suite I<br>San Diego, CA 92121<br>Telephone: (858) 646-7626<br>Fax: (858) 646-7628<br>silverind@aol.com | Trade Debt | | $811,374.91 |
| McGladrey & Pullen, LLP<br>1455 Frazee Road<br>Suite 600<br>San Diego, CA 92108 | McGladrey & Pullen, LLP<br>Attn: Matt Bradvica<br>1455 Frazee Road<br>Suite 600<br>San Diego, CA 92108<br>Telephone: (619) 516-1122<br>Fax: (619) 280-6902<br>matt.bradvica@mcgladrey.com | Trade Debt | | $471,804.00 |
| Jamie Middleton<br>8102 North Mummy Mountain Road<br>Paradise Valley, AZ 85253 | Jamie Middleton<br>8102 North Mummy Mountain Road<br>Paradise Valley, AZ 85253-2242<br>Telephone: (480) 609-1922<br>email4jlm@aol.com | Note Payable | | $360,671.76 |
| Fasken Martineau Dumoulin LLP<br>Toronto Dominion Bank Tower<br>Suite 4200<br>M5K 1N6 Toronto CAN | Fasken Martineau Dumoulin LLP<br>Attn: Stephen B. Kerr<br>Toronto Dominion Bank Tower<br>Suite 4200<br>M5K 1N6 Toronto CAN<br>Telephone: (416) 865-5141<br>Fax: (416) 364-7813<br>skerr@fasken.com | Trade Debt | | $312,441.81 |
| Jido & Juniar, Inc.<br>d/b/a N&L Productions<br>6214 Topiary Street<br>Carlsbad, CA 92009 | Jido & Juniar, Inc.<br>d/b/a N&L Productions<br>Attn: Laith Haisha<br>6214 Topiary Street<br>Carlsbad, CA 92009<br>Telephone: 619-540-5466<br>Fax: (760) 931-9743<br>laith@jandjclothing.com | Trade Debt | | $244,210.49 |

B4 (Official Form 4) (12/07) - Cont.
In re    NO FEAR RETAIL STORES, INC., a California corporation    Case No. _____
               Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| La Jolla Group, Inc. 14350 Myford Road Irvine, CA 92606 | La Jolla Group, Inc. Attn: Bill Bussiere 14350 Myford Road Irvine, CA 92606 Telephone: (949) 334-1342 Fax: (949) 334-1342 bill.bussiere@lajollagroup.com | Note Payable | | $235,229.97 |
| Tony Wanket Construction 934 North Coast Highway Suite 101 Encinitas, CA 92024 | Tony Wanket Construction Attn: Tony Wanket 934 North Coast Highway Suite 101 Encinitas, CA 92024 Telephone: (760) 944-8090 Fax: (760) 944-8095 foretw@aol.com | Note Payable | | $222,822.10 |
| Latham & Watkins LLP 31062 South Coast Highway Laguna Beach, CA 92651 | Latham & Watkins LLP Attn: Cary K. Hyden 31062 South Coast Highway Laguna Beach, CA 92651 Telephone: (714) 755-8254 cary.hyden@lw.com | Trade Debt | | $220,869.75 |
| Simi Valley Mall, LLC Post Office Box 72155 Cleveland, OH 44192 | Simi Valley Mall, LLC Post Office Box 72155 Cleveland, OH 44192 Telephone: (216) 621-6060 | Trade Debt | | $200,236.92 |
| Reno Retail Company LLC 2222 Arlington Avenue Birmingham, AL 35205 | Reno Retail Company LLC Attn: Jeffrey Pomeroy 2222 Arlington Avenue Birmingham, AL 35205 Telephone: (205) 939-3111 Fax: (205) 795-4161 jpomeroy@bayeproperties.com | Lease Litigation Settlement Agreement | | $200,000.00 |
| WM Inland Investors IV, LLC 500 Inland Center Drive San Bernardino, CA 92408 | WM Inland Investors IV, LLC 500 Inland Center Drive San Bernardino, CA 92408 | | | $181,968.89 |
| The Irvine Company LLC Attn: General Counsel, Retail Properties 100 Innovation Irvine, CA 92617 | The Irvine Company LLC Attn: General Counsel, Retail Properties 100 Innovation Irvine, CA 92617 | | | $164,733.77 |
| UPS Glenlake Parkway NE Atlanta, CA 30328 | UPS Attn: Legal Department Glenlake Parkway NE Atlanta, CA 30328 Telephone: (404) 828-6000, Ext. 4 Fax (404) 828-6912 | Trade Debt | | $151,284.08 |

B4 (Official Form 4) (12/07) - Cont.

In re   NO FEAR RETAIL STORES, INC., a California corporation  
         Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| SRH Productions<br>2826 La Miranda Drive<br>Suite B<br>Vista, CA 92083 | SRH Productions<br>Attn: Ryan White<br>2826 La Miranda Drive, Suite B<br>Vista, CA 92083<br>Telephone: (760) 599-4595<br>ryan@srh.com | | | $149,015.08 |
| Plaza West Covina, LP<br>11601 Wilshire Blvd., 12th Floor<br>Los Angeles, CA 90025 | Plaza West Covina, LP<br>Attn: Legal Dept.<br>11601 Wilshire Blvd., 12th Floor<br>Los Angeles, CA 90025 | | | $139,160.86 |
| Cygnus Sportswear, Inc.<br>15130 Northam Street<br>La Mirada, CA 90638 | Cygnus Sportswear, Inc.<br>Attn: Salim<br>15130 Northam Street<br>La Mirada, CA 90638<br>Telephone: (714) 739-1100<br>Fax: (714) 739-1112 | Trade Debt | | $130,153.00 |
| Santa Anita Shopping Town LP<br>11601 Wilshire Blvd., 12th Floor<br>Los Angeles, CA 90025 | Santa Anita Shopping Town LP<br>Attn: Legal Dept.<br>11601 Wilshire Blvd., 12th Floor<br>Los Angeles, CA 90025 | | | $112,961.84 |
| Stoneridge Properties LLC<br>c/o M.S. Management Assoc.<br>225 W. Washington St.<br>Indianapolis, IN 46204-3438 | Stoneridge Properties LLC<br>c/o M.S. Management Assoc.<br>225 W. Washington St.<br>Indianapolis, IN 46204-3438 | | | $109,772.55 |
| Oakridge Mall LP<br>11601 Wilshire Blvd., 12th Floor<br>Los Angeles, CA 90025 | Oakridge Mall LP<br>Attn: Legal Dept.<br>11601 Wilshire Blvd., 12th Floor<br>Los Angeles, CA 90025 | | | $109,601.92 |
| Robin Houston<br>6533 North 63rd Place<br>Paradise Valley, AZ 85253 | Robin Houston<br>6533 North 63rd Place<br>Paradise Valley, AZ 85253<br>Telephone: (623) 332-7043<br>rsaehouston@yahoo.com | Note Payable | | $101,273.97 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   March 11, 2011                     Signature   /s/ Mark Simo  
                                                     Mark Simo  
                                                     Chief Executive Officer

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.