1 | HAEJI HONG, ATTORNEY #198503
  | TRIAL ATTORNEY
2 | OFFICE OF THE UNITED STATES TRUSTEE
  | 402 WEST BROADWAY, SUITE 600
3 | SAN DIEGO, CA 92101-8511
  | (619)557-5013
4 |
  | ATTORNEY FOR
5 | TIFFANY L. CARROLL
  | ACTING UNITED STATES TRUSTEE
6 |
7 |
8 |                    UNITED STATES BANKRUPTCY COURT
9 |                    Southern District of California

10 | In re:                        )    Case No. 11-02896-MM11
   |                               )    (Jointly Administered with
11 | NO FEAR RETAIL STORES, INC.,  )    Case Nos. 11-02897-MM11;
   | a California corporation,     )    11-02898-MM11)
12 | SIMO HOLDINGS, Inc.,          )
   | a California corporation, and )    APPOINTMENT OF THE OFFICIAL
13 | NO FEAR MX, INC.,             )    COMMITTEE OF UNSECURED
   | a California corporation,     )    CREDITORS **IN NO FEAR RETAIL**
14 |                               )    **STORES, INC.**
   |                               )    **CASE NO. 11-02896-MM11**
15 |              Debtor(s).       )
   | _____)
16 |
17 |         Pursuant to 11 U.S.C. §1102, the United States Trustee
18 | hereby appoints the following members to serve on the Official
19 | Committee of Unsecured Creditors:

20 | **CREDITOR**                          **REPRESENTATIVE**

21 | Reno Retail Company LLC              Jeffrey M. Pomery
   | 2222 Arlington Avenue                205-795-4142
22 | Birmingham, AL 35205                 205-795-4161 (facsimile)
   |                                      jpomeroy@bayerproperties.com
23 |
   | La Jolla Group                      Bill Bussiere
24 | 14350 Myford Road                    949-428-3013
   | Irvine, CA 92606                     949-334-1342 (facsimile)
25 |                                      bill.bussiere@lajollagroup.com
26 |
   | / / / /
27 |
   | / / / /
28 |

1 | **CREDITOR**                                    **REPRESENTATIVE**

2 | SRH Productions Inc.                            Ryan White
    2826 La Mirada Dr, Suite B                      619-804-3477
3 | Vista, CA 92081                                 760-599-4595 (facsimile)
                                                    Ryan@srh.com
4 |
                                                    Respectfully submitted,
5 |
                                                    TIFFANY L. CARROLL
6 |                                                 ACTING UNITED STATES TRUSTEE

7 |
    Dated: March 22, 2011                    By: _____
8 |                                                Haeji Hong,
                                                   Trial Attorney for the
9 |                                                Acting United States Trustee

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |