Thomas J. Leanse, Cal. Bar No. 084638
Brian D. Huben, Cal. Bar No. 134354
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East, 26th Floor
Los Angeles, CA 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471

Attorneys for Landlord Creditors
Westfield, LLC, and The Macerich Company

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | CASE NO. 11-02896-MM11 |
| NO FEAR RETAIL STORES, INC., a California corporation, SIMO HOLDINGS, INC., a California corporation, and NO FEAR MX, INC., a California corporation | (Jointly Administered with Case Nos. 11-02897-MM11 and 11-02898-MM11) |
| | Chapter 11 |
| Debtors. | **LIMITED OBJECTION OF VARIOUS LANDLORD CREDITORS TO DEBTORS' MOTION FOR ORDER AUTHORIZING DEBTORS TO ENTER INTO DEBTOR IN POSSESSION CREDIT FACILITY** |
| | Date:     April 1, 2011<br>Time:     2:00 p.m.<br>Place:    Room 218<br>          325 West F Street<br>          San Diego, CA 92101 |

Westfield, LLC and The Macerich Company (collectively, the "Landlords"), submit this Limited Objection to the Debtors' Motion for Order Authorizing Debtors to Enter Into Debtor In Possession Credit Facility (*see* Docket Nos. 86, 87, and 89; collectively, the "Financing Motion"). The Landlords do not necessarily object to the Debtors obtaining post-petition financing, but the terms for such financing should be appropriately proscribed to maintain the bargained-for exchange negotiated by the Debtors and the Landlords, and preserve the rights afforded the Landlords under the Bankruptcy Code.

1

**LANDLORDS' LIMITED OBJECTION TO DEBTOR S' MOTION FOR DEBTOR IN POSSESSION FINANCING**
31562375

In support of their Limited Objection, the Landlords respectfully represent as follows:

1. The Debtors filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code on February 24, 2011. The Debtors are operating their businesses and managing their property as debtors-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.

2. The Landlords are the lessor (or its agent) for sixteen (16) shopping centers in Arizona and California, and the Debtors are the lessee under leases of nonresidential real property (collectively, the "Leases") for retail sale space. The Leases and shopping centers are described with greater particularity as follows:

*The Westfield Centers*

Westfield North County, located in Escondido, CA

Westfield Palm Desert, located in Palm Desert, CA

Westfield Parkway, located in El Cajon, CA

Westfield Plaza Bonita, located in National City, CA

Westfield Plaza Camino Real, located in Carlsbad, CA

Westfield Galleria at Roseville, located in Roseville, CA

Westfield Valencia Town Centre, located in Valencia, CA

*The Macerich Centers*

Arrowhead Towne Center, located in Glendale, CA

Chandler Fashion Center, located in Chandler, AZ

Fresno Fashion Fair, located in Fresno, CA

Northridge Mall, located in Salinas, CA

Pacific View, located in Ventura, CA

Paradise Valley Mall, located in Phoenix, AZ

Superstition Springs Center, located in Mesa, AZ

The Mall of Victor Valley, located in Victorville, CA

Vintage Faire Mall, located in Modesto, CA

2

**LANDLORDS' LIMITED OBJECTION TO DEBTORS' MOTION FOR DEBTOR IN POSSESSION FINANCING**

31562375

3.   Each of the Leases is a "lease of real property in a shopping center" as that term is used in 11 U.S.C. § 365(b)(3).  *See* In re Joshua Slocum, Ltd., 922 F.2d 1081, 1086-1087 (3rd Cir. 1990).

4.   Each of the Leases contains language prohibiting the transfer of any nature of the Leases, including mortgaging, pledging, or encumbering the Leases.  The Financing Motion does not specifically mention the Leases as being subject to the lenders' lien, but any order(s) on the Financing Motion should make it clear that no lien attaches to the Leases, and if anything, attaches only to the proceeds of the Leases.

5.   In addition to the foregoing, and to the extent not inconsistent with the relief sought here, the Landlords also joins in the objection(s) of other real property lessors to the Financing Motion.

6.   No order should be entered on the Financing Motion unless it includes the protections and relief and clarification requested here.  The Landlords also request that the Court grant them such other and further relief as may be necessary to protect their interests while providing the Debtors with post-petition financing.

DATED:  March 24, 2011                **KATTEN MUCHIN ROSENMAN LLP**


By:   /s/Brian D. Huben
    Thomas J. Leanse
    Brian D. Huben
Attorneys for Landlord Creditors
Westfield, LLC and The Macerich Company

3
**LANDLORDS' LIMITED OBJECTION TO DEBTOR S' MOTION FOR DEBTOR IN POSSESSION FINANCING**

31562375

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is Katten Muchin Rosenman LLP, 2029 Century Park East, Suite 2600, Los Angeles, California 90067.

On March 24, 2011, I served the foregoing document described as **LIMITED OBJECTION OF VARIOUS LANDLORD CREDITORS TO DEBTORS' MOTION FOR ORDER AUTHORIZING DEBTORS TO ENTER INTO DEBTOR IN POSSESSION CREDIT FACILITY** on the interested parties in this action by placing a true and correct copy of this document thereof, enclosed in a sealed envelope, addressed as follows:

**SEE ATTACHED SERVICE LIST**

**(X)    (BY COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") – See attached service list)**  Pursuant Local Bankruptcy Rules ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On March 24, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated.

**( )    (BY MAIL – See attached service list)**  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.  I am aware that on motion the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

( )    **BY FACSIMILE -**   I caused the above-referenced documents to be transmitted to the noted addressee(s) at the fax number as stated.  Attached to this declaration is a "TX Confirmation Report" confirming the status of transmission

**(__)    (BY ELECTRONIC MAIL – See attached list)**  By transmitting electronically to the parties at the email address indicated above.  To the best of my knowledge the transmission was reported as complete and I did not receive a notice of failure of receipt of each such documents.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 24, 2011, at Los Angeles, California.

*/s/ Donna Carolo*
Donna Carolo

**ECF SERVICE LIST**

Jeffrey D. Cawdrey on behalf of Creditor Jido & Juniar, Inc.
jcawdrey@gordonrees.com, ebojorquez@gordonrees.com

Thomas M. Geher on behalf of Interested Party Ultimate Brand Management, LLC
tmg@jmbm.com

Sue J. Hodges on behalf of Creditor Credit Cash NJ, LLC
sue.hodges@klgates.com

Mark S. Hoffman on behalf of Creditor LFP Apparel, LLC
mshllh@aol.com

Haeji Hong on behalf of United States Trustee United States Trustee
Haeji.Hong@usdoj.gov,
USTP.Region15@usdoj.gov;shannon.m.vencill@usdoj.gov;tiffany.l.carroll@usdoj.gov

David S. Kupetz on behalf of Debtor No Fear MX, Inc.
dkupetz@sulmeyerlaw.com

United States Trustee
ustp.region15@usdoj.gov

Steven F. Werth on behalf of Debtor No Fear MX, Inc.
swerth@sulmeyerlaw.com

Dennis J. Wickham on behalf of Creditor Cobra-Blackmore, LP
wickham@scmv.com, havard@scmv.com

**LANDLORDS' LIMITED OBJECTION TO DEBTOR S' MOTION FOR DEBTOR IN POSSESSION FINANCING**
31562375