1  David S. Kupetz (CA Bar No. 125062)
   dkupetz@sulmeyerlaw.com
2  Steven F. Werth (CA Bar No. 205434)
   swerth@sulmeyerlaw.com
3  **Sulmeyer**Kupetz
  A Professional Corporation
4  333 South Hope Street, Thirty-Fifth Floor
  Los Angeles, California  90071-1406
5  Telephone:  213.626.2311

6  Bankruptcy Counsel for No Fear Retail
  Stores, Inc., No Fear MX, Inc., and Simo
7  Holdings, Inc., Debtors and Debtors in
  Possession

8

9  **UNITED STATES BANKRUPTCY COURT**

10  **Southern District of California**

11  In re

12

13  NO FEAR RETAIL STORES, INC.,
  a California corporation, SIMO
  HOLDINGS, INC., a California
14  corporation, and NO FEAR MX, INC., a
  California corporation,

15

16

17        Related Debtors.

18

19

20  Employer ID Nos. 20-5238208, 93-
  1037856, 26-0432196

21

Case No.  11-02896-MM11

(Jointly Administered with Case Nos. 11-02897-MM11; 11-02898-MM11)

Chapter 11 Cases

**REPLY TO LANDLORDS' LIMITED OPPOSITIONS TO DEBTORS' MOTION FOR ORDER AUTHORIZING DEBTORS TO ENTER INTO DEBTOR IN POSSESSION CREDIT FACILITY**

DATE:  April 1, 2011
TIME:   2:00 p.m.
PLACE: U.S. Bankruptcy Court
       325 West "F" Street
       San Diego, CA 92101

22

23      Through this Reply (the "Reply"), No Fear Retail Stores, Inc. ("NFRS"), Simo

24  Holdings, Inc. ("Simo Holdings"), and No Fear MX, Inc. ("NFMX", and together with

25  NFRS and Simo Holdings, the "Debtors") debtors and debtors in possession in the

26  above-captioned cases, hereby reply to (1) the "Limited Opposition To Debtors' Motion

27  For Order Authorizing Debtors To Enter Into Debtor In Possession Credit Facility" filed by

28  certain landlords affiliated with General Grown Properties on March 24, 2011 [Docket

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

SWERTH\ 712469.2

#105], and (2) the "Limited Objection Of Various Landlord Creditors To Debtors' Motion For Order Authorizing Debtors To Enter Into Debtor In Possession Credit Facility", filed by Westfield, LLC, and The Macerich Company on March 24, 2011 [Docket #104] (collectively, the "Limited Objections").   For the reasons stated below, the concerns raised in the Limited Objections are not applicable to the "Motion Of Debtors And Debtors In Possession For Order Authorizing Debtors To Enter Into Debtor In Possession Credit Facility" [Docket #87] (the "Financing Motion")[1], and the Debtors respectfully request that the Limited Objections be overruled.

In the Limited Objections, Westfield, LLC, The Macerich Company, and landlords affiliated with General Growth Properties (collectively, the "Landlords") seek clarity that the security described by the Term Sheet does not extend to an interest in the Debtors' leasehold interests.  This reading of the Financing Motion is correct:  Hilco/Infinity will not receive an interest in the Debtors' leasehold interests.  The Debtors are not attempting, by the Financing Motion, to assign the Debtors' interest in its real property leaseholds to Hilco/Infinity.

WHEREFORE, the Debtors respectfully request that the Court overrule the Limited Objections, subject to the clarification discussed above.

DATED: March 29, 2011 Respectfully submitted,

**Sulmeyer**Kupetz
A Professional Corporation

By: _____
Steven F. Werth
Bankruptcy Counsel for No Fear Retail Stores, Inc., No Fear MX, Inc., and Simo Holdings, Inc., Debtors and Debtors in Possession

---

[1] Capitalized terms not defined herein have the meanings given them in the Financing Motion.

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 333 South Hope Street, Thirty-Fifth Floor, Los Angeles, California  90071-1406

A true and correct copy of the foregoing document described as **"REPLY TO LANDLORDS' LIMITED OPPOSITIONS TO DEBTORS' MOTION FOR ORDER AUTHORIZING DEBTORS TO ENTER INTO DEBTOR IN POSSESSION CREDIT FACILITY"** will  be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On <u>March 29, 2011</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

> Robert R. Barnes — Landlords Affiliated with General Growth Properties

bbarnes@allenmatkins.com
bcrfilings@allenmatkins.com

> Jeffrey D. Cawdrey — Jido & Juniar, Inc.

jcawdrey@gordonrees.com
ebojorquez@gordonrees.com

> Jeffrey W. Dulberg — No Fear Retail Stores Creditors' Committee

jdulberg@pszjlaw.com

> Christine Fitzgerald — FMF Racing

cfitzgerald@scckg.com

> Thomas M. Geher — Ultimate Brand Management, LLC

tmg@jmbm.com

> Sue J. Hodges — Credit Cash NJ, LLC

sue.hodges@klgates.com

> Mark S. Hoffman — LFP Apparel, LLC

mshllh@aol.com

> Haeji Hong — OUST (SD)

Haeji.Hong@usdoj.gov

> Brian D. Huben — The Macerich Company/Westfield, LLC

brian.huben@kattenlaw.com
carole.levine@kattenlaw.com

> David S. Kupetz — Debtor No Fear Retail Stores, Inc.

dkupetz@sulmeyerlaw.com

> Jeffrey N. Pomerantz — No Fear Retail Stores Creditors' Committee

jpomerantz@pszjlaw.com
scho@pszjlaw.com

> Daniel Silva — Jido & Juniar, Inc.

dsilva@gordonrees.com

> Steven F. Werth — Debtor No Fear Stores, Inc.

swerth@sulmeyerlaw.com

> Dennis J. Wickham — Cobra-Blackmore, LP

wickham@scmv.com
havard@scmv.com

☐ Service Information continued on attached page.

