# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
# Minute Order

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | NO FEAR RETAIL STORES, INC. |
| **Case Number:** | 11-02896-MM11   **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, APRIL 01, 2011 02:00 PM   DEPARTMENT 1 |
| **Bankruptcy Judge:** | MARGARET M. MANN |
| **Courtroom Clerk:** | MARILYN WILKINSON |
| **Reporter / ECR:** | N/A |

## *Matters:*

1) FIRST DAY MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING USE OF CASH COLLATERAL FILED BY DEBTOR (fr. 3/1/11)

2) STATUS CONFERENCE ON CHAPTER 11 PETITION

3) DEBTORS IN POSSESSION MOTION FOR ORDER AUTHORIZING DEBTORS TO ENTER INTO CREDIT FACILITY WITH HILCO BRANDS, LLC AND INFINITY FS BRANDS, LLC

## *Appearances:*

DAVID S. KUPETZ, ATTORNEY FOR NO FEAR RETAIL STORES, INC.
JEFFREY W. DULBERG, ATTORNEY FOR UNSECURED CREDITORS
SUE HODGES, ATTORNEY FOR CREDIT CASH, LLC
EDWARD D. VOGEL, ATTORNEY FOR HILCO & INFINITY
ROBERT R. BARNES, ATTORNEY FOR GENERAL GROWTH PROPERTIES
JEFFREY CAWDREY, ATTORNEY FOR JIDO & JUNIAR, INC.
RUBEN VAROZIAN, ATTORNEY FOR SULLEN CLOTHING  (Telephonic appearance)
LESLIE GOLD, ATTORNEY FOR BIOWORLD MERCHANDIZING  (Telephonic appearance)
BRIAN HUBEN, ATTORNEY FOR WESTFIELD, LLC & MACERICH CO.  (Telephonic appearance)
HAEJI HONG, ATTORNEY FOR U.S. TRUSTEE
MARK SIMO, CEO PRESENT

## *Disposition:*

1) Granted on an interim basis.  Order to come from Kupetz.
   Final hearing set for 4/18/11 at 10:00 a.m.

2) Continued to 4/18/11 at 10:00 a.m.

3) Proposed order to be uploaded and heald for 24 hour review.
   Final hearing set for 4/18/11 at 10:00 a.m.
   Debtor's additional pleadings, if any, to be filed no later than 9:00 a.m. on 4/15/11.
   Any responsive pleadings to be filed no later than 9:00 a.m. on 4/18/11.