HAEJI HONG, ATTORNEY #198503
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
402 WEST BROADWAY, SUITE 600
SAN DIEGO, CA 92101-8511
(619)557-5013

ATTORNEY FOR
TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE

UNITED STATES BANKRUPTCY COURT

Southern District of California

In re:

NO FEAR RETAIL STORES, INC.,
a California corporation,
**SIMO HOLDINGS, Inc.**,
a California corporation, and
NO FEAR MX, INC.,
a California corporation,

  Debtor(s).

Case No. 11-02896-MM11
(Jointly Administered with
Case Nos. 11-02897-MM11;
11-02898-MM11)

APPOINTMENT OF THE OFFICIAL
COMMITTEE OF UNSECURED
CREDITORS **IN SIMO HOLDINGS,
Inc.**
**CASE NO. 11-02898-LT11**

Pursuant to 11 U.S.C. §1102, the United States Trustee hereby appoints the following members to serve on the Official Committee of Unsecured Creditors:

**CREDITOR**

Jamie Leigh Middleton
8102 N Mummy Mtn Road
Paradise Valley, AZ 85253

FMF Racing a California Corp.
18033 S Santa Fe Avenue
Rancho Dominguez, CA 90221

**REPRESENTATIVE**

Jamie Leigh Middleton
602-359-9840
480-609-1927 (facsimile)
Email4JLM@aol.com

Don Elmer
310-631-4363
310-900-5699 (facsimile)
Dre@fmfracing.com

/ / / /

/ / / /

| | |
|---|---|
| **CREDITOR** | **REPRESENTATIVE** |
| Jido & Juniar, Inc.<br>Laith Haisha, CEO<br>6214 Topiary Street<br>Carlsbad, CA 92009 | Laith Haisha, CEO<br>619-540-5466<br>760-482-1284 (facsimile)<br>laith@jandjclothing.com |

Respectfully submitted,

TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE

Dated: April 4, 2011        By: _____
Haeji Hong,
Trial Attorney for the
Acting United States Trustee