Jeffrey N. Pomerantz (CA Bar No. 143717)
Jeffrey W. Dulberg (CA Bar No. 181200)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, California 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

[Proposed] Counsel for the Official Committees of
Unsecured Creditors of No Fear Retail Stores, Inc. and
Simo Holdings, Inc.

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>NO FEAR RETAIL STORES, INC., a California corporation, SIMO HOLDINGS, INC., a California corporation, and NO FEAR MX, INC., a California corporation,<br><br>Related Debtors. | Case No. 11-02896-MM11<br><br>(Jointly Administered with Case Nos. 11-02897-MM11; 11-02898-MM11)<br>Chapter 11 Cases<br><br>**RESPONSE OF CREDITOR COMMITTEES OF NO FEAR RETAIL STORES, INC. AND SIMO HOLDINGS, INC. IN SUPPORT OF DEBTORS' STATEMENT OF POSITION RE DEBTOR IN POSSESSION CREDIT FACILITY [RE: DOCKET NO. 157]**<br><br>DATE: April 18, 2011<br>TIME: 10:00 a.m.<br>PLACE: U.S. Bankruptcy Court<br>325 West "F" Street<br>San Diego, CA 92101 |

-1-

60982-001\DOCS_LA:236316.1

The Official Committees of Unsecured Creditors (collectively, the "Committees") appointed in the chapter 11 cases of No Fear Retail Stores, Inc. ("NFRS") and Simo Holdings, Inc. ("Simo"), each debtors and debtors in possession in the above-captioned cases, hereby file this response to the *Debtors' Statement of Position re Debtor in Possession Credit Facility* [Docket No. 157] (the "Statement"). The Committees support the granting of the relief requested in the Statement subject to the insertion of certain provisions in the DIP Order, as set forth below, which the Debtors have agreed to subsequent to the filing of their Statement.[1]

Shortly after its formation,[2] the NFRS Committee filed its *No Fear Retail Stores, Inc. Committee's Opposition to Motion of Debtors and Debtors in Possession's Motion for Order Authorizing Debtors to Enter Into Debtor in Possession Credit Facility With Hilco Brands, LLC and Infinity FS Brands, LLC* [Docket No. 116] (the "Objection"). In the Objection, the Committee questioned whether the DIP financing sought to be obtained from Hilco Brands, LLC and Infinity FS Brands, LLC was the best financing available under the circumstances. In addition, the Debtors had not demonstrated to the Committee's satisfaction that DIP financing was needed, and if needed, was adequate to provide the Debtors with a sufficient runway to develop and implement a business plan to maximize creditor recoveries. The Committee and the Debtors addressed the NFRS Committee's concerns, on an interim basis, pursuant to the terms of the *Order Regarding Motion of Debtors and Debtors in Possession for Order Authorizing Debtors to Enter into Debtor in Possession Credit Facility with Hilco Brands, LLC and Infinity FS Brands, LLC with BNC Service (Related Doc # 87 )* entered on April 7, 2011. [Docket No. 145]

During the last two weeks the NFRS Committee, later joined by the Simo Committee, has conducted further due diligence into the Debtors' operations. In addition, at the Committees' request, the Debtors began negotiating the terms of DIP financing with both Hilco and Gordon Brothers, a party introduced by the Committee to the Debtors as interested in providing DIP

---

[1] Capitalized terms not otherwise defined herein shall have the meaning given them in the Statement.
[2] The Creditors Committee for No Fear Retail Stores, Inc. was appointed on March 22, 2011, shortly before the interim hearing to consider the Debtors' DIP Motion. The Creditors Committee for Simo Holdings, Inc. was appointed on April 4, 2011, after the date of the interim DIP hearing, thus it had no position at that time.

financing on better terms than originally offered by Hilco.  As a result of its initial investigation into the Debtors' business operations, the Committees have concluded that the Debtors require DIP financing and that the amount of the DIP financing offered by Gordon Brothers will likely provide the Debtors with liquidity to pursue various exit strategies.  Similarly, the Committees have been actively involved in the negotiations over the terms of the DIP financing.  As a result of such negotiations, the Committees believe that the terms offered by Gordon Brothers are the best available for the Debtors' estates.  In reaching this conclusion, the Committees considered both the differences in the economic terms offered by Hilco and Gordon Brothers as well as the terms and condition of the credit agreements proposed by each lender.

As part of the consideration of the DIP financing, the Committees focused their attention on the Debtors' proposed uses for the DIP proceeds.  While the Committees did conclude that financing for NFRS and Simo was needed, the Committees did not have sufficient information to justify the Debtors' proposed use of the DIP proceeds to purchase inventory for the No Fear MX entity.[3]  While the Committees and the Debtors are continuing their dialogue on the best uses for the proceeds of the DIP, in light of the Committees' concern over the proposed MX inventory purchases, the Committees and the Debtors have agreed to include the following language in the DIP Order:

> Notwithstanding anything contained in this DIP Order or the DIP Documents, the Debtors may not use any of their funds, including, but not limited to, the proceeds of the DIP Facility, to purchase inventory for No Fear MX, without the written consent of both of the Simo Committee and the NFRS Committee or further Court Order.

