1    Jeffrey N. Pomerantz (CA Bar No. 143717)
Jeffrey W. Dulberg (CA Bar No. 181200)
2    PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
3    Los Angeles, California  90067-4100
Telephone: 310/277-6910
4    Facsimile:  310/201-0760
E-mail: jpomerantz@pszjlaw.com
5          jdulberg@pszjlaw.com

6    [Proposed] Counsel for the Official Committee of
Unsecured Creditors of No Fear Retail Stores, Inc. and
7    Simo Holdings, Inc.

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | Case No.: 11-02896-MM11 |
| NO FEAR RETAIL STORES, INC., a California corporation, SIMO HOLDINGS INC., a California corporation and NO FEAR MX, INC., a California corporation, | (Jointly Administered with Case Nos. 11-02987-MM11; 11-02898-MM11)<br><br>Chapter 11 |
| Related Debtors. | **APPLICATION FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NO FEAR RETAIL STORES, INC., *NUNC PRO TUNC* TO MARCH 24, 2011, AND AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF SIMO HOLDINGS, INC., *NUNC PRO TUNC* TO APRIL 7, 2011; DECLARATION IN SUPPORT THEREOF** |
| | Date:     May 5, 2011<br>Time:     3:00 p.m.<br>Place:    United States Bankruptcy Court<br>          325 West "F" Street<br>          Dept. 1, Room 218<br>          San Diego, CA 92101<br>Judge:   Honorable Margaret Mann |

**TO THE HONORABLE MARGARET MANN, UNITED STATES BANKRUPTCY**

**JUDGE, PARTIES REQUESTING SPECIAL NOTICE, AND THE OFFICE OF THE**

**UNITED STATES TRUSTEE:**

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors appointed in the bankruptcy cases of No Fear Retail Stores, Inc. (the "NFRS Committee") and Simo Holdings, Inc. ("the "Simo Committee", and together with the NFRS Committee, the "Committees") two of the above-referenced debtors (the "Debtors"), submit this application to employ Pachulski Stang Ziehl & Jones LLP ("PSZJ" or the "Firm"), *nunc pro tunc*, to March 24, 2011 as bankruptcy counsel to the NFRS Committee, and *nunc pro tunc* to April 7, 2011 as bankruptcy Counsel to the Simo Committee (the "Application").

This Application is brought pursuant to section 1103(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 2014-1 for an order authorizing the employment of the Firm.  In support of this Application, the Committee respectfully represents as follows:

1.       On February 24, 2011, the Debtors each commenced a chapter 11 case by filing a voluntary petition under Chapter 11 of title 11 of the Bankruptcy Code.  Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtors are continuing to operate their business and manage their financial affairs as debtors in possession.

2.       The NFRS Committee was appointed on March 22, 2011 by the Office of the United States Trustee, pursuant to section 1102(a)(1) of the Bankruptcy Code.  The Committee has selected PSZJ to be its general bankruptcy counsel in this case.

3.       The Simo Committee was appointed on April 4, 2011 by the Office of the United States Trustee, pursuant to section 1102(a)(1) of the Bankruptcy Code.  The Committee has selected PSZJ to be its general bankruptcy counsel in this case.

4.       PSZJ is a firm comprised of approximately sixty-four attorneys with a practice concentrated on reorganization, bankruptcy, litigation and commercial issues.  PSZJ attorneys have extensive experience representing creditors' committees, and others in a wide variety of bankruptcy cases.  Subject to further order of this Bankruptcy Court, PSZJ is expected to render, among other things, the following services to the Committees:

(a)       to assist, advise and represent the Committees in their consultation with the Debtors regarding the administration of these cases;

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

(b)    to assist, advise and represent the Committees in analyzing the Debtors' assets and liabilities, investigating the extent and validity of liens and participating in and reviewing any proposed asset sales, any asset dispositions, financing arrangements and cash collateral stipulations or proceedings;

(c)    to assist, advise and represent the Committees in any manner relevant to reviewing and determining the Debtors' rights and obligations under leases and other executory contracts;

(d)    to assist, advise and represent the Committees in investigating the acts, conduct, assets, liabilities and the Debtors' financial condition, business operations and the desirability of the continuance of any portion of the business, and any other matters relevant to these cases or to the formulation of a plan;

(e)    to assist, advise and represent the Committees in their participation in the negotiation, formulation and drafting of plans of liquidation or reorganization;

(f)    to provide advice to the Committees on the issues concerning the appointment of a trustee or examiner under section 1104 of the Bankruptcy Code;

(g)    to assist, advise and represent the Committees in the performance of all of their duties and powers under the Bankruptcy Code and the Bankruptcy Rules and in the performance of such other services as are in the interests of those represented by the Committees;

(h)    to assist, advise and represent the Committees in the evaluation of claims and on any litigation matters; and

(i)    to assist, advise and represent the Committees regarding such other matters and issues as may be necessary or requested by the Committees.

5.    The Committees believe that PSZJ is well-qualified to render the foregoing services. A biography of the PSZJ attorneys representing the Committees is attached to the Declaration of Jeffrey N. Pomerantz (the "Declaration"), filed concurrently herewith.

