# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

### Hearing Information:

|  |  |
|---:|:---|
| **Debtor:** | NO FEAR RETAIL STORES, INC. |
| **Case Number:** | 11-02896-MM11    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, MAY 05, 2011 03:00 PM   DEPARTMENT 1 |
| **Bankruptcy Judge:** | MARGARET M. MANN |
| **Courtroom Clerk:** | GREGG ROBINSON |
| **Reporter / ECR:** | HEATHER PITVORIC |

### Matters:

1) APPLICATION TO EMPLOY SULMEYER KUPETZ AS COUNSEL FOR DEBTORS FILED U.S. TRUSTEE AND FILED BY DEBTOR

2) APPLICATION TO EMPLOY VENTURI & COMPANY AS FINANCIAL ADVISOR FILED BY DEBTOR

3) FIRST DAY MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING USE OF CASH COLLATERAL FILED BY DEBTOR (fr. 4/18/11)

4) STATUS CONFERENCE ON CHAPTER 11 PETITION (fr. 4/18/11)

5) MOTION TO ENTER INTO CREDIT FACILITY WITH HILCO BRANDS, LLC AND INFINITY FS BRANDS, LLC (FILED BY DEBTOR (fr. 4/18/11)

6) APPLICATION TO EMPLOY PACHULSKI STANG ZIEHL & JONES, LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

7) APPLICATION TO EMPLOY BDO USA, LLP AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

8) MOTION TO APPOINT GEORGE BLANCO AS CHIEF RESTRUCTURING OFFICER FILED BY DEBTOR

9) MOTION FOR COMPENSATION OF INSIDERS ON A FINAL BASIS NUNC PRO TUNC FILED BY DEBTOR (fr. 4/21/11)

### Appearances:

HAEJI HONG, ATTORNEY FOR UNITED STATES TRUSTEE
DAVID KUPETZ, ATTORNEY FOR NO FEAR RETAIL STORES, INC.
SUE HODGES, ATTORNEY FOR CREDIT CASH, LLC
JEFFREY DULBERG, ATTORNEY FOR O.C.C.
JEFFREY POMERANTZ, ATTORNEY FOR O.C.C.

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

(continue).. 11-02896-MM11            THURSDAY, MAY 05, 2011 03:00 PM

### *Disposition:*

1) Granted. Order to be prepared by debtor.
2) Granted. Order to be prepared by movant.
3) Off calendar.
4) Continued to 6/10/11 @ 9:00 AM, Department 1.
5) Off calendar.
6) Granted. Order to be prepared by movant.
7) Granted. Order to be prepared by movant.
8) Granted. Order to be prepared by movant.
9) Continued to 6/10/11 @ 9:00 AM, Department 1 for Evidentiary Hearing.  Additional briefing due by 6/3/11.