1  David S. Kupetz (CA Bar No. 125062)
      dkupetz@sulmeyerlaw.com
2  Steven F. Werth (CA Bar No. 205434)
      swerth@sulmeyerlaw.com
3  **SulmeyerKupetz**
   A Professional Corporation
4  333 South Hope Street, Thirty-Fifth Floor
   Los Angeles, California 90071-1406
5  Telephone: 213.626.2311
   Facsimile:  213.629.4520
6
   Bankruptcy Counsel for No Fear Retail
7  Stores, Inc. Simo Holdings, Inc, and No
   Fear MX, Inc., Debtors and Debtors in
8  Possession

9                 **UNITED STATES BANKRUPTCY COURT**

10                  **Southern District of California**

11 In re                              Case No.  11-02896-MM11

12                                     (Jointly Administered with Case Nos.
   NO FEAR RETAIL STORES, INC.,        11-02897-MM11; 11-02898-MM11)
13 a California corporation, SIMO
   HOLDINGS, INC., a California        Chapter 11 Cases
14 corporation, and NO FEAR MX, INC.,
   a California corporation,           **STIPULATION AMONG DEBTORS AND
15                                     OFFICIAL COMMITTEES OF
                                       UNSECURED CREDITORS
16                                     REGARDING CONTINUANCE OF
                                       EVIDENTIARY HEARING REGARDING
17          Related Debtors.           OFFICER COMPENSATION AND
                                       DEADLINE TO SUBMIT BRIEFS**
18
                                       **DATE:**     [No Hearing Requested]
19                                     **TIME:**     [No Hearing Requested]
                                       **JUDGE:**    Hon. Margaret M. Mann
20                                     **PLACE:**    Chamber 1—Room 218
                                                     U.S. Bankruptcy Court
21                                                   325 West "F" Street
   Employer ID Nos. 20-5238208, 93-                 San Diego, CA 92101
22 1037856, 26-0432196

23

24

25

26

27

28

1  TO THE HONORABLE MARGARET M. MANN, UNITED STATES
2  BANKRUPTCY JUDGE:

3     This Stipulation ("Stipulation") is entered into among No Fear Retail
4  Stores, Inc., ("NFRS"), Simo Holdings, Inc. ("Simo Holdings"), and No Fear MX,
5  Inc. ("NFMX"), debtors and debtors in possession, on the one hand, and the
6  Official Committees of Unsecured Creditors of NFRS and Simo Holdings (the
7  "Committees"), on the other hand, regarding the "Motion Of The Debtors For Entry
8  Of An Order Authorizing Compensation Of Insiders On A Final Basis Nunc Pro
9  Tunc To February 24, 2011," filed with this Court on March 18, 2011 [Docket No.
10  88] (the "Motion").

11  **RECITALS**

12    A. NFRS, Simo Holdings, and NFMX (collectively, the "Debtors") filed
13  voluntary chapter 11 petitions on February 24, 2011 (the "Petition Date").

14    B. On March 4, 2011, the above-captioned Court (the "Court") entered
15  an order providing for joint administration of the chapter 11 cases of NFRS
16  (Bankruptcy Case No. 11-02896-MM11), Simo Holdings (Bankruptcy Case No. 11-
17  02898-MM11), and NFMX (Bankruptcy Case No. 11-02897-MM11).

18    C. On March 18, 2011, the Debtors filed the Motion. The Motion seeks
19  an order from the Court authorizing the Debtors to pay the salaries of Mark Simo,
20  Brian Simo, Scott Benjamin, and Kenneth Aurigemma.

21    D. The Motion was heard by the Court on May 5, 2011. At the hearing,
22  the Court granted the Motion with respect to Scott Benjamin and Kenneth
23  Aurigemma. With respect to Mark Simo and Brian Simo, the Court set June 10,
24  2011 at 9:00 a.m., in Department 11, as the date and location for an evidentiary
25  hearing on the Motion. The Court also ruled that the Debtors, the Committees,
26  and the United States Trustee may file additional pleadings with respect to the
27  Motion on or before June 3, 2011.

