210B
12/09

United States Bankruptcy Court
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101−6991

Telephone: 619−557−5620
Website: www.casb.uscourts.gov
Hours: 9:00am−4:00pm Monday−Friday

Case number: 11−02896−MM11
Chapter: 11
Judge Margaret M. Mann

**No Fear Retail Stores, Inc.**
 1812 Aston Avenue
Carlsbad, CA 92008

*No Known Aliases*

**Notice of Transfer of Claim
Other Than For Security**

TO THE PARTIES IN INTEREST:

YOU ARE HEREBY NOTIFIED that an assignment of Court Claim No. **Not on FIle** (as assigned by the Court, which may be different from the Trustee), was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a *Transfer of Claim Other than for Security* in the clerk's office of this court on **05/25/11.**

The total amount of the claim as filed with the court is $ **9,018.00.**

*Transferee*
**Argo Partner
12 West 37th Street
9th Floor
New York, NY 10018**

*Transferor*
**Del Rio Marketing, Inc.
202 East Palm Street
Exeter, CA 93221**

– DEADLINE TO OBJECT TO TRANSFER –

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty−one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Dated: 5/25/11

Barry K. Lander
Clerk of the Bankruptcy Court

United States Bankruptcy Court
Southern District of California

| | |
|---|---|
| In re:<br>No Fear Retail Stores, Inc.<br>      Debtor | Case No. 11-02896-MM<br>Chapter 11 |

**CERTIFICATE OF NOTICE**

District/off: 0974-3          User: jduneghy          Page 1 of 1          Date Rcvd: May 25, 2011
                              Form ID: 210b           Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2011.
```
db         +No Fear Retail Stores, Inc.,    1812 Aston Avenue,    Carlsbad, CA 92008-7306
aty         David S. Kupetz,    Sulmeyer, Kupetz, a Professional Corp,    333 South Hope Street, 35th Street,
             Los Angeles, CA  90071
aty        +Steven F. Werth,    SulmeyerKupetz,    333 South Hope Street, 35th Floor,
             Los Angeles, CA 90071-1406
12773645   +Argo Partners,    12 West 37th Street, 9th Floor,    New York, NY 10018-7480
12792762   +Del Rio Marketing, Inc.,    202 East Palm St.,    Exeter, CA 93221-1753
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 27, 2011**                    Signature:    _Joseph Speetjens_