David S. Kupetz (CA Bar No. 125062)
　dkupetz@sulmeyerlaw.com
Steven F. Werth (CA Bar No. 205434)
　swerth@sulmeyerlaw.com
**Sulmeyer**Kupetz
A Professional Corporation
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, California 90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

Bankruptcy Counsel for No Fear Retail Stores, Inc. Simo Holdings, Inc, and No Fear MX, Inc., Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

## Southern District of California

| | |
|---|---|
| In re<br><br>NO FEAR RETAIL STORES, INC., a California corporation, SIMO HOLDINGS, INC., a California corporation, and NO FEAR MX, INC., a California corporation,<br><br>Related Debtors.<br><br>Employer ID Nos. 20-5238208, 93-1037856, 26-0432196 | Case No. 11-02896-MM11<br><br>(Jointly Administered with Case Nos. 11-02897-MM11; 11-02898-MM11)<br><br>Chapter 11 Cases<br><br>**NOTICE OF REJECTION OF LEASE RELATING TO PROPERTY LOCATED AT 2172 THE PARKS AT ARLINGTON, ARLINGTON, TEXAS** |

SWERTH\ 722168.1

**PLEASE TAKE NOTICE THAT** on June 15, 2011, this Court entered a tentative ruling approving the "Motion of Debtors and Debtors in Possession to Approve a Procedure for the Rejection of Unexpired Leases of Nonresidential Real Property" [Docket No. 319] (the "Motion"). Pursuant to the Motion, the above-captioned Debtors and Debtors-in-Possession (the "Debtors") sought an order authorizing a streamlined procedure for the Debtors to reject nonresidential real property leases.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors intend to reject the nonresidential real property lease dated June 29, 2010 between No Fear Retail Stores, Inc. ("NFRS") and Parks At Arlington, LLC, a Delaware limited liability company, pursuant to which NFRS is the lessor of retail space located at 2172 The Parks At Arlington, Arlington, Texas 76015 (the "Lease").

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to this Court's June 15, 2011 ruling on the Motion, any objection to the Debtors' rejection of the Lease must be filed with the Court and received by the Debtors' bankruptcy counsel at the address in the upper left-hand corner of the caption page of this notice, **so as to be received on or before seven (7) days following the date of service of this notice** (the "Objection Deadline"). If no objection is received on or before the Objection Deadline, the rejection of the Lease will become effective the later of 7 days following the date of service of this notice, or the date the Debtors relinquish possession of the subject leased premises to the landlord (the "Effective Date"), and such rejection shall automatically become final without further act or order of the Court.

**PLEASE TAKE FURTHER NOTICE THAT** If an objection is properly filed by the Objection Deadline as specified above, the Debtors shall promptly schedule a hearing for the consideration of the Objection. For an Objection filed by an affected landlord, if such objection is overruled or withdrawn, the rejection of the Lease shall be deemed effective on the Effective Date and such rejection shall

1  automatically become final without further act or order of the Court.  For an
2  Objection filed by a party other than an affected landlord, if such Objection is
3  overruled or withdrawn, the effective date of the rejection of the Lease shall be
4  determined by order of the Court.

5  **PLEASE TAKE FURTHER NOTICE THAT** the Debtors have removed all
6  personal property and fixtures of the Debtors located at the premises relating to
7  the Lease.  However, to the extent any personal property or fixtures of the Debtors
8  remain on the premises, absent a timely objection, such property will be deemed
9  abandoned to the landlord pursuant to section 554 of the Bankruptcy Code, as is,
10 where is, as of the Effective Date.  The abandoned property shall be free and clear
11 of all liens and the landlord shall not be required to comply with any applicable
12 non-bankruptcy law with regard to disposal of any abandoned property.

13 **PLEASE TAKE FURTHER NOTICE THAT** the affected landlord shall have
14 until the later of (1) thirty (30) days after the Effective Date, or (2) the general
15 claims bar date set in these cases, to file a proof of claim for damages it may incur
16 as a result of the Debtors' rejection of the Lease.

