1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2      Including Professional Corporations
   PAUL S. MALINGAGIO, Cal. Bar No. 90451
3  pmalingagio@sheppardmullin.com
   ALAN M. FELD, Cal. Bar No. 155345
4  afeld@sheppardmullin.com
   STEPHANIE M. SEIDL, Cal. Bar No. 253674
5  sseidl@sheppardmullin.com
   333 South Hope Street, 43rd Floor
6  Los Angeles, California  90071-1422
   Telephone:    213-620-1780
7  Facsimile:    213-620-1398

8  Attorneys for
   BRANDS HOLDINGS LIMITED
9

10                 **UNITED STATES BANKRUPTCY COURT**

11                 **SOUTHERN DISTRICT OF CALIFORNIA**

12

13 | In re                                      | Case No. 11-02896-MM11

14 | NO FEAR RETAIL STORES, INC., a             | (Jointly Administered with Case Nos.
   | California corporation, SIMO               |  11-02897-MM11; 11-02898-MM11)
15 | HOLDINGS, INC., a California
   | corporation; and NO FEAR MX, INC., a       | Chapter 11 Cases
16 | California corporation,
                                                **NOTICE OF BRANDS HOLDINGS
17 |            Related Debtors.                 LIMITED'S INTENT TO ENFORCE
                                                PROVISIONS IN SHAREHOLDERS
18                                               AGREEMENT AND IP AGREEMENT**

19 | Employer ID Nos. 20-5238208,
   | 93-1037856, 26-0432196
20

21

22

23

24

25

26

27

28

W02-WEST:1SMS1\403639052.2

1        **PLEASE TAKE NOTICE** that Simo Holdings, Inc. (fka No Fear, Inc.)

2    ("Simo") and Brands Holding Limited ("BHL") are parties to that certain *Shareholders*

3    *Agreement* (the "Shareholders Agreement") dated October 2, 2005.  The Shareholders

4    Agreement establishes a joint venture in which Simo and BHL are joint owners of No Fear

5    International Limited (the "JV Company").  Simo and the JV Company are also parties to

6    that certain *Trade Mark and Intellectual Property License Agreement* dated October 2,

7    2005 (the "IP Agreement," and together with the Shareholders Agreement, the

8    "Agreements").

9

10        **PLEASE TAKE FURTHER NOTICE** that, based on the occurrence of one

11    or more events of default under the Shareholders Agreement, BHL intends to exercise

12    certain provisions in the Shareholders Agreement, including, but not limited to, the

13    termination of Simo's voting rights as well as its rights to control, influence, supervise or

14    manage, the JV Company (subject to obtaining an Order from this Court terminating the

15    automatic stay and otherwise authorizing the exercise of such rights).

16

17        **PLEASE TAKE FURTHER NOTICE** that, based on the occurrence of one

18    or more Trigger Events under the IP Agreement, BHL intends to exercise certain

19    provisions in the IP Agreement, including, but not limited to, the termination of the license

20    granted to Simo under the IP Agreement (subject to obtaining an Order from this Court

21    terminating the automatic stay and otherwise authorizing the exercise of such rights).

22

23        **PLEASE TAKE FURTHER NOTICE** that based upon the occurrence of

24    one or more Trigger Events under the IP Agreement, the Option under the IP Agreement is

25    deemed to have been automatically exercised by the JV Company.

26

27

28

W02-WEST:1SMS1\403639052.2               -1-

**PLEASE TAKE FURTHER NOTICE** that BHL reserves all of its rights and remedies under each of the Shareholders Agreement and the IP Agreement including, without limitation, all rights outside the territorial jurisdiction of the United States.

Dated: June 16, 2011

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____ */s/ Stephanie M. Seidl*
PAUL S. MALINGAGIO
ALAN M. FELD
STEPHANIE M. SEIDL

Attorneys for BRANDS HOLDINGS LIMITED

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**333 South Hope Street, 43rd Floor, Los Angeles, CA 90071-1422**

A true and correct copy of the foregoing document described as **NOTICE OF BRANDS HOLDINGS LIMITED'S INTENT TO ENFORCE PROVISIONS IN SHAREHOLDERS AGREEMENT AND IP AGREEMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 16, 2011** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **June 16, 2011** , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*Judge's Copy*
U.S. Bankruptcy Court **(By Overnight Mail)**
Hon. Margaret M. Mann
325 W. "F" Street
San Diego, CA 92101

