Van C. Durrer, II (Cal. Bar No. 226693)
Emily Ma (Cal. Bar No. 246014)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
van.durrer@skadden.com
emily.ma@skadden.com

Attorneys for 1903 Onshore Funding, LLC
and Certain of Its Affiliates

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>NO FEAR RETAIL STORES, INC., a California corporation, SIMO HOLDINGS, INC., a California corporation, and NO FEAR MX, INC., a California corporation<br><br>Related Debtors. | CASE NO.: 11-02896-MM11<br><br>(Jointly Administered with Case Nos.: 11-02897-MM11; 11-02898-MM11)<br><br>Chapter 11<br><br>STIPULATION AMONG 1903 ONSHORE FUNDING, LLC, DEBTORS AND OFFICIAL COMMITTEES OF UNSECURED CREDITORS AMENDING DIP ORDER AND CREDIT AGREEMENT |

This stipulation (the "Stipulation") is entered into by and among 1903 Onshore Funding, LLC (the "Lender"), No Fear Retail Stores, Inc. ("NFRS"), Simo Holdings, Inc. ("Simo"), and No Fear MX, Inc. ("MX", and together with NFRS and Simo, the "Debtors" or the "Borrowers") and the Official Committees of Unsecured Creditors of No Fear Retail Stores, Inc. and Simo Holdings, Inc. (the "Committees").

**RECITALS**

A. In accordance with the Order Authorizing Debtors to Enter Into Debtor In Possession Credit Facility with 1903 Onshore Funding, LLC [Docket No. 201] (the "DIP Order"),

Debtors and Lender entered into a Superpriority Debtor-in-Possession Credit Agreement (the "Credit Agreement") as of April 26, 2011.

B. The Debtors have determined, in the exercise of their business judgment, to engage in a marketing process for an investment in their assets and/or business under section 363 of title 11 of the United States Code (the "Bankruptcy Code").

C. In light of the Debtors' decision to undertake such a process and the resulting transaction(s) (collectively, the "Transaction"), the parties have agreed to modify the DIP Order and Credit Agreement in the manner described below.

**NOW THEREFORE**, the Lender, Debtors and the Committees stipulate and agree as follows:

## STIPULATION

1. The foregoing Recitals are true and correct, and are incorporated by reference.

2. The parties agree to modify the definition of "Carve Out Amount" in both the Credit Agreement and the DIP Order to read: "a) unpaid fees and expenses due to the clerk of the Bankruptcy Court and the U.S. Trustee pursuant to U.S.C. § 1930(a), b) accrued fees, costs and expenses due to professional Persons retained by Borrowers or any Committee (collectively, the 'Professionals'), in each case, incurred on or prior to June 10, 2011, c) reasonable unpaid fees, costs and expenses due to the Professionals incurred subsequent to June 10, 2011 (and expressly excluding any success fee due on the closing of the Transaction) in an aggregate amount not to exceed $600,000 (the 'Professional Expense Cap')."

3. The parties agree that Credit Agreement § 8.5 is hereby amended and restated in the following manner:

> 8.5 Payment of Expenses and Taxes. Each Borrower agrees upon receipt of written notice, and subject to Borrowers' right to challenge any such costs, fees and charges as not being reasonable (it being agreed that an attorney's stated hourly rates are reasonable), (a) to pay or reimburse the Lender for all its reasonable and documented out-of-pocket costs and expenses incurred in connection with the development, preparation and execution of, and any amendment, supplement or modification to, this Agreement and the other Loan Documents and any other documents prepared in connection herewith or therewith, and the consummation and administration of the transactions contemplated

