Roger F. Friedman (State Bar No. 186070)
RUTAN & TUCKER, LLP
611 Anton Boulevard, Fourteenth Floor
Costa Mesa, California 92626-1931
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Secured Creditors
Don Emler and FMF Racing

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>NO FEAR RETAIL STORES, INC., a California corporation, SIMO HOLDINGS, INC., a California corporation, and NO FEAR MX, INC., a California corporation,<br><br>Related Debtors. | Case No. 11-02896-MM11<br><br>(Jointly Administered with Case Nos. 11-02897-MM11; 11-02898-MM11)<br><br>Chapter 11<br><br>**STIPULATION RE 1) SALE OF ASSETS AND USE OF CASH COLLATERAL; AND 2) MOTION FOR ORDER AUTHORIZING AND APPROVING: SALE(S) OF ASSETS OF DEBTORS FREE AND CLEAR OF LIENS, AND THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS IN CONNECTION THEREWITH** |

This Stipulation is entered into by and among jointly administered Debtors No Fear Retail Stores, Inc., a California corporation ("NFRS"), Simo Holdings, Inc., a California corporation ("Simo"), and No Fear MX, Inc., a California corporation ("NFMX," and collectively with NFRS and Simo, the "Debtors"), Don Emler ("Emler") and FMF Racing ("FMF"), post-petition debtor-in-financing lender 1903 Onshore Funding, LLC (together with any successors and assigns thereof, the "DIP Lender"), and the Official Committees of Unsecured Creditors of No Fear Retail Stores, Inc. and Simo Holdings, Inc. (the "Committees").

**RECITALS**

1. Debtors commenced these cases by filing voluntary chapter 11 petitions on February 24, 2011 (the "Petition Date"). These cases are being jointly administered pursuant to orders of the Court.

2. Emler and FMF assert pre-petition claims against NFRS and Simo, as set forth in the Proofs of Claims that they filed in the NFRS and Simo bankruptcy cases, based on the following Promissory Notes evidencing monies loaned by Emler and FMF:

   a. A Promissory Note, dated August 31, 2005, in the original principal amount of $552,333.33, payable by No Fear, Inc. to Don Emler;

   b. A Promissory Note, dated May 9, 2007, in the original principal amount of $500,000.00, payable by No Fear, Inc. to FMF;

   c. A Promissory Note, dated May 23, 2007, in the original principal amount of $500,000.00, payable by No Fear, Inc. to FMF;

   d. A Promissory Note, dated June 8, 2007, in the original principal amount of $500,000.00, payable by No Fear, Inc. to FMF;

   e. A Promissory Note, dated July 2, 2007, in the original principal amount of $250,000.00, payable by No Fear, Inc. to Emler; and

   f. A Promissory Note, dated August 6, 2008, in the original principal amount of $500,000.00, payable by No Fear, Inc. to FMF (the Promissory Notes referenced in subparagraphs "a-f," above, are collectively referred to as the "Notes.")

3. On June 7, 2010, before the Petition Date, FMF and Emler filed a complaint against NFRS and Simo in the Superior Court of the State of California, for the County of San Diego ("State Court") for, *inter alia*, breach of contract, based on Debtors' failure to pay FMF and Emler all monies due under the Notes.

4. On September 7, 2010, the State Court granted FMF's and Emler's applications for right to attach orders and orders for issuance of writs of attachment with respect to Simo only.

/ / /

5. The State Court issued writs of attachment, and on November 15, 2010, FMF and Emler filed with the California Secretary of State notices of attachment liens with respect to Simo only.

6. Emler and FMF assert that the obligations evidenced by the Notes (with the exception of the Note referenced above in paragraph 2.f) are secured by attachment liens on, and security interests in, all of Simo's property located in California to which an attachment lien may attach, including, but not limited to, real property, tangible personal property, equipment, inventory, deposit accounts, accounts receivable, and any and all proceeds of the foregoing, including all of Simo's Cash Collateral. For the purposes of this Stipulation, "Cash Collateral" shall mean any and all cash, accounts receivable, negotiable instruments, deposit accounts, and other cash equivalents, including, without limitation, the rents, profits, and proceeds thereof, that secure Simo's obligations to FMF and Emler under the Notes. As set forth below, the Debtors, the Committees, and the DIP Lender dispute the assertions of FMF and Emler and reserve all rights with respect to the claims and liens asserted by FMF and Emler.

