CSD 1001A [11/15/04]
Name, Address, Telephone No. & I.D. No.

Roger F. Friedman (SBN 186070)
RUTAN & TUCKER, LLP
611 Anton Blvd., 14th Floor
Costa Mesa, CA 92626
Tel. (714) 641-5100
Fax (714) 546-9035

Order Entered on July 21, 2011 by Clerk U.S. Bankruptcy Court Southern District of California

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re.
NO FEAR RETAIL STORES, INC., a California corporation, SIMO HOLDINGS, INC., a California corporation, and NO FEAR MX, INC., a California corporation,

Debtor.

BANKRUPTCY NO. 11-02896-MM-11

Date of Hearing: N/A
Time of Hearing: N/A
Name of Judge: Margaet M. Mann

**ORDER ON STIPULATION RE 1) SALE OF ASSETS AND USE OF CASH COLLATERAL; AND 2) MOTION FOR ORDER AUTHORIZING AND APPROVING: SALE(S) OF ASSETS OF DEBTORS FREE AND CLEAR OF LIENS, AND THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS IN CONNECTION THEREWITH**

**IT IS ORDERED THAT** the relief sought as set forth on the continuation pages attached and numbered two (2) through 2 with exhibits, if any, for a total of 2 pages, is granted. Motion/Application Docket Entry No. 470

//
//
//
//
//
//
//

DATED: July 20, 2011

Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

RUTAN & TUCKER, LLP
(Firm name)

By: /s/ Roger F. Friedman
Attorney for ☒ Movant ☐ Respondent
Don Emler and FMF Racing

CSD 1001A

American LegalNet, Inc.
www.USCourtForms.com

CSD 1001A [11/15/04] (Page 2)

ORDER ON STIPULATION RE 1) SALE OF ASSETS AND USE OF CASH COLLATERAL; AND 2) MOTION FOR ORDER AUTHORIZING AND APPROVING: SALE(S) OF ASSETS OF DEBTORS FREE AND CLEAR OF LIENS, AND THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS IN CONNECTION THEREWITH

DEBTOR: NO FEAR RETAIL STORES, INC., a California corporation, SIMO HOLDINGS, INC., a California corporation, and NO FEAR MX, INC., a California corporation

CASE NO: 11-02896-MM11

Having reviewed the "Stipulation re: (1) Sale of Assets and use of Cash Collateral; and (2) Motion for Order Authorizing and Approving: Sale(s) of Assets of Debtors Free andClear of Liens,, and the Assumption and Assignment of Executory Contracts in Connection Therewith

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved.

### #

CSD 1001A

American LegalNet, Inc.
www.USCourtForms.com

*Signed by Judge Margaret M. Mann July 20, 2011*