210B
12/09

# United States Bankruptcy Court
## Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 9:00am–4:00pm Monday–Friday

Case number: 11−02896−MM11
Chapter: 11
Judge Margaret M. Mann

**No Fear Retail Stores, Inc.**
1812 Aston Avenue
Carlsbad, CA 92008

*No Known Aliases*

**Notice of Transfer of Claim
Other Than For Security**

TO THE PARTIES IN INTEREST:

YOU ARE HEREBY NOTIFIED that an assignment of Court Claim No. **Not on File** (as assigned by the Court, which may be different from the Trustee), was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a *Transfer of Claim Other than for Security* in the clerk's office of this court on **08/11/2011.**

The total amount of the claim as filed with the court is $ **8,200.50.**

*Transferee*
**Liquidity Solutions Inc
One University Plaza
Suite 312
Hackensack, NJ 07601**

*Transferor*
**Mikshag, Inc.
131 Avenida Victoria
San Clemente, CA 92672**

— **DEADLINE TO OBJECT TO TRANSFER** —

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty−one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Dated: 8/11/11

Barry K. Lander
Clerk of the Bankruptcy Court