David S. Kupetz (CA Bar No. 125062)
dkupetz@sulmeyerlaw.com
Marcus A. Tompkins (CA Bar No. 190922)
mtompkins@sulmeyerlaw.com
**Sulmeyer**Kupetz
A Professional Corporation
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, California 90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

Bankruptcy Counsel for No Fear Retail Stores, Inc., Simo Holdings, Inc., and No Fear MX, Inc., Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### SAN DIEGO

| | |
|---|---|
| In re<br><br>NO FEAR RETAIL STORES, INC., a California corporation, SIMO HOLDINGS, INC., a California corporation, and NO FEAR MX, INC., a California corporation,<br><br>Related Debtors.<br><br>Employer ID Nos. 20-5238208, 93-1037856, 26-0432196 | CASE NO. 11-02896-MM11<br><br>(Jointly Administered with Case Nos. 11-02897-MM11 and 11-02898-MM11)<br><br>Chapter 11<br><br>**SECOND STIPULATION TO EXTEND DEADLINE TO RESPOND TO MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY ALLY FINANCIAL, INC., F/K/A GMAC, INC.**<br><br>Date: [No Hearing Requested]<br>Time: [No Hearing Requested]<br>Judge: Hon. Margaret M. Mann<br>Place: U.S. Bankruptcy Court<br>Chamber 1—Room 218<br>325 West "F" Street<br>San Diego, CA 92101 |

I.

## PARTIES

This Stipulation ("Stipulation") is entered into by and between Ally Financial, Inc. f/k/a GMAC, Inc. (the "Movant"), on the one hand, and No Fear Retail Stores, Inc., Simo

MTOMPKINS\ 729769.1 8/19/2011 (2:16 PM)

Holdings, Inc., and No Fear MX, Inc. (collectively, the "Debtors"), on the other hand. The Movant and Debtors shall be collectively referred to herein as the "Parties."

## II.

## RECITALS

The Parties enter into this Stipulation with reference to the following facts:

1. On February 24, 2011 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). On March 4, 2011, the Bankruptcy Court entered an order providing for joint administration of the bankruptcy cases, under case number 11-02896-MM11.

2. Movant asserts against the Debtors a claim secured by a lien against a 2008 Dodge Sprinter (the "Vehicle"). On July 27, 2011, Movant filed a *Motion for Relief from Automatic Stay* (personal property) (the "Motion for Relief from Stay"), by which Movant seeks relief from stay with respect to the Vehicle. The date by which any response to the Motion must be filed and served is August 10, 2011.

3. Debtors have notified Movant that the Debtors sold their interest in the Vehicle to Ryderz Compound, Inc. on July 27, 2011, pursuant to a Court order.

4. The Parties are currently in discussions regarding a resolution of the Motion for Relief from Stay, and pending such discussions, wish to extend the deadline by which the Debtors may respond to the Motion for Relief from Stay. The Parties previously agreed to extend such deadline from August 10, 2011, to August 19, 2011, and now wish to extend the deadline a second time.

## III.

## STIPULATION

**WHEREFORE,** based on the above, the Parties, by and through their counsel of record, hereby agree and stipulate as follows:

1. The last day for Debtors to serve and file a response to the Motion for Relief

from Stay is extended from August 19, 2011, to August 26, 2011.

**IT IS SO STIPULATED.**

DATED: August 19, 2011

**Sulmeyer**Kupetz
A Professional Corporation

By: /s/ David S. Kupetz
David S. Kupetz
Marcus A. Tompkins
Bankruptcy Counsel for No Fear Retail Stores, Inc., Simo Holdings, Inc., and No Fear MX, Inc., Debtors and Debtors in Possession

DATED: August 19, 2011

**SEVERSON & WERSON**

By: 
Bernard J. Kornberg

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
333 South Hope Street, Thirty-Fifth Floor, Los Angeles, California  90071-1406

A true and correct copy of the foregoing document described as  SECOND STIPULATION TO EXTEND DEADLINE TO RESPOND TO MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY ALLY FINANCIAL, INC., F/K/A GMAC, INC. will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On  August 19, 2011  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

SEE ATTACHED SERVICE LIST

☐ Service Information continued on attached page.