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On <u>March 29, 2011</u>, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow.

Ikon Financial Services
Bankruptcy Administration
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

☒ Service Information continued on attached page.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):  Pursuant to F.R.Civ.P.5 and/or controlling LBR, on <u>March 29, 2011</u>, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows.

☒ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 29, 2011 | Lauren Dionneau | *Lauren Dionneau* |
| --- | --- | --- |
| Date | Type Name | Signature |

---

**ADDITIONAL SERVICE INFORMATION (if needed):**

**INTERESTED PARTIES — SERVED VIA E-MAIL**

- Jonathan Brown, Esq. — LFP Apparel, LLC — jbrown@lglaw.com
- Bill Bussiere — Rep. for No Fear Retail Stores Creditors' Committee La Jolla Group — bill.bussiere@lajollagroup.com
- John O. Cronin, Esq. — Heather Moates — john@croninandcronin.com
- Joel F. Crystal, Esq. — Centro Properties Group/Centro Independence, LLC — joel.crystal@centroprop.com
- Jeffrey W. Dulberg, Esq. — No Fear Retail Stores Creditors' Committee — jdulberg@pszjlaw.com
- Josh Garver — Venturi & Co., LLC — jgarver@venturico.com
- Ivan M. Gold, Esq. — igold@allenmatkins.com
- Barry R. Gore, Esq. — Secured Creditor FMF Racing/Don Emler — bgore@scckg.com / lee@fmfracing.com
- Lorraine Green, Analyst — OUST (SD) — Lorraine.green@usdoj.com
- Laith Haisha — Jido & Juniar, Inc. — laith@jandjclothing.com
- Nicole Kelley — Orange 21 N.A., Inc. — nkelley@o21na.com
- Jared Hickey — Serigraphic Screen Printin — Jared@serigraphic-screen.com
- Dean Landis — Secured Creditor Credit Cash NJ, LLC — dlandis@egcap.com
- Thomas J. Leanse, Esq. — The Macerich Company/Westfield, LLC. — thomas.leanse@kattenlaw.com
- Cecilia Morales — Firemaster — cemorales@firemaster-mpc.com
- Jeffrey M. Pomeroy — Rep. for No Fear Retail Stores Creditors' Committee
- Ernie Zachary Park, Esq. — The Irvine Co., LLC — ernie.park@bewleylaw.com
- Daniel C Silva, Esq. — Jido & Juniar, Inc. — dsilva@gordonrees.com
- Matthew B. Venturi — Venturi & Co., LLC — mventuri@venturico.com

In re
**NO FEAR RETAIL STORES, INC.**
**Case No. 11-02896-11**

**Jointly Administered with Case Nos.**
**NO FEAR MX, INC. 11-02897-MM11**
**SIMO HOLDINGS, INC. 11-02898-MM11**

**SERVICE LIST**

---

**Via Email:**

Haeji Hong, Trial Attorney
**OFFICE OF THE UNITED STATES TRUSTEE**
402 W. Broadway, Suite 600
San Diego, CA  92101-8511
Haeji.Hong@usdoj.gov

**COUNSEL FOR LANDLORD CREDITORS**
**WESTFIELD, LLC AND THE MACERICH COMPANY**
Thomas J. Leanse, Esq.
Brian D. Huben, Esq.
Katten Muchin Rosenman, LLP
2029 Century Park East, Suite 2600
Los Angeles, CA  90067
thomas.leanse@kattenlaw.com
brian.huben@kattenlaw.com
carole.levine@kattenlaw.com

**COUNSEL FOR LANDLORD CREDITOR**
**GENERAL GROWTH PROPERTIES**
William W. Huckins
Ivan M. Gold
Allen Matkins Leck Gamble Mallory & Natsis LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
igold@allenmatkins.com

Robert R. Barnes
Allen Matkins Leck,Gamble Mallory Natsis
501 West Broadway, 15th Floor
San Diego, CA 92101
bbarnes@allenmatkins.com

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS —**
**NO FEAR RETAIL STORES, INC.**
La Jolla Group
Attn:  Bill Bussiere,
14350 Myford Road
Irvine, CA  92606
bill.bussiere@lajollagroup.com

Reno Retail Company, LLC
Attn:  Jeffrey M. Pomeroy
2222 Arlington Avenue
Birmingham, AL  35205
jpomeroy@bayerproperties.com

SRH Productions Inc.
Attn:  Ryan White
2826 La Mirada Dr., Suite B
Vista, CA  92081
Ryan@srh.com

**COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS — NO FEAR RETAIL STORES, INC.**
Jeffrey W. Dulberg
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067
jdulberg@pszjlaw.com

**COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS — NO FEAR RETAIL STORES, INC.**
Jeffrey N. Pomerantz
Pachulsky, Stang, Ziehl and Young P.C.
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067
jpomerantz@pszjlaw.com

**SECURED CREDITORS**
**Via Email**
CREDIT CASH NJ, LLC
c/o James Ricchiuti, V.P.
c/o Dean Landis, President
Entrepreneur Growth Capital LLC
505 Park Ave., 6th Floor
New York, NY 10022
dlandis@egcap.com

**Via U.S. Mail**
AFCO
Dept. LA 21315
Pasadena, CA 91185

**Via Email**
FMF Racing
18033 South Santa Fe
Compton, CA 90221
lee@fmfracing.com

**Via Email**
Don Emler
18033 South Santa Fe
Compton, CA 90221
bgore@scckg.com