With that agreement, the Committees support the approval of the financing proposed in the Statement.

WHEREFORE, the Committees respectfully request that the relief requested in the Statement be granted, subject to the revisions set forth herein.

---

[3] The Debtors have proposed No Fear MX inventory purchases of $220,000 and $400,000 during the weeks of May 2, 2011 and August 29, 2011, respectively.

| | | |
|---|---|---|
| Dated: April 15, 2011 | | PACHULSKI STANG ZIEHL & JONES LLP |
| | By | */s/ Jeffrey W. Dulberg* |
| | | Jeffrey N. Pomerantz |
| | | Jeffrey W. Dulberg |
| | | [Proposed] Counsel for the Official Committees of Unsecured Creditors of No Fear Retail Stores, Inc. and Simo Holdings, Inc. |

60982-001\DOCS_LA:236316.1

# PROOF OF SERVICE

STATE OF CALIFORNIA        )
                           )
COUNTY OF LOS ANGELES      )

I, Myra Kulick, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., 11th Floor, Los Angeles, California 90067-4100.

On April 15, 2011, I caused to be served the **RESPONSE OF CREDITOR COMMITTEES OF NO FEAR RETAIL STORES, INC. AND SIMO HOLDINGS, INC. IN SUPPORT OF DEBTORS' STATEMENT OF POSITION RE DEBTOR IN POSSESSION CREDIT FACILITY** in this action by placing a true and correct copy of said document(s) in sealed envelopes addressed as follows:

*Please see attached Service List*

☑ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☑ (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.

☑ (BY NOTICE OF ELECTRONIC FILING) I caused to be served the above-described document by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, for parties and/or counsel who are registered ECF Users.

☐ (BY FAX) I caused to be transmitted the above-described document by facsimile machine to the fax number(s) as shown. The transmission was reported as complete and without error. (Service by Facsimile Transmission to those parties on the attached List with fax numbers indicated.)

☐ (BY PERSONAL SERVICE) By causing to be delivered by hand to the offices of the addressee(s).

☐ (BY OVERNIGHT DELIVERY) By sending by _____ to the addressee(s) as indicated on the attached list.

I declare that I am employed in the office of a member of the bar of this Court at whose direction was made.

Executed on April 15, 2011, at Los Angeles, California.

*/s/ Myra Kulick*
Myra Kulick

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**Service List**

**ADDITIONAL SERVICE LIST:**

**11-02896-MM11 Notice will be electronically mailed to:**

Robert R. Barnes on behalf of Creditor Landlords Affiliated with General Growth Properties
bbarnes@allenmatkins.com, bcrfilings@allenmatkins.com

Jeffrey D. Cawdrey on behalf of Creditor Jido & Juniar, Inc.
jcawdrey@gordonrees.com, ebojorquez@gordonrees.com

Jeffrey W. Dulberg on behalf of Creditor Committee Official Committee of Unsecured Creditors of No Fear Retail Stores, Inc.
jdulberg@pszjlaw.com

Christine Fitzgerald on behalf of Creditor FMF Racing
cfitzgerald@scckg.com

Thomas M. Geher on behalf of Interested Party Ultimate Brand Management, LLC
tmg@jmbm.com

Jeffrey Goodfried on behalf of Creditor 5060 Montclair Plaza Lane Holdings, LLC
jgoodfried@perkinscoie.com

Sue J. Hodges on behalf of Creditor Credit Cash NJ, LLC
sue.hodges@klgates.com

Mark S. Hoffman on behalf of Creditor LFP Apparel, LLC
mshllh@aol.com

Haeji Hong on behalf of United States Trustee United States Trustee
Haeji.Hong@usdoj.gov,
USTP.Region15@usdoj.gov;shannon.m.vencill@usdoj.gov;tiffany.l.carroll@usdoj.gov

Brian D. Huben on behalf of Creditor The Macerich Company
brian.huben@kattenlaw.com, carole.levine@kattenlaw.com

David S. Kupetz on behalf of Debtor No Fear MX, Inc.
dkupetz@sulmeyerlaw.com

Jeffrey N. Pomerantz on behalf of Creditor Committee Official Committee of Unsecured Creditors of No Fear Retail Stores, Inc.
jpomerantz@pszjlaw.com, scho@pszjlaw.com

Daniel Silva on behalf of Creditor Jido & Juniar, Inc.
dsilva@gordonrees.com

United States Trustee
ustp.region15@usdoj.gov

Steven F. Werth on behalf of Debtor No Fear MX, Inc.
swerth@sulmeyerlaw.com

Dennis J. Wickham on behalf of Creditor Cobra-Blackmore, LP
wickham@scmv.com, havard@scmv.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**11-02896-MM11 Notice will be sent via E-mail or U.S. mail to:**