6.    To the best of the Committees' knowledge, and based upon the Declaration hereto, neither PSZJ nor any of its attorneys have any connection with any party in interest, their attorneys or accountants, other than as set forth in the Declaration.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

7.    Except as provided in the Declaration, to the best of the Committees' knowledge, neither PSZJ, nor any of its attorneys, represent any interest adverse to that of the Committees in the matters on which they are to be retained, and PSZJ's attorneys are disinterested persons under section 101(14) of the Bankruptcy Code.

8.    The Committees desire to employ PSZJ with reasonable fees to be determined by the Court.  No compensation will be paid to the Firm except as ordered by the Bankruptcy Court pursuant to any interim compensation procedures or upon application to, and approval by, the Bankruptcy Court after notice and a hearing.  The Firm has received no retainer in this case and there is no retainer agreement with the Committees.  The terms of PSZJ's retention is as set forth in this Application.  Neither the Committees nor any of their members (or their representatives) are or will be liable for any fees or costs incurred by PSZJ in its representation of the Committees.  The current hourly rates of Jeffrey N. Pomerantz and Jeffrey W. Dulberg, the primary attorneys likely to work on these cases, are $795.00 and $625.00, respectively.  The current hourly rate of Patricia Jeffries, the primary paralegal likely to work on these cases is $255.00.  The biographies of Jeffrey N. Pomerantz and Jeffrey W. Dulberg, as well as the current hourly rates of each attorney and paraprofessional at the Firm and the Firm's schedule of reimbursable costs, are attached to the Declaration as Exhibits "A" and "B", respectively.  The Firm will use such other professionals as it deems necessary.

9.    It is contemplated that the Firm will seek interim compensation during the case, and final compensation at the conclusion of the case, as permitted by sections 330 and 331 of the Bankruptcy Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and any interim compensation procedures order entered in these cases.  The Firm understands that its compensation in this case is subject to the prior approval of the Bankruptcy Court, after notice and a hearing, in accordance with Sections 330 and 313 of the Bankruptcy Code, and Rule 2016 of the Federal Rules of Bankruptcy Procedure.  There is no agreement between the Firm and any other entity for the sharing of compensation to be received for services rendered in connection with the case, except among the partners and attorneys of the Firm and as set forth in this Application.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1  for both Committees, the Firm will allocate fees and expenses to each estate based upon a percentage

2  allocation (either 50%-50%) or some other allocation to be agreed upon by PSZJ and the

3  Committees depending on the nature of the work performed, which allocation will be set forth with

4  notice to all parties in the Firm's fee application.  Notwithstanding any allocation of fees and

5  expenses for work performed on behalf of both estates, both Debtors' estates shall be jointly and

6  severally liable for all of the Firm's fees and expenses for such shared services.

7      11.      Finally, to the extent that any conflicts may arise between the Simo Committee and

8  the NFRS Committee, the Simo Committee will retain Gibson Dunn & Crutcher LLP via a separate

9  retention application to serve as conflicts counsel with respect to any potential conflicts between the

10  two Committees.

11      WHEREFORE, the NFRS Committee requests that this Court approve the employment of

12  PSZJ, *nunc pro tunc*, to March 24, 2011 and the Simo Committee requests that this Court approve

13  the employment of PSZJ, *nunc pro tunc*, to April 7, 2011, as their bankruptcy counsel, to render

14  services as described above with compensation to be paid as an administrative expense in such

15  amounts as this Court may hereafter determine and allow.

16  Dated: April 18, 2011                    OFFICIAL COMMITTEE OF UNSECURED
                                            CREDITORS OF NO FEAR RETAIL STORES,
17                                          INC.

18

19  By: _____
        Bill Bussiere
20      La Jolla Group
        Soley In His Capacity As Committee
21      Representative

22        -    and –

23  Dated:                                  OFFICIAL COMMITTEE OF UNSECURED
                                            CREDITORS OF SIMO HOLDINGS, INC.
24

25  By: _____
        Laith Haisha
26      Solely In Her Capacity As
        Chair of the Committee

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

for both Committees, the Firm will allocate fees and expenses to each estate based upon a percentage allocation (either 50%-50%) or some other allocation to be agreed upon by PSZJ and the Committees depending on the nature of the work performed, which allocation will be set forth with notice to all parties in the Firm's fee application. Notwithstanding any allocation of fees and expenses for work performed on behalf of both estates, both Debtors' estates shall be jointly and severally liable for all of the Firm's fees and expenses for such shared services.

11.    Finally, to the extent that any conflicts may arise between the Simo Committee and the NFRS Committee, the Simo Committee will retain Gibson Dunn & Crutcher LLP via a separate retention application to serve as conflicts counsel with respect to any potential conflicts between the two Committees.

WHEREFORE, the NFRS Committee requests that this Court approve the employment of PSZJ, *nunc pro tunc*, to March 24, 2011 and the Simo Committee requests that this Court approve the employment of PSZJ, *nunc pro tunc*, to April 7, 2011, as their bankruptcy counsel, to render services as described above with compensation to be paid as an administrative expense in such amounts as this Court may hereafter determine and allow.

Dated:                                OFFICIAL COMMITTEE OF UNSECURED
                                      CREDITORS OF NO FEAR RETAIL STORES,
                                      INC.


                                      By: _____
                                          Bill Bussiere
                                          La Jolla Group
                                          Soley In His Capacity As Committee
                                          Representative

                                      -  and –

Dated: April 18, 2011                 OFFICIAL COMMITTEE OF UNSECURED
                                      CREDITORS OF SIMO HOLDINGS, INC.