28

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

E.    The Court entered an order on the Motion on May 16, 2011 [Docket No. 262]. In the Order, the Court additionally stated that the Debtors are authorized to continue to pay Mark Simo and Brian Simo 75% of their salaries requested by the Motion for work performed from the Petition Date through June 10, 2011, provided, however, that all amounts paid for services rendered after May 1, 2011 shall be on an interim basis (the "Interim Approval Amount") with (a) the Committees reserving their right to seek a reduction of the Interim Approval Amount for services rendered after May 1, 2011, and (b) the Debtors reserving the right to request that the Court approve the full amounts requested in the Motion for services rendered after May 1, 2011.

F.    The Committees and the Debtors now desire additional time to resolve their issues relating to the Motion prior to proceeding with an evidentiary hearing on the Motion, and seek to continue the above dates and deadlines in order to do so.

**NOW THEREFORE**, the Debtors and the Committees stipulate and agree as follows:

## STIPULATION

1.    The foregoing Recitals are true and correct, and are incorporated by this reference.

2.    The hearing on the Motion with respect to Mark Simo and Brian Simo shall be continued to July 1, 2011 at 9:00 a.m., Department 11. The Debtors, the Committees, and the United States Trustee may file additional pleadings with respect to the Motion on or before June 24, 2011.

3.    The Debtors are authorized to continue to pay Mark Simo and Brian Simo 75% of their salaries requested by the Motion for work performed from the Petition Date through July 1, 2011, provided, however, that all amounts paid for services rendered after May 1, 2011 shall be on an interim basis (the "Interim Approval Amount") with (a) the Committees reserving their right to seek a

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

reduction of the Interim Approval Amount for services rendered after May 1, 2011, and (b) the Debtors reserving the right to request that the Court approve the full amounts requested in the Motion for services rendered after May 1, 2011.

**IT IS SO STIPULATED.**

DATED:    May 25, 2011        SULMEYERKUPETZ, A Professional
                             Corporation

                             By: _____
                                  Steven F. Werth
                             Bankruptcy Counsel for No Fear Retail
                             Stores, Inc. Simo Holdings, Inc, and No Fear
                             MX, Inc., Debtors and Debtors in Possession

DATED:    May 25, 2011        PACHULSKI STANG ZIEHL & JONES LLP

                             By: _____
                                  Jeffrey Dulberg
                             Attorneys for Official Committee of
                             Unsecured Creditors of No Fear Retail
                             Stores, Inc. and Simo Holdings, Inc.

SWERTH\ 719859.1                           -4-

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 333 South Hope Street, Thirty-Fifth Floor, Los Angeles, California 90071-1406

A true and correct copy of the foregoing document described as <u>STIPULATION AMONG DEBTORS AND OFFICIAL COMMITTEES OF UNSECURED CREDITORS REGARDING CONTINUANCE OF EVIDENTIARY HEARING REGARDING OFFICER COMPENSATION AND DEADLINE TO SUBMIT BRIEFS</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>May 27, 2011</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

| | |
|---|---|
| ➢ Robert R. Barnes — Landlords Affiliated with General Growth Properties | bbarnes@allenmatkins.com |
| | bcrfilings@allenmatkins.com |
| ➢ Jeffrey D. Cawdrey — Jido & Juniar, Inc. | jcawdrey@gordonrees.com |
| | ebojorquez@gordonrees.com |
| ➢ Jeffrey W. Dulberg — No Fear Retail Stores Creditors' Committee | jdulberg@pszjlaw.com |
| ➢ Jonathon Scott Dutcher — Maricopa County Treasurer | dutchers@mail.maricopa.gov, ejaquez@mail.maricopa.gov |
| ➢ Christine Fitzgerald — Secured Creditor Don Emler/FMF Racing | cfitzgerald@scckg.com |
| ➢ Roger F. Friedman — Secured Creditor Don Emler/FMF Racing | rfriedman@rutan.com |
| ➢ Thomas M. Geher — Ultimate Brand Management, LLC | tmg@jmbm.com |
| ➢ Matthew Gold — Argo Partners | courts@argopartners.net |
| ➢ Jeffrey Goodfried — 5060 Montclair Plaza Lane Holdings, LLC | jgoodfried@perkinscoie.com |
| ➢ Charles B. Harris — Robin Houston | charris@airlegal.net |
| ➢ Sue J. Hodges — Credit Cash NJ, LLC | sue.hodges@klgates.com |
| ➢ Mark S. Hoffman — LFP Apparel, LLC | mshllh@aol.com |
| ➢ Haeji Hong — OUST (SD) | Haeji.Hong@usdoj.gov |
| ➢ Brian D. Huben — The Macerich Company | brian.huben@kattenlaw.com |
| | carole.levine@kattenlaw.com |
| ➢ Gregory K. Jones — P-Max Apparel Inc. | gjones@stutman.com |
| ➢ Gregory Jung | gjung@wendel.com |
| ➢ David S. Kupetz — Debtor No Fear Retail Stores, Inc. | dkupetz@sulmeyerlaw.com |
| ➢ Ramon Naguiat — 1903 Onshore Funding, LLC | Ramon.Naguiat@skadden.com |
| ➢ Jeffrey N. Pomerantz — No Fear Retail Stores Creditors' Committee | jpomerantz@pszjlaw.com |
| | scho@pszjlaw.com |
| ➢ Daniel Silva — Jido & Juniar, Inc. | dsilva@gordonrees.com |
| ➢ Steven F. Werth — Debtor No Fear Stores, Inc. | swerth@sulmeyerlaw.com |
| ➢ Dennis J. Wickham — Cobra-Blackmore, LP | wickham@scmv.com |
| | havard@scmv.com |