17 Dated: June 15, 2011                    Respectfully submitted,

   **Sulmeyer**Kupetz
   A Professional Corporation

   By: _____
   Bankruptcy Counsel for No Fear Retail
   Stores, Inc. Simo Holdings, Inc, and No
   Fear MX, Inc., Debtors and Debtors in
   Possession

SWERTH\ 722168.1                    3

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
333 South Hope Street, Thirty-Fifth Floor, Los Angeles, California 90071-1406

A true and correct copy of the foregoing document described as <u>NOTICE OF INTENDED REJECTION OF LEASE RELATING TO PROPERTY LOCATED AT 2172 THE PARKS AT ARLINGTON, ARLINGTON, TEXAS</u> will be served or was served in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>June 15, 2011</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

- Robert R. Barnes — Landlords Affiliated with General Growth Properties  bbarnes@allenmatkins.com
  bcrfilings@allenmatkins.com
- Jeffrey D. Cawdrey — Jido & Juniar, Inc. (Request for Special Notice)  jcawdrey@gordonrees.com
  ebojorquez@gordonrees.com
- Jeffrey W. Dulberg — No Fear Retail Stores Creditors' Committee (RSN)  jdulberg@pszjlaw.com
- Jonathon Scott Dutcher — Maricopa County Treasurer   dutchers@mail.maricopa.gov; ejaquez@mail.maricopa.gov
- Christine Fitzgerald — Secured Creditor Don Emler/FMF Racing (RSN)  cfitzgerald@scckg.com
- Roger F. Friedman — Secured Creditor Don Emler/FMF Racing (RSN)  rfriedman@rutan.com
- Thomas M. Geher — Ultimate Brand Management, LLC (RSN)  tmg@jmbm.com
- Matthew Gold — Argo Partners  courts@argopartners.net
- Jeffrey Goodfried — 5060 Montclair Plaza Lane Holdings, LLC (RSN)  jgoodfried@perkinscoie.com
- Barry R. Gore — Secured Creditor FMF Racing  bgore@scckg.com
- Charles B. Harris — Robin Houston (RSN)  charris@airlegal.net
- Sue J. Hodges — Credit Cash NJ, LLC  sue.hodges@klgates.com
- Mark S. Hoffman — LFP Apparel, LLC (RSN)  mshllh@aol.com
- Haeji Hong — OUST (SD)  Haeji.Hong@usdoj.gov
- Brian D. Huben — The Macerich Company/ Westfield, LLC (RSN)  brian.huben@kattenlaw.com
  carole.levine@kattenlaw.com
- Gregory K. Jones — P-Max Apparel Inc. (RSN)  gjones@stutman.com
- Gregory Jung  gjung@wendel.com
- David S. Kupetz — Debtor No Fear Retail Stores, Inc.  dkupetz@sulmeyerlaw.com
- Randall P. Mroczynski — Ford Motor Credit Company  rmroczynski@cookseylaw.com
- Ramon Naguiat — 1903 Onshore Funding, LLC (RSN)  Ramon.Naguiat@skadden.com
- Jeffrey N. Pomerantz — No Fear Retail Stores Creditors' Committee (RSN)  jpomerantz@pszjlaw.com
  scho@pszjlaw.com
- Hamid R. Rafatjoo — KSDS Enterprises, Inc., dba Cygnus Sportswear (RSN)
  hrafatjoo@venable.com; jnassiri@venable.com; ataylor@venable.com; bclark@venable.com
- Daniel Silva — Jido & Juniar, Inc.  dsilva@gordonrees.com
- Steven F. Werth — Debtor No Fear Stores, Inc.  swerth@sulmeyerlaw.com
- Dennis J. Wickham — Cobra-Blackmore, LP (RSN)  wickham@scmv.com
  havard@scmv.com

☐ Service Information continued on attached page.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*  **F 9013-3.1.PROOF.SERVICE**

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On June 15, 2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

SEE ATTACHED SERVICE LIST

☒ Service Information continued on attached page.

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on June 15, 2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

SEE ATTACHED SERVICE LIST

☒ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 15, 2011 | Lauren Dionneau | /s/ Lauren Dionneau |
|---|---|---|
| Date | Type Name | Signature |

LDIONNEAU\ 720346.1

---

**ADDITIONAL SERVICE INFORMATION (if needed):**

- George Blanco. — (CRO) No Fear Retail/MX/Simo — gblanco@avantadvisory.com
- Jonathan Brown, Esq. — LFP Apparel, LLC — jbrown@lglaw.com
- Bill Bussiere — Rep. for No Fear Retail Stores Creditors' Committee La Jolla Group — bill.bussiere@lajollagroup.com
- John O. Cronin, Esq. — Heather Moates — john@croninandcronin.com
- Joel F. Crystal, Esq. — Centro Properties Group/Centro Independence, LLC — joel.crystal@centroprop.com
- Van C. Durrer II, Esq. — 1903 Onshore Funding LLC (Gordon Bros.) — van.durrer@skadden.com
- Don Elmer — Simo Creditors' Committee FMF Racing — Dre@fmfracing.com
- Josh Garver — Venturi & Co., LLC — jgarver@venturico.com
- Ken Glowacki — Interested Party — kglowacki@gibsondunn.com
- Ivan M. Gold, Esq. — igold@allenmatkins.com
- Lorraine Green, Analyst — OUST (SD) — Lorraine.green@usdoj.com
- Laith Haisha — Simo Creditors' Committee Jido & Juniar, Inc. — laith@jandjclothing.com
- Jared Hickey — Serigraphic Screen Printing — Jared@serigraphic-screen.com
- Nicole Kelley — Orange 21 N.A., Inc. — nkelley@o21na.com
- Josh Kritman — No Fear MX Creditors' Committee Mage Design, LLC — josh@snrgy.net
- Dean Landis — Secured Creditor Credit Cash NJ, LLC — dlandis@egcap.com; jricchiuti@egcap.com