*Debtor*
No Fear Retail Stores, Inc. **(By U.S. Mail)**
1812 Aston Ave.
Carlsbad, CA 92008

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 16, 2011 | Virginia La Monica | /s/ Virginia La Monica |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**By NEF:**

- **Robert R. Barnes**    bbarnes@allenmatkins.com, bcrfilings@allenmatkins.com

- **Jeffrey D. Cawdrey**    jcawdrey@gordonrees.com, ebojorquez@gordonrees.com

- **Jeffrey W. Dulberg**    jdulberg@pszjlaw.com

- **Jonathon Scott Dutcher**    LewisL01@mcao.maricopa.gov

- **Christine Fitzgerald**    cfitzgerald@scckg.com

- **Roger F. Friedman**    rfriedman@rutan.com

- **Thomas M. Geher**    tmg@jmbm.com

- **Matthew Gold**    courts@argopartners.net

- **Jeffrey Goodfried**    jgoodfried@perkinscoie.com

- **Barry Gore**    bgore@scckg.com

- **Charles B. Harris**    charris@airlegal.net, ls@harris.sdcoxmail.com

- **Sue J. Hodges**    sue.hodges@klgates.com

- **Mark S. Hoffman**    mshllh@aol.com

- **Haeji Hong**    Haeji.Hong@usdoj.gov, USTP.Region15@usdoj.gov;shannon.m.vencill@usdoj.gov;tiffany.l.carroll@usdoj.gov

- **Brian D. Huben**    brian.huben@kattenlaw.com, carole.levine@kattenlaw.com

- **Gregory K. Jones**    gjones@stutman.com

- **Gregory Jung**    gjung@wendel.com

- **David S. Kupetz**    dkupetz@sulmeyerlaw.com

- **Randall P. Mroczynski**    rmroczynski@cookseylaw.com

- **Ramon Naguiat**    Ramon.Naguiat@skadden.com

- **Jeffrey N. Pomerantz**    jpomerantz@pszjlaw.com, scho@pszjlaw.com

- **Hamid R. Rafatjoo**    hrafatjoo@venable.com, jnassiri@venable.com;ataylor@venable.com;bclark@venable.com

- **Daniel Silva**    dsilva@gordonrees.com

- **United States Trustee**    ustp.region15@usdoj.gov

- **Steven F. Werth**    swerth@sulmeyerlaw.com

- **Dennis J. Wickham**    wickham@scmv.com, havard@scmv.com

**By U.S. Mail:**

**John O. Cronin**
Cronin & Cronin
225 East Third Ave.
Escondido, CA 92025-4203

**Joel F. Crystal**
Centro Properties Group
420 Lexington Ave., 7th Floor
New York, NY 10170

**DACA 2010L, LP**
1565 Hotel Circle South, Suite 310
San Diego, CA 92108

**Ikon Financial Services**
Bankruptcy Administration
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

**Ernie Zachary Park**
BEWLEY, LASSLEBEN & MILLER, LLP
13215 E. Penn St., Suite 510
Whittier, CA 90602-1797

**Benjamin Seigel**
Buchalter Nemer A Professional Corp
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017-2457

**Simon Property Group, Inc.**
Attn: Ronald M. Rucker, Esq.
225 W. Washington St.
Indianapolis, IN 46204

**Texas Comptroller of Public Accounts**
Mark Browning
P.O. Box 12548
Austin, TX 78711-2548

**Tulare Co. Tax Collector**
Attn: Martina Ceballos, Deputy Tax Collector
221 S. Mooney Blvd., Rm 104-E
Visalia, CA 93291

**Imperial County Treasurer-Tax Collector**
940 W. Main St., Suite 106
El Centro, CA 92243

**By U.S. Mail:**

**Kern County Treasurer and Tax Collector Office**
Attn: Bankruptcy Division
c/o Linda Delgado
P.O. Box 579
Bakersfield, CA 93302-0579

**Dan McAllister**
Treasurer-Tax Collector
Attn: Bankruptcy Desk
1600 Pacific Hwy, Room 162
San Diego, CA 92101

**Law Offices of JoAnne M. Bernhard**
2621 "K" Street
Sacramento, CA 95816