hereby and thereby, including the reasonable fees and disbursements of counsel to the Lender and filing and recording fees and expenses, with statements with respect to the foregoing to be submitted to the Borrowers from time to time as reasonable and appropriate; provided that the amount of such expenses shall not exceed $100,000 for all such expenses incurred through the Closing Date, (b) to pay or reimburse the Lender for all its reasonable and documented costs and expenses incurred in connection with the enforcement or preservation of any rights under this Agreement, the other Loan Documents and any such other documents, including the reasonable fees and disbursements of counsel to the Lender; provided, however, that, solely with respect to such fees, costs and expenses incurred through June 10, 2011, such amount shall not exceed, in the aggregate, $50,000, with no such limitation on such reasonable fees, costs and expenses incurred after June 10, 2011, (c) to pay, indemnify, and hold the Lender harmless from, any and all recording and filing fees and any and all liabilities with respect to, or resulting from any delay in paying, stamp, excise and other taxes, if any, that may be payable or determined to be payable in connection with the execution and delivery of, or consummation or administration of any of the transactions contemplated by, or any amendment, supplement or modification of, or any waiver or consent under or in respect of, this Agreement, the other Loan Documents and any such other documents, and (d) to pay, indemnify, and hold the Lender, and the officers, directors, trustees, employees, agents, advisors and Affiliates of the Lender and its officers, directors, employees, affiliates, agents and controlling persons (each, an "Indemnitee") harmless from and against any and all other liabilities, obligations, losses, damages, penalties, actions, judgments, suits, costs, expenses or disbursements of any kind or nature whatsoever with respect to the execution, delivery, enforcement, performance and administration of this Agreement, the other Loan Documents and any such other documents (regardless of whether any Indemnitee is a party hereto and regardless of whether any such matter is initiated by a third party, any Borrower or any other Person), including any of the foregoing relating to the use of proceeds of the Loans or the violation of, noncompliance with or liability under, any Environmental Law applicable to the operations of the Borrowers or any of the facilities and properties owned, leased or operated by the Borrowers, and the reasonable fees and expenses of legal counsel in connection with claims, actions or proceedings by any Indemnitee against the Borrowers under any Loan Document (all the foregoing in this clause (d), collectively, the "Indemnified Liabilities"), provided, however, that the Borrowers shall have no obligation hereunder to any Indemnitee with respect to Indemnified Liabilities to the extent such Indemnified Liabilities are found by a final and non-appealable decision of a court of competent jurisdiction to have resulted from the gross negligence or willful misconduct of such Indemnitee. Without limiting the foregoing, and to the extent permitted by applicable law, each Borrower agrees not to assert and to cause its Subsidiaries not to assert, and hereby waives and agrees to cause its Subsidiaries to waive, all rights for contribution or any other rights of recovery with respect to all claims, demands, penalties, fines, liabilities, settlements, damages, costs and expenses of whatever kind or nature, under or related to Environmental Laws, that any of them might have by statute or otherwise against any Indemnitee. All amounts due under this Section 8.5, unless contested by Borrowers in a reasonable time following receipt of the documentation and materials required to be delivered to support such charges, shall be payable not later than ten (10) Business Days after written demand therefore. Statements payable by the Borrowers pursuant to this Section 8.5 shall be submitted to the address of the Borrowers set forth in Section 8.2, or to such other Person or address as may be hereafter designated by the Borrowers in a written notice to the Lender. The agreements in this Section 8.5 shall survive repayment of the Loans and all other amounts payable hereunder. Lender's right to recover or be paid reasonable fees, costs and expenses as set forth in this Section

> 8.5 are expressly further limited to reasonable fees, costs and expenses incurred solely in connection with Lender in its capacity as a lender to Borrowers pursuant to the Loan Documents; and by way of illustration and not of limitation, Lender shall not be entitled to recover or be paid any fees, costs and expenses incurred or otherwise owing with respect to the participation of Lender or Lender's affiliates in the Transaction as a bidder, including, without limitation, any due diligence and/or the development, preparation and execution of, any other documentation as a bidder concerning the Transaction.

5. The parties expressly reserve all rights to object to the reasonableness of all fees, costs and expenses due to the Professionals under the Carve Out Amount as described above. The parties likewise expressly reserve all rights to object to the reasonableness of all fees, costs and expenses due to the Professionals under Section 8.5 of the Credit Agreement as amended and restated above.

6. Debtors, in consultation with the Committees and the Lender, as appropriate, shall close any Transaction on or before August 1, 2011.

Date: June 17, 2011

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: ______________________________
Van C. Durrer, II (Cal. Bar No. 226693)

Counsel for 1903 Funding, LLC, and Certain of Its Affiliates

SULMEYERKUPETZ, A Professional Corporation

By: ______________________________
David S. Kupetz (Cal. Bar No. [______])

Counsel for No Fear Retail Stores, Inc., Simo Holdings, Inc. and No Fear MX, Inc., Debtors and Debtors-In-Possession

PACHULSKI STANG ZIEHL & JONES LLP

By: ______________________________
Jeffrey Pomerantz (Cal. Bar No. [______])

Counsel for the Official Committee of Unsecured Creditors of No Fear Retail Stores, Inc., and Simo Holdings, Inc.

Date: June 17, 2011

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: ______________________
Van C. Durrer, II (Cal. Bar No. 226693)

Counsel for 1903 Funding, LLC, and Certain of Its Affiliates

SULMEYERKUPETZ, A Professional Corporation

By: ______________________
David S. Kupetz (Cal. Bar No. [125062])

Counsel for No Fear Retail Stores, Inc., Simo Holdings, Inc. and No Fear MX, Inc., Debtors and Debtors-In-Possession

PACHULSKI STANG ZIEHL & JONES LLP

By: ______________________
Jeffrey Pomerantz (Cal. Bar No. [______])

Counsel for the Official Committee of Unsecured Creditors of No Fear Retail Stores, Inc., and Simo Holdings, Inc.