7. As of the Petition Date, FMF and Emler assert that the indebtedness that NFRS and Simo owed to FMF and Emler totaled approximately $2,263,550 and $936,552, respectively. FMF and Emler reserve the right to amend their Proofs of Claims that they filed against NFRS and Simo.

8. On July 12, 2011, FMF and Emler filed their Limited Objection of Secured Creditors FMF Racing, A California Corporation and Don R. Emler to Debtors' Motion for Order Authorizing and Approving: (1) Sale(s) of Assets of Debtors Free and Clear of Liens, And (2) The Assumption and Assignment of Executory Contracts in Connection Therewith (the "Limited Objection").

## STIPULATION

NOW, THEREFORE, based upon the foregoing facts and assertions, subject to the approval of the Bankruptcy Court, the parties, intending to be bound, hereby stipulate and agree, by and through their respective counsel of record, as follows:

A.  The recitals in paragraphs 1 through 8 above are incorporated by reference as if set forth in full herein.

B.  Subject to the terms and conditions of this Stipulation, and upon entry of an order approving this Stipulation, Simo shall be, and hereby is, authorized to use the Cash Collateral during the time period from the Petition Date through and including the effective date of a confirmed plan of reorganization in these cases, on the terms and conditions set forth herein, except as otherwise ordered by the Bankruptcy Court.

C.  As and for additional adequate protection for Simo's use of any Cash Collateral, each of Emler and FMF are hereby granted a replacement lien (the "Replacement Lien") in Simo's post-petition cash, accounts receivable, negotiable instruments, deposit accounts, and other cash equivalents, including, without limitation, the rents, profits, and proceeds of each of the foregoing, to the same extent and priority as any duly perfected and unavoidable liens in such Cash Collateral held by Emler and FMF as of the Petition Date, limited to the amount of the Cash Collateral as of the Petition Date, to the extent that such Cash Collateral actually is used in any manner by Simo; *provided, however*, that the Replacement Lien (but not Emler's and FMF's prepetition attachment liens, if any) will be subject and subordinate to the valid, binding, and perfected first priority liens, claims, security interests, and superpriority administrative expense claims of the DIP Lender granted in the Order Authorizing Debtors to Enter into Debtor in Possession Credit Facility with 1903 Onshore Funding, LLC [Docket No. 201].

D.  The Debtors, the Committees, and the DIP Lender, and each of them, reserve any and all rights that they have to object to the claims of Emler and FMF and to object to the validity, priority, perfection, and extent of the liens held by Emler and FMF encumbering Simo's assets. The Debtors, the Committees, and the DIP Lender specifically do not acknowledge and reserve all rights with respect to the question of whether any collateral is subject to the Replacement Lien and whether Cash Collateral exists. In addition, Emler and FMF reserve any and all rights to assert that their prepetition attachment liens, if any, extend to all assets of Simo, and the Debtors, the Committees, and

1 | the DIP Lender reserve their rights to challenge such assertions.

2 | E. In resolution of the Limited Objection, Emler and FMF consent to the sale of the Debtors' assets free and clear of liens under section 363(f)(2) and (4) of the Bankruptcy Code on the condition that the valid prepetition attachment liens of Emler and FMF and any Replacement Liens granted in this Stipulation shall attach to the proceeds of the sale of any such assets with the same validity, priority, and perfection, and to the same extent as existed with respect to Simo's assets at the time of the sale. In addition, Emler and FMF consent to the payment of any and all secured indebtedness to the DIP Lender.

F. Except as otherwise provided herein, nothing contained in this Stipulation shall be deemed or construed to waive, reduce, or otherwise prejudice the rights of Emler, FMF, the Debtors, the Committees, or the DIP Lender, or any of them, under, or with respect to, their agreements and the liens that are the subject of this Stipulation or in connection herewith.

[Signatures on Next Page]

/ / /

**IT IS SO STIPULATED AND AGREED.**

Dated: July 18, 2011          RUTAN & TUCKER, LLP

By: /s/ Roger F. Friedman
Roger F. Friedman
Counsel for Don Emler and FMF Racing

Dated: July 18, 2011          SULMEYERKUPETZ
A Professional Corporation

By: _____
David S. Kupetz
Counsel for No Fear Retail Stores, Inc.,
~~Simo Holdings, Inc., and No Fear MX,~~
Inc., Debtors and Debtors in Possession

Dated: July 18, 2011          PACHULSKI STANG ZIEHL & JONES LLP

By: _____
Jeffrey W. Dulberg
Counsel for the Official Committees of
Unsecured Creditors of No Fear Retail
Stores, Inc. and Simo Holdings, Inc.