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On  August 19, 2011  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service Information continued on attached page.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 19, 2011 | Shirley L. Lee | /s/ Shirley Lee |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                                                 **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (if needed):**

I. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>

- Robert R. Barnes — Landlords Affiliated with General Growth Properties — bbarnes@allenmatkins.com; bcrfilings@allenmatkins.com
- Andre Boniadi — Sullen Clothing, Inc. — aboniadi@bzlegal.com
- Jeffrey D. Cawdrey — Jido & Juniar, Inc. (Request for Special Notice) — jcawdrey@gordonrees.com; ebojorquez@gordonrees.com
- Theodore A. Cohen — Brands Holdings Limited — TCohen@sheppardmullin.com
- Jeffrey W. Dulberg — No Fear Retail Stores Creditors' Committee (RSN) — jdulberg@pszjlaw.com
- Jonathon Scott Dutcher — Maricopa County Treasurer — dutchers@mail.maricopa.gov; ejaquez@mail.maricopa.gov
- Christine Fitzgerald — Secured Creditor Don Emler/FMF Racing (RSN) — cfitzgerald@scckg.com
- Roger F. Friedman — Secured Creditor Don Emler/FMF Racing (RSN) — rfriedman@rutan.com
- Thomas M. Geher — Ultimate Brand Management, LLC (RSN) — tmg@jmbm.com
- Matthew Gold — Argo Partners — courts@argopartners.net
- Jeffrey Goodfried — 5060 Montclair Plaza Lane Holdings, LLC (RSN) — jgoodfried@perkinscoie.com
- Barry R. Gore — Secured Creditor FMF Racing — bgore@scckg.com
- Charles B. Harris — Robin Houston (RSN) — charris@airlegal.net
- Sue J. Hodges — Credit Cash NJ, LLC — sue.hodges@klgates.com
- Mark S. Hoffman — LFP Apparel, LLC (RSN) — mshllh@aol.com
- Haeji Hong — OUST (SD) — Haeji.Hong@usdoj.gov
- Brian D. Huben — The Macerich Company/ Westfield, LLC (RSN) — brian.huben@kattenlaw.com; carole.levine@kattenlaw.com
- Gregory K. Jones — P-Max Apparel Inc. (RSN) — gjones@stutman.com
- Gregory Jung — gjung@wendel.com
- Bernard Kornberg — Ally Financial, Inc., fka GMAC, Inc. — bjk@severson.com
- David S. Kupetz — Debtor No Fear Retail Stores, Inc. — dkupetz@sulmeyerlaw.com
- Annie Li — 1903 Onshore Funding, LLC — Annie.Li@skadden.com
- Emily Ma — 1903 Onshore Funding, LLC — Emily.Ma@skadden.com
- Randall P. Mroczynski — Ford Motor Credit Company — rmroczynski@cookseylaw.com
- Ramon Naguiat — 1903 Onshore Funding, LLC (RSN) — Ramon.Naguiat@skadden.com
- Jeffrey N. Pomerantz — No Fear Retail Stores Creditors' Committee (RSN) — jpomerantz@pszjlaw.com; scho@pszjlaw.com
- Hamid R. Rafatjoo — KSDS Enterprises, Inc., dba Cygnus Sportswear (RSN) — hrafatjoo@venable.com; jnassiri@venable.com; ataylor@venable.com; bclark@venable.com
- Julie H. Rome-Banks— Premier Property Management as Managing Agent for Mortgage Investors IV, LLC — julie@bindermalter.com
- Stephanie M. Seidl — Brands Holdings Limited — sseidl@sheppardmullin.com
- Daniel Silva — Jido & Juniar, Inc. — dsilva@gordonrees.com
- Steven F. Werth — Debtor No Fear Stores, Inc. — swerth@sulmeyerlaw.com
- Dennis J. Wickham — Cobra-Blackmore, LP (RSN) — wickham@scmv.com; havard@scmv.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010* **F 9013-3.1.PROOF.SERVICE**