**VIA EMAIL**

OUST, Lorraine Green, Analyst
Lorraine.green@usdoj.gov

Attys for LFP Apparel, LLC, Jonathan Brown, Esq.
jbrown@lglaw.com

Matthew B. Venturi, Josh Garver, Venturi & Company, LLC
mventuri@venturico.com; jgarver@venturico.com

Attys for Heather Moates, John O. Cronin, Esq., Cronin & Cronin
john@croninandcronin.com

Attys for Centro Independence LLC, Joel F. Crystal, Esq.
joel.crystal@centroprop.com

Interested Party, Ken Glowacki
kglowacki@gibsondunn.com

Serigraphic Screen Printing, Jared Hickey
Jared@serigraphic-screen.com

Firemaster, Cecilia Morales
cemorales@firemaster-mpc.com

Attys for The Irvine Company, Ernie Zachary Park, Esq.
ernie.park@bewleylaw.com

Credit Cash NJ, LLC, James Ricchiuti, Dean Landis
dlandis@egcap.com; jricchiuti@egcap.com

Attys for GGP, Ivan M. Gold, Esq., Allen Matkins Leck Gamble Mallory Natsis
igold@allenmatkins.com

Attys for FMF Racing and Don Emler, Barry R. Gore, Esq.
bgore@scckg.com;

Orange 21 North America Inc., Nicole Kelley
nkelley@o21na.com

Attys for Westfield, LLC and The Macerich Company, Thomas J. Leanse, Esq., Katten Muchin Rosenman LLP
thomas.leanse@kattenlaw.com

Attys for 1903 Onshore Funding (Gordon Bros.), Van C. Durrer II, Esq., Ramon M. Naguiat, Esq., Skadden, Arps, Slate, Meagher & Flom LLP
van.durrer@skadden.com; ramon.naguiat@skadden.com

Attys for La Jolla Group, Inc., Benjamin Seigel, Esq., Buchalter Nemer
bseigel@buchalter.com

| | |
|---|---|
| 1 | <u>Creditors Committee for No Fear Mx, Inc.</u><br>J2 LLC, Attn: Jeff Surwall |
| 2 | jeffs@nofear.com; surwall@yahoo.com |
| 3 | Jerome Mage, Josh Kritman, Mage Design LLC<br>Jerome@magedesign.com; josh@snrgy.net |
| 4 | |
| 5 | Silver Triangle Industries, Attn: Jorge Navarro<br>silverind@aol.com |
| 6 | Don Elmer, FMF Racing |
| 7 | Dre@fmfracing.com; lee@fmfracing.com |
| 8 | Attys for Jido & Juniar, Inc., Jeffrey D. Cawdrey, Esq., Daniel C. Silva, Esq., Gordon & Rees, LLP<br>jcawdrey@gordonrees.com; dsilva@gordonrees.com |
| 9 | **VIA U.S. MAIL** |
| 10 | AFCO<br>Dept. LA 21315 |
| 11 | Pasadena, CA  91185 |
| 12 | Don Elmer<br>FMF Racing |
| 13 | 18033 South Santa Fe<br>Compton, CA  90221 |
| 14 | |
| 15 | Don Emler<br>18033 South Santa Fe<br>Compton, CA  90221 |
| 16 | |
| 17 | Ford Motor Credit Co.<br>PO Box 7172<br>Pasadena, CA  91109-7172 |
| 18 | |
| 19 | Ford Motor Credit Co.<br>c/o Randall P. Mroczynski, Esq. |
| 20 | Cookesy, Toolen, Gage, Duffy & Woog<br>535 Anton Blvd., 10th Fl.<br>Costa Mesa, CA  92626 |
| 21 | |
| 22 | Christine R. Etheridge<br>Ikon Financial Services |
| 23 | Bankruptcy Administration<br>1738 Bass Road<br>PO Box 13708 |
| 24 | Macon, GA  31208-3708 |
| 25 | Simon Property Group, Inc.<br>Attn: Ronald M. Tucker, Esq. |
| 26 | 225 West Washington Street<br>Indianapolis, IN  46204 |
| 27 | |
| 28 | |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Kristen Pate
GGP Limited Partnership
110 North Wacker Drive
Chicago, IL  60606

Hilco Brands, LLC
5 Revere Drive, Suite 206
Northbrook, IL  60062

William Creelman
Alexander O. Koles
BDO USA, LLP
3200 Bristol Street
Costa Mesa, CA  92626

Tulare County Tax Collector
Attn:  Martina Ceballos, Deputy Tax Collector
221 S. Mooney Blvd., Room 104-E
Visalia, CA  93291-4593