                                      By: _____
                                          Laith Haisha
                                          Solely In Her Capacity As
                                          Chair of the Committee

                                                        His

6

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

## DECLARATION OF JEFFREY N. POMERANTZ

I, Jeffrey N. Pomerantz, declare and state as follows:

1.    I am an attorney duly admitted to practice by the State of California and before this Court.

2.    I make this declaration in support of the application (the "Application") filed by the Official Committee of Unsecured Creditors appointed in the bankruptcy cases of No Fear Retail Stores, Inc. (the "NFRS Committee") and Simo Holdings, Inc. ("the "Simo Committee", and together with the NFRS Committee, the "Committees") to employ Pachulski Stang Ziehl & Jones LLP ("PSZJ" or the "Firm") as counsel to the Committees.

3.    I am a partner of the Firm and am duly admitted and licensed to practice law in the State of California and to practice before this Court.  The name, address, telephone number and fax number of the Firm is:

> Pachulski Stang Ziehl & Jones LLP
> 10100 Santa Monica Blvd., 11th Floor
> Los Angeles, CA 90067
> Telephone:  (310) 277-6910
> Facsimile:  (310) 201-0760

4.    PSZJ is a firm comprised of approximately sixty-four attorneys with a practice concentrated on corporate reorganizations, insolvency and litigation.  PSZJ attorneys have extensive experience representing creditors' committees debtors, creditors, trustees and other constituents in a wide variety of bankruptcy cases.  Attached hereto as **Exhibit A** are biographical sketches of Jeffrey N. Pomerantz and Jeffrey W. Dulberg, the primary attorneys who are expected to render services on this matter.

5.    The services to be rendered by PSZJ in this case are, among other things, the following:

(a)    to assist, advise and represent the Committees in their consultation with the Debtors regarding the administration of these cases;

(b)    to assist, advise and represent the Committees in analyzing the Debtors' assets and liabilities, investigating the extent and validity of liens and participating in and reviewing any

proposed asset sales, any asset dispositions, financing arrangements and cash collateral stipulations or proceedings;

(c)     to assist, advise and represent the Committees in any manner relevant to reviewing and determining the Debtors' rights and obligations under leases and other executory contracts;

(d)     to assist, advise and represent the Committees in investigating the acts, conduct, assets, liabilities and the Debtors' financial condition, business operations and the desirability of the continuance of any portion of the business, and any other matters relevant to these cases or to the formulation of a plan;

(e)     to assist, advise and represent the Committees in their participation in the negotiation, formulation and drafting of plans of liquidation or reorganization;

(f)     to provide advice to the Committees on the issues concerning the appointment of a trustee or examiner under section 1104 of the Bankruptcy Code;

(g)     to assist, advise and represent the Committees in the performance of all of their duties and powers under the Bankruptcy Code and the Bankruptcy Rules and in the performance of such other services as are in the interests of those represented by the Committees;

(h)     to assist, advise and represent the Committees in the evaluation of claims and on any litigation matters; and

(i)     to assist, advise and represent the Committees regarding such other matters and issues as may be necessary or requested by the Committees.

6.     The Firm will separately bill time for work performed on behalf of each Committee to the extent practicable.

7.     Subject to Court approval and in accordance with sections 330 and 331 of the Bankruptcy Code, PSZJ will be compensated at its regular hourly rates and reimbursed for expenses incurred herein from the assets of the Debtors' estates.  The hourly rates of the Firm's professionals and paraprofessionals primarily involved in the case and the Firm's schedule of reimbursable costs are set forth in Exhibit B attached hereto.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

8.      PSZJ represents that the Firm has received no retainer from the Debtors or the Committees or any payment during the one year period prior to the filing of Debtors' petitions. No compensation has been paid or promised to be paid from a source other than the estates in these cases. Neither the Committees nor their members (or any of their representatives) are or will be liable for fees or costs incurred by PSZJ in its representation of the Committees.

9.      PSZJ has made the following investigation of disinterestedness prior to submitting this declaration. PSZJ has undertaken a full and thorough review of its computer data base which contains the names of clients and other parties interested in particular matters. The Firm requires all of its professionals, before accepting the representation of a new client, or the representation of an existing client in a new matter, to perform a conflicts check through the PSZJ data base and to enter into that data base conflict information regarding new clients or new matters. Thus, a review of said computerized data base should reveal any and all actual or potential conflicts of interest with respect to any given representation. In particular, an employee of the firm, under my supervision, ran the Debtors' names, the names of their affiliates, secured creditors, board of directors and officers, equity investors, and the twenty (20) largest unsecured creditors, though the Firm's data base and found no potential conflict.

10.     PSZJ represented, represents, and in the future will likely represent many committees in matters unrelated to the Debtors and these cases, whose members may be creditors and/or committee members in these cases. The Firm, however, is not representing any of those entities in these chapter 11 cases, and will not represent any members of these Committees in any claims that they may have collectively or individually against the Debtors.

11.     PSZJ has represented or represents committees, debtors, or other entities in chapter 11 matters unrelated to the Debtors in which SulmeyerKupetz, the Debtors' counsel, are involved.

12.     PSZJ and certain of its partners, of counsel and associates represented, represents, and in the future will likely represent creditors of the Debtors in connection with matters unrelated to the Debtors and these chapter 11 cases. At the time, the Firm is not aware of any such representations. If the Firm identifies any such representations, the Firm shall make disclosures as may be appropriate at that time.