☐ Service Information continued on attached page.

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service Information continued on attached page.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _May 27, 2011_ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

SEE ATTACHED SERVICE LIST

☒ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 27, 2011 | Lauren Dionneau | /s/ Lauren Dionneau |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_August 2010_
SWERTH\ 719859.1

**F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (if needed):**

- George Blanco. — (CRO) No Fear Retail/MX/Simo — gblanco@avantadvisory.com
- Jonathan Brown, Esq. — LFP Apparel, LLC — jbrown@lglaw.com
- Bill Bussiere — Rep. for No Fear Retail Stores Creditors' Committee La Jolla Group — bill.bussiere@lajollagroup.com
- John O. Cronin, Esq. — Heather Moates — john@croninandcronin.com
- Joel F. Crystal, Esq. — Centro Properties Group/Centro Independence, LLC — joel.crystal@centroprop.com
- Van C. Durrer II, Esq. — 1903 Onshore Funding LLC (Gordon Bros.) — van.durrer@skadden.com
- Don Elmer — Simo Creditors' Committee FMF Racing — Dre@fmfracing.com
- Josh Garver — Venturi & Co., LLC — jgarver@venturico.com
- Ken Glowacki — Interested Party — kglowacki@gibsondunn.com
- Ivan M. Gold, Esq. — igold@allenmatkins.com
- Barry R. Gore, Esq. — Secured Creditor Don Emler/FMF Racing — bgore@scckg.com
  lee@fmfracing.com

- Lorraine Green, Analyst — OUST (SD) — Lorraine.green@usdoj.com
- Laith Haisha — Simo Creditors' Committee Jido & Juniar, Inc. — laith@jandjclothing.com
- Jared Hickey — Serigraphic Screen Printing — Jared@serigraphic-screen.com
- Nicole Kelley — Orange 21 N.A., Inc. — nkelley@o21na.com
- Josh Kritman — No Fear MX Creditors' Committee Mage Design, LLC — josh@snrgy.net
- Dean Landis — Secured Creditor Credit Cash NJ, LLC — dlandis@egcap.com
  jricchiuti@egcap.com

- Thomas J. Leanse, Esq. — The Macerich Company/Westfield, LLC. — thomas.leanse@kattenlaw.com
- Jamie Leigh Middleton — Simo Creditors' Committee — Email4JLM@aol.com
- Cecilia Morales — Firemaster — cemorales@firemaster-mpc.com
- Jorge Navarro — No Fear MX Creditors' Committee Silver Triangle Industries — silverind@aol.com
- Ernie Zachary Park, Esq. — The Irvine Co., LLC — ernie.park@bewleylaw.com
- Jeffrey M. Pomeroy — Rep. for NFRS Creditors' Comm. Reno Retail Company, LLC — jpomeroy@bayerproperties.com
- Drina Scheiber — Paymentech — dscheiber@thebartgroup.com
- Jeff Surwall — No Fear MX Creditors' Committee J2 LLC — surwall@yahoo.com
- Matthew B. Venturi — Venturi & Co., LLC — mventuri@venturico.com
- Ryan White— Rep. for NFRS Creditors' Committee SRH Productions Inc. — Ryan@srh.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*
SWERTH\ 719859.1

**F 9013-3.1.PROOF.SERVICE**