- Thomas J. Leanse, Esq. — The Macerich Company/Westfield, LLC. — thomas.leanse@kattenlaw.com
- Jamie Leigh Middleton — Simo Creditors' Committee — Email4JLM@aol.com
- Cecilia Morales — Firemaster — cemorales@firemaster-mpc.com
- Jorge Navarro — No Fear MX Creditors' Committee Silver Triangle Industries — silverind@aol.com
- Ernie Zachary Park, Esq. — The Irvine Co., LLC — ernie.park@bewleylaw.com
- Jeffrey M. Pomeroy — Rep. for NFRS Creditors' Comm. Reno Retail Company, LLC — jpomeroy@bayerproperties.com
- Drina Scheiber — Paymentech — dscheiber@thebartgroup.com
- Jim Skelton – JAS Financial Services, LLC — jim@jaskelton.com
- Jeff Surwall — No Fear MX Creditors' Committee J2 LLC — surwall@yahoo.com
- Matthew B. Venturi — Venturi & Co., LLC — mventuri@venturico.com
- Ryan White— Rep. for NFRS Creditors' Committee SRH Productions Inc. — Ryan@srh.com

## SECURED CREDITORS

### SERVED VIA FEDERAL EXPRESS/ EXPRESS MAIL

AFCO
Dept. LA 21315
Pasadena, CA  91185

Don Emler
18033 South Santa Fe
Compton, CA  90221

[CLAIM NO. 10]
Ford Motor Credit Co.
PO Box 7172
Pasadena, CA  91109-7172

Ford Motor Credit Co. [SHI CLAIM NO. 10]
c/o Randall P. Mroczynski, Esq.
Cookesy, Toolen, Gage, Duffy & Woog
535 Anton Blvd., 10th Floor
Costa Mesa, CA  92626

## INTERESTED PARTIES/REQUEST FOR SPECIAL NOTICE

### SERVED VIA FEDERAL EXPRESS/ EXPRESS MAIL

John O. Cronin
Cronin & Cronin
225 East Third Avenue
Escondido, CA  92025-4203

Joel F. Crystal
Centro Properties Group
420 Lexington Avenue
Seventh Floor
New York, NY  10170

DACA 2010L, LP
1565 Hotel Circle South, Suite 310
San Diego, CA  92108

IKON FINANCIAL SERVICES
BANKRUPTCY ADMINISTRATION
1738 Bass Road
P.O. Box 13708
Macon, GA  31208-3708

Ernie Zachary Park
BEWLEY, LASSLEBEN & MILLER, LLP
13215 E. Penn Street
Suite 510
Whittier, CA  90602-1797

Simon Property Group, Inc.
225 W. Washington St.
Indianapolis, IN  46204

Texas Comptroller of Public Accounts
Mark Browning
P.O. Box 12548
Austin, TX  78711-2548

GGP Limited Partnership
110 North Wacker Drive
Chicago, IL  60606

Tulare County Tax Collector
ATTN: Martina Ceballos, Deputy Tax Collector
221 S. Mooney Blvd. Room 104-E
Visalia, CA  93291-4593

Imperial County Treasurer-Tax Collector
940 West Main Street, Suite 106
El Centro, CA  92243

Kern County Treasurer And Tax Collector Office
Attn: Bankruptcy Division
c/o Linda Delgado
P.O. Box 579
Bakersfield, CA  93302-0579

Dan McAllister
Treasurer-Tax Collector
Attn: Bankruptcy Desk
1600 Pacific Highway, Room 162
San Diego, CA  92101

Counsel for MT. SHASTA MALL, LLC
Law Offices of JO ANNE M. BERNHARD
2621 "K" Street
Sacramento, CA  95816

LDIONNEAU\ 720346.1

**LANDLORDS - SERVED VIA FEDERAL EXPRESS**

The Parks at Arlington
Attn: Law/Lease Adm. Dept.
c/o Parks at Arlington, LLC
110 N. Wacker Dr.
Chicago, IL 60606

THE PARKS AT ARLINGTON
ATTN: GENERAL MANAGER
3811 South Cooper Street
Arlington, TX  76015

LDIONNEAU\ 720346.1