Date: June 17, 2011

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: ______________________________
Van C. Durrer, II (Cal. Bar No. 226693)

Counsel for 1903 Funding, LLC, and Certain of Its Affiliates

SULMEYERKUPETZ, A Professional Corporation

By: ______________________________
David S. Kupetz (Cal. Bar No. [_______])

Counsel for No Fear Retail Stores, Inc., Simo Holdings, Inc. and No Fear MX, Inc., Debtors and Debtors-In-Possession

PACHULSKI STANG ZIEHL & JONES LLP

By: ______________________________
Jeffrey Pomerantz (Cal. Bar No. [181200])
Dulberg

Counsel for the Official Committee of Unsecured Creditors of No Fear Retail Stores, Inc., and Simo Holdings, Inc.

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 300 South Grand Avenue, Suite 3400, Los Angeles, CA 90071-3144.

On **June 17, 2011**, I served the foregoing documents described as:

**STIPULATION AMONG 1903 ONSHORE FUNDING, LLC, DEBTORS AND OFFICIAL COMMITTEES OF UNSECURED CREDITORS REGARDING PROFESSIONAL FEES**

The above-described documents were served on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

☒ **(E-SERVICE) (to registered parties)**

☒ **(BY MAIL)** I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at Los Angeles, California and placed for collection and mailing following ordinary business practices.

Executed on **June 17, 2011** at Los Angeles, California.

| Andy Shah | /s/ Andy Shah |
|---|---|
| Type or Print Name | Signature |

# SERVICE LIST

## Electronic Mail Notice List

Robert R. Barnes bbarnes@allenmatkins.com, bcrfilings@allenmatkins.com

Jeffrey D. Cawdrey jcawdrey@gordonrees.com, ebojorquez@gordonrees.com

Jeffrey W. Dulberg jdulberg@pszjlaw.com

Jonathon Scott Dutcher LewisL01@mcao.maricopa.gov

Christine Fitzgerald cfitzgerald@scckg.com

Roger F. Friedman rfriedman@rutan.com

Thomas M. Geher tmg@jmbm.com

Matthew Gold courts@argopartners.net

Jeffrey Goodfried jgoodfried@perkinscoie.com

Barry Gore bgore@scckg.com

Charles B. Harris charris@airlegal.net, ls@harris.sdcoxmail.com

Sue J. Hodges sue.hodges@klgates.com

Mark S. Hoffman mshllh@aol.com

Haeji Hong Haeji.Hong@usdoj.gov, USTP.Region15@usdoj.gov;shannon.m.vencill@usdoj.gov;tiffany.l.carroll@usdoj.gov

Brian D. Huben brian.huben@kattenlaw.com, carole.levine@kattenlaw.com

Gregory K. Jones gjones@stutman.com

Gregory Jung gjung@wendel.com

David S. Kupetz dkupetz@sulmeyerlaw.com

Randall P. Mroczynski rmroczynski@cookseylaw.com

Ramon Naguiat Ramon.Naguiat@skadden.com

Jeffrey N. Pomerantz jpomerantz@pszjlaw.com, scho@pszjlaw.com

Hamid R. Rafatjoo hrafatjoo@venable.com, jnassiri@venable.com;ataylor@venable.com;bclark@venable.com

Daniel Silva dsilva@gordonrees.com

United States Trustee ustp.region15@usdoj.gov

Steven F. Werth swerth@sulmeyerlaw.com

Dennis J. Wickham wickham@scmv.com, havard@scmv.com

## Manual Notice List

John O. Cronin
Cronin & Cronin
225 East Third Avenue
Escondido, CA 92025-4203

DACA 2010L, LP
1565 Hotel Circle South, Suite 310
San Diego, CA 92108

## Notice of Appearance/Request for Special Notice

**Attorneys for Landlord Creditors Westfield, LLC and The Macerich Company**

Katten Muchin Rosenman LLP
c/o Thomas J. Leanse
c/o Brian D. Huben
2029 Century Park East, Suite 2600
Los Angeles, California 90067-3012

**Centro Independence LLC**

Joel F. Crystal
Vice President, Corporate Legal Services
Centro Properties Group
420 Lexington Avenue
Seventh Floor
New York, NY 10170