Dated: July 18, 2011          SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____
Van C. Durrer II
Counsel for 1903 Onshore Funding LLC

IT IS SO STIPULATED AND AGREED.

Dated: July 18, 2011

RUTAN & TUCKER, LLP

By: /s/ Roger F. Friedman
Roger F. Friedman
Counsel for Don Emler and FMF Racing

Dated: July 18, 2011

SULMEYERKUPETZ
A Professional Corporation

By: /s/ David S. Kupetz
David S. Kupetz
Counsel for No Fear Retail Stores, Inc., Simo Holdings, Inc., and No Fear MX, Inc., Debtors and Debtors in Possession

Dated: July 18, 2011

PACHULSKI STANG ZIEHL & JONES LLP

By: _____
Jeffrey W. Dulberg
Counsel for the Official Committees of Unsecured Creditors of No Fear Retail Stores, Inc. and Simo Holdings, Inc.

Dated: July 18, 2011

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____
Van C. Durrer II
Counsel for 1903 Onshore Funding LLC

**IT IS SO STIPULATED AND AGREED.**

Dated: July 18, 2011                                          RUTAN & TUCKER, LLP


By: _____
    Roger F. Friedman
    Counsel for Don Emler and FMF Racing


Dated: July 18, 2011                                          SULMEYERKUPETZ
                                                              A Professional Corporation


By: _____
    David S. Kupetz
    Counsel for No Fear Retail Stores, Inc.,
    Simo Holdings, Inc., and No Fear MX,
    Inc., Debtors and Debtors in Possession


Dated: July 18, 2011                                          PACHULSKI STANG ZIEHL & JONES LLP


By: ___/s/ Jeffrey W. Dulberg_____
    Jeffrey W. Dulberg,
    Counsel for the Official Committees of
    Unsecured Creditors of No Fear Retail
    Stores, Inc. and Simo Holdings, Inc.


Dated: July 18, 2011                                          SKADDEN, ARPS, SLATE, MEAGHER &
                                                              FLOM LLP


By: _____
    Van C. Durrer II
    Counsel for 1903 Onshore Funding LLC

2149/028393-0002
1174618.12 a07/18/11                                          -6-

IT IS SO STIPULATED AND AGREED.

Dated: July 18, 2011               RUTAN & TUCKER, LLP


By: _____
    Roger F. Friedman
    Counsel for Don Emler and FMF Racing


Dated: July 18, 2011               SULMEYERKUPETZ
                                   A Professional Corporation


By: _____
    David S. Kupetz
    Counsel for No Fear Retail Stores, Inc.,
    Simo Holdings, Inc., and No Fear MX,
    Inc., Debtors and Debtors in Possession


Dated: July 18, 2011               PACHULSKI STANG ZIEHL & JONES
                                   LLP


By: _____
    Jeffrey W. Dulberg
    Counsel for the Official Committees of
    Unsecured Creditors of No Fear Retail
    Stores, Inc. and Simo Holdings, Inc.


Dated: July 18, 2011               SKADDEN, ARPS, SLATE, MEAGHER &
                                   FLOM LLP


By: _____/s/ Van C. Durrer II_____
    Van C. Durrer II
    Counsel for 1903 Onshore Funding LLC

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
611 Anton Blvd,.,14th Floor, Costa Mesa, CA 92626
A true and correct copy of the foregoing document described as _ will be served or was served in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On July 18 2011 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