13.     PSZJ is not, and has never been a creditor, and equity security holder or an insider of the Debtors.

14.     PSZJ is not and has never been an investment banker for any outstanding security of the Debtors.

15.     PSZJ is not, and was not, within three (3) years before the date of the filing of the petition herein, an investment banker for a security of the Debtors, or an attorney for such investment banker in connection with the offer, sale or issuance of any security of the Debtors.

16.     PSZJ is not, and was not, within two (2) years before the date of the filing of the petitions herein, a director, officer or employee of the Debtors or of any investment banker for any security of the Debtors.

17.     PSZJ neither holds nor represents an interest materially adverse to the interests of the state or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors or an investment banker for any security of the Debtors, or for any other reason.

18.     The members of the firm are familiar with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules and shall comply with them.

19.     The Firm will track work performed on behalf of each Committee to the extent that tasks are performed solely for one Committee, and will bill each estate directly for such services rendered on behalf of the applicable Committee.  However, where the Firm's services are rendered for both Committees, the Firm will allocate fees and expenses to each estate based upon a percentage allocation (either 50%-50%) or some other allocation to be agreed upon by PSZJ and the Committees depending on the nature of the work performed, which allocation will be set forth with notice to all parties in the Firm's fee application.  Notwithstanding any allocation of fees and expenses for work performed on behalf of both estates, both Debtors' estates shall be jointly and severally liable for all of the Firm's fees and expenses for such shared services.

20.     To the extent that any conflicts may arise between the Simo Committee and the NFRS Committee, the Simo Committee will retain Gibson Dunn & Crutcher LLP via a separate

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

retention application to serve as conflicts counsel with respect to potential conflicts between the two Committees.

21.    PSZJ does not have a retainer agreement with the Committees.  The terms of the Committees' retention are as set forth in the Application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18 day of April, 2011 at Los Angeles, California.

/s/ Jeffrey N. Pomerantz
Jeffrey N. Pomerantz

# Exhibit "A"

## Jeffrey N. Pomerantz

Los Angeles Office
10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067-4100
jpomerantz@pszjlaw.com
Tel: 310.277.6910



Mr. Pomerantz's practice includes representing companies, creditors' committees, and private equity funds in complex financial restructurings and merger-and-acquisition transactions both in and out of court. Mr. Pomerantz has particular expertise in restructurings in the restaurant and retail sectors, having represented chapter 11 debtors in ISE Corporation, Robbins Bros. Jewelers, Retail Pro, Incentra Solutions, The Cooker Restaurants, The Gingiss Group/Gary's Tuxedo's, Breuners Home Furnishings and Sunbelt Nursery Group. Mr. Pomerantz also has an active creditors' committee practice. He currently represents the committee in Daphne's Greek Cafe, and is lead counsel for the creditors' committee in the Circuit City chapter 11 case. He also represented the creditors' committees in S&K Famous Brands, Jays Foods, Pike Nursery, Glazed Investments (Krispy Kreme), Spectrum Restaurant Group, Cimms, Inc., Mercury Plastics, Sega Gameworks, Airnet Communications, Country Home Bakers and Bugle Boy Industries. Mr. Pomerantz frequently represents private equity funds in asset-acquisition transactions. His practice is generally focused on middle-market companies with annual revenues ranging from $50 - $300 million. Mr. Pomerantz serves on the executive committee of the American Bankruptcy Institute and Chairs its annual Southwest Bankruptcy Program. Mr. Pomerantz is a graduate of New York University (1986 Phi Beta Kappa), where he also received his J.D. (1989, Order of the Coif). He holds an AV Peer Rating, Martindale-Hubbell's highest peer recognition for ethical standards and legal ability, and was named a "Super Lawyer" in the field of Bankruptcy & Creditor/Debtor Rights in 2009, 2010 and 2011 in a peer survey conducted by Law & Politics and the publishers of *Los Angeles* magazine, an honor bestowed on only 5% of Southern California attorneys.

### Professional Affiliations

Member, American Bankruptcy Institute Executive Committee

Member, American Bankruptcy Institute Board of Directors

Chair, American Bankruptcy Institute Annual Southwest Bankruptcy Conference (2004-2006)

Chair, American Bankruptcy Institute Bankruptcy Battleground West (2002-2003)

### Publications

"The Bare Necessities of Critical Vendor Motions -- It's a Jungle Out There," 13 *Journal of Bankruptcy Law & Practice* (2004)

### Programs and Lectures

American Bankruptcy Institute; Los Angeles Bankruptcy Forum; Financial Lawyers Conference; Turnaround Managers Association; International Conference of Shopping Centers

### Representations

Chapter 11 debtors: Robbins Brothers; Retail Pro; Incentra Solutions; Inacom Corporation; Sunbelt Nursery Group; Cooker Restaurant Corporation; Martin Lawrence Limited Edition; Gingiss Group/Gary's Tuxedos; Breuner's Home Furnishings

Creditors' committees: MMFX Steel Corporation, ISE Corporation, Gas City, Circuit City; Daphne's Greek Cafe; S+K Famous Brands; Jays Foods; Pike Nursery; Airnet Communications; Glazed Investments (Krispy Kreme); Spectrum Restaurant Group; Mercury Plastics; Organized Living; Sega Gameworks; Country Home Bakers; Lynx Golf; Bugle Boy Industries; Cimms; Teardrop Golf Company; East Coast Bagel Company; Tom's Foods