**Counsel to the Official Committee of Unsecured Creditors**

Jeffrey N. Pomerantz
Jeffrey W. Dulberg
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067-4100

**Attorneys for Maricopa County Treasurer**

J. Scott Dutcher
Maricopa County Attorney's Office
Civil Services Division
Security Center Building
222 North Central Avenue, Suite 1100
Phoenix, Arizona 85004

**Attorneys for Creditor KSDS Enterprises, Inc., dba Cygnus Sportswear, Inc.**

Hamid R. Rafatjoo
Jennifer L. Nassiri
Venable LLP
2049 Century Park East, Suite 2100
Los Angeles, CA 90067

**Attorneys for Creditor JIDO & JUNIAR, INC.**

Jeffrey D. Cawdrey
Daniel C. Silva (SBN 264632)
Gordon & Rees LLP
101 West Broadway, Suite 2000
San Diego, California 92101

Laith Haisha
Jido & Juniar, Inc.
6214 Topiary St.
Carlsbad, CA 92009

**Attorneys for The Irvine Company LLC**

Ernie Zachary Park
Bewley, Lassleben & Miller, LLP
13215 E. Penn Street
Suite 510
Whittier, CA 90602-1797

**No Fear Retail Stores, Inc.**

GGP Limited Partnership
c/o Managing Agent
110 North Wacker Drive
Chicago, IL 60606

**Attorneys for Cobra-Blackmore, LP**

Dennis J. Wickham, Esq.
Seltzer Caplan McMahon Vitek
A Law Corporation
750 B Street, Suite 2100
San Diego, California 92101

**Attorneys for Creditor LFP Apparel, LLC**

LFP APPAREL, LLC
c/o Labowe, Labowe & Hoffman, LLP
1631 West Beverly Blvd., 2nd Floor
Los Angeles, California 90026
Attention: Mark S. Hoffman, Esq.

**Attorneys for Ultimate Brand Management, LLC**

Thomas M. Geher
Jeffer Mangels Butler & Mitchell LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067

**Ikon Financial Services**

Ikon Financial Services
Bankruptcy Administration
1738 Bass Road
P.P. Box 13708
Macon, GA 31208-3708

**Attorneys for Creditors FMF Racing and Don Emler**

Barry R. Gore
Smith Campbell Clifford Kearney Gore
3424 Carson St., Suite 350
Torrance, CA 90503

Roger F. Friedman, Esq.
Rutan & Tucker, LLP
611 Anton Boulevard, Fourteenth Floor
Costa Mesa, California 92626

**Financial Advisors for the Official Committee of Unsecured Creditors of No Fear Retail Stores, Inc.**

William Creelman
Alexander O. Koles
BDO USA, LLP
3200 Bristol Street
Costa Mesa, California 92626

**Attorney for Simon Property Group, Inc.**

Simon Property Group, Inc.
Attn: Ronald M. Tucker, Esq.
225 West Washington Street
Indianapolis, Indiana 46204

**Tulare County Tax Collector**

Tulare County Tax Collector
ATTN: Martina Ceballos, Deputy Tax Collector
221 S Mooney Blvd Room 104-E
Visalia, CA 92391-4593

**Attorneys for Creditor 5060 Montclair Plaza Lane Holdings, LLC**

Jeffrey S. Goodfried
Perkins Coie LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067

**Attorneys for Robin Houston**

Charles B. Harris
Harris & Collins
7777 Alvarado Rd. Suite 720
La Mesa, CA 91942

**Imperial County Treasurer-Tax Collector**

Imperial County Treasurer-Tax Collector
940 West Main Street, Suite 106
El Centro, CA 92243

**Kern County Treasurer and Tax Collector Office**

Kern County Treasurer and Tax Collector Office
Attn: Bankruptcy Division
c/o Linda Delgado
PO Box 579
Bakersfield, CA 93302

**San Diego County Treasurer-Tax Collector**

Dan McAllister
Treasurer-Tax Collector
Attn: Bankruptcy Desk
1600 Pacific Highway, Room 162
San Diego, CA 92101

**Attorneys for Creditor P-Max Apparel Inc.**

Gregory K. Jones, Esq.
Stutman, Treister & Glatt Professional Corporation
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067

**Attorneys for The Texas Comptroller of Public Accounts**

Mark Browning
Assistant Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548

**Attorney for Mt. Shasta Mall, LLC, et al.**

Law Offices of Jo Anne M. Bernhard
2621 "K" Street
Sacramento, CA 95816

**Attorneys for Brands Holdings Limited**

Alan M. Feld
Stephanie M. Seidl
Sheppard, Mullin, Richter & Hampton LLP
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422