- Robert R. Barnes — Landlords Affiliated with General Growth Properties — bbarnes@allenmatkins.com; bcrfilings@allenmatkins.com
- Andre Boniadi — Sullen Clothing, Inc. — aboniadi@bzlegal.com
- Jeffrey D. Cawdrey — Jido & Juniar, Inc. (Request for Special Notice) — jcawdrey@gordonrees.com; ebojorquez@gordonrees.com
- Theodore A. Cohen — Brands Holdings Limited — TCohen@sheppardmullin.com
- Jeffrey W. Dulberg — No Fear Retail Stores Creditors' Committee (RSN) — jdulberg@pszjlaw.com
- Jonathon Scott Dutcher — Maricopa County Treasurer — dutchers@mail.maricopa.gov; ejaquez@mail.maricopa.gov
- Christine Fitzgerald — Secured Creditor Don Emler/FMF Racing (RSN) — cfitzgerald@scckg.com
- Roger F. Friedman — Secured Creditor Don Emler/FMF Racing (RSN) — rfriedman@rutan.com
- Thomas M. Geher — Ultimate Brand Management, LLC (RSN) — tmg@jmbm.com
- Matthew Gold — Argo Partners — courts@argopartners.net
- Jeffrey Goodfried — 5060 Montclair Plaza Lane Holdings, LLC (RSN) — jgoodfried@perkinscoie.com
- Barry R. Gore — Secured Creditor FMF Racing — bgore@scckg.com
- Charles B. Harris — Robin Houston (RSN) — charris@airlegal.net
- Sue J. Hodges — Credit Cash NJ, LLC — sue.hodges@klgates.com
- Mark S. Hoffman — LFP Apparel, LLC (RSN) — mshlh@aol.com
- Haeji Hong — OUST (SD) — Haeji.Hong@usdoj.gov
- Brian D. Huben — The Macerich Company/ Westfield, LLC (RSN) — brian.huben@kattenlaw.com; carole.levine@kattenlaw.com
- Gregory K. Jones — P-Max Apparel Inc. (RSN) — gjones@stutman.com
- Gregory Jung — gjung@wendel.com
- David S. Kupetz — Debtor No Fear Retail Stores, Inc. — dkupetz@sulmeyerlaw.com
- Annie Li — 1903 Onshore Funding, LLC — Annie.Li@skadden.com
- Emily Ma — 1903 Onshore Funding, LLC — Emily.Ma@skadden.com
- Randall P. Mroczynski — Ford Motor Credit Company — rmroczynski@cookseylaw.com
- Ramon Naguiat — 1903 Onshore Funding, LLC (RSN) — Ramon.Naguiat@skadden.com
- Jeffrey N. Pomerantz — No Fear Retail Stores Creditors' Committee (RSN) — jpomerantz@pszjlaw.com; scho@pszjlaw.com
- Hamid R. Rafatjoo — KSDS Enterprises, Inc., dba Cygnus Sportswear (RSN) — hrafatjoo@venable.com; jnassiri@venable.com; ataylor@venable.com; bclark@venable.com
- Julie H. Rome-Banks— Premier Property Management as Managing Agent for Mortgage Investors IV, LLC — julie@bindermalter.com
- Stephanie M. Seidl — Brands Holdings Limited — sseidl@sheppardmullin.com
- Daniel Silva — Jido & Juniar, Inc. — dsilva@gordonrees.com
- Steven F. Werth — Debtor No Fear Stores, Inc. — swerth@sulmeyerlaw.com
- Dennis J. Wickham — Cobra-Blackmore, LP (RSN) — wickham@scmv.com; havard@scmv.com

dkupetz@sulmeyerlaw.com
swerth@sulmeyerlaw.com

☐ Service Information continued on attached page.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*
LDIONNEAU\ 720346.1

**F 9013-3.1.PROOF.SERVICE**

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On July 18 2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

SEE ATTACHED SERVICE LIST

☒ Service Information continued on attached page.

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on July 18 2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

SEE ATTACHED SERVICE LIST

☒ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 18 2011 | Amie Tancas | /s/ Amie Tancas |
|---|---|---|
| Date | Type Name | Signature |