## Jeffrey W. Dulberg

Los Angeles Office
10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067-4100
jdulberg@pszjlaw.com
Tel: 310.277.6910



Mr. Dulberg has substantial experience representing debtors, creditors, landlords, asset purchasers, and committees in chapter 11 cases throughout the country. Mr. Dulberg has served as lead counsel for several large debtors, including Z Gallerie (successful reorganization of national home furnishings retailer), Barbeques Galore (the world's largest specialty barbeque retailer), People's Choice Home Loan (formerly a major national subprime loan originator), and The Parent Company / eToys (a leading commerce, content, and new media company). Mr. Dulberg has also represented creditors' committees in Jays Foods, Pike Nursery and Sega GameWorks, among others. He has handled numerous out-of-court and commercial matters, including a wide variety of sales, and appeals before the Bankruptcy Appellate Panel of the Ninth Circuit. Mr. Dulberg lectures frequently on chapter 11 issues and he has spoken nationwide regarding these matters. Mr. Dulberg is a graduate of Swarthmore College and received his J.D. from UCLA, where he was a teaching assistant with the Department of Political Science.

In 2010, the reorganization of Z Gallerie was recognized as "turnaround of the year" by several national organizations including the Turnaround Management Association. In 2010 and 2011, Mr. Dulberg was named a "Super Lawyer" in the field of Bankruptcy & Creditor/Debtor Rights in a peer survey conducted by Law & Politics and the publishers of *Los Angeles* magazine, an honor bestowed on only 5% of Southern California attorneys.

**Professional Affiliations**

Turnaround Management Association

**Programs and Lectures**

American Bankruptcy Institute, Turnaround Management Association, Valley Credit Professionals, Credit Managers Association, Los Angeles Bankruptcy Forum, Commercial Real Estate Women

**Representations**

Chapter 11 debtors: Z Gallerie; The Parent Company; Barbeques Galore; People's Choice Home Loans; Prime Measurement Products; Olympia Group; RFB Cellular; Trend Technologies; Track 'n Trail

Creditors' committees: Jay's Foods; Pike Nursery; Sega GameWorks; Mercury Plastics; Custom Food Products I (trade committee)

Creditors/landlord representations: The Sylmark Group, Mid-Valley Properties

## Exhibit "B"

**HOURLY BILLING RATES FOR ATTORNEYS AND PARALEGALS OF
PACHULSKI STANG ZIEHL & JONES LLP
JANUARY 2011 RATES**

| Attorneys | Billing Rate |
|---|---|
| Richard M. Pachulski | $950.00 |
| James I. Stang | $895.00 |
| Dean A. Ziehl | $895.00 |
| Laura Davis Jones | $895.00 |
| Robert J. Feinstein | $895.00 |
| Jeremy V. Richards | $850.00 |
| Robert B. Orgel | $850.00 |
| Ira D. Kharasch | $850.00 |
| Alan J. Kornfeld | $825.00 |
| Richard J. Gruber | $825.00 |
| Andrew W. Caine | $825.00 |
| Debra Grassgreen | $795.00 |
| Henry C. Kevane | $795.00 |
| Jeffrey N. Pomerantz | $795.00 |
| Linda F. Cantor | $795.00 |
| John A. Morris | $795.00 |
| David J. Barton | $775.00 |
| Stanley E. Goldich | $775.00 |
| David M. Bertenthal | $775.00 |
| Iain A.W. Nasatir | $750.00 |
| Kenneth H. Brown | $750.00 |
| John D. Fiero | $725.00 |
| James E. Mahoney | $725.00 |
| James K.T. Hunter | $725.00 |
| Samuel R. Maizel | $725.00 |
| Steven J. Kahn | $725.00 |
| Ellen M. Bender | $725.00 |
| Daryl G. Parker | $725.00 |
| Bruce Grohsgal | $705.00 |
| Maxim B. Litvak | $675.00 |
| Bradford J. Sandler | $675.00 |
| Shirley S. Cho | $650.00 |
| Harry D. Hochman | $650.00 |
| Victoria A. Newmark | $650.00 |
| James E. O'Neill | $650.00 |
| Joshua M. Fried | $650.00 |
| Jeffrey W. Dulberg | $625.00 |
| Maria Bove | $625.00 |
| Scotta E. McFarland | $595.00 |
| Gina F. Brandt | $595.00 |
| Jonathan J. Kim | $595.00 |
| Malhar S. Pagay | $595.00 |
| Jeffrey Kandel | $595.00 |
| Michael R. Seidl | $595.00 |
| Jason S. Pomerantz | $595.00 |
| Mary D. Lane | $575.00 |
| Gail S. Greenwood | $575.00 |
| Robert M. Saunders | $575.00 |
| Beth E. Levine | $575.00 |

| Jeffrey P. Nolan | $575.00 |
|---|---|
| Nina L. Hong | $575.00 |
| Curtis A. Hehn | $575.00 |
| Gabriella A. Rohwer | $575.00 |
| Erin Gray | $550.00 |
| Gillian N. Brown | $550.00 |
| William L. Ramseyer | $550.00 |
| Pamela E. Singer | $550.00 |
| Miriam Khatiblou | $550.00 |
| Ilan D. Scharf | $550.00 |
| Elissa A. Wagner | $525.00 |
| Timothy P. Cairns | $495.00 |
| John W. Lucas | $495.00 |
| Kathleen P. Makowski | $475.00 |
| Teddy M. Kapur | $475.00 |
| Cia H. Mackle | $425.00 |
| Jason H. Rosell | $395.00 |
| Peter J. Keane | $345.00 |