LDIONNEAU\ 720346.1

**ADDITIONAL SERVICE INFORMATION** (if needed):

- George Blanco. — (CRO) No Fear Retail/MX/Simo — gblanco@avantadvisory.com
- Toby Bost — Rep. for No Fear Retail Stores Creditors' Committee La Jolla Group — Toby.Bost@lajollagroup.com
- Jonathan Brown, Esq. — LFP Apparel, LLC — jbrown@lglaw.com
- John O. Cronin, Esq. — Heather Moates — john@croninandcronin.com
- Joel F. Crystal, Esq. — Centro Properties Group/Centro Independence, LLC — joel.crystal@centroprop.com
- Van C. Durrer II, Esq. — 1903 Onshore Funding LLC (Gordon Bros.) — van.durrer@skadden.com
- Don Elmer — Simo Creditors' Committee FMF Racing — Dre@fmfracing.com
- Alan M. Feld — Brands Holdings Limited — afeld@sheppardmullin.com
- Josh Garver — Venturi & Co., LLC — jgarver@venturico.com
- Ken Glowacki — Interested Party — kglowacki@gibsondunn.com
- Ivan M. Gold, Esq. — igold@allenmatkins.com
- Lorraine Green, Analyst — OUST (SD) — Lorraine.green@usdoj.com
- Laith Haisha — Simo Creditors' Committee Jido & Juniar, Inc. — laith@jandjclothing.com
- Jared Hickey — Serigraphic Screen Printing — Jared@serigraphic-screen.com
- Nicole Kelley — Orange 21 N.A., Inc. — nkelley@o21na.com
- Josh Kritman — No Fear MX Creditors' Committee Mage Design, LLC — josh@snrgy.net
- Dean Landis — Secured Creditor Credit Cash NJ, LLC — dlandis@egcap.com
- jricchiuti@egcap.com
- Thomas J. Leanse, Esq. — The Macerich Company/Westfield, LLC. — thomas.leanse@kattenlaw.com
- Paul S. Malingagio — Brands Holdings Limited — pmalingagio@sheppardmullin.com
- Jamie Leigh Middleton — Simo Creditors' Committee — Email4JLM@aol.com
- Cecilia Morales — Firemaster — cemorales@firemaster-mpc.com
- Jorge Navarro — No Fear MX Creditors' Committee Silver Triangle Industries — silverind@aol.com
- Ernie Zachary Park, Esq. — The Irvine Co., LLC — ernie.park@bewleylaw.com
- Jeffrey M. Pomeroy — Rep. for NFRS Creditors' Comm. Reno Retail Company, LLC — jpomeroy@bayerproperties.com
- Drina Scheiber — Paymentech — dscheiber@thebartgroup.com
- Jim Skelton – JAS Financial Services, LLC — jim@jaskelton.com
- Jeff Surwall — No Fear MX Creditors' Committee J2 LLC — surwall@yahoo.com
- Matthew B. Venturi — Venturi & Co., LLC — mventuri@venturico.com
- Tony Wanket — Rep. for NFRS Creditors' Committee Tony Wanket Construction Co. — wanket.tony@gmail.com

LDIONNEAU\ 720346.1

## SECURED CREDITORS

### SERVED VIA U.S. MAIL

AFCO
Dept. LA 21315
Pasadena, CA 91185

Don Emler
18033 South Santa Fe
Compton, CA 90221

*[CLAIM NO. 10]*
Ford Motor Credit Co.
PO Box 7172
Pasadena, CA 91109-7172

Ford Motor Credit Co. *[SHI CLAIM NO. 10]*
c/o Randall P. Mroczynski, Esq.
Cookesy, Toolen, Gage, Duffy & Woog
535 Anton Blvd., 10th Floor
Costa Mesa, CA 92626

## INTERESTED PARTIES/REQUEST FOR SPECIAL NOTICE

### SERVED VIA U.S. MAIL

John O. Cronin
Cronin & Cronin
225 East Third Avenue
Escondido, CA 92025-4203

Joel F. Crystal
Centro Properties Group
420 Lexington Avenue
Seventh Floor
New York, NY 10170

DACA 2010L, LP
1565 Hotel Circle South, Suite 310
San Diego, CA 92108

IKON FINANCIAL SERVICES
BANKRUPTCY ADMINISTRATION
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

Ernie Zachary Park
BEWLEY, LASSLEBEN & MILLER, LLP
13215 E. Penn Street
Suite 510
Whittier, CA 90602-1797

Simon Property Group, Inc.
225 W. Washington St.
Indianapolis, IN 46204

Texas Comptroller of Public Accounts
Mark Browning
P.O. Box 12548
Austin, TX 78711-2548

GGP Limited Partnership
110 North Wacker Drive
Chicago, IL 60606

Tulare County Tax Collector
ATTN: Martina Ceballos, Deputy Tax Collector
221 S. Mooney Blvd. Room 104-E
Visalia, CA 93291-4593

Imperial County Treasurer-Tax Collector
940 West Main Street, Suite 106
El Centro, CA 92243

Kern County Treasurer And Tax Collector Office
Attn: Bankruptcy Division
c/o Linda Delgado
P.O. Box 579
Bakersfield, CA 93302-0579

Dan McAllister
Treasurer-Tax Collector
Attn: Bankruptcy Desk
1600 Pacific Highway, Room 162
San Diego, CA 92101

Counsel for MT. SHASTA MALL, LLC
Law Offices of JO ANNE M. BERNHARD
2621 "K" Street
Sacramento, CA 95816

LDIONNEAU\ 720346.1