| Paralegals | Billing Rate |
|---|---|
| Denise A. Harris | $255.00 |
| Kathleen F. Finlayson | $255.00 |
| Beth D. Dassa | $255.00 |
| Shawn A. Quinlivan | $255.00 |
| Patricia J. Jeffries | $255.00 |
| Monica A. Molitor | $255.00 |
| Felice S. Harrison | $255.00 |
| Jorge Rojas | $250.00 |
| Louise Tuschak | $245.00 |
| Karina K. Yee | $245.00 |
| Patricia E. Cuniff | $245.00 |
| Margaret L. Oberholzer | $245.00 |
| Cheryl A. Knotts | $235.00 |
| Michael A. Matteo | $220.00 |
| Thomas J. Brown | $220.00 |
| Kati L. Suk | $200.00 |
| John F. Bass | $175.00 |
| Andrew C. Sahn | $175.00 |
| Law Library Dir. | Billing Rate |
| Leslie A. Forrester | $275.00 |

| Law Clerks/Clerks | Billing Rate |
|---|---|
| Rita M. Olivere | $175.00 |
| Sheryle L. Pitman | $175.00 |
| Dina K. Whaley | $175.00 |
| Beatrice M. Koveleski | $175.00 |
| Charles J. Bouzoukis | $165.00 |
| Andrea R. Paul | $165.00 |
| Karen S. Neil | $165.00 |

**SUMMARY OF RATES OF REIMBURSEMENT FOR EXPENSES OF
PACHULSKI STANG ZIEHL & JONES LLP
EFFECTIVE JANUARY 1, 2011[1]**

| | |
|---|---|
| Facsimile Charges | |
|     Outgoing | $1.00 per page |
|     Incoming | $0.20 per page |
| Photocopy Charges | $0.20 per page |
| Reproduction/Scan Copy | $0.10 per page |
| Mileage[2] | $0.51 per mile |
| Secretarial Overtime | Actual Cost |
| Court Filing Fees | Actual Cost |
| Court Reporter | Actual Cost |
| Messenger and Attorney Services | Actual Cost |
| Legal Research | Actual Cost |
| Postage/Express Mail | Actual Cost |
| Telephone | Actual Cost |
| Travel Expenses | Actual Cost |

---

[1] This summary lists expenses commonly billed by the Firm.  Other expenses would typically be billed to the Firm's clients at the Firm's actual cost.

[2] The Firm only charges for associate and paralegal mileage, not shareholder mileage.

60982-002\DOCS_LA:235071.3

# ATTACHMENT

CSD 1001A [11/15/04]
Name, Address, Telephone No. & I.D. No.
Jeffrey N. Pomerantz (CA Bar No. 143717)
Jeffrey W. Dulberg (CA Bar No. 181200)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

NO FEAR RETAIL STORES, INC., a California corporation, SIMO HOLDINGS INC., a California corporation and NO FEAR MX, INC., a California corporation,

BANKRUPTCY NO. 11-02896-MM11

Date of Hearing:
Time of Hearing:
Name of Judge: Honorable Margaret Mann

Debtor.

## ORDER ON

**APPLICATION FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NO FEAR RETAIL STORES, INC. NUNC PRO TUNC TO MARCH 24, 2011 AND FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF SIMO HOLDINGS, INC. NUNC PRO TUNC TO APRIL 7, 2011**

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2)

through __2__ with exhibits, if any, for a total of __2__ pages, is granted.  Motion/Application Docket Entry No. _____

//

//

//

//

//

//

DATED: _____

_____
Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under
Fed. R. of Bankr. P. 9011 that the relief in the order is the
relief granted by the court.

Submitted by:

Pachulski Stang Ziehl & Jones LLP_____
(Firm name)

By: /s/ Jeffrey W. Dulberg_____
Attorney for ☑ Movant ☐ Respondent

CSD 1001A [11/15/04] **(Page 2)**
ORDER ON    APPLICATION FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL FOR THE OFFICIAL

DEBTOR:  NO FEAR RETAIL STORES, INC., a California corporation, SIMO HOLDINGS INC., a        CASE NO: 11-02896-MM11
          California corporation and NO FEAR MX, INC., a California corporation,

Upon the consideration of the application for an order, pursuant to section 1103 of the Bankruptcy Code and Rule 2014 of the Bankruptcy Rules, authorizing the retention and employment of Pachulski Stang Ziehl & Jones LLP ("PSZJ") as general insolvency counsel for the Official Committee of Unsecured Creditors of No Fear Retail Stores, Inc. (the "NFRS Committee") and as general insolvency counsel for the Official Committee of Unsecured Creditors of Simo Holdings Inc. (the "Simo Committee", together with the NFRS Committee, the "Committees"), in these chapter 11 cases (the "Application"); and upon consideration of the declaration of Jeffrey N. Pomerantz in support of the Application (the "Declaration") and it appearing that PSZJ's employment is necessary and in the best interest of the Debtors' estates and their creditors; and it appearing that due and proper notice of the Application has been given; and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor; it is hereby ORDERED,

ADJUDGED, AND DECREED THAT

The Application is granted;

In accordance with section 1103 of the Bankruptcy Code and Bankruptcy Rule 2014, the Committees are authorized and empowered to retain and employ PSZJ as their general insolvency counsel on the terms and conditions set forth in the Application; and

PSZJ shall be compensated in accordance with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, applicable Local Bankruptcy Rules, any and all orders of the Court and Fee Guidelines promulgated by the United States Trustee, and any applicable regulations and orders with respect to the foregoing that may be applicable to these chapter 11 cases.

## PROOF OF SERVICE

STATE OF CALIFORNIA      )
                                     )
COUNTY OF LOS ANGELES     )

I, Mary de Leon, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., 11th Floor, Los Angeles, California 90067-4100.

On April 18, 2011, I caused to be served the **APPLICATION FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NO FEAR RETAIL STORES, INC., NUNC PRO TUNC TO MARCH 24, 2011, AND AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF SIMO HOLDINGS, INC., NUNC PRO TUNC TO APRIL 7, 2011; DECLARATION IN SUPPORT THEREOF** in this action by placing a true and correct copy of said document(s) in sealed envelopes addressed as follows:

*PLEASE SEE ATTACHED SERVICE LIST*

☑ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.

☑ (BY NOTICE OF ELECTRONIC FILING) I caused to be served the above-described document by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, for parties and/or counsel who are registered ECF Users.

☐ (BY FAX) I caused to be transmitted the above-described document by facsimile machine to the fax number(s) as shown. The transmission was reported as complete and without error. (Service by Facsimile Transmission to those parties on the attached List with fax numbers indicated.)

☐ (BY OVERNIGHT DELIVERY) By sending by         to the addressee(s) as indicated on the attached list.

I declare that I am employed in the office of a member of the bar of this Court at whose direction was made.

Executed on April 18, 2011, at Los Angeles, California.

                                 */s/ Mary de Leon*
                                 Mary de Leon

## ADDITIONAL SERVICE LIST:

**11-02896-MM11 Notice will be electronically mailed to:**

Robert R. Barnes on behalf of Creditor Landlords Affiliated with General Growth Properties
bbarnes@allenmatkins.com, bcrfilings@allenmatkins.com

Jeffrey D. Cawdrey on behalf of Creditor Jido & Juniar, Inc.
jcawdrey@gordonrees.com, ebojorquez@gordonrees.com

Jeffrey W. Dulberg on behalf of Creditor Committee Official Committee of Unsecured Creditors of No Fear Retail Stores, Inc.
jdulberg@pszjlaw.com

Christine Fitzgerald on behalf of Creditor FMF Racing
cfitzgerald@scckg.com

Thomas M. Geher on behalf of Interested Party Ultimate Brand Management, LLC
tmg@jmbm.com

Jeffrey Goodfried on behalf of Creditor 5060 Montclair Plaza Lane Holdings, LLC
jgoodfried@perkinscoie.com

Charles B. Harris on behalf of Creditor Robin Houston
charris@airlegal.net, ls@harris.sdcoxmail.com

Sue J. Hodges on behalf of Creditor Credit Cash NJ, LLC
sue.hodges@klgates.com

Mark S. Hoffman on behalf of Creditor LFP Apparel, LLC
mshllh@aol.com

Haeji Hong on behalf of United States Trustee United States Trustee
Haeji.Hong@usdoj.gov, USTP.Region15@usdoj.gov;shannon.m.vencill@usdoj.gov;tiffany.l.carroll@usdoj.gov

Brian D. Huben on behalf of Creditor The Macerich Company
brian.huben@kattenlaw.com, carole.levine@kattenlaw.com

David S. Kupetz on behalf of Debtor No Fear MX, Inc.
dkupetz@sulmeyerlaw.com

Jeffrey N. Pomerantz on behalf of Creditor Committee Official Committee of Unsecured Creditors of No Fear Retail Stores, Inc.
jpomerantz@pszjlaw.com, scho@pszjlaw.com

Daniel Silva on behalf of Creditor Jido & Juniar, Inc.
dsilva@gordonrees.com

United States Trustee
ustp.region15@usdoj.gov

Steven F. Werth on behalf of Debtor No Fear MX, Inc.
swerth@sulmeyerlaw.com

Dennis J. Wickham on behalf of Creditor Cobra-Blackmore, LP
wickham@scmv.com, havard@scmv.com

## 11-02896-MM11 Notice will be sent via U.S. mail to:

Office of the U.S. Trustee
Haeji Hong
Office of the U.S. Trustee
402 West Broadway, Suite 600
San Diego, CA  92101

Office of the U.S. Trustee
Lorraine Green, Analyst
Office of the U.S. Trustee
402 West Broadway, Suite 600
San Diego, CA  92101

Debtors
No Fear Retail Stores, Inc.
No Fear MX, Inc.
Simo Holdings, Inc.
1812 Aston Avenue
Carlsbad, CA  92008

Attys for Debtors
David S. Kupetz, Esq.
Steven F. Werth, Esq.
333 South Hope Street, 35th Floor
Los Angeles, CA  90071

Taxing Authorities
Internal Revenue Service
Post Office Box 7346
Philadelphia, PA  19101-7346

Internal Revenue Service
Insolvency Group 1
880 Front Street
San Diego, CA  92101

Creditors Committee
No Fear Mx, Inc.
J2 LLC
Attn:  Jeff Surwall
1812 Aston Avenue
Carlsbad, CA  92013

Silver Triangle Industries
Attn:  Jorge Navarro
11211 Sorrento Valley Rd., Suite 1
San Diego, CA  92121

Jerome Mage
Josh Kritman
Mage Design LLC
2922 Pico Blvd.
Santa Monica, CA  90405

Creditors Committee
No Fear Retail Stores, Inc.
Reno Retail Company, LLC
Attn: Jeffrey M. Pomery
2222 Arlington Avenue
Birmingham, AL 35205

La Jolla Group
Attn: Bill Busierre
14350 Myford Road
Irvine, CA 92606

SRH Productions, Inc.
Attn: Ryan White
2826 La Mirada Drive, Ste B
Vista, CA 92081

Creditors Committee
Simo Holdings, Inc.
Rogers Sports Management Group
dba Factory Direct International
337 S. Main Street
Findlay, OH  45839-0773

FMF Racing a California Corp.
Barry R. Gore/Christine M. Fitzgerald
Smith Campbell Clifford Kearney Gore
3424 Carson Street, Suite 350
Torrance, CA  90503

Jido & Juniar, Inc.
Laith Haisha, CEO
6214 Topiary Street
Carlsbad, CA 92009

Attys for Centro Independence LLC
Joel F. Crystal, Esq.
VP, Corporate Legal Services
420 Lexington Avenue, 7th Floor
New York, NY  10170

Attys for Westfield, LLC and
The Macerich Company
Thomas J. Leanse/Brian D. Huben
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA  90067-3012

Special Notice

Attys for Jido & Juniar, Inc.
Jeffrey D. Cawdrey, Esq.
Daniel C. Silva, Esq.
Gordon & Rees, LLP
101 W. Broadway, Suite 2000
San Diego, CA  92101

Attys for La Jolla Group, Inc.
Benjamin Seigel, Esq.
Buchalter Nemer
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA  90017-2457

Attys for Landlords Affiliated with
General Growth Properties
Robert R. Barnes, Esq.
Allen Matkins Leck Gamble Mallory Natsis
501 West Broadway, 15th Floor
San Diego, CA  92101

Attys for Landlords Affiliated with
General Growth Properties
William W. Huckins/Ivan M. Gold
Allen Matkins Leck Gamble Mallory Natsis
Three Embarcadero Center, 12th Floor
San Francisco, CA  94111

Attys for The Irvine Company
Ernie Zachary Park, Esq.
Bewley, Lassleben & Miller, LLP
13215 E. Penn Street, Suite 510
Whittier, CA  90602-1797

Attys for Credit Cash NJ, LLC
Sue J. Hodges, Esq.
K&L Gates LLP
3580 Carmel Mountain Road, Suite 200
San Diego, CA  92130

Heather Moates
4306 Horizon Dr.
Carlsbad, CA  92008-3652

Attys for Coba-Blackmore, LP
Dennis J. Wickham, Esq.
Seltzer Caplan McMahon Vitek
2100 Symphony Towers
750 B. Street
San Diego, CA  92101

Hilco Brands, LLC
5 Revere Drive
Suite 206
Northbrook, IL  60062

Simon Property Group, Inc.
Attn:  Ronald M. Tucker, Esq.
225 West Washington Street
Indianapolis, IN  46204

Joel F. Crystal, Esq.
Centro Properties Group
420 Lexington Avenue, 7th Floor
New York, NY 10170

Christine R. Etheridge
Ikon Financial Services
Bankruptcy Administration
1738 Bass Road
PO Box 13708
Macon, GA  31208-3708

Attys for Heather Moates
John O. Cronin, Esq.
Cronin & Cronin
225 East Third Avenue
Escondido, CA  92025-4203

Nicole Kelley
A/R Supervisor
Orange 21 North America Inc.
2070 Las Palmas Drvie
Carlsbad, CA  92011

William Creelman
Alexander O. Koles
BDO USA, LLP
3200 Bristol Street
Costa Mesa, CA  92626

Attys for Secured Creditor
5060 Montclair Plaza Lane Holdings, LLC
Jeffrey S. Goodfried, Esq.
Perkins Coie LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067

Attys for LFP Apparel, LLC
Jonathan Brown, Esq.
Lipsitz Green Scime Cambria LLP
42 Delaware Avenue, Suite 300
Buffalo, New York  14202

Attys for Ultimate Brand Management
Thomas M. Geher, Esq.
Jeffer Mangels Butler & Mitchell LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, CA  90067-4308

Kristen Pate
GGP Limited Partnership
110 North Wacker Drive
Chicago, IL  60606

Matthew B. Venturi
Josh Garver
Venturi & Company, LLC
345 Lorton Avenue, Suite 105
Burlingame, CA  94010

Tulare County Tax Collector
Attn:  Martina Ceballos, Deputy Tax Collector
221 S. Mooney Blvd., Room 104-E
Visalia, CA  93291-4593

Attys for 1903 Onshore Funding
(Gordon Bros.)
Van C. Durrer II/Ramon M. Naguiat
Skadden, Arps
300 South Grand Avenue, Suite 3400
Los Angeles, CA  90071

Attys for LFP Apparel, LLC
Mark S. Hoffman, Esq.
Erika L. Mansky, Esq.
Labowe, Labowe & Hoffman, LLP
1631 West Beverly Blvd., Second Floor
Los Angeles, CA  90026-5746