WILLIAM CREELMAN
**BDO USA, LLP**
3200 Bristol Street, 4th Floor
Costa Mesa, CA. 92626
Telephone Number:    (714) 668-7324
Facsimile Number:    (714) 913-2584
bcreelman@bdo.com

**Financial Advisor for the Official Committee of
Unsecured Creditors of No Fear Retail Stores,
Inc. and Simo Holdings, Inc.**

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No.  11-02896-MM11 |
| NO FEAR RETAIL STORES, INC., a California corporation, SIMO HOLDINGS INC., a California corporation and NO FEAR MX, INC., a California corporation, | (Jointly Administered with Case Nos. 11-02987-MM11; 11-02898-MM11)<br><br>Chapter 11 |
| Debtors. | **FIRST INTERIM FEE APPLICATION AND CERTIFICATION OF BDO USA, LLP, FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEES OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSMENT OF EXPENSES FOR THE PERIOD FROM MARCH 28, 2011 THROUGH AUGUST 31, 2011**<br><br>Date:  October 20, 2011<br>Time:  2:00 p.m.<br>Place:   Department 1<br>Judge: Judge Margaret Mann |

## PRELIMINARY INFORMATION

| | |
|---|---:|
| Fees Sought: | $286,451.62 |
| Expenses Sought: | $2,929.89 |
| Advance Fee/Retainer: | $0.00 |
| Subtotal: | $289,381.51 |
| Less: Paid to Date | ($191,832.13) |
| Amount Outstanding: | $97,549.38 |

BDO USA, LLP

CASE NO.  11-02896-MM11                    UNITED STATES BANKRUPTCY COURT                    BDO'S FIRST INTERIM
                                           SOUTHERN DISTRICT OF CALIFORNIA                    FEE APPLICATION

**TO THE HONORABLE JUDGE MARGARET MANN, UNITED STATES BANKRUPTCY JUDGE, DEBTORS, PARTIES REQUESTING SPECIAL NOTICE, AND THE OFFICE OF THE UNITED STATES TRUSTEE:**

The accounting, consulting and financial advisory firm of BDO USA, LLP ("BDO[1]") hereby submits this *First Interim Fee and Certification of BDO USA, LLP, Financial Advisor for the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses* (the "Application") for the period March 28, 2011 through August 31, 2011.  Through this Application, BDO requests that the Court enter an Order: (a) allowing interim compensation of $289,381.51, representing $286,451.62 in fees for services rendered and $2,929.89 in expenses incurred as financial advisor for the Official Committee of Unsecured Creditors of No Fear Retail Stores, Inc. (the "NFRS Committee") and Simo Holdings, Inc. ("the "Simo Committee", and together with the NFRS Committee, the "Committees") two of the above-referenced debtors (the "Debtors") for the period commencing March 28, 2011 through and including August 31, 2011 (the "Application Period").  The Blended Hourly Rate for this Application is $261.70.  In support of this Application, BDO respectfully requests as follows:

## I. INTRODUCTORY STATEMENT

1.    BDO's Business Restructuring Services practice ("BRS") is a national team of responsive professionals, experienced in all aspects of loan workouts, restructuring and bankruptcy.  BRS has extensive experience representing trustees, debtors and virtually all classes of creditors and equity holders in both out-of-court and in-court workouts and restructuring.  BRS has developed the methodologies, resources and expertise required for operational and financial restructuring, due diligence and financial analysis, pre-and post-bankruptcy planning and case

---

[1] BDO may utilize personnel employed by one or more affiliated entities ("BDO Affiliates") including BDO Consulting Corporate Advisors, LLC ("BCCA") and BDO Capital Advisors, LLC ("BDO Capital"), both direct or indirect wholly-owned subsidiaries of BDO in carrying out its services.  The term "BDO" should be considered to encompass both BCCA and BDO Capital for the Summary of Services Rendered and Compensation Standards narrative discussion set forth herein.

administration, settlement and portfolio valuations, and investigative accounting.

2.      This Court has jurisdiction over this application pursuant to 28 U.S.C. §§ 157 and 1334.  Venue of this proceeding is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      On February 24, 2011, the Debtors each commenced a chapter 11 case by filing a voluntary petition under Chapter 11 of title 11 of the Bankruptcy Code. Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtors are continuing to operate their business and manage their financial affairs as debtors in possession.

4.      The NFRS Committee was appointed on March 22, 2011 by the Office of the United States Trustee, pursuant to section 1102(a)(1) of the Bankruptcy Code. The NFRS Committee selected BDO to be its Financial Advisor in these cases.

5.      The Simo Committee was appointed on April 4, 2011 by the Office of the United States Trustee, pursuant to section 1102(a)(1) of the Bankruptcy Code. The Simo Committee selected BDO to be its Financial Advisor in these cases.

6.      On April 18, 2011, the Committees filed the *Application for an Order Authorizing and Approving the Employment of BDO USA, LLP as Financial Advisor for the Official Committee of Unsecured Creditors of No Fear Retail Stores, Inc. Nunc Pro Tunc to March 28, 2011, and as Financial advisor for the Official Committee of Unsecured Creditors of Simo Holdings, Inc. Nunc Pro Tunc to April 7, 2011* [Docket No. 161], (the "Retention Application"). On May 16, 2011, an order, effective as of March 28, 2011 for the NFRS Committee and effective as of April 7, 2011 for the Simo Committee, was duly signed and entered by this Court authorizing the retention of BDO [Docket No. 261], (the "Retention Order").

a)      BDO's retention was approved in accordance with the terms set forth in the Retention Application as modified in the Retention Order.  Pursuant to the Retention Order, BDO shall receive monthly compensation at the rate of $65,000.00 per month for the first two months of its engagement and $50,000 a month for each month thereafter.  BDO shall also be entitled to reimbursement of expenses that are in accordance with the UST Guidelines.

b)      As noted in the Retention Order, on a monthly basis, BDO shall provide the United States Trustee ("UST") a summary analysis (a "Monthly Fee Statement") of what BDO's fees would have been for the prior month had BDO been retained on an hourly basis.  If BDO's cumulative monthly fees from the commencement of its representation of the Committees exceed the cumulative fees that BDO would have billed from the commencement of its representation of the Committees if BDO were retained on an hourly basis the UST may request that the Committees alter the monthly compensation arrangement ("BDO's Compensation Procedures").

c)      Pursuant to the Retention Order, the fees payable to BDO shall be subject to review only pursuant to the standards set forth in section 328(a) of the bankruptcy Code and shall not be subject to the standard of review set forth in section 330 of the Bankruptcy code, provided, however, the UST, and no creditor or other party in interest, shall have the right to object to any fees paid or payable to BDO pursuant to the application under section 330 of the Bankruptcy Code.

7.      This is BDO's First Interim Application for Compensation for professional services rendered and for reimbursement of actual and necessary costs and expenses incurred on behalf of the Committee.  BDO makes this Application pursuant to applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules for

the Southern District of California, BDO's Compensation Procedures noted above, and any additional orders entered by the Court.

8.    In compliance with the BDO's Compensation Procedures, BDO has submitted five Monthly Fee Statements relating to the Application Period.  Payment on account of these Monthly Fee Statements has been requested as follows:

a)    Pursuant to the Monthly Fee Statement dated June 2, 2011 for the period March 28, 2011 through April 30, 2011 (the "First Statement"), BDO requested fees in the amount of $73,387.10[2] for services rendered during the period.  BDO has been paid 80% of requested fees in the amount of $58,709.68.

b)    Pursuant to the Monthly Fee Statement dated July 7, 2011 for the period May 1, 2011 through May 31, 2011 (the "Second Statement"), BDO requested fees in the amount of $63,064.52[3] for services rendered during the period.  BDO has been paid 80% of requested fees in the amount of $50,451.32.

c)    Pursuant to the Monthly Fee Statement dated July 27, 2011 for the period June 1, 2011 through June 30, 2011 (the "Third Statement"), BDO requested fees in the amount of $50,000.00 for services rendered during the period.  BDO has been paid 80% of requested fees in the amount of $40,000.00.

d)    Pursuant to the Monthly Fee Statement dated August 5, 2011 for the period July 1, 2011 through July 31, 2011 (the "Fourth Statement"), BDO requested fees in the amount of $50,000.00 for services rendered, and $2,671.13 for expenses incurred

---

[2] This amount represents a monthly fee of $65,000 billed for the month of April 2011 and pro-rated monthly fee of $8,387.10 for the 4 day period March 28, 2011 through March 31, 2011 ($65,000 X 4 days/31 days).
[3]   This amount represents a pro-rated monthly fee of $56,612.90 for the 27 day period May 1, 2011 through May 27, 2011 ($65,000 X 27 days/31 days) and  $6,451.61  for the 4 day period May 28, 2011 through May 31, 2011 ($50,000 X 4 days/31 days).

during the period.   BDO has been paid 80% of requested fees and 100% of requested expenses in the amount of $42,671.13.

e)      Pursuant to the Monthly Fee Statement dated September 14, 2011 for the period August 1, 2011 through August 31, 2011 (the "Fifth Statement"), BDO requested fees in the amount of $50,000.00 for services rendered, and $258.76 for expenses incurred during the period.

9.      Local Bankruptcy Rule 2016 sets forth certain requirements that a professional must satisfy in order to obtain an award for fees and expenses.  Additional standards which may be employed in the review of fee applications are set forth in the "Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330" (the "U.S. Trustee Guidelines") published by the Office of the United States Trustee.

10.      Pursuant to Local Bankruptcy Rule 2016-2(b), attached to the Declaration of William Creelman (the "Creelman Declaration") as **Exhibit "A"** is Form CSD 1143.  Detailed statements itemizing services rendered and expenses incurred by BDO are annexed hereto as **Exhibits**[4] **"B" through "D"** and incorporated herein by reference.  **Exhibit "B"** contains a list of professionals, their position, hours incurred, and standard billing rate charged.  **Exhibit "C"** contains a full and complete description of the services rendered by professional on a daily basis by project category for the Application Period.  **Exhibit "D"** contains a full and complete description of out-of-pocket expenses incurred related to services rendered.  **Exhibit "E"** contains professional biographies which include a summary of the experience and qualifications of the professionals who have to rendered services to the Committee.

---

[4] The information contained in these Exhibits was derived from BDO's internal billing system which we use for all clients both in and outside of bankruptcy.

## II.    SUMMARY OF SERVICES RENDERED

11.    By this Application, BDO seeks interim approval for (a) compensation for services rendered from March 28, 2011 through August 31, 2011 in the amount of $286,451.62 and (b) reimbursement for certain expenses incurred during the same period in the amount of $2,929.89. The Blended Hourly Rate for this Application is $261.70.

12.    Pursuant to U.S. Trustee Guidelines, BDO classified all services performed for which compensation is sought for the Application Period into project categories as required by the U.S. Trustee Guidelines.  BDO placed each service performed in the category that best relates to such service.  However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category.  The amounts below are what would have been billed if BDO had at its standard hourly rates.  During the period from March 28, 2011 through August 31, 2011, BDO provided services of a general nature to the Committee, as set forth below**:**

|  | | HOURS | AMOUNT, IF STD. HOURLY RATES |
|---|---|---|---|
| A. | ASSET SALE/AUCTION AND DIP CAPITAL RAISE | 89.7 | $40,127.50 |
|  | Monitored the sale and DIP capital raise processes run by Venturi & Company, provided guidance on the marketing documents used in the sale process, assisted with analyzing bids received for the Debtors' assets, and provided guidance and updates to the Committees and their Counsel. | | |
| B. | MEETINGS - DEBTOR | 68.6 | 32,400.00 |
|  | BDO had numerous meetings, discussions and correspondences with the Debtors' management and bankruptcy professionals related to ongoing requests for financial information, history of the business and their current operations. | | |
| C. | MEETINGS WITH CREDITORS | 63.2 | 32,382.50 |
|  | Prepared for and attended Creditors' Committees meetings where the financial condition and status of the sale process of the Debtors was reviewed.  BDO presented analyses and assisted Counsel in making recommendations to the Committees as it related to the strategy of the case. | | |

| | | HOURS | AMOUNT, IF STD. HOURLY RATES |
|---|---|---|---|
| D. | **BUSINESS ANALYSIS**<br>Conducted detailed analyses on the Debtors including, but not limited to the following: store level performance, budgets, weekly variance reporting, management compensation, recovery scenarios, and claims. | 744.7 | 312,832.50 |
| E. | **COUNSEL DISCUSSIONS & COURT HEARINGS**<br>Throughout the engagement BDO consulted with Counsel and the Committees members regarding all pertinent matters.  In addition, BDO attended court hearings and participated in the 341a meeting. | 37.6 | 21,015.00 |
| F. | **FEE APPLICATIONS / MONTHLY STATEMENTS**<br>Prepared and reviewed of monthly invoice and the interim fee application for submission to the Debtors, their professionals and the bankruptcy court. | 14.7 | 3,295.00 |
| G. | **TRAVEL TIME**<br>Professional time expended on travel, billed at one half the hourly rate of each professional. | 76.1 | 19,868.75 |
| | **SUBTOTAL:** | **76.1** | **19,868.75** |
| | **TOTAL FEES (Calculated at Standard Rates):** | **1,094.6** | **461,921.25** |
| | **NET EFFECTIVE DISCOUNT FROM STANDARD HOURLY RATES (SEE EXHIBIT B FOR DETAILS OF CALCULATION):** | | **(175,469.64)** |
| | **TOTAL FEES REQUESTED (See Calculation Below):** | | **$286,451.62** |

| **FLAT MONTHLY FEES SUMMARY[5]** | | **Amount of Flat Monthly Fee** |
|---|---|---|
| March 28, 2011 through March 31, 2011 | (4 days/31 days*$65,000) | $8,387.10 |
| April 1, 2011 through April 30, 2011 | (30 days/30 days*$65,000) | 65,000.00 |
| May 1, 2011 through May 27, 2011 | (27 days/31 days*$65,000) | 56,612.90 |
| May 28, 2011 through May 31, 2011 | (4 days/31 days*$50,000) | 6,451.61 |
| June 1, 2011 through June 30, 2011 | (30 days/30 days*$50,000) | 50,000.00 |
| July 1, 2011 through July 31, 2011 | (31 days/31 days*$50,000) | 50,000.00 |
| August 1, 2011 through August 31, 2011 | (31 days/31 days*$50,000) | 50,000.00 |
| **TOTAL:** | | **$286,451.62** |

---

[5] BDO'S retention was approved to receive monthly compensation at the rate of $65,000.00 per month for the first two months of its engagement and $50,000 a month for each month thereafter.

| | |
|---|---|
| Blended Hourly Rate if Billed at Standard Hourly Rate | $422.00 |
| Less: Net Effective Discount | ($160.30) |
| **Effective Blended Hourly Rate per the Flat Monthly Arrangement** | **$261.70** |

## III.    <u>COMPENSATION STANDARDS</u>

13.    Pursuant to the Retention Order, the fees payable to BDO shall be subject to review only pursuant to the standards set forth in section 328(a) of the bankruptcy Code and shall not be subject to the standard of review set forth in section 330 of the Bankruptcy code, provided, however, the UST, and no creditor or other party in interest, shall have the right to object to any fees paid or payable to BDO pursuant to the application under section 330 of the Bankruptcy Code.  Section 330(a)(3) of the Bankruptcy Code identifies factors that should be considered when determining the amount of reasonable compensation.  For the benefit of the UST, these factors are:

        A.    the time spent on such services;

        B.    the rates charged for such services;

        C.    whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

        D.    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

        E.    with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

        F.    whether the compensation is reasonable based on customary compensation charged by comparably skilled practitioner in cases other than cases under this title.

### A.  Time Spent

14.    The size and complexity of the Debtors' cases as well as the numerous and complex issues required substantial broad-based accounting and financial advisory expertise to resolve the issues.  As a consequence, the demands of these cases have been such that BDO's

highly skilled insolvency professionals have devoted substantial time and effort to perform properly and expeditiously the required accounting and advisory work.

15.     In the period covered by the Application, BDO professionals spent 1,094.6 hours performing services for the Committees or for the benefit of the Debtors and their estate.

16.     BDO's time records are recorded contemporaneously with the rendition of professional services. **Exhibit "C"** attached hereto contains a full and complete description of the services rendered by each partner, managing director, director, manager, senior, and staff on a daily basis for the Application Period.  BDO's time records are maintained in one-tenth of an hour (0.10) increments.

**B. Rates Charged**

17.     These rates are used to calculate the blended hourly rate if hourly rates would have been charged in these cases.  BDO customarily bills their professionals at rates commensurate with the experience of the person performing such services.  A detail of standard rates by professional with title is included in **Exhibit "B"** attached hereto and incorporated herein by reference.  For these cases, BDO's retention was approved to receive monthly compensation at the rate of $65,000.00 per month for the first two months of its engagement and $50,000 a month for each month thereafter.  A list of the standard hourly rates as of the date of the Retention Application is as follows:

| | |
|---|---|
| Partners/Managing Director | $500 - $800 per hour |
| Directors /Senior Managers | $350 - $600 per hour |
| Managers | $275 - $395 per hour |
| Seniors | $200 - $350 per hour |
| Staff | $150 – $225 per hour |

18.     Each duty and task performed by BDO has been performed by the professional most qualified to render such services at his or her ordinary hourly charges.

19.     BDO's professionals have delegated authority where appropriate to prevent duplication of effort, to ensure that associates were used whenever possible and to utilize the services of professionals who bill at lower hourly rates as much as possible.

20.     Where more than one person attended a meeting, such attendance was not a duplication of effort, but was necessary to adequately represent the interests of the Committee, and to have the appropriate expertise available.

**C. Beneficial at the Time at Which the Service was Rendered**

21.     The services BDO performed were the actual and necessary cost of the administration of the Debtors' estates and necessary have enabled these cases to proceed.

22.     These cases required a wide set of skills from BDO because the Debtors shifted their strategy two months after BDO was retained.   During BDO's first two months of employment, BDO closely monitored and analyzed the Debtors' reorganization efforts and worked closely under the direction of the Committees' counsel and the Committees to investigate a number of key areas.   At the end of May, the Debtors shifted their general strategy to a sale process because the Debtors faced a potential liquidity crisis at the end of July and an expedited sale process was viewed to be the best way to maximize the recoveries to the creditors.   From late May through the end of August, BDO focused on the sale process and the wind down efforts.   Overall, BDO's activities included (but were not limited to): (i) Asset Sale / Auction and DIP Capital Raise, (ii) Meetings with Debtors, (iii) Meetings with Creditors,  (iv)  Business Analysis, (v) Counsel Discussions and Court Hearings, and (vi)  Fee Applications / Monthly Statements.

i.   <u>Asset Sale / Auction and DIP Capital Raise</u>:  BDO monitored and provided input on the sale process run by Venturi & Company ("Venturi").  BDO corresponded with Venturi on a frequent basis to monitor the process and ensure that the process was moving forward in an orderly fashion and provided updates, as needed, to the Committee.  BDO assisted the Committees Counsel in reviewing Venturi's retention application to ensure that Venturi's incentives were appropriate and properly aligned with the objectives of the estate in order to maximize Venturi's efforts and consequently the recovery to the estate.  BDO analyzed the proposed DIP financing terms that were offered by potential DIP lenders.   BDO worked with the Committees' Counsel to quantify the differences between the various financing offers submitted.  Following the DIP financing, BDO monitored the use of the DIP funds to ensure that the funds used in accordance to the terms of the DIP.  BDO evaluated and provided input on many of the marketing materials developed by Venturi and provided Venturi with the contact information for several potential strategic and financial buyers.   BDO analyzed the initial bids and helped guide the Committees and their Counsel in negotiations and selecting the best bids for the auction.   During the sale process, BDO continued to provide periodic updates to the Committees and their counsel.

ii.   <u>Meetings with Debtors</u>:  BDO, at the request of Counsel and the Committee, met with the Debtors primarily to evaluate, among other things, the Debtors': cash forecasts, contracts, and variance reports; revisions to their forecasts; proposed treatment of claims.  These meetings and tasks were critical for BDO to gain an understanding of key issues in the case, perform the required

analysis to support Counsel and the Committees in developing and implementing case strategy. These were necessary tasks to protect the rights of the unsecured creditors.

iii.   Meetings with Creditors:  BDO met weekly, and as necessary, with Counsel and the Committees to develop case strategy, provide case status updates, and present reports and results of analyses prepared by BDO.  These weekly calls were the most efficient way to keep the Committees informed and provide a forum for discussion, debate and decision making.  From time to time, BDO also met with individual Committee members to answer questions and provide requested information.  These were necessary tasks to protect the rights of the unsecured creditors.   Key to these meetings was BDO's analysis of the Debtors' operations and liquidity position.

iv.   Business Analysis:  *Weekly cash flow variance analysis*:  BDO evaluated the Debtors' operations and cash flows on a weekly basis and analyzed the Debtors' original budget, numerous cash forecasts and weekly variances to the original budget.  In order to understand the variances and the Debtors' liquidity position, BDO communicated frequently with the Debtors' professionals and management.  BDO also assisted the Debtors' management in preparing their initial weekly variance reports because neither the Debtors nor their financial advisors had the experience to prepare a weekly variance report, which is a standard reporting tool used in a bankruptcy process.   *Management compensation analysis*:  BDO conducted a detailed analysis of the Debtors' proposed management compensation arrangements and the proposed incentive

arrangements for certain key non-insider employees. _Store level operations_: BDO closely monitored and analyzed the Debtors' store level operations on a frequent basis to evaluate if the Debtors' reorganization efforts were successful. BDO initially prepared a detailed same store sales and profitability analysis in order to understand which stores were potentially viable on a go-forward basis. BDO also analyzed the Debtors' weekly sales reports to evaluate the efficacy of the reorganization efforts. _Recovery analysis_: BDO prepared a detailed recovery analysis, which was used by the Debtors, to understand the potential recovery to the creditors. _Claims analysis_: BDO developed a detailed claims reconciliation analysis in order to quantify the amount of claims against the estate. BDO analyzed each proof of claim filed, which was then included in the claims reconciliation analysis. This analysis allowed the Committees and their counsel to understand the potential recoveries to the creditors

v. Counsel Discussions and Court Hearings: Throughout the case, BDO met with Counsel to discuss various material case matters and develop case strategy.

vi. Fee Applications / Monthly Statements: BDO prepared monthly and interim fee applications.

**D. Performed in a Reasonable Amount of Time and at Reasonable Cost**

23. BDO is a nationally recognized consulting and financial advisory firm and was selected by the Committees for its ability to provide the required services in a timely fashion and at reasonable cost. In these cases, the time frames were often short and required substantial effort by BDO professionals to resolve complex issues in a timely manner.

24.     The services in these cases were performed in a reasonable amount of time given the complex nature of the issues.

### E.  BDO's Professionals

25.     BDO's professionals have a variety of certifications and have demonstrated outstanding abilities in the insolvency and restructuring advisory fields.  As noted in the Retention Application, the Committees selected BDO because the partners and associates of BDO have considerable expertise in the fields of bankruptcy, insolvency, reorganizations, liquidations, debtors' and creditors' rights, debt restructuring and corporate reorganizations, among other practice areas.   A summary of the experience and qualifications of the professionals who have to rendered services to the Committees are attached to this Application as **Exhibit "E"**.

### F.  Fees Outside of Bankruptcy

26.     BDO charges the same rates both within and outside of the bankruptcy context. BDO's rates are commensurate with other firms of comparable skill.

### G.  Other Compensation Issues

27.     Further, section 330(a)(6) provides "Any compensation awarded for the preparation of a fee application shall be based on the level and skill reasonably required to prepare the application."

28.     During the period covered by this Application, BDO required the expenditure of 14.7 hours at the total rate of $3,295.00 (calculated at standard hourly rates) in the preparation of monthly fee statements and related data.

29.     There is no agreement or understanding between BDO and any other person, other than the members, associates and employees of BDO, for the sharing of compensation received for services rendered in connection with these cases.

## IV.   NOTICE OF APPLICATION AND HEARING

30.   As reflected by the proofs of service accompanying this Application, appropriate notice of the hearing on this Application has been given to the Office of the United States Trustee, the Debtors, creditors and other interested parties in accordance with Fed. R. Bank. Proc. 2002. Complete copies of this Application were served upon the Debtors, Debtors' counsel and the Office of the United States Trustee.   Complete copies of the Application also will be promptly furnished to any other party upon specific written request.   Therefore, notice is adequate under the circumstances and in accordance with Bankruptcy Rules 2002(a)(6) and 2002(c)(2).

## V.   CONCLUSION

31.   For all of the reasons set forth in this application, BDO respectfully submits that the services it has rendered and the disbursements it has incurred on behalf of the Committees during this case have been reasonably expended in order to adequately represent and protect the interests of the Committees in these cases.   BDO submits further that it has provided such services in an economical and efficient manner.   Accordingly, BDO requests that the relief requested in this Application be granted in all respects.

WHEREFORE, BDO PRAYS that this Court enter its order allowing BDO fees and expenses in the total amount of $289,381.51 (representing $286,451.62 in fees and $2,929.89 in expenses).

DATED this 16th Day of September 2011.

BDO USA, LLP
3200 Bristol Street, 4th Floor
Costa Mesa, CA. 92626
Telephone Number:   (714) 668-7324
Facsimile Number:   (714) 913-2584

Financial Advisor to the Committee

William Creelman

CSD 1143 [04/28/96]                                                    Exhibit "A"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEBTORS:  NO FEAR RETAIL STORES, INC., a          DATE PETITION FILED:    02/24/11
          California corporation, SIMO HOLDINGS
          INC., a California corporation and NO
          FEAR MX, INC., a California corporation,
CASE NO.:  11-02896-MM11

## FEE APPLICATION SUMMARY

APPLICANT:              BDO USA, LLP (Financial Advisor)
REPRESENTING:           Official Committees of Unsecured Creditors
ORDER APPROVING         Dkt. No. 261, filed 05/16/2011 effective 03/28/2011 for NFRS Committee and
EMPLOYMENT:             effective 04/07/11 for the Simo Committee

| CATEGORIES | 1ST INTERIM PERIOD 03/28/2011 TO 08/31/2011 | |
|---|---|---|
| | HOURS | AMOUNT, IF HOURLY |
| ASSET SALE/AUCTION AND DIP CAPITAL RAISE | 89.7 | $40,127.50 |
| MEETINGS - DEBTOR | 68.6 | 32,400.00 |
| MEETINGS WITH CREDITORS | 63.2 | 32,382.50 |
| BUSINESS ANALYSIS | 744.7 | 312,832.50 |
| COUNSEL DISCUSSIONS & COURT HEARINGS | 37.6 | 21,015.00 |
| FEE APPLICATIONS / MONTHLY STATEMENTS | 14.7 | 3,295.00 |
| **TRAVEL TIME** | **76.1** | **19,868.75** |
| **TOTAL FEES (Calculated at Standard Hourly Rates):** | **1,094.60** | **461,921.25** |
| **NET EFFECTIVE DISCOUNT FROM STANDARD HOURLY RATES (SEE EXHIBIT B FOR DETAILS OF CALCULATION):** | | **(175,469.64)** |
| **TOTAL FEES REQUESTED (See Calculation Below):** | | **$286,451.62** |
| | | **AMOUNT OF FLAT MONTHLY FEE** |
| **Flat Monthly Fees[1]:** | | $8,387.10 |
| March 28, 2011 through March 31, 2011 | | 65,000.00 |
| April 1, 2011 through April 30, 2011 | | 56,612.90 |
| May 1, 2011 through May 27, 2011 | | 6,451.61 |
| May 28, 2011 through May 31, 2011 | | 50,000.00 |
| June 1, 2011 through June 30, 2011 | | 50,000.00 |
| July 1, 2011 through July 31, 2011 | | 50,000.00 |
| August 1, 2011 through August 31, 2011 | | 8,387.10 |
| **TOTALS:** | | **$286,451.62** |

---

[1] BDO'S retention was approved to receive monthly compensation at the rate of $65,000.00 per month for the first two months of its engagement and $50,000 a month for each month thereafter.  See Exhibit B for calculation of monthly fees.

CSD 1143                                                              **Page 1 of**

**CSD 1143** [04/28/96]                                                          **Exhibit "A"**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Blended Hourly Rate if Billed at Standard Hourly Rate | | $422.00 |
| Less: Net Effective Discount | | ($160.30) |
| **Effective Blended Hourly Rate per the Flat Monthly Arrangement** | | **$261.70** |

NOTE: Attach all fee application summaries for prior interim hearings.

Exhibit "B"

## NO FEAR RETAIL STORES, INC.
### Time Summary
### March 28, 2011 to August 31, 2011

| Professional | Category | Hours | Rate | Amount |
|---|---|---|---|---|
| J.R. MANNING[1] | MANAGING DIRECTOR | 23.9 | 700.00 | $16,730.00 |
| WILLIAM K CREELMAN | MANAGING DIRECTOR | 73.9 | 650.00 | 48,035.00 |
| WILLIAM K CREELMAN | MANAGING DIRECTOR | 202.8 | 625.00[2] | 126,750.00 |
| RICH HAUER | MANAGING DIRECTOR | 0.4 | 525.00 | 210.00 |
| PATRICK NGUYEN[1] | SR. VICE PRESIDENT | 17.0 | 500.00 | 8,500.00 |
| CAROL PINLAC | MANAGER | 64.3 | 375.00 | 24,112.50 |
| DON LEVY | MANAGER | 13.1 | 325.00 | 4,257.50 |
| ALEXANDER KOLES | SENIOR | 600.4 | 350.00 | 210,140.00 |
| NAUSHON E VANDERHOOP | SENIOR | 2.6 | 200.00 | 520.00 |
| MIKE TEBESCEFF | STAFF | 0.6 | 225.00 | 135.00 |
| JORDAN JOSEPHS[1] | STAFF | 0.5 | 150.00 | 75.00 |
| MATTHEW LAPISH[1] | STAFF | 10.5 | 125.00 | 1,312.50 |
| MIGDALIA GOMEZ | PARA-PROF. | 8.5 | 150.00 | 1,275.00 |
| **SUBTOTAL:** | | **1,018.5** | | **442,052.50** |
| **Travel Time at ½ Rate** | | | | |
| J.R. MANNING (1) | MANAGING DIRECTOR | 6.0 | 350.00 | 2,100.00 |
| WILLIAM K CREELMAN | MANAGING DIRECTOR | 9.2 | 325.00 | 2,990.00 |
| WILLIAM K CREELMAN | MANAGING DIRECTOR | 29.7 | 312.50 | 9,281.25 |
| CAROL PINLAC | MANAGER | 3.0 | 187.50 | 562.50 |
| ALEXANDER KOLES | SENIOR | 28.2 | 175.00 | 4,935.00 |
| **SUBTOTAL:** | | **76.1** | | **19,868.75** |
| **Total Fees Calculated at Standard:** | | **1,094.6** | | **$461,921.25** |

| | | Amount of Flat Monthly Fee |
|---|---|---|
| **FLAT MONTHLY FEE[3]** | | |
| March 28, 2011 through March 31, 2011 | (4 days/31 days*$65,000) | $8,387.10 |
| April 1, 2011 through April 30, 2011 | (30 days/30 days*$65,000) | 65,000.00 |
| May 1, 2011 through May 27, 2011 | (27 days/31 days*$65,000) | 56,612.90 |
| May 28, 2011 through May 31, 2011 | (4 days/31 days*$50,000) | 6,451.61 |
| June 1, 2011 through June 30, 2011 | (30 days/30 days*$50,000) | 50,000.00 |
| July 1, 2011 through July 31, 2011 | (31 days/31 days*$50,000) | 50,000.00 |
| August 1, 2011 through August 31, 2011 | (31 days/31 days*$50,000) | 50,000.00 |
| | | **$286,451.62** |
| **Net Effective Discount Amount From Standard Hourly Rates** | | **(175,469.64)** |

---

[1] Employee of BDO Capital Advisors, LLC, a wholly-owned subsidiary of BDO USA, LLP.
[2] Effective July 1, 2011, Mr. Creelman's standard hourly rate increased to $650 .00.
[3] BDO'S retention was approved to receive monthly compensation at the rate of $65,000.00 per month for the first two months of its engagement and $50,000 a month for each month thereafter.

1

Exhibit "C"

## NO FEAR RETAIL STORES, INC.

### RECAP OF PROFESSIONAL SERVICES
### March 28, 2011 to August 31, 2011

### A.    ASSET SALE/AUCTION AND DIP CAPITAL RAISE

| Date | Name | Description | Time | Rate | Amount |
|------|------|-------------|------|------|--------|
| 05/10/11 | P.N. | Review Teaser, CIM & Investor List. | 2.5 | 500.00 | 1,250.00 |
| 05/10/11 | P.N. | Identify potential investors. | 2.0 | 500.00 | 1,000.00 |
| 05/11/11 | P.N. | Contacted private equity on a no-name basis to guage interest. | 2.0 | 500.00 | 1,000.00 |
| 05/11/11 | P.N. | Review investor list and provide guidance. | 1.0 | 500.00 | 500.00 |
| 05/12/11 | P.N. | Review investor list and provide guidance. | 1.0 | 500.00 | 500.00 |
| 05/13/11 | P.N. | Review investor list. | 2.0 | 500.00 | 1,000.00 |
| 05/10/11 | J.M. | *Call with M. Venturi on Sales Process. | 0.3 | 700.00 | 210.00 |
| 05/16/11 | J.M. | * Reviewed BDO Status Report. | 0.5 | 700.00 | 350.00 |
| 05/18/11 | J.M. | *Exploration of delays in contacting Strategic Parties. | 0.3 | 700.00 | 210.00 |
| 05/19/11 | J.M. | *Reviewed Venturi sale process to date. | 0.5 | 700.00 | 350.00 |
| 05/25/11 | J.M. | *Provided additional targets to Venturi & Co. | 0.3 | 700.00 | 210.00 |
| 06/02/11 | J.M. | Reviewed POR vs. Sales Process issues with W. Creelman. | 0.3 | 700.00 | 210.00 |
| 06/02/11 | J.M. | Call with M. Venturi on Sales Process. | 0.5 | 700.00 | 350.00 |
| 06/03/11 | A.K. | Prepared sales update analysis for UCC. | 2.0 | 350.00 | 700.00 |
| 06/06/11 | J.M. | Discussion with Alternative Bidder. | 0.5 | 700.00 | 350.00 |
| 06/07/11 | J.M. | Reviewed LOI. | 0.3 | 700.00 | 210.00 |
| 06/08/11 | J.M. | Discussion with Alternative Bidder. | 0.5 | 700.00 | 350.00 |
| 06/08/11 | P.N. | Follow up with Private Equity to ensure Debtors contacted them re: sale. | 1.5 | 500.00 | 750.00 |
| 06/14/11 | P.N. | Reviewed status of PE contacts. | 0.5 | 500.00 | 250.00 |
| 06/14/11 | P.N. | Follow up with Private Equity to ensure Debtors contacted them re: sale. | 1.0 | 500.00 | 500.00 |
| 06/15/11 | J.M. | Reviewed Stalking Horse Bid Procedures and Compared Bids. | 1.5 | 700.00 | 1,050.00 |
| 06/15/11 | J.M. | Reviewed Sales Process issues with W. Creelman. | 0.3 | 700.00 | 210.00 |

*This amount was included in the Third Statement (June 2011).

Exhibit "C"

**NO FEAR RETAIL STORES, INC.**

**RECAP OF PROFESSIONAL SERVICES**
**March 28, 2011 to August 31, 2011**

**A.    ASSET SALE/AUCTION AND DIP CAPITAL RAISE**

| Date | Name | Description | Time | Rate | Amount |
|------|------|-------------|------|------|--------|
| 06/18/11 | J.M. | Reviewed revised Sales Forecasts. | 0.5 | 700.00 | 350.00 |
| 06/20/11 | J.J. | Evaluated Brand Holdings Limited Letter of Intent. | 0.5 | 150.00 | 75.00 |
| 06/20/11 | J.M. | Reviewed Professional Fee Analysis. | 0.3 | 700.00 | 210.00 |
| 06/20/11 | M.L. | Reviewed LOI from BHL, updated BDO information about NF. | 1.8 | 125.00 | 225.00 |
| 06/21/11 | A.K. | Conference call with M. Venturi, D. Kupetz, W. Creelman, J.Garver, to discuss status of bids and next steps. | 0.8 | 350.00 | 280.00 |
| 06/21/11 | J.M. | Reviewed LOI and strategies. | 0.5 | 700.00 | 350.00 |
| 06/21/11 | M.L. | Reviewed LOI from GB, updated BDO deal tracking. | 1.5 | 125.00 | 187.50 |
| 06/21/11 | P.N. | Reviewed Brands Holding LOI. | 0.8 | 500.00 | 400.00 |
| 06/22/11 | J.M. | Reviewed Alternative Bids & Distribution to BDO. | 0.5 | 700.00 | 350.00 |
| 06/22/11 | M.L. | Reviewed LOI's, Created GB Inventory model. | 4.5 | 125.00 | 562.50 |
| 06/22/11 | P.N. | Reviewed Gordon Brothers LOI & bid summary. | 1.2 | 500.00 | 600.00 |
| 06/23/11 | M.L. | Reviewed LOI from GB, updated BDO deal tracking and inventory model. | 2.2 | 125.00 | 275.00 |
| 06/23/11 | P.N. | Reviewed bid summary. | 0.5 | 500.00 | 250.00 |
| 06/24/11 | M.L. | Finalized tracking sheet. | 0.5 | 125.00 | 62.50 |
| 06/24/11 | P.N. | Reviewed and finalized bid summary. | 1.0 | 500.00 | 500.00 |
| 06/26/11 | J.M. | Reviewed current plan and documents. | 0.5 | 700.00 | 350.00 |
| 06/26/11 | J.M. | Reviewed GOB Strategies with W. Creelman. | 0.3 | 700.00 | 210.00 |
| 06/27/11 | J.M. | Reviewed Sales Process issues with W. Creelman. | 0.5 | 700.00 | 350.00 |
| 06/28/11 | A.K. | Reviewed and analyzed LOI documents. | 1.5 | 350.00 | 525.00 |
| 06/28/11 | A.K. | Developed analysis of bids. | 1.7 | 350.00 | 595.00 |
| 06/28/11 | A.K. | Continued to prepare the analysis of bids. | 1.3 | 350.00 | 455.00 |
| 06/29/11 | J.M. | Reviewed BH pleadings. | 0.3 | 700.00 | 210.00 |
| 07/02/11 | J.M. | Reviewed Sales Procedure Orders. | 0.5 | 700.00 | 350.00 |

Exhibit "C"

## NO FEAR RETAIL STORES, INC.

### RECAP OF PROFESSIONAL SERVICES
### March 28, 2011 to August 31, 2011

**A.**    **ASSET SALE/AUCTION AND DIP CAPITAL RAISE**

| Date | Name | Description | Time | Rate | Amount |
|------|------|-------------|------|------|--------|
| 07/07/11 | W.C. | Per request of counsel, reviewed and supplemented proposed version of license agreement included in APA for Brands Holdings. | 1.1 | 650.00 | 715.00 |
| 07/15/11 | A.K. | Analyzed bids received. | 1.8 | 350.00 | 630.00 |
| 07/16/11 | A.K. | Developed analysis of bids to prepare for the auction. | 1.6 | 350.00 | 560.00 |
| 07/16/11 | A.K. | Continued to develop an analysis of bids to prepare for the auction. | 1.0 | 350.00 | 350.00 |
| 07/17/11 | A.K. | Developed analysis of bids to prepare for the auction. | 1.8 | 350.00 | 630.00 |
| 07/17/11 | A.K. | Continued to develop an analysis of bids to prepare for the auction. | 0.5 | 350.00 | 175.00 |
| 07/18/11 | A.K. | Developed bid analysis for UCC and professionals. | 0.7 | 350.00 | 245.00 |
| 07/18/11 | A.K. | Developed recovery analysis for auction. | 0.8 | 350.00 | 280.00 |
| 07/18/11 | W.C. | Reviewed revisions to bids provided by certain bidders. | 0.9 | 650.00 | 585.00 |
| 07/18/11 | W.C. | Conference call with M. Venturi, J. Dulberg, certain bidder and counsel for bidder to negotiate terms and gather information needed to analyze bids. | 0.5 | 650.00 | 325.00 |
| 07/18/11 | W.C. | Conference call with M. Venturi, A. Koles and certain bidder to gather information needed to analyze bids. | 0.6 | 650.00 | 390.00 |
| 07/19/11 | A.K. | Attended No Fear auction at SulmeyerKupetz office. | 19.0 | 350.00 | 6,650.00 |

Exhibit "C"

## NO FEAR RETAIL STORES, INC.

### RECAP OF PROFESSIONAL SERVICES
### March 28, 2011 to August 31, 2011

#### A.    ASSET SALE/AUCTION AND DIP CAPITAL RAISE

| Date | Name | Description | Time | Rate | Amount |
|------|------|-------------|------|------|--------|
| 07/19/11 | W.C. | Attended auction for sale of Debtor's assets (partial). | 14.0 | 650.00 | 9,100.00 |
| 07/21/11 | W.C. | Read sale order. | 0.4 | 650.00 | 260.00 |
| | | **TOTAL:** | **89.7** | | **40,127.50** |

#### INDIVIDUAL TOTALS

| Name | Hour | Rate | Amount |
|------|------|------|--------|
| J. MANNING (J.M.) | 9.7 | 700.00 | 6,790.00 |
| W. CREELMAN (W.C.) | 17.5 | 650.00 | 11,375.00 |
| P. NGUYEN (P.N.) | 17.0 | 500.00 | 8,500.00 |
| A. KOLES (A.K.) | 34.5 | 350.00 | 12,075.00 |
| J. JOSEPHS (J.J.) | 0.5 | 150.00 | 75.00 |
| M. LAPISH (M.L.) | 10.5 | 125.00 | 1,312.50 |
| **TOTAL:** | **89.7** | | **40,127.50** |

Exhibit "C"

## NO FEAR RETAIL STORES, INC.

### RECAP OF PROFESSIONAL SERVICES
### March 28, 2011 to August 31, 2011

**B.**      **MEETINGS - DEBTOR**

| Date | Name | Description | Time | Rate | Amount |
|------|------|-------------|------|------|--------|
| 03/29/11 | A.K. | Phone call with M. Venturi, J. Garver, W. Creelman to receive background and Venturi's role with the Debtor. | 1.0 | 350.00 | 350.00 |
| 03/29/11 | W.C. | Phone call with M. Venturi, J. Garver, A. Koles to receive background and Venturi's role with the Debtor. | 1.0 | 625.00 | 625.00 |
| 03/31/11 | A.K. | Met with No Fear management and W. Creelman at Debtor's offices in Carlsbad. | 4.5 | 350.00 | 1,575.00 |
| 03/31/11 | W.C. | Met with No Fear management and A. Koles at Debtor's offices in Carlsbad. | 4.5 | 625.00 | 2,812.50 |
| 04/01/11 | A.K. | Phone call with J. Pomerantz, W. Creelman, M. Venturi and S. Benjamin (No Fear) to develop strategy with regard to the DIP and plan next steps. | 0.7 | 350.00 | 245.00 |
| 04/01/11 | A.K. | Onsite meeting with No Fear management and W. Creelman in Carlsbad, CA. | 4.5 | 350.00 | 1,575.00 |
| 04/12/11 | A.K. | Corresponded with Debtor regarding dashboard. | 1.8 | 350.00 | 630.00 |
| 04/12/11 | C.P. | Conference call with M. Venturi, D. Kupetz, W. Creelman, J. Pomerantz, J. Dulberg, to develop strategy to raise DIP financing, negotiate terms and plan next steps. | 0.6 | 375.00 | 225.00 |
| 04/15/11 | A.K. | Met with management and W. Creelman to review operating performance of the Debtor with focus on overhead spending, MX inventory purchases, justification for leaving cash negative stores open. | 3.0 | 350.00 | 1,050.00 |
| 04/15/11 | W.C. | Prepared for meeting with Debtor today to review corporate overhead run rate and other key items. | 1.0 | 625.00 | 625.00 |

Exhibit "C"

## NO FEAR RETAIL STORES, INC.

### RECAP OF PROFESSIONAL SERVICES
### March 28, 2011 to August 31, 2011

**B.**    **MEETINGS - DEBTOR**

| Date | Name | Description | Time | Rate | Amount |
|------|------|-------------|------|------|--------|
| 04/15/11 | W.C. | Met with management and A. Koles to review operating performance of the Debtor with focus on overhead spending, MX inventory purchases, justification for leaving cash negative stores open. | 3.0 | 625.00 | 1,875.00 |
| 04/18/11 | W.C. | Prepared for meeting at Pachulski offices with Debtor and Committees. | 1.4 | 625.00 | 875.00 |
| 04/19/11 | J.M. | Reviewed agenda and management presentation in advance of Debtors conference call. | 0.3 | 700.00 | 210.00 |
| 04/19/11 | J.M. | Conference Call with Debtors, advisors and reviewed business plan. | 3.0 | 700.00 | 2,100.00 |
| 04/20/11 | A.K. | Corresponded with Debtor and D. Hall regarding overhead expenses. | 1.3 | 350.00 | 455.00 |
| 04/20/11 | W.C. | Phone call with M. Venturi to negotiate terms of his employment. (1) | 0.3 | 625.00 | 187.50 |
| 04/20/11 | W.C. | Phone call with M. Venturi to negotiate terms of his employment. (2) | 0.1 | 625.00 | 62.50 |
| 04/26/11 | J.M. | Met with Venturi to review sale process and market approach. | 1.0 | 700.00 | 700.00 |
| 04/26/11 | W.C. | Met with M. Venturi, J. Manning to discuss strategy and efforts to monetize company and extract value for estate; focus on development of alternatives, current strategy and process/timing to achieve results. | 1.0 | 625.00 | 625.00 |
| 04/28/11 | A.K. | Met with B. Simo, G. Blanco and W. Creelman to investigate store operational performance and B. Simo's involvement with the business. | 1.5 | 350.00 | 525.00 |
| 04/28/11 | W.C. | Met with B. Simo, G. Blanco and A. Koles to investigate store operational performance and B. Simo's involvement with the business. | 1.5 | 625.00 | 937.50 |

6

Exhibit "C"

**NO FEAR RETAIL STORES, INC.**

**RECAP OF PROFESSIONAL SERVICES**
**March 28, 2011 to August 31, 2011**

**B.**    **MEETINGS - DEBTOR**

| Date | Name | Description | Time | Rate | Amount |
|------|------|-------------|------|------|--------|
| 05/02/11 | A.K. | Call with K. Augruama regarding variance report. | 0.5 | 350.00 | 175.00 |
| 05/04/11 | J.M. | * Met with Debtors, Pachulski, Venturi, BDO & Gordon Bros. | 0.5 | 700.00 | 350.00 |
| 05/07/11 | A.K. | Conference call with D. Hall, G. Blanco, W. Creelman and B. Scott to cover new budget. | 1.0 | 350.00 | 350.00 |
| 05/07/11 | A.K. | Conference call with G. Blanco, S. Benjamin, W. Creelman and D. Hall to analyze new cash forecast provided by Debtor. | 1.0 | 350.00 | 350.00 |
| 05/07/11 | A.K. | Conference call with D. Hall to analyze new budget. | 0.8 | 350.00 | 280.00 |
| 05/20/11 | A.K. | Call with W. Creelman, J. Manning, M. Venturi, and J. Garver regarding sale process. | 1.0 | 350.00 | 350.00 |
| 05/23/11 | W.C. | Met with Debtor, Debtor's counsel, UCC's counsel (J. Pomerantz, J. Dulberg), Avant, Venturi, A. Koles to review status of case including sales process, operational improvements and negotiate/plan next steps. | 4.5 | 625.00 | 2,812.50 |
| 06/02/11 | C.P. | Phone call with W. Creelman, D. Hall, K. Aurigemma to review and analyze weekly variance report. | 0.5 | 375.00 | 187.50 |
| 06/02/11 | W.C. | Phone call with J. Manning (partial) M. Venturi, J. Garver, G. Blanco to receive update on sales process. | 0.5 | 625.00 | 312.50 |
| 06/02/11 | W.C. | Phone call with D. Hall, Ken A., C. Pinlac to review and analyze weekly variance report. | 0.5 | 625.00 | 312.50 |
| 06/06/11 | W.C. | Phone call with G. Blanco regarding sales report results and next steps. | 0.4 | 625.00 | 250.00 |
| 06/07/11 | C.P. | Call with D. Hall to evaluate dashboard and brand reports. | 0.3 | 375.00 | 112.50 |

*This amount was included in the Third Statement (June 2011).

Exhibit "C"

## NO FEAR RETAIL STORES, INC.

### RECAP OF PROFESSIONAL SERVICES
### March 28, 2011 to August 31, 2011

**B.**    **MEETINGS - DEBTOR**

| Date | Name | Description | Time | Rate | Amount |
|------|------|-------------|------|------|--------|
| 06/10/11 | A.K. | Conference call with M. Venturi, G. Blanco, J. Garver, W. Creelman to receive update on sales process. | 0.8 | 350.00 | 280.00 |
| 06/10/11 | A.K. | Provided supplemental comments to W. Creelman regarding deliverables. | 0.5 | 350.00 | 175.00 |
| 06/10/11 | W.C. | Conference call with M. Venturi, G. Blanco, J. Garver, A. Koles to receive update on sales process. | 0.8 | 625.00 | 500.00 |
| 06/10/11 | W.C. | Conference call with Ken (CFO), D. Hall, J. Garver, A. Koles to receive update on variance report. | 0.5 | 625.00 | 312.50 |
| 06/13/11 | A.K. | Analyzed April financial statements. | 2.0 | 350.00 | 700.00 |
| 06/15/11 | A.K. | Professionals meeting with Pachulski, Sulmeyer, Avant and BDO to develop case strategy. | 3.0 | 350.00 | 1,050.00 |
| 06/20/11 | A.K. | Corresponded with D. Hall regarding budget items. | 0.9 | 350.00 | 315.00 |
| 06/21/11 | J.M. | Call with M. Venturi on Sales Process. | 0.8 | 700.00 | 560.00 |
| 06/21/11 | W.C. | Conference call with M. Venturi, D. Kupetz, J. Garver, A. Koles to discuss status of bids and next steps. | 0.8 | 625.00 | 500.00 |
| 06/22/11 | A.K. | Professionals update call with J. Pomerantz, J. Dulberg, G. Blanco, D. Hall, D. Sulyemery and W. Creelman. | 0.7 | 350.00 | 245.00 |
| 06/24/11 | A.K. | Call with W. Creelman and K. Arugama to cover variance report. | 0.3 | 350.00 | 105.00 |
| 06/24/11 | W.C. | Weekly conference call and variance data review with Debtor's CFO, Ken and A. Koles. | 0.3 | 625.00 | 187.50 |
| 06/28/11 | W.C. | Phone call with G. Blanco to evaluate and restructure terms of proposal from a certain bidder. (1) | 0.1 | 625.00 | 62.50 |
| 06/28/11 | W.C. | Phone call with G. Blanco to evaluate and restructure terms of proposal from a certain bidder. (2) | 0.2 | 625.00 | 125.00 |
| 06/29/11 | W.C. | Phone call with G. Blanco to evaluate inventory issues. | 0.2 | 625.00 | 125.00 |

Exhibit "C"

**NO FEAR RETAIL STORES, INC.**

**RECAP OF PROFESSIONAL SERVICES**
**March 28, 2011 to August 31, 2011**

**B.**   **MEETINGS - DEBTOR**

| Date | Name | Description | Time | Rate | Amount |
|------|------|-------------|------|------|--------|
| 06/30/11 | A.K. | Corresponded with D. Hall regarding variance report | 0.7 | 350.00 | 245.00 |
| 06/30/11 | A.K. | Weekly variance update call with K. Arugama. | 0.7 | 350.00 | 245.00 |
| 07/01/11 | A.K. | Correspondence with D. Hall regarding certain bid items. | 0.8 | 350.00 | 280.00 |
| 07/01/11 | A.K. | Correspondence with K. Arugama regarding weekly variance report. | 1.2 | 350.00 | 420.00 |
| 07/06/11 | A.K. | Responded to e-mails with D. Hall regarding outstanding items. | 1.0 | 350.00 | 350.00 |
| 07/08/11 | A.K. | Call with D. Hall regarding variance report and other open issues. | 0.5 | 350.00 | 175.00 |
| 07/08/11 | A.K. | Call with K. Arugama regarding variance report and operating results. | 0.8 | 350.00 | 280.00 |
| 07/12/11 | A.K. | Corresponded with D. Hall regarding store closings. | 0.5 | 350.00 | 175.00 |
| 08/05/11 | A.K. | Corresponded with D. Hall regarding recovery scenarios. | 0.9 | 350.00 | 315.00 |
| 08/17/11 | A.K. | Phone call with G. Blanco, D. Hall, W. Creelman to review and supplement preliminary creditor recovery analysis. | 0.5 | 350.00 | 175.00 |
| 08/17/11 | W.C. | Phone call with G. Blanco, D. Hall, A. Koles to review and supplement preliminary creditor recovery analysis. | 0.5 | 650.00 | 325.00 |
| 08/26/11 | W.C. | Corresponded with D. Hall regarding recovery analysis and sub con analysis. | 0.1 | 650.00 | 65.00 |
| **TOTAL:** | | | **68.6** | | **32,400.00** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Amount |
|------|------|------|--------|
| J. MANNING (J.M.) | 5.6 | 700.00 | 3,920.00 |
| W. CREELMAN (W.C.) | 0.6 | 650.00 | 390.00 |
| W. CREELMAN (W.C.) | 22.6 | 625.00 | 14,125.00 |
| C. PINLAC (C.P.) | 1.4 | 375.00 | 525.00 |
| A. KOLES (A.K.) | 38.4 | 350.00 | 13,440.00 |
| **TOTAL:** | **68.6** | | **32,400.00** |

9

## NO FEAR RETAIL STORES, INC.

### RECAP OF PROFESSIONAL SERVICES
### March 28, 2011 to August 31, 2011

**C.**   **MEETINGS WITH CREDITORS**

| Date | Name | Description | Time | Rate | Amount |
|------|------|-------------|------|------|--------|
| 03/30/11 | A.K. | Conference call with UCC members, J. Pomerantz, J. Dulberg, W. Creelman and certain other parties to discuss case developments, develop case strategy and plan next steps. | 1.1 | 350.00 | 385.00 |
| 03/30/11 | W.C. | Conference call with UCC members, J. Pomerantz, J. Dulberg, A. Koles and certain other parties to discuss case developments, develop case strategy and plan next steps. | 1.1 | 625.00 | 687.50 |
| 04/01/11 | A.K. | Phone call with J. Pomerantz, W. Creelman and UCC members to develop case strategy and plan next steps, with focus on DIP hearing today. | 0.7 | 350.00 | 245.00 |
| 04/01/11 | W.C. | Phone call with J. Pomerantz, A. Koles, UCC members to develop case strategy and plan next steps, with focus on DIP hearing today. | 0.7 | 625.00 | 437.50 |
| 04/01/11 | W.C. | Phone call with J. Pomerantz, A. Koles, M. Venturi, S. Benjamin (No Fear) to develop strategy with regard to the DIP and plan next steps. | 0.7 | 625.00 | 437.50 |
| 04/05/11 | A.K. | Attended 341a creditors meeting in San Diego. | 3.5 | 350.00 | 1,225.00 |
| 04/07/11 | A.K. | Conference call with J. Dulberg, W. Creelman and Committee members to review current status of case, present BDO's preliminary report on cash forecast, develop case strategy and plan next steps. | 1.6 | 350.00 | 560.00 |
| 04/07/11 | J.M. | Committee call on CRO and multiple Committee developments. | 0.5 | 700.00 | 350.00 |
| 04/07/11 | W.C. | Conference call with J. Dulberg, A. Koles and Committee members to review current status of case, present BDO's preliminary report on cash forecast, develop case strategy and plan next steps. | 1.6 | 625.00 | 1,000.00 |

Exhibit "C"

## NO FEAR RETAIL STORES, INC.

### RECAP OF PROFESSIONAL SERVICES
### March 28, 2011 to August 31, 2011

**C.**   **MEETINGS WITH CREDITORS**

| Date | Name | Description | Time | Rate | Amount |
|------|------|-------------|------|------|--------|
| 04/08/11 | W.C. | Phone call with J. Dulberg to develop case strategy. | 0.3 | 625.00 | 187.50 |
| 04/12/11 | A.K. | Conference call with J. Pomerantz, J. Dulberg, B. Bussiere, J. Middleton, D. Emler, L. Hairsha, R. White, W. Creelman and C. Pinlac to review current case developments, develop strategy for the DIP loan, develop case strategy and plan next steps. | 0.8 | 350.00 | 280.00 |
| 04/12/11 | A.K. | Conference call with J. Pomerantz, J. Dulberg, W. Creelman and C. Pinlac to prepare for call with joint committees, develop case strategy and plan next steps. | 0.5 | 350.00 | 175.00 |
| 04/12/11 | C.P. | Conference call with A. Koles, W. Creelman, J. Pomerantz, J. Dulberg, B. Bussiere, J. Middleton, D. Emler, L. Hairsha, R. White to review current case developments, develop strategy for the DIP loan, develop case strategy and plan next steps. | 0.5 | 375.00 | 187.50 |
| 04/12/11 | C.P. | Conference call with A. Koles, W. Creelman, J. Pomerantz, J. Dulberg, to prepare for call with joint committees, develop case strategy and plan next steps. | 0.5 | 375.00 | 187.50 |
| 04/12/11 | W.C. | Conference call with J. Pomerantz, J. Dulberg, B. Bussiere, J. Middleton, D. Emler, L. Hairsha, R. White, A. Koles, C. Pinlac to review current case developments, develop strategy for the DIP loan, develop case strategy and plan next steps. | 0.8 | 625.00 | 500.00 |
| 04/12/11 | W.C. | Conference call with J. Pomerantz, J. Dulberg, A. Koles, C. Pinlac to prepare for call with joint committees, develop case strategy and plan next steps. | 0.5 | 625.00 | 312.50 |

Exhibit "C"

## NO FEAR RETAIL STORES, INC.

### RECAP OF PROFESSIONAL SERVICES
### March 28, 2011 to August 31, 2011

**C.**    **MEETINGS WITH CREDITORS**

| Date | Name | Description | Time | Rate | Amount |
|------|------|-------------|------|------|--------|
| 04/12/11 | W.C. | Conference call with M. Venturi, D. Kupetz, J. Pomerantz, J. Dulberg, C. Pinlac to develop strategy to raise DIP financing, negotiate terms and plan next steps. | 0.5 | 625.00 | 312.50 |
| 04/13/11 | A.K. | Conference call with J. Pomerantz, J. Duhlberg, D. Kupetz, M. Venturi and W. Creelman to negotiate DIP loan terms. | 0.6 | 350.00 | 210.00 |
| 04/13/11 | W.C. | Conference call with J. Pomerantz, J. Duhlberg, D. Kupetz, M. Venturi, A Koles to negotiate DIP loan terms. | 0.6 | 625.00 | 375.00 |
| 04/14/11 | A.K. | Conference call with J. Pomerantz, J. Duhlberg, D. Kupetz, M. Venturi, W. Creelman to negotiate DIP loan terms. | 0.5 | 350.00 | 175.00 |
| 04/14/11 | A.K. | Met with J. Pomerantz, J. Duhlberg, W. Creelman to review most recent financial analysis of company's operating performance prepared by BDO. | 2.5 | 350.00 | 875.00 |
| 04/14/11 | A.K. | Conference call with J. Pomerantz, J. Duhlberg, W. Creelman and SIMO and NF Retail Committees to review most recent financial analysis of company's operating performance prepared by BDO, discuss DIP loan status, develop case strategy. | 1.0 | 350.00 | 350.00 |
| 04/14/11 | W.C. | Met with J. Pomerantz, J. Duhlberg, A. Koles to review most recent financial analysis of company's operating performance prepared by BDO. | 2.5 | 625.00 | 1,562.50 |

Exhibit "C"

## NO FEAR RETAIL STORES, INC.

### RECAP OF PROFESSIONAL SERVICES
### March 28, 2011 to August 31, 2011

**C.** **MEETINGS WITH CREDITORS**

| Date | Name | Description | Time | Rate | Amount |
|------|------|-------------|------|------|--------|
| 04/14/11 | W.C. | Conference call with J. Pomerantz, J. Duhlberg, A. Koles and SIMO and NF Retail Committees to review most recent financial analysis of company's operating performance prepared by BDO, discuss DIP loan status, develop case strategy. | 1.0 | 625.00 | 625.00 |
| 04/14/11 | W.C. | Conference call with J. Pomerantz, J. Duhlberg, D. Kupetz, M. Venturi, A. Koles to negotiate DIP loan terms. | 0.5 | 625.00 | 312.50 |
| 04/15/11 | W.C. | Conference call with J. Pomerantz, J. Dulberg to provide download on meeting with Debtor, develop case strategy and plan next steps with focus on DIP loan and hearing. | 0.3 | 625.00 | 187.50 |
| 04/19/11 | A.K. | Met with J. Pomerantz, J. Dulberg, Simo committee, NF Retail committee, D. Kupetz, G. Blanco, M. Venturi, J. Manning (via phone) and W. Creelman at Pachulski offices to receive download from company on business and plan. | 5.0 | 350.00 | 1,750.00 |
| 04/19/11 | W.C. | Met with J. Pomerantz, J. Dulberg, Simo Committee, NF Retail Committee, D. Kupetz, G. Blanco, M. Venturi, J. Manning (via phone) and A. Koles at Pachulski offices to receive download from company on business and plan. | 5.0 | 625.00 | 3,125.00 |
| 04/22/11 | A.K. | Phone call with L. Haisha, W. Creelman to analyze overhead analysis. | 0.8 | 350.00 | 280.00 |
| 04/22/11 | W.C. | Phone call with L. Haisha, A. Koles to analyze overhead analysis. | 0.8 | 625.00 | 500.00 |
| 04/28/11 | A.K. | Call with Committee to discuss capital markets process, company's performance and executive compensation. | 1.3 | 350.00 | 455.00 |

13

Exhibit "C"

## NO FEAR RETAIL STORES, INC.

## RECAP OF PROFESSIONAL SERVICES
### March 28, 2011 to August 31, 2011

**C.     MEETINGS WITH CREDITORS**

| Date | Name | Description | Time | Rate | Amount |
|------|------|-------------|------|------|--------|
| 04/28/11 | C.P. | Call with Committee to discuss capital markets process, company's performance and executive compensation. | 1.3 | 375.00 | 487.50 |
| 04/28/11 | J.M. | Call with Committee to discuss capital markets process, company's performance and executive compensation. | 1.3 | 700.00 | 910.00 |
| 04/28/11 | W.C. | Call with Committee to discuss capital markets process, company's performance and executive compensation. | 1.3 | 625.00 | 812.50 |
| 04/29/11 | W.C. | Corresponded with UCC on draft teaser prepared by Venturi. | 0.1 | 625.00 | 62.50 |
| 05/04/11 | W.C. | Met with representatives from Gordon Brothers (James Rhee, Brian Cooper), S. Benjamin, M. Venturi, J. Pomerantz, J. Dulberg, J. Manning (via phone), A. Koles at request of Gordon Brothers to discuss interest in purchasing the company. | 1.8 | 625.00 | 1,125.00 |
| 05/10/11 | A.K. | UCC call to develop case strategy. | 1.5 | 350.00 | 525.00 |
| 05/10/11 | J.M. | *  Report to UCC professionals. | 0.3 | 700.00 | 210.00 |
| 05/10/11 | J.M. | *  UCC committee call and report on sales process. | 0.5 | 700.00 | 350.00 |
| 05/10/11 | W.C. | Conference call with J. Pomerantz, J. Dulberg, J. Manning, A. Koles and UCC members to provide update on case, present BDO's preliminary analysis of the debtor's revised cash forecast, review company's progress on sale process, develop case strategy and plan next steps. | 1.5 | 625.00 | 937.50 |

*This amount was included in the Third Statement (June 2011).

Exhibit "C"

## NO FEAR RETAIL STORES, INC.

## RECAP OF PROFESSIONAL SERVICES
### March 28, 2011 to August 31, 2011

**C.** **MEETINGS WITH CREDITORS**

| Date | Name | Description | Time | Rate | Amount |
|------|------|-------------|------|------|--------|
| 05/10/11 | W.C. | Conference call with J. Pomerantz, J. Dulberg, J. Manning, A. Koles to review BDO's preliminary analysis of the debtor's revised cash forecast, review company's progress on sale process and prepare for conference call with UCC. | 1.0 | 625.00 | 625.00 |
| 05/16/11 | A.K. | Conference call with J. Dulberg, J. Pomerantz, J. Manning, W. Creelman and UCC members of both committees to discuss status of sale effort, financial reporting, status of insider compensation motion, develop case strategy and plan next steps. | 0.9 | 350.00 | 315.00 |
| 05/16/11 | W.C. | Conference call with J. Dulberg, J. Pomerantz, J. Manning, A. Koles to prepare for call with UCC to discuss status of sale effort, financial reporting, status of insider compensation motion, develop case strategy and plan next steps. | 0.9 | 625.00 | 562.50 |
| 05/16/11 | W.C. | Conference call with J. Dulberg, J. Pomerantz, J. Manning, A. Koles and UCC members of both committees to discuss status of sale effort, financial reporting, status of insider compensation motion, develop case strategy and plan next steps. | 0.9 | 625.00 | 562.50 |
| 05/20/11 | W.C. | Call with J. Manning, M. Venturi, J. Garver, A. Koles to receive progress report on sale process. | 1.0 | 625.00 | 625.00 |
| 05/24/11 | W.C. | Phone call with D. Kupetz, G. Blanco, J. Pomerantz, J. Dulberg to discuss issues related to No Fear employees and Gatorz. | 0.5 | 625.00 | 312.50 |

Exhibit "C"

## NO FEAR RETAIL STORES, INC.

### RECAP OF PROFESSIONAL SERVICES
### March 28, 2011 to August 31, 2011

### C.    MEETINGS WITH CREDITORS

| Date | Name | Description | Time | Rate | Amount |
|------|------|-------------|------|------|--------|
| 06/07/11 | C.P. | Conference call with UCC members, J. Pomerantz, W. Creelman, J. Dulberg to provide case update, review store sales performance, develop case strategy and plan next steps. | 0.7 | 375.00 | 262.50 |
| 06/13/11 | W.C. | Phone call with Jamie to answer questions about sales process and case strategy. | 2.0 | 625.00 | 1,250.00 |
| 06/15/11 | J.M. | Participated on UCC committee call re: report on sales process. | 0.5 | 700.00 | 350.00 |
| 06/21/11 | W.C. | Conference call with J. Pomerantz, some UCC members, A. Koles to convey current case developments and plan next steps. | 0.5 | 625.00 | 312.50 |
| 06/22/11 | W.C. | UCC sale update call including A. Koles, J. Dulberg, and J. Pomerantz. | 0.5 | 625.00 | 312.50 |
| 06/23/11 | A.K. | Professionals update call with J. Pomerantz, J. Dulberg, G. Blanco, D. Hall,  D. Sulyemery and W. Creelman. | 0.5 | 350.00 | 175.00 |
| 06/23/11 | A.K. | UCC sale update call including W. Creelman, J. Dulberg, and J. Pomerantz. | 0.3 | 350.00 | 105.00 |
| 06/23/11 | W.C. | UCC sale update call with J. Dulberg, J. Pomerantz, A. Koles. | 0.3 | 625.00 | 187.50 |
| 06/24/11 | A.K. | UCC sale update call including J. Dulberg, J. Pomerantz and W. Creelman. | 0.3 | 350.00 | 105.00 |
| 06/24/11 | W.C. | UCC sale update call including J. Dulberg, J. Pomerantz and A. Koles. | 0.3 | 625.00 | 187.50 |
| 06/27/11 | W.C. | Conference call with J. Pomerantz, J. Dulberg, UCC members to provide status of sale process, plan case strategy and plan next steps. | 0.2 | 625.00 | 125.00 |
| 06/27/11 | W.C. | Conference call with J. Pomerantz, J. Dulberg, UCC members (including Laith Haisha, Dom Emler, Ryan White) to provide status of sale process, plan case strategy and plan next steps. | 0.2 | 625.00 | 125.00 |

Exhibit "C"

## NO FEAR RETAIL STORES, INC.

### RECAP OF PROFESSIONAL SERVICES
### March 28, 2011 to August 31, 2011

### C.    MEETINGS WITH CREDITORS

| Date | Name | Description | Time | Rate | Amount |
|------|------|-------------|------|------|--------|
| 06/28/11 | W.C. | Conference call with J. Pomerantz, J. Dulberg, UCC members to provide status of sale process, plan case strategy and plan next steps. | 0.3 | 625.00 | 187.50 |
| 06/29/11 | W.C. | Phone call with UCC member regarding certain inventory issues. | 0.2 | 625.00 | 125.00 |
| 06/30/11 | W.C. | Conference call with UCC members, J. Pomerantz, J. Dulberg to provide update on case status and plan next steps. | 0.3 | 625.00 | 187.50 |
| 07/08/11 | W.C. | Conference call with UCC members, J. Pomerantz, J. Dulberg to present status of the case, develop strategy and plan next steps. | 1.2 | 650.00 | 780.00 |
| 07/12/11 | W.C. | Phone call with certain UCC members to answer questions regarding weekly variance reports prepared by A. Koles. | 0.2 | 650.00 | 130.00 |
| 07/18/11 | A.K. | Conference call with certain UCC members, W. Creelman, J. Dulberg to review analysis of bids received, devleoped case strategy and planned next steps. | 0.8 | 350.00 | 280.00 |
| 07/18/11 | W.C. | Conference call with certain UCC members, J. Dulberg, A. Koles to review analysis of bids received, develop case strategy and plan next steps. | 0.8 | 650.00 | 520.00 |
| **TOTAL:** | | | **63.2** | | **32,382.50** |

### INDIVIDUAL TOTALS

| Name | Hour | Rate | Amount |
|------|------|------|--------|
| J. MANNING (J.M.) | 3.1 | 700.00 | 2,170.00 |
| W. CREELMAN (W.C.) | 2.2 | 650.00 | 1,430.00 |
| W. CREELMAN (W.C.) | 30.7 | 625.00 | 19,187.50 |
| C. PINLAC (C.P.) | 3.0 | 375.00 | 1,125.00 |
| A. KOLES (A.K.) | 24.2 | 350.00 | 8,470.00 |
| **TOTAL:** | **63.2** | | **32,382.50** |

17

Exhibit "C"

## NO FEAR RETAIL STORES, INC.

### RECAP OF PROFESSIONAL SERVICES
### March 28, 2011 to August 31, 2011

**D.**    **BUSINESS ANALYSIS**

| Date | Name | Description | Time | Rate | Amount |
|------|------|-------------|------|------|--------|
| 03/28/11 | A.K. | Prepared due diligence request list. | 3.7 | 350.00 | 1,295.00 |
| 03/29/11 | A.K. | Prepared due diligence request list. | 3.9 | 350.00 | 1,365.00 |
| 03/29/11 | A.K. | Analyzed data room. | 2.0 | 350.00 | 700.00 |
| 03/29/11 | A.K. | Continued to prepare due diligence request list. | 2.7 | 350.00 | 945.00 |
| 03/29/11 | W.C. | Reviewed and commented on confidentiality agreement proposed by Venturi. | 0.6 | 625.00 | 375.00 |
| 03/29/11 | W.C. | Read supplemental motion for cash collateral filed today by the Debtor. | 0.2 | 625.00 | 125.00 |
| 03/29/11 | W.C. | Began to analyze latest cash flow forecast provided by Venturi. | 0.8 | 625.00 | 500.00 |
| 03/29/11 | W.C. | Reviewed and commented on draft of information request prepared by UCC Counsel. | 0.3 | 625.00 | 187.50 |
| 03/29/11 | W.C. | Reviewed latest revision to draft of information request prepared by UCC Counsel. | 0.3 | 625.00 | 187.50 |
| 03/29/11 | W.C. | Began to review electronic database information provided by Debtor. | 1.1 | 625.00 | 687.50 |
| 03/29/11 | W.C. | Reviewed and supplemented correspondence prepared by A. Koles regarding follow up information request. | 0.4 | 625.00 | 250.00 |
| 03/29/11 | W.C. | Reviewed and supplemented information request list prepared and sent to Debtor. | 1.0 | 625.00 | 625.00 |
| 03/29/11 | W.C. | Read and responded to 4 emails from J. Pomerantz. | 0.3 | 625.00 | 187.50 |
| 03/29/11 | W.C. | Reviewed critical dates memo prepared by J. Dulberg. | 0.1 | 625.00 | 62.50 |
| 03/30/11 | A.K. | Continued to prepare due diligence request list. | 2.3 | 350.00 | 805.00 |
| 03/30/11 | A.K. | Analyzed court filings. | 2.2 | 350.00 | 770.00 |
| 03/30/11 | A.K. | Analyzed cash budget. | 2.0 | 350.00 | 700.00 |
| 03/30/11 | A.K. | Analyzed sales data. | 1.8 | 350.00 | 630.00 |

Exhibit "C"

## NO FEAR RETAIL STORES, INC.

## RECAP OF PROFESSIONAL SERVICES
### March 28, 2011 to August 31, 2011

**D.**        **BUSINESS ANALYSIS**

| Date | Name | Description | Time | Rate | Amount |
|------|------|-------------|------|------|--------|
| 03/30/11 | J.M. | Exploring VDR and reviewing Trademarks & Licenses, Prospectus, and Store Information. | 0.8 | 700.00 | 560.00 |
| 03/30/11 | W.C. | Analyzed revision to cash forecast model provided by Venturi today. | 0.9 | 625.00 | 562.50 |
| 03/30/11 | W.C. | Began to analyze data room information provided by Debtor. | 2.1 | 625.00 | 1,312.50 |
| 03/31/11 | A.K. | Analyzed sales data. | 2.5 | 350.00 | 875.00 |
| 03/31/11 | A.K. | Developed same store sales analysis. | 1.6 | 350.00 | 560.00 |
| 03/31/11 | W.C. | Began to analyze cash forecast information provided by company. | 2.1 | 625.00 | 1,312.50 |
| 04/01/11 | A.K. | Met with W. Creelman to develop case strategy and plan next steps. | 0.5 | 350.00 | 175.00 |
| 04/01/11 | A.K. | Prepared due diligence items for management meeting. | 1.0 | 350.00 | 350.00 |
| 04/01/11 | A.K. | Analyzed budget in preparation for management meetings. | 1.7 | 350.00 | 595.00 |
| 04/01/11 | W.C. | Reviewed latest version of DIP commitment letter from Hilco and Gordon Brothers. | 0.7 | 625.00 | 437.50 |
| 04/01/11 | W.C. | Met with A. Koles to analyze cash forecast information. | 0.9 | 625.00 | 562.50 |
| 04/01/11 | W.C. | Met with A. Koles to develop case strategy and plan next steps. | 0.5 | 625.00 | 312.50 |
| 04/04/11 | A.K. | Met with W. Creelman to analyze cash forecast information. | 1.0 | 350.00 | 350.00 |
| 04/04/11 | A.K. | Analyzed comparables for comp study. | 2.3 | 350.00 | 805.00 |
| 04/04/11 | A.K. | Analyzed cash budget. | 3.0 | 350.00 | 1,050.00 |
| 04/04/11 | A.K. | Updated due diligence tracking sheet. | 2.7 | 350.00 | 945.00 |
| 04/04/11 | W.C. | Met with A. Koles to analyze cash forecast information. | 1.0 | 625.00 | 625.00 |
| 04/05/11 | A.K. | Analyzed cash budget. | 2.8 | 350.00 | 980.00 |
| 04/05/11 | W.C. | Reviewed and supplemented latest draft of cash projections for No Fear prepared by A. Koles. (1) | 1.1 | 625.00 | 687.50 |

Exhibit "C"

## NO FEAR RETAIL STORES, INC.

### RECAP OF PROFESSIONAL SERVICES
### March 28, 2011 to August 31, 2011

**D.**    **BUSINESS ANALYSIS**

| Date | Name | Description | Time | Rate | Amount |
|------|------|-------------|------|------|--------|
| 04/05/11 | W.C. | Reviewed and supplemented latest draft of cash projections for No Fear prepared by A. Koles. (2) | 0.8 | 625.00 | 500.00 |
| 04/06/11 | A.K. | Prepared cash budget report for UCC. | 2.7 | 350.00 | 945.00 |
| 04/06/11 | A.K. | Analyzed DIP budget. | 3.4 | 350.00 | 1,190.00 |
| 04/06/11 | A.K. | Continued to analyze DIP budget. | 3.2 | 350.00 | 1,120.00 |
| 04/06/11 | A.K. | Prepared sensitivity analysis of DIP budget. | 2.6 | 350.00 | 910.00 |
| 04/06/11 | W.C. | Reviewed and supplemented employment application. | 1.0 | 625.00 | 625.00 |
| 04/06/11 | W.C. | Analyzed report prepared by A. Koles. | 1.1 | 625.00 | 687.50 |
| 04/07/11 | A.K. | Analyzed store sales. | 3.3 | 350.00 | 1,155.00 |
| 04/07/11 | A.K. | Analyzed notes receivable. | 2.5 | 350.00 | 875.00 |
| 04/07/11 | A.K. | Analyzed overhead data. | 2.2 | 350.00 | 770.00 |
| 04/07/11 | W.C. | Reviewed and supplemented analysis of cash forecast and liquidity prepared by A. Koles for the Committee. (1) | 0.9 | 625.00 | 562.50 |
| 04/07/11 | W.C. | Reviewed and supplemented analysis of cash forecast and liquidity prepared by A. Koles for the Committee. (2) | 1.1 | 625.00 | 687.50 |
| 04/07/11 | W.C. | Reviewed recent additions to the data room. | 0.8 | 625.00 | 500.00 |
| 04/07/11 | W.C. | Reviewed and commented on bios for CRO candidates. | 0.4 | 625.00 | 250.00 |
| 04/07/11 | W.C. | Prepared for presentation to Committee today. | 1.8 | 625.00 | 1,125.00 |
| 04/08/11 | A.K. | Prepared report on same store sales. | 3.5 | 350.00 | 1,225.00 |
| 04/08/11 | A.K. | Analyzed historical same store sales. | 3.4 | 350.00 | 1,190.00 |
| 04/08/11 | A.K. | Analyzed store level profitability. | 2.7 | 350.00 | 945.00 |
| 04/08/11 | A.K. | Continued to prepare report on same store sales. | 1.1 | 350.00 | 385.00 |
| 04/08/11 | C.P. | Evaluated various DIP term sheets. | 1.3 | 375.00 | 487.50 |
| 04/08/11 | D.L. | Reviewed, analyzed and prepared summary of NFMX SOFA and SOAL. (Split) | 1.4 | 325.00 | 455.00 |

## NO FEAR RETAIL STORES, INC.

### RECAP OF PROFESSIONAL SERVICES
### March 28, 2011 to August 31, 2011

**D.**   **BUSINESS ANALYSIS**

| Date | Name | Description | Time | Rate | Amount |
|------|------|-------------|------|------|--------|
| 04/08/11 | D.L. | Reviewed, analyzed and prepared summary of SIMO Holdings SOFA and SOAL. (split) | 4.5 | 325.00 | 1,462.50 |
| 04/08/11 | W.C. | Completed conflicts and disclosure check. | 0.5 | 625.00 | 312.50 |
| 04/08/11 | W.C. | Began to analyze compensation data related to debtor's motion for insider compensation. | 0.6 | 625.00 | 375.00 |
| 04/09/11 | A.K. | Continued to prepare report on same store sales. | 2.0 | 350.00 | 700.00 |
| 04/11/11 | A.K. | Met with W. Creelman to review same store sales analysis prepared by W. Creelman. | 0.7 | 350.00 | 245.00 |
| 04/11/11 | A.K. | Prepared same store sales analysis report. | 3.5 | 350.00 | 1,225.00 |
| 04/11/11 | A.K. | Continued to prepare same store sales analysis report. | 3.4 | 350.00 | 1,190.00 |
| 04/11/11 | A.K. | Analyzed store profitability. | 2.6 | 350.00 | 910.00 |
| 04/11/11 | C.P. | Evaluated and compared various DIP financing proposals. | 1.0 | 375.00 | 375.00 |
| 04/11/11 | C.P. | Prepared analysis of DIP proposal comparison. | 0.7 | 375.00 | 262.50 |
| 04/11/11 | C.P. | Developed store profitability analysis. | 0.9 | 375.00 | 337.50 |
| 04/11/11 | C.P. | Compared performance of current operating stores. | 0.8 | 375.00 | 300.00 |
| 04/11/11 | C.P. | Revised and supplemented analysis of DIP proposal comparison. | 0.7 | 375.00 | 262.50 |
| 04/11/11 | C.P. | Continued to developed store profitability analysis. | 1.0 | 375.00 | 375.00 |
| 04/11/11 | C.P. | Compared performance of current operating stores. | 0.7 | 375.00 | 262.50 |
| 04/11/11 | C.P. | Revised and supplemented analysis of DIP proposal comparison. | 0.7 | 375.00 | 262.50 |
| 04/11/11 | C.P. | Continued to developed store profitability analysis. | 0.9 | 375.00 | 337.50 |
| 04/11/11 | C.P. | Evaluated and compared various DIP financing proposals. | 0.9 | 375.00 | 337.50 |

Exhibit "C"

## NO FEAR RETAIL STORES, INC.

## RECAP OF PROFESSIONAL SERVICES
### March 28, 2011 to August 31, 2011

### D.    BUSINESS ANALYSIS

| Date | Name | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| 04/11/11 | C.P. | Prepared analysis of DIP proposal comparison. | 0.6 | 375.00 | 225.00 |
| 04/11/11 | C.P. | Developed store profitability analysis. | 0.9 | 375.00 | 337.50 |
| 04/11/11 | D.L. | Prepared analysis and summary SOFA and SOAL of SIMO Holdings (split) | 1.7 | 325.00 | 552.50 |
| 04/11/11 | D.L. | Prepared analysis and summary of Statements of Financial Affairs filed by NFRS. | 2.4 | 325.00 | 780.00 |
| 04/11/11 | D.L. | Prepared analysis and summary of NFRS Schedules of Assets and Liabilities. (Split) | 3.1 | 325.00 | 1,007.50 |
| 04/11/11 | W.C. | Began to review information related to insider compensation motion. | 0.9 | 625.00 | 562.50 |
| 04/11/11 | W.C. | Reviewed and analyzed DIP loan documents provided by Gordon Brothers and Hilco. | 0.5 | 625.00 | 312.50 |
| 04/11/11 | W.C. | Reviewed and supplemented DIP loan terms summary prepared by C. Pinlac. | 0.4 | 625.00 | 250.00 |
| 04/11/11 | W.C. | Began to analyze store level profitability information. | 1.1 | 625.00 | 687.50 |
| 04/11/11 | W.C. | Met with A. Koles to review same store sales analysis prepared by A. Koles. | 0.7 | 625.00 | 437.50 |
| 04/11/11 | W.C. | Analyzed insider compensation motion data. | 0.9 | 625.00 | 562.50 |
| 04/12/11 | A.K. | Analyzed sales trends. | 2.8 | 350.00 | 980.00 |
| 04/12/11 | A.K. | Analyzed data room items. | 3.2 | 350.00 | 1,120.00 |
| 04/12/11 | A.K. | Updated tracking sheet. | 1.0 | 350.00 | 350.00 |
| 04/12/11 | C.P. | Revised store profitability analysis to incorporate comments received by W. Creelman. | 0.3 | 375.00 | 112.50 |
| 04/12/11 | W.C. | Reviewed and supplemented analysis if same store sales prepared by A. Koles. | 0.4 | 625.00 | 250.00 |
| 04/12/11 | W.C. | Reviewed and supplemented analysis of store level EBITDA prepared by C. Pinlac. | 1.1 | 625.00 | 687.50 |

Exhibit "C"

# NO FEAR RETAIL STORES, INC.

## RECAP OF PROFESSIONAL SERVICES
### March 28, 2011 to August 31, 2011

**D.**    **BUSINESS ANALYSIS**

| Date | Name | Description | Time | Rate | Amount |
|------|------|-------------|------|------|--------|
| 04/12/11 | W.C. | Reviewed and supplemented analysis if same store sales prepared by A. Koles. | 0.5 | 625.00 | 312.50 |
| 04/12/11 | W.C. | Evaluated new insider comp data. | 0.7 | 625.00 | 437.50 |
| 04/13/11 | A.K. | Analyzed and created summary of SOFAs. | 1.2 | 350.00 | 420.00 |
| 04/13/11 | A.K. | Analyzed and created summary of schedules. | 2.8 | 350.00 | 980.00 |
| 04/13/11 | A.K. | Analyzed DIP terms. | 3.3 | 350.00 | 1,155.00 |
| 04/13/11 | A.K. | Analyzed claims filed against the Debtor. | 1.5 | 350.00 | 525.00 |
| 04/13/11 | W.C. | Reviewed and supplemented summary of SOFA's and schedules prepared by A. Koles. | 1.2 | 625.00 | 750.00 |
| 04/13/11 | W.C. | Reviewed and commented on latest draft of DIP loan agreement. | 0.4 | 625.00 | 250.00 |
| 04/13/11 | W.C. | Prepared draft agenda for meeting with Debtors. | 0.2 | 625.00 | 125.00 |
| 04/13/11 | W.C. | Reviewed and commented on latest draft of DIP loan agreement. | 0.5 | 625.00 | 312.50 |
| 04/13/11 | W.C. | Prepared analysis of insider compensation. | 1.6 | 625.00 | 1,000.00 |
| 04/13/11 | W.C. | Analyzed latest variance report prepared by Debtor. | 0.5 | 625.00 | 312.50 |
| 04/13/11 | W.C. | Began to analyze company's overhead spending. (1) | 0.9 | 625.00 | 562.50 |
| 04/13/11 | W.C. | Began to analyze company's overhead spending. (2) | 0.6 | 625.00 | 375.00 |
| 04/14/11 | A.K. | Prepared report on schedules and statements. | 2.5 | 350.00 | 875.00 |
| 04/14/11 | A.K. | Continued to prepare a report on schedules and statements. | 3.0 | 350.00 | 1,050.00 |
| 04/14/11 | W.C. | Reviewed and commented on latest draft of DIP intercreditor agreement. | 0.4 | 625.00 | 250.00 |
| 04/14/11 | W.C. | Reviewed and supplemented latest draft of employment application. | 0.4 | 625.00 | 250.00 |
| 04/14/11 | W.C. | Reviewed and commented on latest draft of DIP loan agreement. | 0.4 | 625.00 | 250.00 |

Exhibit "C"

**NO FEAR RETAIL STORES, INC.**

**RECAP OF PROFESSIONAL SERVICES**
**March 28, 2011 to August 31, 2011**

**D.**    **BUSINESS ANALYSIS**

| Date | Name | Description | Time | Rate | Amount |
|------|------|-------------|------|------|--------|
| 04/15/11 | A.K. | Analyzed sources and us of DIP. | 2.5 | 350.00 | 875.00 |
| 04/15/11 | A.K. | Prepared report on sources and uses of DIP. | 1.0 | 350.00 | 350.00 |
| 04/15/11 | A.K. | Met with L. Haisha and W. Creelman to answer questions about analysis prepared by BDO, develop case strategy and plan next steps. | 1.0 | 350.00 | 350.00 |
| 04/15/11 | W.C. | Met with L. Haisha and A. Koles to answer questions about analysis prepared by BDO, develop case strategy and plan next steps. | 1.0 | 625.00 | 625.00 |
| 04/16/11 | W.C. | Review and supplement sources and uses analysis prepared by A. Koles. | 0.2 | 625.00 | 125.00 |
| 04/18/11 | A.K. | Analyzed sources and uses of DIP. | 2.9 | 350.00 | 1,015.00 |
| 04/18/11 | A.K. | Continued to prepared report on sources and uses of DIP. | 3.5 | 350.00 | 1,225.00 |
| 04/18/11 | A.K. | Updated due diligence tracking sheet. | 1.8 | 350.00 | 630.00 |
| 04/18/11 | W.C. | Reviewed and supplemented sources and uses statement prepared by A. Koles at the request of counsel. | 0.3 | 625.00 | 187.50 |
| 04/18/11 | W.C. | Analyzed data provided by company. | 2.3 | 625.00 | 1,437.50 |
| 04/19/11 | A.K. | Analyzed credit cash schedule. | 1.0 | 350.00 | 350.00 |
| 04/19/11 | A.K. | Analyzed DIP budget. | 1.4 | 350.00 | 490.00 |
| 04/19/11 | J.M. | Updated call with W. Creelman. | 0.3 | 700.00 | 210.00 |
| 04/20/11 | A.K. | Analyzed overhead pay schedule. | 2.5 | 350.00 | 875.00 |
| 04/20/11 | A.K. | Analyzed other overhead items. | 2.7 | 350.00 | 945.00 |
| 04/20/11 | A.K. | Prepared report on overhead pay schedule. | 2.7 | 350.00 | 945.00 |
| 04/20/11 | A.K. | Continued to prepare report on overhead pay schedule. | 0.7 | 350.00 | 245.00 |
| 04/20/11 | J.M. | Followed up discussion w W. Creelman following yesterday's call. | 0.3 | 700.00 | 210.00 |
| 04/20/11 | J.M. | Prepared for west coast trip. | 0.3 | 700.00 | 210.00 |
| 04/20/11 | W.C. | Prepared update for counsel on NFMX inventory purchase arrangements. | 0.2 | 625.00 | 125.00 |
| 04/20/11 | W.C. | Reviewed Venturi engagement letter and employment motion. | 0.8 | 625.00 | 500.00 |

Exhibit "C"

## NO FEAR RETAIL STORES, INC.

## RECAP OF PROFESSIONAL SERVICES
### March 28, 2011 to August 31, 2011

**D.**    **BUSINESS ANALYSIS**

| Date | Name | Description | Time | Rate | Amount |
|------|------|-------------|------|------|--------|
| 04/20/11 | W.C. | Reviewed and supplemented overhead analysis prepared by A. Koles. | 0.6 | 625.00 | 375.00 |
| 04/20/11 | W.C. | Phone call with G. Blanco to review NFMX inventory purchase arrangements. | 0.3 | 625.00 | 187.50 |
| 04/21/11 | A.K. | Prepared report on overhead pay schedule. | 2.4 | 350.00 | 840.00 |
| 04/21/11 | A.K. | Continued to prepare report on overhead pay schedule. | 2.7 | 350.00 | 945.00 |
| 04/21/11 | A.K. | Analyzed store profitability. | 1.4 | 350.00 | 490.00 |
| 04/21/11 | A.K. | Updated due diligence tracking sheet. | 1.6 | 350.00 | 560.00 |
| 04/21/11 | W.C. | Phone call with M. Venturi to negotiate terms of Venturi employment. | 0.2 | 625.00 | 125.00 |
| 04/21/11 | W.C. | Reviewed and supplemented overhead analysis prepared by A. Koles. | 0.5 | 625.00 | 312.50 |
| 04/21/11 | W.C. | Phone call with J. Manning to develop case strategy and develop issues for meeting with Venturi next week. | 0.2 | 625.00 | 125.00 |
| 04/21/11 | W.C. | Reviewed revised language provided by M. Venturi relating to engagement letter. | 0.3 | 625.00 | 187.50 |
| 04/22/11 | A.K. | Analyzed flow of funds for DIP. | 2.6 | 350.00 | 910.00 |
| 04/22/11 | A.K. | Analyzed license agreements. | 2.7 | 350.00 | 945.00 |
| 04/22/11 | A.K. | Prepared report on license agreements. | 1.4 | 350.00 | 490.00 |
| 04/22/11 | C.P. | Evaluated ERI methodology related to executive compensation. | 1.1 | 375.00 | 412.50 |
| 04/22/11 | W.C. | Reviewed and supplemented analysis of overhead and prepare related email for Committee. | 1.8 | 625.00 | 1,125.00 |
| 04/22/11 | W.C. | Analyzed insider compensation data. | 1.6 | 625.00 | 1,000.00 |
| 04/22/11 | W.C. | Reviewed and comment on DIP loan documents. | 0.2 | 625.00 | 125.00 |
| 04/25/11 | A.K. | Analyzed license agreements. | 2.7 | 350.00 | 945.00 |
| 04/25/11 | A.K. | Continued to analyze license agreements. | 2.9 | 350.00 | 1,015.00 |
| 04/25/11 | A.K. | Prepared report on license agreements. | 2.7 | 350.00 | 945.00 |

Exhibit "C"

**NO FEAR RETAIL STORES, INC.**

**RECAP OF PROFESSIONAL SERVICES**
**March 28, 2011 to August 31, 2011**

**D.      BUSINESS ANALYSIS**

| Date | Name | Description | Time | Rate | Amount |
|------|------|-------------|------|------|--------|
| 04/25/11 | C.P. | Call with internal compensation and benefits professionals to evaluate ERI study. | 0.2 | 375.00 | 75.00 |
| 04/25/11 | C.P. | Evaluated ERI study and methodology for executive compensation analysis. | 0.7 | 375.00 | 262.50 |
| 04/25/11 | J.M. | Reviewed licensing agreements, 4-Wall and OH analysis. | 1.8 | 700.00 | 1,260.00 |
| 04/25/11 | W.C. | Analyzed insider compensation data sources. | 0.9 | 625.00 | 562.50 |
| 04/26/11 | A.K. | Updated tracking sheet. | 2.7 | 350.00 | 945.00 |
| 04/26/11 | A.K. | Analyzed recently uploaded documents to data room. | 1.8 | 350.00 | 630.00 |
| 04/26/11 | A.K. | Analyzed profitability tracking report. | 2.0 | 350.00 | 700.00 |
| 04/26/11 | A.K. | Updated due diligence tracking report. | 1.2 | 350.00 | 420.00 |
| 04/26/11 | C.P. | Evaluated executive compensation benchmarks. | 1.3 | 375.00 | 487.50 |
| 04/26/11 | C.P. | Evaluated methodology of various surveys. | 1.5 | 375.00 | 562.50 |
| 04/26/11 | W.C. | Reviewed objection to BDO's employment application and began to prepare a response. | 1.1 | 625.00 | 687.50 |
| 04/27/11 | A.K. | Phone call with J. Dulberg, J. Pomerantz, W. Creelman to review sales efforts by Debtor, progress on improving company operations and BDO employment application, develop next steps and case strategy. | 1.0 | 350.00 | 350.00 |
| 04/27/11 | A.K. | Analyzed open purchase orders. | 2.7 | 350.00 | 945.00 |
| 04/27/11 | A.K. | Analyzed international licensing agreements. | 2.2 | 350.00 | 770.00 |
| 04/27/11 | A.K. | Analyzed variance report. | 2.6 | 350.00 | 910.00 |
| 04/27/11 | C.P. | Continued to evaluate executive compensation benchmarks. | 0.7 | 375.00 | 262.50 |
| 04/27/11 | C.P. | Revised and supplemented executive compensation analysis based on discussions with comp and benefits group. | 0.9 | 375.00 | 337.50 |

Exhibit "C"

**NO FEAR RETAIL STORES, INC.**

**RECAP OF PROFESSIONAL SERVICES**
**March 28, 2011 to August 31, 2011**

### D.    BUSINESS ANALYSIS

| Date | Name | Description | Time | Rate | Amount |
|------|------|-------------|------|------|--------|
| 04/27/11 | C.P. | Prepared summary report for executive compensation. | 0.6 | 375.00 | 225.00 |
| 04/27/11 | W.C. | Reviewed and supplemented analysis of insider compensation prepared by C. Pinlac. | 0.4 | 625.00 | 250.00 |
| 04/27/11 | W.C. | Reviewed and supplemented draft reply to UST's objection to BDO's employment application as drafted by S. Cho. | 0.9 | 625.00 | 562.50 |
| 04/27/11 | W.C. | Reviewed and supplemented draft reply to UST's objection to BDO's employment application as drafted by S. Cho. | 0.3 | 625.00 | 187.50 |
| 04/28/11 | A.K. | Analyzed operating results. | 1.9 | 350.00 | 665.00 |
| 04/28/11 | A.K. | Prepared variance report. | 2.0 | 350.00 | 700.00 |
| 04/28/11 | C.P. | Continued to research salary benchmarking surveys and methodologies. | 0.7 | 375.00 | 262.50 |
| 04/28/11 | J.M. | Wrote and edited Status Report from Venturi & Co. meeting. | 1.0 | 700.00 | 700.00 |
| 04/28/11 | W.C. | Reviewed and commented on draft teaser from Venturi. | 0.8 | 625.00 | 500.00 |
| 04/29/11 | A.K. | Prepared variance report. | 1.9 | 350.00 | 665.00 |
| 04/29/11 | A.K. | Analyzed operating results. | 2.7 | 350.00 | 945.00 |
| 04/29/11 | A.K. | Analyzed monthly operating reports. | 1.4 | 350.00 | 490.00 |
| 04/29/11 | A.K. | Continued to analyze the monthly operating reports. | 0.9 | 350.00 | 315.00 |
| 04/29/11 | C.P. | Analyzed company's executive compensation report and evaluated compared to analysis prepared by BDO. | 0.5 | 375.00 | 187.50 |
| 04/29/11 | W.C. | Reviewed insider compensation data provided by Debtor and researched Salary.com parameters used. | 0.8 | 625.00 | 500.00 |
| 04/29/11 | W.C. | Phone call with R. Klotz regarding their interest in the Debtor. | 0.2 | 625.00 | 125.00 |
| 05/02/11 | A.K. | Analyzed compensation data. | 0.7 | 350.00 | 245.00 |
| 05/02/11 | A.K. | Analyzed variance report. | 3.6 | 350.00 | 1,260.00 |

27

Exhibit "C"

**NO FEAR RETAIL STORES, INC.**

**RECAP OF PROFESSIONAL SERVICES**
**March 28, 2011 to August 31, 2011**

**D.**     **BUSINESS ANALYSIS**

| Date | Name | Description | Time | Rate | Amount |
|------|------|-------------|------|------|--------|
| 05/02/11 | A.K. | Analyzed Statement of Financial Affairs. | 1.9 | 350.00 | 665.00 |
| 05/02/11 | A.K. | Continued to analyzed Statement of Financial Affairs. | 2.4 | 350.00 | 840.00 |
| 05/02/11 | C.P. | Call with T. Ziemba to evaluate survey methodology. | 0.3 | 375.00 | 112.50 |
| 05/02/11 | C.P. | Revised and supplemented compesnation exhibit chart requested by counsel. | 0.3 | 375.00 | 112.50 |
| 05/02/11 | C.P. | Evaluated differences in compensation surveys. | 0.5 | 375.00 | 187.50 |
| 05/02/11 | C.P. | Call with J. Dulberg to evaluate and revise compensation exhibit. | 0.1 | 375.00 | 37.50 |
| 05/03/11 | A.K. | Analyzed schedules for UCC. | 3.4 | 350.00 | 1,190.00 |
| 05/03/11 | A.K. | Continued to analyze schedules for UCC. | 3.2 | 350.00 | 1,120.00 |
| 05/03/11 | A.K. | Prepared summary package analysis for UCC. | 1.9 | 350.00 | 665.00 |
| 05/03/11 | C.P. | Revised and supplemented compesnation exhibit chart requested by W. Creelman; prepared for hearing on motion. Creelman. | 0.6 | 375.00 | 225.00 |
| 05/04/11 | A.K. | Meeting with potential bidder regarding alternatives. | 1.8 | 350.00 | 630.00 |
| 05/04/11 | A.K. | Analyzed licensing agreements. | 1.3 | 350.00 | 455.00 |
| 05/04/11 | A.K. | Analyzed corporate overhead expenses. | 2.8 | 350.00 | 980.00 |
| 05/04/11 | A.K. | Researched comparable companies for comp data. | 1.0 | 350.00 | 350.00 |
| 05/04/11 | C.P. | Revised and supplemented compensation analysis as requested by W. Creelman and counsel. | 1.5 | 375.00 | 562.50 |
| 05/05/11 | A.K. | Analyzed lease rejection items. | 2.3 | 350.00 | 805.00 |
| 05/05/11 | A.K. | Prepared initial lease rejection model.5 | 2.2 | 350.00 | 770.00 |
| 05/05/11 | A.K. | Corresponded with K. Aurigemma regarding variance report. | 1.0 | 350.00 | 350.00 |
| 05/05/11 | A.K. | Analyzed updated variance report. | 3.5 | 350.00 | 1,225.00 |

Exhibit "C"

**NO FEAR RETAIL STORES, INC.**

**RECAP OF PROFESSIONAL SERVICES**
**March 28, 2011 to August 31, 2011**

### D.    BUSINESS ANALYSIS

| Date | Name | Description | Time | Rate | Amount |
|------|------|-------------|------|------|--------|
| 05/05/11 | C.P. | Met with W. Creelman and J. Pomerantz to prepare for court hearing on insider compensation and other issues. | 1.5 | 375.00 | 562.50 |
| 05/05/11 | C.P. | Met with W. Creelman, J. Dulberg and J. Pomerantz to prepare for court hearing on insider compensation and other issues. | 1.5 | 375.00 | 562.50 |
| 05/05/11 | C.P. | Prepared for insider compensation hearing. | 0.7 | 375.00 | 262.50 |
| 05/05/11 | W.C. | Prepared for court hearing on insider compensation issues. | 0.5 | 625.00 | 312.50 |
| 05/06/11 | A.K. | Analyzed updated variance report. | 2.2 | 350.00 | 770.00 |
| 05/06/11 | A.K. | Prepared variance report. | 1.9 | 350.00 | 665.00 |
| 05/06/11 | A.K. | Analyzed purchase orders. | 2.4 | 350.00 | 840.00 |
| 05/06/11 | A.K. | Prepared summary analysis of open purchase orders. | 2.6 | 350.00 | 910.00 |
| 05/06/11 | C.P. | Continued to evaluate and research compensation survey methodologies. | 0.8 | 375.00 | 300.00 |
| 05/06/11 | W.C. | Corresponded with G. Blanco requesting timing to receive cash forecast, which is due today. | 0.1 | 625.00 | 62.50 |
| 05/06/11 | W.C. | Began to analyze revised 13 week cash forecast received today. | 1.1 | 625.00 | 687.50 |
| 05/07/11 | A.K. | Analyzed updated cash budget. | 1.6 | 350.00 | 560.00 |
| 05/07/11 | A.K. | Call with W. Creelman to develop strategy regarding upcoming call with management regarding budget. | 0.8 | 350.00 | 280.00 |
| 05/07/11 | W.C. | Call with A. Koles to develop strategy for upcoming call with management regarding budget. | 0.8 | 625.00 | 500.00 |
| 05/07/11 | W.C. | Conference call with G. Blanco, S. Benjamin, D. Hall, A. Koles to analyze new cash forecast provided by Debtor. | 0.8 | 625.00 | 500.00 |
| 05/08/11 | A.K. | Analyzed updated cash budget. | 2.3 | 350.00 | 805.00 |
| 05/09/11 | A.K. | Analyzed updated cash budget. | 0.7 | 350.00 | 245.00 |

Exhibit "C"

**NO FEAR RETAIL STORES, INC.**

**RECAP OF PROFESSIONAL SERVICES**
**March 28, 2011 to August 31, 2011**

**D.** **BUSINESS ANALYSIS**

| Date | Name | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| 05/09/11 | A.K. | Analyzed updated cash budget with W. Creelman. | 1.5 | 350.00 | 525.00 |
| 05/09/11 | A.K. | Developed sensitivities of the cash budget. | 2.3 | 350.00 | 805.00 |
| 05/09/11 | A.K. | Developed summary presentation of cash budget analysis. | 2.4 | 350.00 | 840.00 |
| 05/09/11 | A.K. | Re-analyzed updated cash budget per new budget released. | 2.3 | 350.00 | 805.00 |
| 05/09/11 | A.K. | Continued to re-analyze updated cash budget per new budget released. | 1.4 | 350.00 | 490.00 |
| 05/09/11 | A.K. | Spoke with D. Hall regarding new cash budget. | 0.8 | 350.00 | 280.00 |
| 05/09/11 | A.K. | Finalized summary presentation of cash budget analysis for distribution to UCC. | 2.4 | 350.00 | 840.00 |
| 05/09/11 | W.C. | Reviewed and supplemented report on revised cash budget for UCC. (2) | 0.9 | 625.00 | 562.50 |
| 05/09/11 | W.C. | Reviewed and supplemented report on revised cash budget for UCC (debtor provided a second revised forecast at 7:30pm on Monday night). (2) | 0.8 | 625.00 | 500.00 |
| 05/09/11 | W.C. | Reviewed and supplemented report on revised cash budget for UCC. (1) | 1.2 | 625.00 | 750.00 |
| 05/09/11 | W.C. | Call with A. Koles to review and supplement analysis of Debtor's revised cash forecast delivered to BDO at 7:30pm tonight. | 0.8 | 625.00 | 500.00 |
| 05/09/11 | W.C. | Reviewed and supplemented report on revised cash budget for UCC. (3) | 0.8 | 625.00 | 500.00 |
| 05/09/11 | W.C. | Reviewed and supplemented report on revised cash budget for UCC (debtor provided a second revised forecast at 7:30pm on Monday night). (1) | 1.5 | 625.00 | 937.50 |
| 05/10/11 | A.K. | Conference call with J. Dulberg, J. Pomerantz, W. Creelman, to develop case strategy. | 1.0 | 350.00 | 350.00 |
| 05/10/11 | A.K. | Analyzed new cash budget. | 1.3 | 350.00 | 455.00 |

Exhibit "C"

## NO FEAR RETAIL STORES, INC.

### RECAP OF PROFESSIONAL SERVICES
### March 28, 2011 to August 31, 2011

#### D.    BUSINESS ANALYSIS

| Date | Name | Description | Time | Rate | Amount |
|------|------|-------------|------|------|--------|
| 05/10/11 | A.K. | Developed strategy regarding next steps on budget with W. Creelman. | 0.3 | 350.00 | 105.00 |
| 05/10/11 | A.K. | Updated Due Diligence list and sent new list to D. Hall. | 1.2 | 350.00 | 420.00 |
| 05/10/11 | A.K. | Revised new cash budget and sensitivities. | 0.8 | 350.00 | 280.00 |
| 05/10/11 | A.K. | Revised new cash budget summary presentation. | 1.5 | 350.00 | 525.00 |
| 05/10/11 | A.K. | Corresponded with D. Hall regarding follow-up items from UCC meeting. | 0.8 | 350.00 | 280.00 |
| 05/10/11 | W.C. | Reviewed and supplemented current variance report prepared by A. Koles. | 0.6 | 625.00 | 375.00 |
| 05/10/11 | W.C. | Reviewed and supplemented disclosure statement for employment application prepared by J. Dulberg on behalf of BDO. | 0.2 | 625.00 | 125.00 |
| 05/10/11 | W.C. | Reviewed and supplemented draft CIM provided by M. Venturi. | 1.0 | 625.00 | 625.00 |
| 05/10/11 | W.C. | Reviewed and supplemented report on revised cash budget for UCC. | 0.9 | 625.00 | 562.50 |
| 05/11/11 | A.K. | Distributed deliverables to No Fear committee. | 1.0 | 350.00 | 350.00 |
| 05/11/11 | A.K. | Updated DD list. | 1.2 | 350.00 | 420.00 |
| 05/11/11 | A.K. | Analyzed lease items. | 1.4 | 350.00 | 490.00 |
| 05/11/11 | A.K. | Assisted with preparation of billing statement. | 1.6 | 350.00 | 560.00 |
| 05/12/11 | A.K. | Developed case strategy with W. Creelman. | 1.0 | 350.00 | 350.00 |
| 05/12/11 | A.K. | Conference call with D. Hall and K. Augriama regarding variance report and outstanding items. | 0.8 | 350.00 | 280.00 |
| 05/12/11 | A.K. | Developed action items list for deliverables. | 1.3 | 350.00 | 455.00 |
| 05/13/11 | A.K. | Conference call with D. Hall regarding outstanding items. | 0.7 | 350.00 | 245.00 |
| 05/13/11 | A.K. | Corresponded with D. Hall regarding follow-up items. | 1.3 | 350.00 | 455.00 |
| 05/13/11 | A.K. | Analyzed variance report. | 1.8 | 350.00 | 630.00 |

31

Exhibit "C"

**NO FEAR RETAIL STORES, INC.**

**RECAP OF PROFESSIONAL SERVICES**
**March 28, 2011 to August 31, 2011**

**D.**   **BUSINESS ANALYSIS**

| Date | Name | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| 05/13/11 | A.K. | Prepared variance report for UCC. | 1.3 | 350.00 | 455.00 |
| 05/13/11 | A.K. | Analyzed buyers list. | 1.2 | 350.00 | 420.00 |
| 05/13/11 | W.C. | Reviewed and supplemented variance report prepared by A. Koles. | 0.6 | 625.00 | 375.00 |
| 05/13/11 | W.C. | Per request of J. Pomerantz, prepared certain information relating to plan of reorganization. | 1.9 | 625.00 | 1,187.50 |
| 05/13/11 | W.C. | Reviewed and supplemented status report on certain key items being prepared by debtor at request of UCC. | 0.3 | 625.00 | 187.50 |
| 05/13/11 | W.C. | Read debtor's motions to extend exclusivity and time to assume/reject leases. | 0.9 | 625.00 | 562.50 |
| 05/13/11 | W.C. | Reviewed list of buyers sent by BDO Capital to M. Venturi (50+ new names). | 0.6 | 625.00 | 375.00 |
| 05/13/11 | W.C. | Searched for additional names to provide M. Venturi for sale process. | 0.5 | 625.00 | 312.50 |
| 05/16/11 | A.K. | Conference call with J. Dulberg, J. Pomerantz, J. Manning, W. Creelman prepare for call with UCC call to discuss status of sale effort, financial reporting, status of insider compensation motion, developed case strategy and plan next steps. | 0.9 | 350.00 | 315.00 |
| 05/16/11 | A.K. | Researched into APA item. | 0.5 | 350.00 | 175.00 |
| 05/16/11 | A.K. | Analyzed sale process documents. | 1.4 | 350.00 | 490.00 |
| 05/16/11 | A.K. | Analyzed license documents. | 1.7 | 350.00 | 595.00 |
| 05/16/11 | W.C. | Reviewed and supplemented analysis prepared by A. Koles of sale process data provided by Venturi; no adequate analysis of the sale process was included so had to construct our own. | 0.5 | 625.00 | 312.50 |
| 05/16/11 | W.C. | Analyzed sale process data provided by Venturi; no adequate analysis of the sale process was included so had to construct our own. | 0.6 | 625.00 | 375.00 |

32

Exhibit "C"

**NO FEAR RETAIL STORES, INC.**

**RECAP OF PROFESSIONAL SERVICES**
**March 28, 2011 to August 31, 2011**

**D.**    **BUSINESS ANALYSIS**

| Date | Name | Description | Time | Rate | Amount |
|------|------|-------------|------|------|--------|
| 05/16/11 | W.C. | Read and researched sale process issues raised by certain potential bidder. | 0.3 | 625.00 | 187.50 |
| 05/17/11 | A.K. | Developed performance summary analysis. | 1.8 | 350.00 | 630.00 |
| 05/17/11 | A.K. | Prepared summary of dash board. | 1.7 | 350.00 | 595.00 |
| 05/17/11 | A.K. | Analyzed dash board. | 2.3 | 350.00 | 805.00 |
| 05/17/11 | A.K. | Analyzed sale process items. | 1.4 | 350.00 | 490.00 |
| 05/17/11 | A.K. | Corresponded with D. Hall regarding budget. | 0.9 | 350.00 | 315.00 |
| 05/17/11 | W.C. | Reviewed and supplemented analysis prepared by A. Koles of sale process data provided by Venturi; no adequate analysis of the sale process was included so had to construct our own. | 1.0 | 625.00 | 625.00 |
| 05/17/11 | W.C. | Analyzed tracking report provided by Venturi and identify deficiencies. | 1.2 | 625.00 | 750.00 |
| 05/17/11 | W.C. | Analyzed sale process data provided by Venturi; no adequate analysis of the sale process was included so had to construct our own. | 0.6 | 625.00 | 375.00 |
| 05/18/11 | A.K. | Strategy call with JR Manning, J. Dulberg, J. Pomerantz, W. Creelman regarding sale process. | 1.0 | 350.00 | 350.00 |
| 05/18/11 | A.K. | Analyzed sale tracking sheet. | 1.5 | 350.00 | 525.00 |
| 05/18/11 | A.K. | Corresponded with J. Garver regarding sales process. | 1.0 | 350.00 | 350.00 |
| 05/18/11 | A.K. | Prepared supplemental due diligence request list for the Debtor. | 0.8 | 350.00 | 280.00 |
| 05/18/11 | A.K. | Analyzed insider payments. | 1.3 | 350.00 | 455.00 |
| 05/18/11 | A.K. | Researched billing issues. | 1.4 | 350.00 | 490.00 |
| 05/18/11 | A.K. | Continued to analyze insider payment issues. | 1.3 | 350.00 | 455.00 |
| 05/18/11 | W.C. | Call with L. Haisa to address certain questions he had. | 0.3 | 625.00 | 187.50 |

Exhibit "C"

## NO FEAR RETAIL STORES, INC.

### RECAP OF PROFESSIONAL SERVICES
### March 28, 2011 to August 31, 2011

**D.**      **BUSINESS ANALYSIS**

| Date | Name | Description | Time | Rate | Amount |
|------|------|-------------|------|------|--------|
| 05/18/11 | W.C. | Corresponded with J. Pomerantz regarding Venturi's refusal to provide a written sales progress report and refusal to provide a verbal update this week. | 0.1 | 625.00 | 62.50 |
| 05/18/11 | W.C. | Call with J. Pomerantz regarding meeting with G. Blanco. | 0.3 | 625.00 | 187.50 |
| 05/19/11 | A.K. | Corresponded with D. Hall regarding variance report and other deliverables. | 0.9 | 350.00 | 315.00 |
| 05/19/11 | A.K. | Analyzed sales process documents. | 2.1 | 350.00 | 735.00 |
| 05/19/11 | A.K. | Corresponded with K. Aurgamma regarding the variance report and other items. | 1.3 | 350.00 | 455.00 |
| 05/19/11 | A.K. | Analyzed dash board performance items. | 1.5 | 350.00 | 525.00 |
| 05/19/11 | W.C. | Corresponded with J. Pomerantz regarding Venturi's refusal to provide a written sales progress report and refusal to provide a verbal update this week. | 0.1 | 625.00 | 62.50 |
| 05/19/11 | W.C. | Conference call with A. Koles, M Venturi, J. Davis to receive update on sales process. | 1.0 | 625.00 | 625.00 |
| 05/19/11 | W.C. | Prepared information request list for Venturi & Co. on progress of sales efforts. | 0.6 | 625.00 | 375.00 |
| 05/19/11 | W.C. | Analyzed tracking report provided by Venturi and identified deficiencies. | 1.2 | 625.00 | 750.00 |
| 05/20/11 | A.K. | Corresponded with D. Hall regarding reporting issues. | 1.5 | 350.00 | 525.00 |
| 05/20/11 | A.K. | Analyzed variance report. | 1.2 | 350.00 | 420.00 |
| 05/20/11 | A.K. | Analyzed sales data. | 1.3 | 350.00 | 455.00 |
| 05/20/11 | A.K. | Prepared sales summary for UCC. | 1.0 | 350.00 | 350.00 |
| 05/20/11 | A.K. | Call with K. Arugamma, D. Hall regarding variance report. | 0.5 | 350.00 | 175.00 |
| 05/20/11 | A.K. | Analyzed data room and updated tracking sheet. | 1.3 | 350.00 | 455.00 |

34

Exhibit "C"

## NO FEAR RETAIL STORES, INC.

### RECAP OF PROFESSIONAL SERVICES
### March 28, 2011 to August 31, 2011

**D.**      **BUSINESS ANALYSIS**

| Date | Name | Description | Time | Rate | Amount |
|------|------|-------------|------|------|--------|
| 05/20/11 | C.P. | Call with Salary.com to discuss methodology of executive compensation. | 0.5 | 375.00 | 187.50 |
| 05/20/11 | W.C. | Phone call with certain party and J. Pomerantz regarding efforts to gain cooperation from Venturi to get financial information from Debtor to evaluate potential investment. | 0.4 | 625.00 | 250.00 |
| 05/20/11 | W.C. | Reviewed and supplemented weekly variance report prepared by A. Koles. | 0.8 | 625.00 | 500.00 |
| 05/20/11 | W.C. | Met with G. Blanco to receive update on efforts to develop reporting, sales process, and operating performance. | 1.0 | 625.00 | 625.00 |
| 05/20/11 | W.C. | Reviewed and supplemented weekly variance report prepared by A. Koles. | 0.5 | 625.00 | 312.50 |
| 05/20/11 | W.C. | Began to review daily reporting received today for first time from company. (2) | 1.2 | 625.00 | 750.00 |
| 05/20/11 | W.C. | Began to review daily reporting received today for first time from company. (1) | 1.9 | 625.00 | 1,187.50 |
| 05/21/11 | W.C. | Reviewed and supplemented analysis by A. Koles of information provided by debtor for daily reporting and dashboard. | 1.2 | 625.00 | 750.00 |
| 05/23/11 | A.K. | Meeting with Debtor's management, UCC for SIMO and NFRS, Debtor's professionals, and UCC's professionals to discuss achievements and next steps. | 4.5 | 350.00 | 1,575.00 |
| 05/23/11 | W.C. | Met with I. Nasatir and J. Pomerantz to develop strategy for compensation motion. | 0.8 | 625.00 | 500.00 |
| 05/23/11 | W.C. | Began to analyze new data provided by Debtor. | 1.1 | 625.00 | 687.50 |
| 05/23/11 | W.C. | Phone call with G. Blanco regarding certain executive compensation issues. | 0.2 | 625.00 | 125.00 |

Exhibit "C"

**NO FEAR RETAIL STORES, INC.**

**RECAP OF PROFESSIONAL SERVICES**
**March 28, 2011 to August 31, 2011**

**D.    BUSINESS ANALYSIS**

| Date | Name | Description | Time | Rate | Amount |
|------|------|-------------|------|------|--------|
| 05/24/11 | A.K. | Meet with W. Creelman to analyze new data provided by Debtor. | 0.6 | 350.00 | 210.00 |
| 05/24/11 | A.K. | Analyzed SSA. | 1.5 | 350.00 | 525.00 |
| 05/24/11 | A.K. | Analyzed reporting tools. | 1.6 | 350.00 | 560.00 |
| 05/24/11 | A.K. | Prepared sales summary for UCC. | 1.2 | 350.00 | 420.00 |
| 05/24/11 | A.K. | Corresponded with D. Hall regarding oustanding items. | 1.0 | 350.00 | 350.00 |
| 05/24/11 | A.K. | Call with K. Arguama regarding consignment process. | 1.0 | 350.00 | 350.00 |
| 05/24/11 | W.C. | Continued to analyze new data provided by Debtor. | 1.0 | 625.00 | 625.00 |
| 05/24/11 | W.C. | Read 8 emails related to No Fear employees and Gatorz. | 0.5 | 625.00 | 312.50 |
| 05/24/11 | W.C. | Met with A. Koles to analyze new data provided by Debtor. | 0.6 | 625.00 | 375.00 |
| 05/24/11 | W.C. | Confirmed certain data related to No Fear employees and Gatorz. | 0.6 | 625.00 | 375.00 |
| 05/25/11 | A.K. | Meet with W. Creelman to analyze company data and plan presentation of results for UCC. | 1.4 | 350.00 | 490.00 |
| 05/25/11 | A.K. | Call with D. Hall to understand cash budget. | 1.0 | 350.00 | 350.00 |
| 05/26/11 | A.K. | Analyzed dashboard and operating metrics. | 2.0 | 350.00 | 700.00 |
| 05/26/11 | A.K. | Continued to analyze dashboard and operating metrics. | 2.0 | 350.00 | 700.00 |
| 05/26/11 | A.K. | Prepared summary analysis of dashboard and operating metrics. | 1.0 | 350.00 | 350.00 |
| 05/27/11 | A.K. | Call with Venturi and W. Creelman regarding sale process. | 0.8 | 350.00 | 280.00 |
| 05/27/11 | A.K. | Call with W. Creelman, K. Arugama and D. Hall regarding variance report. | 0.8 | 350.00 | 280.00 |
| 05/27/11 | A.K. | Prepared weekly update report for the UCC. | 2.4 | 350.00 | 840.00 |
| 05/31/11 | W.C. | Supplemented sales process update report prepared by A. Koles. | 0.8 | 625.00 | 500.00 |
| 05/31/11 | W.C. | Supplemented variance analysis prepared by A. Koles. | 1.2 | 625.00 | 750.00 |

36

Exhibit "C"

## NO FEAR RETAIL STORES, INC.

### RECAP OF PROFESSIONAL SERVICES
### March 28, 2011 to August 31, 2011

**D.**     **BUSINESS ANALYSIS**

| Date | Name | Description | Time | Rate | Amount |
|------|------|-------------|------|------|--------|
| 05/31/11 | W.C. | Read and responded to 4 emails from D. Hall regarding operational status of company. | 0.3 | 625.00 | 187.50 |
| 05/31/11 | W.C. | Prepared analysis of store sales vs. budgeted cash receipts for last week. | 1.3 | 625.00 | 812.50 |
| 05/31/11 | W.C. | Read report on Gatorz shared services agreement. | 0.5 | 625.00 | 312.50 |
| 06/01/11 | C.P. | Prepared and analyzed weekly dashboard report sent by the company. | 1.4 | 375.00 | 525.00 |
| 06/01/11 | C.P. | Analyzed weekly variance report. | 1.2 | 375.00 | 450.00 |
| 06/02/11 | C.P. | Analyzed weekly variance compared to Budget. | 1.8 | 375.00 | 675.00 |
| 06/02/11 | C.P. | Met with W. Creelman to review and analyze dashboard and variance report. | 0.4 | 375.00 | 150.00 |
| 06/02/11 | C.P. | Evaluated weekly dashboard report and developed weekly comparison for stores. | 2.1 | 375.00 | 787.50 |
| 06/02/11 | C.P. | Met with W. Creelman to review and analyze dashboard and variance report. | 0.7 | 375.00 | 262.50 |
| 06/02/11 | W.C. | Reviewed and supplemented report on dashboard prepared by C. Pinlac. | 1.2 | 625.00 | 750.00 |
| 06/02/11 | W.C. | Met with C. Pinlac to review and analyze dashboard and variance report. (2) | 0.7 | 625.00 | 437.50 |
| 06/02/11 | W.C. | Prepared variance report for UCC. | 1.3 | 625.00 | 812.50 |
| 06/02/11 | W.C. | Met with C. Pinlac to review and analyze dashboard and variance report. (1) | 0.4 | 625.00 | 250.00 |
| 06/03/11 | C.P. | Corresponded with company on questions on performance reported on daily sales report, dashboard and budget. | 0.2 | 375.00 | 75.00 |
| 06/03/11 | C.P. | Evaluated motion to reject Florida store leases. | 0.5 | 375.00 | 187.50 |
| 06/03/11 | C.P. | Evaluated latest reports in data room. | 0.7 | 375.00 | 262.50 |

37

Exhibit "C"

## NO FEAR RETAIL STORES, INC.

### RECAP OF PROFESSIONAL SERVICES
**March 28, 2011 to August 31, 2011**

**D.**    **BUSINESS ANALYSIS**

| Date | Name | Description | Time | Rate | Amount |
|------|------|-------------|------|------|--------|
| 06/03/11 | C.P. | Analyzed operating metrics compared to budget. | 1.6 | 375.00 | 600.00 |
| 06/03/11 | W.C. | Reviewed lease rejection motion. | 1.0 | 625.00 | 625.00 |
| 06/06/11 | C.P. | Developed dashboard and brand report for the committee. | 1.7 | 375.00 | 637.50 |
| 06/06/11 | C.P. | Revised and supplemented sales process updated prepared by A. Koles. | 0.3 | 375.00 | 112.50 |
| 06/06/11 | C.P. | Evaluated dashboard for the week starting 5/30/11. | 1.8 | 375.00 | 675.00 |
| 06/06/11 | C.P. | Analyzed weekly brand report. | 0.6 | 375.00 | 225.00 |
| 06/06/11 | W.C. | Completed report on sale process. | 0.9 | 625.00 | 562.50 |
| 06/06/11 | W.C. | Prepared analysis of last week's sales. | 1.3 | 625.00 | 812.50 |
| 06/07/11 | C.P. | Revised and supplemented dashboard and brand report for the committee to incorporate comments received from W. Creelman. | 1.4 | 375.00 | 525.00 |
| 06/07/11 | W.C. | Read lease rejection procedures motion. | 0.2 | 625.00 | 125.00 |
| 06/08/11 | C.P. | Corresponded with D. Hall to get clarification on reporting metrics. | 0.3 | 375.00 | 112.50 |
| 06/09/11 | A.K. | Analyzed April financial statements. | 2.0 | 350.00 | 700.00 |
| 06/09/11 | A.K. | Continued to analyze April financials. | 1.0 | 350.00 | 350.00 |
| 06/09/11 | A.K. | Prepared summary analysis of April financials. | 1.0 | 350.00 | 350.00 |
| 06/09/11 | A.K. | Analyzed inventory issues. | 1.0 | 350.00 | 350.00 |
| 06/10/11 | A.K. | Prepared sales update analysis for UCC. | 2.0 | 350.00 | 700.00 |
| 06/10/11 | A.K. | Met with W. Creelman to strategize regarding deliverables. | 0.5 | 350.00 | 175.00 |
| 06/10/11 | A.K. | Analyzed new forecast. | 1.8 | 350.00 | 630.00 |
| 06/10/11 | A.K. | Continued to analyze new forecast. | 1.7 | 350.00 | 595.00 |
| 06/10/11 | A.K. | Corresponded with D. Hall regarding new forecast. | 1.5 | 350.00 | 525.00 |
| 06/10/11 | W.C. | Read and responded to emails from A. Koles regarding revised cash forecast. | 0.2 | 625.00 | 125.00 |
| 06/10/11 | W.C. | Prepared weekly report on dashboard information provided by company. | 2.5 | 625.00 | 1,562.50 |

Exhibit "C"

## NO FEAR RETAIL STORES, INC.

### RECAP OF PROFESSIONAL SERVICES
### March 28, 2011 to August 31, 2011

**D.**    **BUSINESS ANALYSIS**

| Date | Name | Description | Time | Rate | Amount |
|------|------|-------------|------|------|--------|
| 06/11/11 | A.K. | Analyzed new forecast. | 2.0 | 350.00 | 700.00 |
| 06/11/11 | C.P. | Evaluated analysis of weekly variance report prepared for the Committee. | 0.3 | 375.00 | 112.50 |
| 06/11/11 | W.C. | Sent emails to G. Blanco regarding analysis of revised cash forecast. | 0.1 | 625.00 | 62.50 |
| 06/12/11 | W.C. | Prepared weekly sales process report. | 1.5 | 625.00 | 937.50 |
| 06/12/11 | W.C. | Prepared weekly variance report. | 1.2 | 625.00 | 750.00 |
| 06/12/11 | W.C. | Sent emails to J. Pomerantz and J. Dulberg regarding analysis of revised cash forecast. | 0.1 | 625.00 | 62.50 |
| 06/12/11 | W.C. | Read and responded to emails from A. Koles regarding revised cash forecast. | 0.2 | 625.00 | 125.00 |
| 06/13/11 | A.K. | Analyzed new cash forecast. | 1.9 | 350.00 | 665.00 |
| 06/13/11 | A.K. | Developed sensitivity analysis. | 2.2 | 350.00 | 770.00 |
| 06/13/11 | A.K. | Corresponded with D. Hall regarding new forecast. | 1.0 | 350.00 | 350.00 |
| 06/13/11 | W.C. | Prepared analysis of Gatorz exposure by No Fear and requested company to implement a system to minimize future exposure. | 1.4 | 625.00 | 875.00 |
| 06/14/11 | A.K. | Analyzed April financial statements and prepared summary for the professionals meeting. | 2.1 | 350.00 | 735.00 |
| 06/14/11 | A.K. | Continued to analyze April financial statements. | 1.8 | 350.00 | 630.00 |
| 06/14/11 | A.K. | Analyzed new forecast model. | 2.2 | 350.00 | 770.00 |
| 06/14/11 | A.K. | Continued to analyze the new forecast model. | 2.0 | 350.00 | 700.00 |
| 06/14/11 | W.C. | Began to review sales report from prior week and dashboard report. | 1.2 | 625.00 | 750.00 |
| 06/14/11 | W.C. | Analyzed latest cash forecast provided by the debtor. | 2.1 | 625.00 | 1,312.50 |
| 06/15/11 | A.K. | Analyzed lease rejections analysis. | 1.8 | 350.00 | 630.00 |
| 06/15/11 | A.K. | Finalized April financials analysis. | 1.0 | 350.00 | 350.00 |
| 06/15/11 | A.K. | Corresponded with D. Hall regarding new forecast. | 0.8 | 350.00 | 280.00 |

Exhibit "C"

## NO FEAR RETAIL STORES, INC.

### RECAP OF PROFESSIONAL SERVICES
**March 28, 2011 to August 31, 2011**

**D.**    **BUSINESS ANALYSIS**

| Date | Name | Description | Time | Rate | Amount |
|------|------|-------------|------|------|--------|
| 06/15/11 | W.C. | Met with J. Pomerantz, J. Dulberg, G. Blanco, D. Hall, D. Kuptez, A. Koles at Sulmeyer law offices in Los Angeles (J. Manning, M. Venturi via phone) to negotiate case strategy and plan next steps. | 3.0 | 625.00 | 1,875.00 |
| 06/16/11 | A.K. | Met with W. Creelman to analyze latest cash forecast revision provided by Debtor. | 1.0 | 350.00 | 350.00 |
| 06/16/11 | A.K. | Analyzed new cash forecast. | 1.5 | 350.00 | 525.00 |
| 06/16/11 | A.K. | Reviewed and analyzed offers. | 0.8 | 350.00 | 280.00 |
| 06/16/11 | A.K. | Prepared lease rejection analysis. | 2.5 | 350.00 | 875.00 |
| 06/16/11 | A.K. | Researched lease rejection bankruptcy rules in preparing analysis. | 0.8 | 350.00 | 280.00 |
| 06/16/11 | A.K. | Continued to prepare lease rejection analysis. | 1.0 | 350.00 | 350.00 |
| 06/16/11 | W.C. | Met with A. Koles to analyze latest cash forecast revision provided by Debtor. | 0.8 | 625.00 | 500.00 |
| 06/16/11 | W.C. | Met with A. Koles to analyze latest cash forecast revision provided by Debtor. | 1.0 | 625.00 | 625.00 |
| 06/16/11 | W.C. | Reviewed and supplemented analysis of April store level financials. | 0.5 | 625.00 | 312.50 |
| 06/17/11 | A.K. | Phone call with W. Creelman to review lease rejection analysis. | 0.8 | 350.00 | 280.00 |
| 06/17/11 | A.K. | Updated lease rejection analysis with supplemental comments from B. Creelman. | 1.5 | 350.00 | 525.00 |
| 06/17/11 | A.K. | Updated lease rejection analysis with supplemental comments from W. Creelman. | 2.5 | 350.00 | 875.00 |
| 06/17/11 | A.K. | Corresponded with D. Hall regarding certain lease items. | 0.5 | 350.00 | 175.00 |
| 06/17/11 | R.H. | Met with J. D'Amato re: rejection claim analysis. | 0.4 | 525.00 | 210.00 |
| 06/17/11 | W.C. | Reviewed and supplemented lease rejection claims analysis. | 0.4 | 625.00 | 250.00 |

Exhibit "C"

## NO FEAR RETAIL STORES, INC.

### RECAP OF PROFESSIONAL SERVICES
### March 28, 2011 to August 31, 2011

**D.**      **BUSINESS ANALYSIS**

| Date | Name | Description | Time | Rate | Amount |
|------|------|-------------|------|------|--------|
| 06/17/11 | W.C. | Phone call with A. Koles to review and supplement lease rejection claims analysis. | 0.8 | 625.00 | 500.00 |
| 06/19/11 | A.K. | Analyzed new cash forecast. | 2.0 | 350.00 | 700.00 |
| 06/19/11 | A.K. | Continued to analyze new cash forecast and prepared summary schedule for Counsel. | 1.5 | 350.00 | 525.00 |
| 06/19/11 | A.K. | Drafted e-mail for Counsel regarding summary schedule. | 0.7 | 350.00 | 245.00 |
| 06/20/11 | A.K. | Analyzed updated cash budget. | 1.9 | 350.00 | 665.00 |
| 06/20/11 | A.K. | Analyzed professional fees. | 2.5 | 350.00 | 875.00 |
| 06/20/11 | A.K. | Prepared summary analysis for Counsel. | 1.4 | 350.00 | 490.00 |
| 06/20/11 | A.K. | Analyzed lease rejection items. | 0.8 | 350.00 | 280.00 |
| 06/20/11 | A.K. | Analyzed LOIs received. | 1.5 | 350.00 | 525.00 |
| 06/20/11 | W.C. | Prepared weekly variance report, discovered errors in information provided by Debtor and requested corrected information. | 1.2 | 625.00 | 750.00 |
| 06/20/11 | W.C. | Read and began to analyze offers received from 2 bidders. | 0.6 | 625.00 | 375.00 |
| 06/21/11 | A.K. | Revised and supplemented LOI summary with W. Creelman. | 0.7 | 350.00 | 245.00 |
| 06/21/11 | A.K. | Analyzed LOIs for analysis for UCC. | 1.5 | 350.00 | 525.00 |
| 06/21/11 | A.K. | Analyzed cure costs for sale process. | 1.0 | 350.00 | 350.00 |
| 06/21/11 | J.M. | Reviewed Cure Cost estimates and wind down budget. | 0.5 | 700.00 | 350.00 |
| 06/21/11 | W.C. | Reviewed and supplemented summary of inventory and lease cure costs at certain stores prepared by A. Koles. | 0.2 | 625.00 | 125.00 |
| 06/21/11 | W.C. | Reviewed and supplemented summary of offers prepared by A. Koles. | 0.6 | 625.00 | 375.00 |
| 06/22/11 | A.K. | Analyzed new budget against the old budget. | 0.8 | 350.00 | 280.00 |
| 06/22/11 | A.K. | Prepared summary write-up for the UCC. | 0.5 | 350.00 | 175.00 |
| 06/22/11 | A.K. | Prepared inventory liquidation analysis. | 1.5 | 350.00 | 525.00 |
| 06/22/11 | A.K. | Updated sale process analysis. | 1.2 | 350.00 | 420.00 |

Exhibit "C"

## NO FEAR RETAIL STORES, INC.

## RECAP OF PROFESSIONAL SERVICES
### March 28, 2011 to August 31, 2011

**D.**    **BUSINESS ANALYSIS**

| Date | Name | Description | Time | Rate | Amount |
|------|------|-------------|------|------|--------|
| 06/23/11 | A.K. | Analyzed new budget against the old budget. | 1.8 | 350.00 | 630.00 |
| 06/23/11 | A.K. | Prepared summary analysis for the UCC. | 1.2 | 350.00 | 420.00 |
| 06/23/11 | A.K. | Analyzed new data room items. | 0.5 | 350.00 | 175.00 |
| 06/24/11 | A.K. | Corresponded with D. Hall regarding credit requests. | 0.5 | 350.00 | 175.00 |
| 06/24/11 | W.C. | Prepared summary of GOB terms submitted by certain parties. | 1.1 | 625.00 | 687.50 |
| 06/24/11 | W.C. | Prepared weekly variance analysis. | 1.2 | 625.00 | 750.00 |
| 06/27/11 | W.C. | Read and commented on sale procedures draft motion. | 0.9 | 625.00 | 562.50 |
| 06/27/11 | W.C. | Conference call with J. Pomerantz regarding certain bid proposals and developing strategy. | 0.2 | 625.00 | 125.00 |
| 06/27/11 | W.C. | Read and analyzed latest proposal from certain bidder. | 1.1 | 625.00 | 687.50 |
| 06/27/11 | W.C. | Updated summary of bids. | 0.6 | 625.00 | 375.00 |
| 06/27/11 | W.C. | Conference call with J. Manning regarding certain bid proposals and developing strategy. | 0.2 | 625.00 | 125.00 |
| 06/28/11 | W.C. | Analyzed terms of proposed bid from certain bidder. (1) | 0.7 | 625.00 | 437.50 |
| 06/28/11 | W.C. | Analyzed terms of proposed bid from certain bidder. (2) | 1.0 | 625.00 | 625.00 |
| 06/28/11 | W.C. | Analyzed latest version of schedules governing certain terms of offer from a certain bidder. | 0.6 | 625.00 | 375.00 |
| 06/28/11 | W.C. | Phone call with G. Blanco and certain bidder to evaluate terms of proposal from bidder. | 0.5 | 625.00 | 312.50 |
| 06/28/11 | W.C. | Analyzed a revised version of schedules governing certain terms of offer from a certain bidder. | 0.5 | 625.00 | 312.50 |
| 06/30/11 | A.K. | Updated dates calendar. | 0.6 | 350.00 | 210.00 |
| 06/30/11 | A.K. | Analyzed sales flash update report. | 1.3 | 350.00 | 455.00 |
| 06/30/11 | A.K. | Analyzed weekly variance report. | 1.2 | 350.00 | 420.00 |

Exhibit "C"

## NO FEAR RETAIL STORES, INC.

### RECAP OF PROFESSIONAL SERVICES
### March 28, 2011 to August 31, 2011

**D.** **BUSINESS ANALYSIS**

| Date | Name | Description | Time | Rate | Amount |
|------|------|-------------|------|------|--------|
| 06/30/11 | C.P. | Evaluated proofs of claims filed for NFRS. | 0.6 | 375.00 | 225.00 |
| 06/30/11 | W.C. | Per counsel's request, began to research and analyze data on NF International. | 1.5 | 625.00 | 937.50 |
| 06/30/11 | W.C. | Per counsel's request, prepared list of unsecured creditors at NF Retail. | 0.3 | 625.00 | 187.50 |
| 06/30/11 | W.C. | Analyzed latest variance report. | 0.8 | 625.00 | 500.00 |
| 07/01/11 | A.K. | Analyzed weekly variance report and produce analysis for the UCC. | 2.2 | 350.00 | 770.00 |
| 07/01/11 | W.C. | Prepared variance report for UCC. | 1.0 | 650.00 | 650.00 |
| 07/06/11 | A.K. | Prepared recovery analysis. | 2.0 | 350.00 | 700.00 |
| 07/07/11 | A.K. | Analyzed updated weekly cash flow variance report. | 2.8 | 350.00 | 980.00 |
| 07/07/11 | W.C. | Reviewed latest package of information provided by Brands Holdings on JV. | 1.2 | 650.00 | 780.00 |
| 07/08/11 | A.K. | Analyzed updated weekly cash flow variance report. | 1.5 | 350.00 | 525.00 |
| 07/08/11 | A.K. | Prepared weekly cash flow variance report. | 2.0 | 350.00 | 700.00 |
| 07/08/11 | W.C. | Per request of counsel, reviewed and supplemented latest proposed version of license agreement included in APA proposed by Brands Holdings. | 0.3 | 650.00 | 195.00 |
| 07/08/11 | W.C. | Read and responded to 4 emails from G. Blanco regarding sale process. | 0.3 | 650.00 | 195.00 |
| 07/08/11 | W.C. | Reviewed latest variance report prepared by the Debtor. | 0.7 | 650.00 | 455.00 |
| 07/11/11 | A.K. | Analyzed variance report. | 2.0 | 350.00 | 700.00 |
| 07/11/11 | A.K. | Prepared weekly variance weekly report. | 2.0 | 350.00 | 700.00 |
| 07/11/11 | A.K. | Prepared e-mail and distributed variance report to the UCC. | 1.0 | 350.00 | 350.00 |
| 07/11/11 | W.C. | Reviewed and supplemented weekly variance report prepared by A. Koles. | 0.7 | 650.00 | 455.00 |
| 07/12/11 | A.K. | Created analysis of bids related to liquidation. | 2.0 | 350.00 | 700.00 |

Exhibit "C"

**NO FEAR RETAIL STORES, INC.**

**RECAP OF PROFESSIONAL SERVICES**
**March 28, 2011 to August 31, 2011**

**D.    BUSINESS ANALYSIS**

| Date | Name | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| 07/12/11 | A.K. | Researched store closing. | 1.5 | 350.00 | 525.00 |
| 07/12/11 | A.K. | Analyzed license agreements. | 1.0 | 350.00 | 350.00 |
| 07/12/11 | W.C. | Reviewed and supplemented analysis of weekly sales and collections prepared by A. Koles. | 0.5 | 650.00 | 325.00 |
| 07/12/11 | W.C. | Reviewed and supplemented analysis of inventory liquidation proceeds prepared by A. Koles. | 0.7 | 650.00 | 455.00 |
| 07/12/11 | W.C. | Reviewed and supplemented analysis of current inventory levels prepared by A. Koles. | 0.5 | 650.00 | 325.00 |
| 07/13/11 | W.C. | Reviewed No Fear MX license agreement covering Europe as provided by Debtor. | 0.4 | 650.00 | 260.00 |
| 07/13/11 | W.C. | Reviewed and analyzed updated inventory balances as provided by the Debtor. | 0.3 | 650.00 | 195.00 |
| 07/13/11 | W.C. | Reviewed and analyzed additional financial information on No Fear International provided by Debtor. | 1.1 | 650.00 | 715.00 |
| 07/16/11 | W.C. | Read various offers received. | 1.1 | 650.00 | 715.00 |
| 07/17/11 | W.C. | Reviewed and supplemented offer summaries prepared by A. Koles. (4) | 0.3 | 650.00 | 195.00 |
| 07/17/11 | W.C. | Read various offers received. (1) | 2.1 | 650.00 | 1,365.00 |
| 07/17/11 | W.C. | Reviewed and supplemented offer summaries prepared by A. Koles. (1) | 0.9 | 650.00 | 585.00 |
| 07/17/11 | W.C. | Read various offers received. (2) | 1.3 | 650.00 | 845.00 |
| 07/17/11 | W.C. | Reviewed and supplemented offer summaries prepared by A. Koles. (3) | 0.5 | 650.00 | 325.00 |
| 07/17/11 | W.C. | Reviewed and supplemented offer summaries prepared by A. Koles. (2) | 0.8 | 650.00 | 520.00 |
| 07/18/11 | W.C. | Reviewed and supplemented BDI summary analysis as prepared by A. Koles. | 0.6 | 650.00 | 390.00 |
| 07/18/11 | W.C. | Read and analyzed bids received and accompanying documentation. (2) | 2.0 | 650.00 | 1,300.00 |
| 07/18/11 | W.C. | Read and analyzed bids received and accompanying documentation. (1) | 2.0 | 650.00 | 1,300.00 |

Exhibit "C"

# NO FEAR RETAIL STORES, INC.

## RECAP OF PROFESSIONAL SERVICES
### March 28, 2011 to August 31, 2011

**D.**    **BUSINESS ANALYSIS**

| Date | Name | Description | Time | Rate | Amount |
|------|------|-------------|------|------|--------|
| 07/20/11 | W.C. | Met with L. Haisha, J. Pomerantz and G. Blanco to plan next steps for Debtor. | 1.0 | 650.00 | 650.00 |
| 07/21/11 | W.C. | Reviewed and supplemented analysis of sale metrics prepared by A. Koles. | 1.0 | 650.00 | 650.00 |
| 07/21/11 | W.C. | Reviewed Debtor's sales for prior week. | 0.3 | 650.00 | 195.00 |
| 07/21/11 | W.C. | Read and responded to 5 emails regarding consignment vendor issues. | 0.5 | 650.00 | 325.00 |
| 07/21/11 | W.C. | Read and responded to 4 emails regarding consignment vendor issues. | 0.3 | 650.00 | 195.00 |
| 07/22/11 | W.C. | Reviewed Debtor's sales for prior week. | 0.3 | 650.00 | 195.00 |
| 07/25/11 | A.K. | Analyzed sales data and prepared update for the UCC. | 1.0 | 350.00 | 350.00 |
| 07/25/11 | A.K. | Analyzed Venturi invoice. | 0.5 | 350.00 | 175.00 |
| 07/25/11 | W.C. | Reviewed No Fear closing documents. | 0.7 | 650.00 | 455.00 |
| 07/26/11 | A.K. | Analyzed recovery items. | 1.0 | 350.00 | 350.00 |
| 07/26/11 | W.C. | Reviewed No Fear closing documents. | 0.8 | 650.00 | 520.00 |
| 07/27/11 | W.C. | Reviewed and supplemented draft recovery analysis prepared by A. Koles. | 0.9 | 650.00 | 585.00 |
| 07/27/11 | W.C. | Reviewed and supplemented recovery analysis prepared by A. Koles. | 1.1 | 650.00 | 715.00 |
| 07/28/11 | W.C. | Reviewed and supplemented recovery analysis prepared by A. Koles. | 2.0 | 650.00 | 1,300.00 |
| 07/29/11 | A.K. | Analyzed recovery items. | 1.0 | 350.00 | 350.00 |
| 07/29/11 | A.K. | Prepared recovery analysis for the UCC. | 2.5 | 350.00 | 875.00 |
| 07/29/11 | A.K. | Continued to prepare recovery analysis for the UCC. | 1.5 | 350.00 | 525.00 |
| 07/29/11 | W.C. | Reviewed and supplemented recovery analysis prepared by A. Koles. | 1.3 | 650.00 | 845.00 |
| 08/01/11 | A.K. | Analyzed recovery scenarios. | 1.3 | 350.00 | 455.00 |
| 08/01/11 | A.K. | Continued to analyze recovery scenarios. | 1.2 | 350.00 | 420.00 |
| 08/02/11 | A.K. | Met with C. Pinlac to develop strategy for claims analysis. | 0.5 | 350.00 | 175.00 |

Exhibit "C"

## NO FEAR RETAIL STORES, INC.

### RECAP OF PROFESSIONAL SERVICES
### March 28, 2011 to August 31, 2011

**D.      BUSINESS ANALYSIS**

| Date | Name | Description | Time | Rate | Amount |
|------|------|-------------|------|------|--------|
| 08/02/11 | A.K. | Analyzed recovery scenarios. | 2.0 | 350.00 | 700.00 |
| 08/02/11 | C.P. | Met with A. Koles and W. Creelman to plan claims analysis. | 0.5 | 375.00 | 187.50 |
| 08/02/11 | W.C. | Reviewed and supplemented revised recovery analysis prepared by A. Koles. | 0.6 | 650.00 | 390.00 |
| 08/04/11 | C.P. | Met with W. Creelman to begin claims analysis. | 0.8 | 375.00 | 300.00 |
| 08/04/11 | W.C. | Met with C. Pinlac to begin claims analysis. | 0.8 | 650.00 | 520.00 |
| 08/04/11 | W.C. | Reviewed and supplemented latest draft of recovery summary prepared by A. Koles. | 0.5 | 650.00 | 325.00 |
| 08/05/11 | A.K. | Analyzed recovery scenarios. | 1.0 | 350.00 | 350.00 |
| 08/05/11 | C.P. | Evaluated recovery analysis prepared by A. Koles. | 0.3 | 375.00 | 112.50 |
| 08/12/11 | A.K. | Developed claims analysis. | 2.0 | 350.00 | 700.00 |
| 08/15/11 | A.K. | Analyzed claims for analysis. | 2.0 | 350.00 | 700.00 |
| 08/15/11 | A.K. | Continued to analyze claims for analysis. | 2.0 | 350.00 | 700.00 |
| 08/15/11 | A.K. | Continued to analyze claims for analysis. | 1.0 | 350.00 | 350.00 |
| 08/16/11 | A.K. | Analyzed claims for analysis. | 2.0 | 350.00 | 700.00 |
| 08/16/11 | A.K. | Continued to analyze claims for analysis. | 2.0 | 350.00 | 700.00 |
| 08/16/11 | A.K. | Continued to analyze claims for analysis. | 1.0 | 350.00 | 350.00 |
| 08/16/11 | C.P. | Met with A. Koles to review and supplement preliminary claims analysis. | 0.5 | 375.00 | 187.50 |
| 08/16/11 | C.P. | Analyzed proof of claims filed and Debtors' schedules. | 0.5 | 375.00 | 187.50 |
| 08/16/11 | M.T. | Analyzed the average daily trading volume of a company listed on the TSX Venture Exchange. | 0.6 | 225.00 | 135.00 |
| 08/17/11 | A.K. | Meet with W. Creelman and C. Pinlac to review and supplement preliminary claims analysis. | 1.0 | 350.00 | 350.00 |

Exhibit "C"

**NO FEAR RETAIL STORES, INC.**

**RECAP OF PROFESSIONAL SERVICES**
**March 28, 2011 to August 31, 2011**

### D.    BUSINESS ANALYSIS

| Date | Name | Description | Time | Rate | Amount |
|------|------|-------------|------|------|--------|
| 08/17/11 | A.K. | Continued to analyze claims for analysis. | 1.0 | 350.00 | 350.00 |
| 08/17/11 | A.K. | Analyzed claims for analysis. | 2.0 | 350.00 | 700.00 |
| 08/17/11 | A.K. | Continued to analyze claims for analysis. | 2.0 | 350.00 | 700.00 |
| 08/17/11 | C.P. | Analyzed Debtor's recovery analysis prepared by A. Koles. | 0.6 | 375.00 | 225.00 |
| 08/17/11 | C.P. | Met with A. Koles and W. Creelman to review and supplement preliminary claims analysis. | 1.0 | 375.00 | 375.00 |
| 08/17/11 | W.C. | Met with A. Koles and C. Pinlac to review and supplement preliminary claims analysis. | 1.0 | 650.00 | 650.00 |
| 08/17/11 | W.C. | Reviewed latest draft of recovery analysis updated by Avant Advisory. | 0.8 | 650.00 | 520.00 |
| 08/18/11 | A.K. | Analyzed claims for analysis. | 2.0 | 350.00 | 700.00 |
| 08/18/11 | A.K. | Continued to analyze claims for analysis. | 2.0 | 350.00 | 700.00 |
| 08/18/11 | A.K. | Continued to analyze claims for analysis. | 1.0 | 350.00 | 350.00 |
| 08/18/11 | C.P. | Analyzed claims analysis by Debtor. | 0.4 | 375.00 | 150.00 |
| 08/18/11 | C.P. | Developed claims summary worksheet for claims analysis. | 0.3 | 375.00 | 112.50 |
| 08/19/11 | A.K. | Meeting with C. Pinlac and W. Creelman to review and supplement analysis of claims, plan next steps. | 0.8 | 350.00 | 280.00 |
| 08/19/11 | A.K. | Analyzed claims for analysis. | 2.0 | 350.00 | 700.00 |
| 08/19/11 | A.K. | Continued to analyze claims for analysis. | 2.0 | 350.00 | 700.00 |
| 08/19/11 | C.P. | Met with W. Creelman and A. Koles to review and supplement analysis of claims, plan next steps. | 0.8 | 375.00 | 300.00 |
| 08/19/11 | C.P. | Reviewed and supplemented claims analysis prepared by A. Koles. | 0.6 | 375.00 | 225.00 |
| 08/19/11 | W.C. | Met with C. Pinlac and A. Koles to review and supplement analysis of claims, plan next steps. | 0.8 | 650.00 | 520.00 |

Exhibit "C"

## NO FEAR RETAIL STORES, INC.

### RECAP OF PROFESSIONAL SERVICES
### March 28, 2011 to August 31, 2011

**D.**    **BUSINESS ANALYSIS**

| Date | Name | Description | Time | Rate | Amount |
|------|------|-------------|------|------|--------|
| 08/20/11 | W.C. | Reviewed and supplemented initial draft of recovery analysis under certain assumptions. | 0.8 | 650.00 | 520.00 |
| 08/21/11 | C.P. | Reviewed latest draft of claims analysis prepared by A. Koles and provided comments. | 1.1 | 375.00 | 412.50 |
| 08/22/11 | A.K. | Analyzed claims for analysis. | 2.0 | 350.00 | 700.00 |
| 08/22/11 | A.K. | Continued to analyze claims for analysis. | 2.0 | 350.00 | 700.00 |
| 08/23/11 | A.K. | Analyzed claims for analysis. | 2.0 | 350.00 | 700.00 |
| 08/23/11 | A.K. | Continued to analyze claims for analysis. | 2.0 | 350.00 | 700.00 |
| 08/23/11 | A.K. | Continued to analyze claims for analysis. | 2.0 | 350.00 | 700.00 |
| 08/23/11 | C.P. | Evaluated status of claims analysis prepared by A. Koles. | 0.8 | 375.00 | 300.00 |
| 08/23/11 | C.P. | Met with W. Creelman and A. Koles on claims analysis and recovery waterfall. | 1.0 | 375.00 | 375.00 |
| 08/24/11 | A.K. | Analyzed claims for analysis. | 2.0 | 350.00 | 700.00 |
| 08/24/11 | A.K. | Continued to analyze claims for analysis. | 2.0 | 350.00 | 700.00 |
| 08/24/11 | A.K. | Continued to analyze claims for analysis. | 2.0 | 350.00 | 700.00 |
| 08/24/11 | A.K. | Reviewed and analyzed claims with W. Creelman and C. Pinlac. | 1.0 | 350.00 | 350.00 |
| 08/24/11 | C.P. | Reviewed and supplemented claims and bridge analysis prepared by A. Koles. | 0.5 | 375.00 | 187.50 |
| 08/24/11 | W.C. | Reviewed and supplemented claims analysis prepared by A. Koles. | 0.9 | 650.00 | 585.00 |
| 08/24/11 | W.C. | Reviewed and analyzed claims with A. Koles and C. Pinlac. | 1.0 | 650.00 | 650.00 |
| 08/25/11 | A.K. | Analyzed claims for analysis. | 2.0 | 350.00 | 700.00 |
| 08/25/11 | A.K. | Continued to analyze claims for analysis. | 2.0 | 350.00 | 700.00 |
| 08/25/11 | W.C. | Reviewed and supplemented claims analysis prepared by A. Koles. | 0.9 | 650.00 | 585.00 |

Exhibit "C"

## NO FEAR RETAIL STORES, INC.

## RECAP OF PROFESSIONAL SERVICES
### March 28, 2011 to August 31, 2011

**D.**    **BUSINESS ANALYSIS**

| Date | Name | Description | Time | Rate | Amount |
|------|------|-------------|------|------|--------|
| 08/26/11 | A.K. | Analyzed new proof of claims filed. | 2.0 | 350.00 | 700.00 |
| 08/26/11 | A.K. | Continued to analyze proof of claims filed. | 1.0 | 350.00 | 350.00 |
| 08/26/11 | A.K. | Status update call with W. Creelman to update No Fear UCC | 0.9 | 350.00 | 315.00 |
| 08/26/11 | W.C. | Call with A. Koles to update No Fear UCC. | 0.9 | 650.00 | 585.00 |
| 08/26/11 | W.C. | Reviewed and supplemented recovery analysis. | 0.9 | 650.00 | 585.00 |
| 08/26/11 | W.C. | Reviewed and supplemented claims analysis prepared by A. Koles. | 0.9 | 650.00 | 585.00 |
| 08/26/11 | W.C. | Reviewed and supplemented sub con analysis prepared by A. Koles. | 0.7 | 650.00 | 455.00 |
| 08/29/11 | A.K. | Analyzed claims for analysis. | 2.0 | 350.00 | 700.00 |
| 08/29/11 | A.K. | Continued to update the claims analysis. | 2.0 | 350.00 | 700.00 |
| 08/29/11 | A.K. | Continued to update the claims analysis. | 2.0 | 350.00 | 700.00 |
| 08/29/11 | A.K. | Continued to update the claims analysis. | 2.0 | 350.00 | 700.00 |
| 08/30/11 | A.K. | Analyzed claims for analysis. | 2.0 | 350.00 | 700.00 |
| 08/30/11 | A.K. | Continued to update the claims analysis. | 2.0 | 350.00 | 700.00 |
| 08/30/11 | A.K. | Continued to update the claims analysis. | 2.0 | 350.00 | 700.00 |
| 08/30/11 | A.K. | Call with C. Pinlac to review latest claims analysis. | 0.4 | 350.00 | 140.00 |
| 08/30/11 | C.P. | Call with A. Koles to review latest claims analysis. | 0.4 | 375.00 | 150.00 |
| 08/30/11 | C.P. | Reviewed claims adjustments prepared by A. Koles. | 0.6 | 375.00 | 225.00 |
| 08/31/11 | A.K. | Analyzed claims for analysis. | 2.0 | 350.00 | 700.00 |
| 08/31/11 | A.K. | Continued to update the claims analysis. | 2.0 | 350.00 | 700.00 |
| 08/31/11 | A.K. | Continued to update the claims analysis. | 2.0 | 350.00 | 700.00 |

Exhibit "C"

## NO FEAR RETAIL STORES, INC.

### RECAP OF PROFESSIONAL SERVICES
### March 28, 2011 to August 31, 2011

**D.**    **BUSINESS ANALYSIS**

| Date | Name | Description | Time | Rate | Amount |
|------|------|-------------|------|------|--------|
| 08/31/11 | C.P. | Reviewed and supplemented recovery analysis and claims analysis prepared by A. Koles. | 0.5 | 375.00 | 187.50 |
| 08/31/11 | W.C. | Reviewed and supplemented analysis prepared by A. Koles, including claims, recovery and other issues. | 2.6 | 650.00 | 1,690.00 |
| | | **TOTAL:** | **744.7** | | **312,832.50** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Amount |
|------|------|------|--------|
| J. MANNING (J.M.) | 5.0 | 700.00 | 3,500.00 |
| W. CREELMAN (W.C.) | 43.6 | 650.00 | 28,340.00 |
| W. CREELMAN (W.C.) | 131.9 | 625.00 | 82,437.50 |
| R. HAUER (R.H.) | 0.4 | 525.00 | 210.00 |
| C. PINLAC (C.P.) | 56.7 | 375.00 | 21,262.50 |
| A. KOLES (A.K.) | 493.4 | 350.00 | 172,690.00 |
| D. LEVY (D.L.) | 13.1 | 325.00 | 4,257.50 |
| M. TEBESCEFF (M.T.) | 0.6 | 225.00 | 135.00 |
| **TOTAL:** | **744.7** | | **312,832.50** |

Exhibit "C"

**NO FEAR RETAIL STORES, INC.**

**RECAP OF PROFESSIONAL SERVICES**
**March 28, 2011 to August 31, 2011**

**E.** **COUNSEL DISCUSSIONS & COURT HEARINGS**

| Date | Name | Description | Time | Rate | Amount |
|------|------|-------------|------|------|--------|
| 04/26/11 | A.K. | Phone call with J. Dulberg and W. Creelman to plan response to UST's objection to BDO's employment application. | 0.5 | 350.00 | 175.00 |
| 04/26/11 | W.C. | Phone call with J. Dulberg and A. Koles to plan response to UST's objection to BDO's employment application. | 0.5 | 625.00 | 312.50 |
| 04/27/11 | W.C. | Phone call with J. Dulberg, J. Pomerantz, A. Koles to review sales efforts by Debtor, progress on improving company operations and BDO employment application, develop next steps and case strategy. | 1.0 | 625.00 | 625.00 |
| 04/27/11 | W.C. | Phone call to Matt Venturi letting him know that G. Blanco had reached out to the Committee and wanted to meet with us. | 0.1 | 625.00 | 62.50 |
| 05/05/11 | C.P. | Attended court hearing on insider compensation and other issues. | 1.6 | 375.00 | 600.00 |
| 05/05/11 | W.C. | Met with J. Pomerantz, C. Pinlac to prepare for court hearing on insider compensation and other issues. | 1.5 | 625.00 | 937.50 |
| 05/05/11 | W.C. | Met with J. Dulberg, J. Pomerantz, C. Pinlac to prepare for court hearing on insider compensation and other issues. | 1.5 | 625.00 | 937.50 |
| 05/05/11 | W.C. | Attended court hearing on insider compensation and other issues. | 1.6 | 625.00 | 1,000.00 |
| 05/19/11 | A.K. | Corresponded with UCC Counsel regarding sales process. | 0.8 | 350.00 | 280.00 |
| 06/01/11 | C.P. | Conference call with J. Pomerantz, J. Dulberg, W. Creelman to develop case strategy and plan next steps. | 0.5 | 375.00 | 187.50 |
| 06/01/11 | W.C. | Conference call with J. Pomerantz, J. Dulberg, C. Pinlac to develop case strategy and plan next steps. | 0.5 | 625.00 | 312.50 |

Exhibit "C"

## NO FEAR RETAIL STORES, INC.

### RECAP OF PROFESSIONAL SERVICES
### March 28, 2011 to August 31, 2011

**E.    COUNSEL DISCUSSIONS & COURT HEARINGS**

| Date | Name | Description | Time | Rate | Amount |
|------|------|-------------|------|------|--------|
| 06/03/11 | C.P. | Conference call with J. Pomerantz, J. Dulberg, W. Creelman and UCC to review reports prepared by BDO, plan case strategy and next steps. | 1.1 | 375.00 | 412.50 |
| 06/03/11 | W.C. | Conference call with J. Pomerantz, J. Dulberg, C. Pinlac and UCC to review reports prepared by BDO, plan case strategy and next steps. | 1.1 | 625.00 | 687.50 |
| 06/03/11 | W.C. | Conference call with J. Pomerantz, J. Dulberg to prepare for call with UCC and develop case strategy. | 0.5 | 625.00 | 312.50 |
| 06/07/11 | W.C. | Conference call with UCC members, J. Pomerantz, J. Dulberg, C. Pinlac to provide case update, review store sales performance, develop case strategy and plan next steps. | 0.7 | 625.00 | 437.50 |
| 06/11/11 | W.C. | Sent emails to J. Pomerantz and J. Dulberg regarding analysis of revised cash forecast. | 0.1 | 625.00 | 62.50 |
| 06/13/11 | W.C. | Phone call with J. Pomerantz to review current case status, develop case strategy and plan next steps, with focus on sales process. | 0.2 | 625.00 | 125.00 |
| 06/17/11 | W.C. | Conference call with J. Dulberg, J. Manning (partial) to develop case strategy and plan next steps. | 0.5 | 625.00 | 312.50 |
| 06/21/11 | A.K. | Conference call with J. Pomerantz, W. Creelman, certain Committee members to convey current case developments and plan next steps. | 0.5 | 350.00 | 175.00 |
| 06/21/11 | J.M. | Participated on UCC committee call re: report on sales process. | 0.5 | 700.00 | 350.00 |
| 06/21/11 | W.C. | Conference call with J. Manning, J. Pomerantz, J. Dulberg to review current case developments and plan case strategy. | 0.5 | 625.00 | 312.50 |

Exhibit "C"

## NO FEAR RETAIL STORES, INC.

### RECAP OF PROFESSIONAL SERVICES
### March 28, 2011 to August 31, 2011

**E.**    **COUNSEL DISCUSSIONS & COURT HEARINGS**

| Date | Name | Description | Time | Rate | Amount |
|------|------|-------------|------|------|--------|
| 06/22/11 | A.K. | UCC sale update call including W. Creelman, J. Dulberg, and J. Pomerantz. | 0.5 | 350.00 | 175.00 |
| 06/22/11 | W.C. | Professionals update call with J. Pomerantz, J. Dulberg, G. Blanco, D. Hall,  D. Sulmeyer and C. Pinlac. | 0.7 | 625.00 | 437.50 |
| 06/23/11 | W.C. | Professionals update call with J. Pomerantz, J. Dulberg, G. Blanco, D. Hall,  D. Kupetz and A. Koles. | 0.5 | 625.00 | 312.50 |
| 06/24/11 | W.C. | Professionals update call with J. Pomerantz, J. Dulberg, G. Blanco, D. Hall,  and D. Kupetz. | 0.5 | 625.00 | 312.50 |
| 06/26/11 | W.C. | Conference call with J. Pomerantz, J. Dulberg, D. Kupetz, M. Venturi, G. Blanco regarding current status of certain bid proposals, develop strategy and plan next steps. | 0.8 | 625.00 | 500.00 |
| 06/27/11 | W.C. | Conference call with J. Dulberg, D. Kupetz, M. Venturi, G. Blanco, and certain bidder and their counsel regarding bid proposal. | 1.1 | 625.00 | 687.50 |
| 06/27/11 | W.C. | Conference call with J. Pomerantz, J. Dulberg, D. Kupetz, M. Venturi, G. Blanco regarding bid proposal, development of case strategy and next steps. | 0.3 | 625.00 | 187.50 |
| 06/27/11 | W.C. | Read 2 emails from J. Dulberg regarding status of bids. | 0.2 | 625.00 | 125.00 |
| 06/27/11 | W.C. | Conference call with J. Dulberg regarding certain bid proposals and developing strategy. | 0.1 | 625.00 | 62.50 |
| 06/27/11 | W.C. | Conference call with J. Pomerantz, J. Dulberg, D. Kupetz, M. Venturi, G. Blanco, J. Pomeroy regarding bid proposal, development of case strategy and next steps. | 0.7 | 625.00 | 437.50 |

Exhibit "C"

## NO FEAR RETAIL STORES, INC.

### RECAP OF PROFESSIONAL SERVICES
### March 28, 2011 to August 31, 2011

### E.    COUNSEL DISCUSSIONS & COURT HEARINGS

| Date | Name | Description | Time | Rate | Amount |
|------|------|-------------|------|------|--------|
| 06/28/11 | W.C. | Conference call with J. Pomerantz, J. Dulberg, D. Kupetz, M. Venturi, G. Blanco, J. Pomeroy regarding bid proposal, development of case strategy and next steps. | 0.5 | 625.00 | 312.50 |
| 06/28/11 | W.C. | Conference call with J. Pomerantz, J. Dulberg, D. Kupetz, M. Venturi, G. Blanco regarding bid proposal, development of case strategy and next steps. | 0.7 | 625.00 | 437.50 |
| 06/28/11 | W.C. | Phone call with J. Pomerantz, J. Dulberg to analyze terms of bids, develop strategy and plan next steps. | 0.4 | 625.00 | 250.00 |
| 06/29/11 | W.C. | Per request of counsel, researched additional unsecured creditors. | 0.8 | 625.00 | 500.00 |
| 07/01/11 | W.C. | Attended court hearing to approve sale procedures. | 1.5 | 650.00 | 975.00 |
| 07/08/11 | W.C. | Phone call with J. Pomerantz and J. Dulberg to review current status of sale process and plan next steps. | 0.2 | 650.00 | 130.00 |
| 07/12/11 | W.C. | Corresponded with UCC counsel regarding Debtor's (unannounced) closure of the Redding store. | 0.2 | 650.00 | 130.00 |
| 07/12/11 | W.C. | Phone call with UCC Counsel regarding certain case related issues. | 0.1 | 650.00 | 65.00 |
| 07/18/11 | A.K. | Conference call with certain UCC members, A. Koles, J. Dulberg to review analysis of bids received, developed case strategy and planned next steps. | 0.6 | 350.00 | 210.00 |
| 07/20/11 | W.C. | Attended confirmation hearing. | 2.1 | 650.00 | 1,365.00 |
| 08/01/11 | A.K. | Status update call with the UCC, Counsel and W. Creelman. | 0.8 | 350.00 | 280.00 |
| 08/01/11 | W.C. | Conference call with J. Pomerantz, J. Dulberg, UCC members, A. Koles to provide update on sale process, develop case strategy and plan next steps. | 0.8 | 650.00 | 520.00 |

Exhibit "C"

## NO FEAR RETAIL STORES, INC.

### RECAP OF PROFESSIONAL SERVICES
### March 28, 2011 to August 31, 2011

**E.    COUNSEL DISCUSSIONS & COURT HEARINGS**

| Date | Name | Description | Time | Rate | Amount |
|------|------|-------------|------|------|--------|
| 08/02/11 | W.C. | Corresponded with counsel regarding case strategy and next steps. | 0.2 | 650.00 | 130.00 |
| 08/03/11 | W.C. | Phone call with J. Pomerantz to discuss next steps, including claims analysis and waterfall. | 0.2 | 650.00 | 130.00 |
| 08/05/11 | W.C. | Phone call with J. Pomerantz to discuss case status and plan next steps. | 0.2 | 650.00 | 130.00 |
| 08/22/11 | A.K. | Call with J. Pomerantz and W. Creelman to review and analyze recovery analysis. | 0.7 | 350.00 | 245.00 |
| 08/22/11 | W.C. | Corresponded with J. Pomerantz on certain recovery issues. | 0.3 | 650.00 | 195.00 |
| 08/22/11 | W.C. | Conference call with J. Dulberg, J. Pomerantz, A. Koles to review recovery analysis prepared by A. Koles. | 0.7 | 650.00 | 455.00 |
| 08/25/11 | A.K. | Call with J. Pomerantz and W. Creelman to review and analyzed recovery analysis. | 1.1 | 350.00 | 385.00 |
| 08/25/11 | W.C. | Call with J. Pomerantz and A. Koles to review and analyzed recovery analysis. | 1.1 | 650.00 | 715.00 |
| 08/26/11 | A.K. | Call with W. Creelman, J. Dulberg and J. Pomerantz to cover analyses. | 1.6 | 350.00 | 560.00 |

Exhibit "C"

## NO FEAR RETAIL STORES, INC.

### RECAP OF PROFESSIONAL SERVICES
### March 28, 2011 to August 31, 2011

### E.    COUNSEL DISCUSSIONS & COURT HEARINGS

| Date | Name | Description | Time | Rate | Amount |
|------|------|-------------|------|------|--------|
| 08/26/11 | W.C. | Call with J. Dulberg, J. Pomerantz, A. Koles to cover analyses. | 1.6 | 650.00 | 1,040.00 |
| | | **TOTAL:** | **37.6** | | **21,015.00** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Amount |
|------|------|------|--------|
| J. MANNING (J.M.) | 0.5 | 700.00 | 350.00 |
| W. CREELMAN (W.C.) | 9.2 | 650.00 | 5,980.00 |
| W. CREELMAN (W.C.) | 17.6 | 625.00 | 11,000.00 |
| C. PINLAC (C.P.) | 3.2 | 375.00 | 1,200.00 |
| A. KOLES (A.K.) | 7.1 | 350.00 | 2,485.00 |
| **TOTAL:** | **37.6** | | **21,015.00** |

56

Exhibit "C"

## NO FEAR RETAIL STORES, INC.

### RECAP OF PROFESSIONAL SERVICES
### March 28, 2011 to August 31, 2011

**F.    FEE APPLICATIONS / MONTHLY STATEMENTS**

| Date | Name | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| 05/14/11 | M.G. | Prepared March and April monthly data. | 1.4 | 150.00 | 210.00 |
| 05/16/11 | M.G. | Prepared March and April monthly data in anticipation of fee application. | 1.6 | 150.00 | 240.00 |
| 05/19/11 | M.G. | Prepared February - April monthly data. | 0.4 | 150.00 | 60.00 |
| 05/24/11 | N.V. | Prepared monthly statement for the period March 28, 2011 through April 30, 2011. | 1.4 | 200.00 | 280.00 |
| 05/25/11 | A.K. | Prepared invoice. | 1.3 | 350.00 | 455.00 |
| 05/25/11 | N.V. | Updated monthly statement for the period March 28, 2011 through April 30, 2011. | 1.2 | 200.00 | 240.00 |
| 06/10/11 | M.G. | Prepared May monthly data. | 0.5 | 150.00 | 75.00 |
| 06/14/11 | A.K. | Assisted preparing billing invoice. | 0.5 | 350.00 | 175.00 |
| 06/14/11 | M.G. | Prepared May monthly data. | 0.4 | 150.00 | 60.00 |
| 07/12/11 | M.G. | Prepared June monthly data. | 0.6 | 150.00 | 90.00 |
| 07/19/11 | M.G. | Prepared June monthly data. | 1.1 | 150.00 | 165.00 |
| 07/22/11 | A.K. | Prepared No Fear July invoice. | 1.0 | 350.00 | 350.00 |
| 07/22/11 | M.G. | Prepared June monthly data - AK. | 0.5 | 150.00 | 75.00 |
| 07/25/11 | M.G. | Revised June monthly data. | 0.6 | 150.00 | 90.00 |
| 07/27/11 | M.G. | Revised June monthly data; prepared invoice. | 0.8 | 150.00 | 120.00 |
| 07/27/11 | W.C. | Reviewed and supplemented monthly fee application. | 0.5 | 650.00 | 325.00 |
| 08/01/11 | M.G. | Prepared July monthly data. | 0.6 | 150.00 | 90.00 |
| 08/01/11 | W.C. | Reviewed and supplemented July invoice prepared by A. Koles. | 0.3 | 650.00 | 195.00 |
| **TOTAL:** | | | **14.7** | | **3,295.00** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Amount |
|---|---|---|---|
| W. CREELMAN (W.C.) | 0.8 | 650.00 | 520.00 |
| A. KOLES (A.K.) | 2.8 | 350.00 | 980.00 |
| N. VANDERHOOP (N.V.) | 2.6 | 200.00 | 520.00 |
| M. GOMEZ (M.G.) | 8.5 | 150.00 | 1,275.00 |
| **TOTAL:** | **14.7** | | **3,295.00** |

Exhibit "C"

## NO FEAR RETAIL STORES, INC.

### RECAP OF PROFESSIONAL SERVICES
### March 28, 2011 to August 31, 2011

#### G.    TRAVEL TIME

| Date | Name | Description | Time | Rate | Amount |
|------|------|-------------|------|------|--------|
| 03/31/11 | A.K. | Travel to and from Debtor's location in Carlsbad, CA. | 2.0 | 175.00 | 350.00 |
| 03/31/11 | W.C. | Traveled round trip to Debtor's offices in Carlsbad to meet with Debtor's management, including financial staff. | 2.0 | 312.50 | 625.00 |
| 04/01/11 | A.K. | Travel time to and from Costa Mesa BDO to Debtor headquarters in Carlsbad, CA. | 2.0 | 175.00 | 350.00 |
| 04/05/11 | A.K. | Travel time to San Diego for 341a meeting. | 3.5 | 175.00 | 612.50 |
| 04/14/11 | A.K. | Traveled round trip Century City to meet with J. Pomerantz, J. Dulberg and W. Creelman. | 2.4 | 175.00 | 420.00 |
| 04/14/11 | W.C. | Traveled round trip Century City to meet with J. Pomerantz, J. Dulberg and A. Koles. | 2.4 | 312.50 | 750.00 |
| 04/15/11 | A.K. | Travel time to No Fear headquarters in Carlsbad, CA. | 2.3 | 175.00 | 402.50 |
| 04/15/11 | W.C. | Traveled round trip to Carlsbad to meet with Debtors. | 2.3 | 312.50 | 718.75 |
| 04/19/11 | A.K. | Travel to Pachulski office in Century City for a meeting with the Debtor. | 2.3 | 175.00 | 402.50 |
| 04/19/11 | W.C. | Traveled round trip to Pachulski law offices in Century City to meet with Debtor and both UCC . | 2.3 | 312.50 | 718.75 |
| 04/25/11 | J.M. | Total travel time is 12.0 hours - allocated promoted to NF, half rate. | 4.0 | 350.00 | 1,400.00 |
| 04/26/11 | J.M. | Total travel time is 6.0 hours - allocated portion to NF, half rate. | 2.0 | 350.00 | 700.00 |
| 04/26/11 | W.C. | Round trip air travel San Francisco to meet with M. Venturi and J. Manning. | 6.5 | 312.50 | 2,031.25 |
| 04/28/11 | A.K. | Traveled round trip to company's offices in Carlsbad with W. Creelman to meet with B. Simo and G. Blanco. | 2.5 | 175.00 | 437.50 |
| 04/28/11 | W.C. | Traveled round trip to company's offices in Carlsbad with A. Koles to meet with B. Simo and G. Blanco. | 2.5 | 312.50 | 781.25 |

Exhibit "C"

## NO FEAR RETAIL STORES, INC.

### RECAP OF PROFESSIONAL SERVICES
### March 28, 2011 to August 31, 2011

**G.**    **TRAVEL TIME**

| Date | Name | Description | Time | Rate | Amount |
|------|------|-------------|------|------|--------|
| 05/04/11 | A.K. | Travel:  Round trip travel to Pachulski office from Costa Mesa BDO office. | 3.3 | 175.00 | 577.50 |
| 05/04/11 | W.C. | Traveled round trip to Pachulski law firm in Century City for meeting with Debtor and Gordon Brothers. | 3.3 | 312.50 | 1,031.25 |
| 05/05/11 | C.P. | Round trip drive from office to San Diego with W. Creelman for court hearing on insider compensation motion. | 3.0 | 187.50 | 562.50 |
| 05/05/11 | W.C. | Traveled round trip to Court house in San Diego with C. Pinlac to attend hearing on insider compensation motion. | 3.0 | 312.50 | 937.50 |
| 05/20/11 | W.C. | Traveled round trip to meeting in Irvine with G. Blanco. | 0.5 | 312.50 | 156.25 |
| 05/23/11 | A.K. | Travel to Pachulski office for meeting with Debtor from Costa Mesa, CA. | 2.6 | 175.00 | 455.00 |
| 05/23/11 | W.C. | Traveled round trip to the Pachulski law firm in Century City to meet with Debtor, Debtor's counsel, UCC's counsel (J. Pomerantz, J. Dulberg), Avant, Venturi and A. Koles. | 2.6 | 312.50 | 812.50 |
| 06/15/11 | A.K. | Round-trip travel time from Costa Mesa to Sulmeyer's office. | 2.3 | 175.00 | 402.50 |
| 06/15/11 | W.C. | Traveled round trip to Sulmeyer law offices in Los Angeles to meet with professionals. | 2.3 | 312.50 | 718.75 |
| 07/01/11 | W.C. | Traveled round trip to Sulmeyer law offices in Los Angeles to attend auction. | 2.5 | 325.00 | 812.50 |
| 07/01/11 | W.C. | Traveled round trip to San Diego to attend court hearing on sale procedures. | 3.6 | 325.00 | 1,170.00 |
| 07/19/11 | A.K. | Travel to No Fear auction at SulmeyerKupetz office. | 2.0 | 175.00 | 350.00 |
| 07/20/11 | A.K. | Travel from No Fear auction. | 1.0 | 175.00 | 175.00 |

Exhibit "C"

## NO FEAR RETAIL STORES, INC.

### RECAP OF PROFESSIONAL SERVICES
### March 28, 2011 to August 31, 2011

#### G.    TRAVEL TIME

| Date | Name | Description | Time | Rate | Amount |
|------|------|-------------|------|------|--------|
| 07/20/11 | W.C. | Traveled round trip to San Diego to attend confirmation hearing. | 3.1 | 325.00 | 1,007.50 |
| | | **TOTAL:** | **76.1** | | **19,868.75** |

#### INDIVIDUAL TOTALS

| Name | Hour | Rate | Amount |
|------|------|------|--------|
| J. MANNING (J.M.) | 6.0 | 350.00 | 2,100.00 |
| W. CREELMAN (W.C.) | 9.2 | 325.00 | 2,990.00 |
| W. CREELMAN (W.C.) | 29.7 | 312.50 | 9,281.25 |
| C. PINLAC (C.P.) | 3.0 | 187.50 | 562.50 |
| A. KOLES (A.K.) | 28.2 | 175.00 | 4,935.00 |
| **TOTAL:** | **76.1** | | **19,868.75** |

**Exhibit "D"**

# NO FEAR RETAIL STORES, INC.
Schedule of Expenses
March 28, 2011through August 31, 2011

1.  PHOTOCOPYING
    a.  Internal
    b.  External

2.  TELECOMMUNICATIONS                                             $17.94
    a.  Toll Charges
    b.  Facsimile
    c.   Out-of-State toll charges

3.  COURIER, FRIEGHT AND POSTAL SERVICES

4.  COURT REPORTER AND TRANSCRIPTS

5.  TECHNOLOGY SERVICES

6.  OUT-OF-TOWN TRAVEL
    a.  Transportation                                            1,995.12
    b.  Lodging                                                     276.98
    c.  Meals                                                       353.81

7.  COMPUTERIZED LEGAL RESEARCH
    *03/9/11 - LEXISNEXIS RISK DATA MANAGEMENT INC Cost
    related to investigation of the Principals of the Debtors (outside
    Service.*
8.  LOCAL MEALS                                                     40.00

9.  LOCAL TRANSPORTATION, TOLLS, MILEAGE                            39.00
    AND PARKING – for cabs to/from meetings, car service
    *for employees working after 8:00 p.m. and local mileage*
    *using personal auto*

10.  MISCELLANEOUS – *PACER Service Center*                        207.04

    **TOTAL**                                                   **$2,929.89**

1

Exhibit "D"

| Transaction Date | Accounting Date | Name | Description | Billable Expenses | Notes |
|---|---|---|---|---|---|
| 03/31/11 | 06/24/11 | Creelman,William K | Travel | $61.20 | Travel to No Fear offices in Carlsbad to meet with management. |
| 04/03/11 | 05/16/11 | Koles,Alexander O | Lodging | 13.96 | Hotel Wizard: Hotel - Room Tax - Hotel room for overnight stay in preparation for 341a meeting |
| 04/03/11 | 05/16/11 | Koles,Alexander O | Lodging | 109.00 | Hotel Wizard: Hotel - Hotel room for overnight stay in preparation for 341a meeting |
| 04/05/11 | 05/16/11 | Koles,Alexander O | Travel | 96.90 | Miles to 341a meeting |
| 04/06/11 | 06/02/11 | | Outside Services | 27.28 | Pacer Service Center 01/01/11 - 03/31/11 |
| 04/07/11 | 06/20/11 | Koles,Alexander O | Lodging | 93.96 | Hotel Wizard: Hotel - Hotel for traveling to San Diego for No Fear related work. |
| 04/07/11 | 06/20/11 | Koles,Alexander O | Lodging | 13.15 | Hotel Wizard: Hotel - Room Tax - Hotel for traveling to San Diego for No Fear related work. |
| 04/14/11 | 05/13/11 | Creelman,William K | Travel | 28.00 | Parking while attending a No Fear meeting at the Pachulski law firm in Los Angeles. |
| 04/14/11 | 06/24/11 | Creelman,William K | Travel | 45.90 | Travel to Pachulski law offices in LA to discuss financials on No Fear case. |
| 04/15/11 | 05/13/11 | Creelman,William K | Travel Meals | 49.34 | Meal while traveling to meeting with No Fear at their headquarters in Carlsbad. |
| 04/15/11 | 05/13/11 | Creelman,William K | Travel Meals | 39.56 | Meal while traveling to a meeting with No Fear at their headquarters in Carlsbad. |
| 04/15/11 | 06/24/11 | Creelman,William K | Travel | 61.20 | Travel to Carlsbad to meet with Laith Haisha (UCC member) to discuss No Fear case. |
| 04/19/11 | 05/16/11 | Koles,Alexander O | Travel | 51.00 | Miles to No Fear debtor meeting at Pachulski office in Los Angeles |
| 04/20/11 | 05/03/11 | Manning,JR | Travel | 693.53 | $693.53 - No Fear meeting w/ Venturi & Co.; $1,408.07 - IBPD meetings w/ J. Beauclar, Gryphyn and Mat Wood, BDO |

Exhibit "D"

| Transaction Date | Accounting Date | Name | Description | Billable Expenses | Notes |
|---|---|---|---|---|---|
| 04/20/11 | 05/13/11 | Creelman,William K | Travel | 401.40 | Traveled to San Francisco to meet with Matt Venturi to discuss the No Fear case. |
| 04/25/11 | 05/13/11 | Manning,JR | Travel Meals | 14.51 | Travel meal; $14.51 - NO FEAR |
| 04/25/11 | 05/13/11 | Manning,JR | Phone | 9.95 | NO FEAR - internet connection fee |
| 04/25/11 | 05/20/11 | Manning,JR | Phone | 7.99 | Internet access for work on No Fear |
| 04/26/11 | 05/13/11 | Creelman,William K | Travel Meals | 29.66 | Meal with J. Manning while discussing No Fear case during trip to San Francisco. |
| 04/26/11 | 05/13/11 | Manning,JR | Travel | 3.98 | Gas for rental car |
| 04/26/11 | 05/13/11 | Manning,JR | Travel | 32.01 | Rental car |
| 04/26/11 | 06/24/11 | Creelman,William K | Travel | 20.00 | Travel from Venturi offices to San Francisco airport. |
| 04/26/11 | 06/24/11 | Creelman,William K | Travel | 20.00 | Travel from San Francisco airport to Venturi offices. |
| 04/26/11 | 06/24/11 | Creelman,William K | Travel | 20.00 | Parking at John Wayne airport while traveling to San Francisco to meet with Matt Venturi (Debtor's FA) on No Fear case. |
| 04/27/11 | 05/13/11 | Manning,JR | Travel | 36.72 | Car service from home to airport |
| 04/27/11 | 05/13/11 | Manning,JR | Travel Meals | 10.00 | NO FEAR - travel meal |
| 04/27/11 | 05/13/11 | Manning,JR | Lodging | 94.05 | Hotel Wizard: Hotel - Lodging in San Francisco |
| 04/27/11 | 05/13/11 | Manning,JR | Lodging | 14.67 | Hotel Wizard: Parking/Tolls - Lodging in San Francisco |
| 04/27/11 | 05/13/11 | Manning,JR | Lodging | 15.02 | Hotel Wizard: Hotel - Room Tax - Lodging in San Francisco |
| 04/28/11 | 05/13/11 | Creelman,William K | Travel Meals | 60.05 | Meal while traveling to No Fear headquarters in Carlsbad. |
| 05/04/11 | 05/13/11 | Creelman,William K | Travel | 28.00 | Parking while attending a No Fear meeting at the Pachulski law firm in Los Angeles. |
| 05/04/11 | 05/16/11 | Koles,Alexander O | Travel | 51.00 | Miles to No Fear debtor meeting at Pachulski office in Los Angeles |

3

Exhibit "D"

| Transaction Date | Accounting Date | Name | Description | Billable Expenses | Notes |
|---|---|---|---|---|---|
| 05/04/11 | 06/24/11 | Creelman,William K | Travel | 45.90 | Travel to Pachulski law offices in LA to meet with No Fear and Gordon Brothers. |
| 05/05/11 | 05/18/11 | Pinlac,Carol J | Travel Meals | 73.86 | Meal in San Diego with J. Pomerantz and W. Creelman to prepare for No Fear hearing. |
| 05/05/11 | 06/24/11 | Creelman,William K | Travel | 28.00 | Parking while attending No Fear hearings in San Diego. |
| 05/05/11 | 06/24/11 | Creelman,William K | Travel | 91.80 | Travel to San Diego to attend No Fear hearings, including insider compensation motion. |
| 05/06/11 | 05/13/11 | Manning,JR | Travel | 43.48 | Car service from JFK to office; (Split between two engagements 33.3% to No Fear 33.3% and 66.7% to another matter) |
| 05/20/11 | 06/24/11 | Creelman,William K | Travel | 10.20 | Travel to Irvine to meet with George Blanco on No Fear case. |
| 05/23/11 | 06/20/11 | Koles,Alexander O | Travel | 51.00 | Miles to creditor meeting at Pachulski office |
| 05/23/11 | 06/24/11 | Creelman,William K | Travel | 45.90 | Travel to Pachulski law offices in LA for No Fear meeting. |
| 05/23/11 | 06/24/11 | Creelman,William K | Travel | 28.00 | Parking while attending No Fear meeting in LA. |
| 07/06/11 | 08/01/11 | PACER SERVICE CENTER | Outside Services | 179.76 | PACER SERVICE CENTER 03/01/11 - 06-30-11 |
| 07/20/11 | 08/01/11 | Koles,Alexander O | Local Travel | 39.00 | Parking No fear auction |
| 07/20/11 | 08/05/11 | Creelman,William K | Local Meals | 40.00 | Lunch with L. Haisha (UCC member), J. Pomerantz, G. Blanco, A. Koles to discuss No Fear auction. |
| | | | **TOTAL** | **$ 2,929.89** | |

4

Exhibit "E"

## PROFESSIONAL BIOGRAPHIES

### J.R. Manning, Managing Director

Mr. Manning is a managing director and group head of BDO Capital Advisor LLC's special situations practice ("BDO Capital" a wholly-owned subsidiary of BDO USA, LLP). With 29 years of professional experience, he has been active across the special situations market since 1983, with activity in investment banking, loan workout, operating restructuring, value investing, bankruptcy advising, and loan trading.

Prior to joining BDO Capital, Mr. Manning was the Chief Executive Officer of FTI Capital Advisors, the wholly-owned investment banking subsidiary of FTI Consulting. Mr. Manning has also led the special situations practice at other Wall Street firms, including Legg Mason Wood Walker and Rodman & Renshaw. He started the Global Bank Debt trading desk at Schroder Wertheim. Mr. Manning moved to Wall Street in 1992 at S.N. Phelps & Co., a well-known Greenwich, CT based "vulture investor." Mr. Manning began his career in 1981 with Manufacturers Hanover Trust, where he moved to "special loans" in 1983, and then did operating restructuring work for Dun & Bradstreet from 1987 to 1992.

### William K. Creelman, Managing Director

William K. Creelman is a Managing Director in the Business Restructuring Services ("BRS") practice of BDO USA, LLP ("BDO"); he heads the BRS office in Orange County, California. Mr. Creelman has over 25 years of experience in the finance industry, including 18 years in financial restructuring, and is a Certified Insolvency and Restructuring Advisor (CIRA). He specializes in providing restructuring advisory and transaction services in complex situations for distressed companies and their stakeholders, both inside and outside of bankruptcy. Mr. Creelman's industry experience includes restaurants, real estate, healthcare, manufacturing, energy, and entertainment/media. Mr. Creelman has extensive experience representing both debtors and creditors, including numerous unsecured creditor committees. He is a member of the TMA, AIRA and ABI.

### Rich Hauer, Managing Director

Richard S. Hauer is a Managing Director in the New York office of BDO. Mr. Hauer leads the Real Estate practice area for the Business Restructuring Services group. He has over 25 years experience in the commercial real estate industry and has spent a majority of that time acting as an advisor to a diverse client base consisting of REITs, retailers, financial institutions, creditors' committees and developers.

Exhibit "E"

**Patrick Nguyen, Sr. Vice President**

Mr. Nguyen is a Senior Vice President in BDO Capital's special situations practice and has over 10 years of experience working with troubled and distressed companies. Mr. Nguyen's special situation experiences include advising clients in M&A, divestitures, debt restructurings (both in and out of court), loan workouts, bankruptcies and corporate turnarounds. He has advised troubled companies, secured lenders, financial sponsors, unsecured lenders, and unsecured creditors' committees in the telecommunication, bakery, manufacturing, retail, and wholesale distribution industries.

**Carol Pinlac, Manager**

Carol Pinlac is a Manager in the Business Restructuring Services practice of BDO in the Costa Mesa, California. Ms. Pinlac specializes in providing restructuring advisory and transaction services in complex situations for distressed companies and their stakeholders, both inside and outside of bankruptcy. Her industry experience includes casino gaming, hospitality, entertainment/media, manufacturing, and real estate. Prior to joining BDO, Ms. Pinlac worked in Bank of America's Global Corporate and Investment Banking group where she advised companies on capital-raising, restructurings and recapitalizations. Ms. Pinlac worked in corporate strategy for Mattel where she developed growth and cost optimization strategies to improve operating performance. Her experience also includes advising various real estate stakeholders in market and financial feasibility as well as the positioning, repositioning, and optimization of real estate assets. Ms. Pinlac earned her Bachelor's degree in Economics from the University of California, Los Angeles. She received her Master's in Business Administration from the University of Chicago Booth School of Business with concentrations in Finance, Accounting and Strategic Management.

**Don Levy, Manager**

Don Levy is a Manager in BDO's Business Restructuring Services practice in New York. He is a Certified Public Accountant with experience advising clients in areas of bankruptcy and insolvency, restructuring and turnaround matters and M&A due diligence. His industry experience includes Real Estate, Retail, Manufacturing, Apparel, Consumer Products Group companies and Logistics Services.

**Alexander Koles, Senior Associate (Senior)**

Alexander Koles is a Senior Associate in BDO's Business Restructuring Services practice in Costa Mesa, California. He specializes in providing restructuring advisory and transaction services in complex situations for distressed companies and their stakeholders, both inside and outside of bankruptcy. Mr. Koles' industry experience includes working with and/or for entertainment/media, aerospace, defense, government, and retail firms.

Exhibit "E"

**Mike Tebesceff, Senior Associate (Senior)**

Mike Tebesceff is a Research Analyst in the BDO's Business Restructuring Services Group in New York and has worked on cases regarding bankruptcy and insolvency. Prior to joining BDO Consulting, he worked as an intern in the investment banking department at Susquehanna International Group and assisted the head of capital markets in the execution of initial public offerings and follow-on offerings. Mike earned a B.S. in Business Administration with a concentration in Finance from Drexel University.

**Naushon Vanderhoop, Senior Associate (Senior)**

Naushon Vanderhoop is a Senior Associate with BDO's Business Restructuring Services practice. Ms. Vanderhoop manages all billing and related monthly, interim and final fee application preparation for the Business Restructuring Services practice in New York. She also assists BCCA and other BDO offices with billing for bankruptcy matters as needed. Ms. Vanderhoop's responsibilities also include various other administrative tasks. Ms. Vanderhoop earned a B.S. in Business Administration from Georgetown University.

**Jordan Joseph, Investment Banking Analyst (Staff)**

Jordan Joseph is an Investment Banking Analyst for BDO Capital, in the special situations practice in New York. Mr. Joseph has worked on bankruptcy transactions and private placement offerings. Prior to joining BDO Capital full-time, Mr. Joseph was an intern in the firm's special situations practice where he worked closely with senior bankers providing analytical and transactional support. His previous professional experiences include internships with the financial services division of PricewaterhouseCoopers LLC and with the Global Corporate & Investment Banking group at Bank of America. Mr. Joseph graduated Magna Cum Laude from Pennsylvania State University's Smeal College of Business with a Bachelor of Science degree in finance.

**Matthew Lapish, Associate (Staff)**

Matthew is an Associate in the Special Situations Group of BDO Capital, where he provides financial advisory services to companies in distress and bankruptcy. Prior to BDO Capital, Matthew spent 4 years working in Credit Risk Management functions at Bank of America and Exelon Energy. Matthew holds a B.A. from Wittenberg University and a MBA from Babson College.

**Migdalia Gomez, Para-Professional**

Migdalia Gomez is a Para-Professional in BDO's New York office. Ms. Gomez assists in the preparation of invoices, fee applications and related data for the Business Restructuring Group in New York; she also assists BCCA and other BDO offices with billing in bankruptcy matters as needed.

1   WILLIAM CREELMAN
2   **BDO USA, LLP**
    3200 Bristol Street, 4th Floor
3   Costa Mesa, CA. 92626
    Telephone Number:   (714) 668-7324
4   Facsimile Number:   (714) 913-2584
    bcreelman@bdo.com
5
    **Financial Advisor for the Official Committee of**
6   **Unsecured Creditors of No Fear Retail Stores,**
    **Inc. and Simo Holdings, Inc.**
7                          **UNITED STATES BANKRUPTCY COURT**

8                          **SOUTHERN DISTRICT OF CALIFORNIA**

9   | In re | Case No.  11-02896-MM11 |
10  | | (Jointly Administered with Case Nos. 11-02987-MM11; 11-02898-MM11) |
    | NO FEAR RETAIL STORES, INC., a California corporation, SIMO HOLDINGS | |
11  | INC., a California corporation and NO FEAR MX, INC., a California corporation, | |
12  | | Chapter 11 |
13  | | **FIRST INTERIM FEE APPLICATION AND CERTIFICATION OF BDO USA, LLP, FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSMENT OF EXPENSES FOR THE PERIOD FROM MARCH 28, 2011 THROUGH AUGUST 31, 2011** |
    | Debtors. | |
14
15
16
17
18  | | Date:  October 20, 2011 |
    | | Time:  2:00 p.m. |
19  | | Place:   Department 1 |
    | | Judge: Judge Margaret Mann |
20

21  STATE OF CALIFORNIA      }
                             }SS:
22  COUNTY OF ORANGE         }

23  I, WILLIAM CREELMAN, declare under the penalty of perjury as follows:

24
25  1.    I am a Managing Director of the firm of BDO USA, LLP ("<u>BDO</u>" or "<u>my firm</u>"), a New
          York registered limited liability partnership, a national accounting and consulting firm
26        consisting in part of certified public accountants, with offices located at 135 W. 50th
          Street, New York, New York, 10020 and other locations throughout the United States,
27        including 3200 Bristol Street, 5th Floor, Costa Mesa, CA 92626, which is the office in
          which I reside.
28

BDO USA, LLP

2.      I have reviewed BDO's *First Interim Fee and Certification of BDO USA, LLP, Financial Advisor for the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses* (the "Application") for the period March 28, 2011 to August 31, 2011 (the "Application Period") and this declaration is submitted in support of the application.

3.      To the best of my knowledge, information and belief formed after reasonable inquiry, the Application complies with the United States Trustees Guidelines issued March 22, 1995, by the U.S. Department of Justice (the "U.S. Trustee Guidelines").

4.      In providing a reimbursable service, BDO does not make a profit on that service.

5.      In charging for a particular service, BDO does not include the amortization of the cost of any investment equipment or capital outlay.

6.      In seeking reimbursement for third party services, BDO requests reimbursement only for the amount billed to BDO by the third-party.

7.      To the best of my knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought fall within the U.S. Trustee Guidelines, unless specifically noted herein and in the Application and except to the extent that fees or disbursements sought are prohibited by the U.S. Trustee Guidelines.  The fees and disbursements sought are billed at rates and in accordance with practices customarily employed by BDO and generally accepted by BDO's clients.

8.      Pursuant to the Local Bankruptcy Rule 2016-2(b), attached hereto as **Exhibit "A"** is Form CSD 1143.

9.      A summary of the fees and expenses incurred by BDO in this chapter 11 case, during the Application Period as well as copies of the records maintained in the ordinary course of business by BDO are provided in **Exhibits "B" through "D"** annexed to the Application.

10.     The following is a summary of the total fees and expenses incurred by BDO during this application period:

| | |
|---|---|
| FEES | $286,451.62 |
| EXPENSES | 2,929.89 |
| TOTAL | $289,381.51 |

11.     BDO has received from, or on behalf of, the Debtors $191,832.13 for reimbursement of fees and expenses in this chapter 11 cases as Financial Advisor to the Official Committees of Unsecured Creditors.  None of the compensation to be paid to BDO, from or on behalf

of the Debtors, will be divided or shared with any other person other than the members, associates and employees of BDO.

12.  I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 16th, 2011
at Costa Mesa, CA

_____
**WILLIAM CREELMAN**

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 10100 Santa Monica Blvd., 13th Fl., Los Angeles, CA  90067

A true and correct copy of the foregoing document described as **FIRST INTERIM FEE APPLICATION AND CERTIFICATION OF BDO USA, LLP, FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEES OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MATCH 28, 2011 THROUGH AUGUST 31, 2011** will be served or was served in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 18, 2011,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

⊠    Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:** On **September 18, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

⊠    Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 18, 2011,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in September to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

⊠    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | Patricia Jeffries | | /s/ Patricia Jeffries |
|---|---|---|---|
| Date | Type Name | | Signature |

## I. VIA NEF

- Robert R. Barnes    bbarnes@allenmatkins.com, bcrfilings@allenmatkins.com
- Andre Boniadi   abonaidi@bzlegal.com
- Dennis D. Burns   dburns3@san.rr.com
- Jeffrey D. Cawdrey    jcawdrey@gordonrees.com, ebojorquez@gordonrees.com
- Theodore A. Cohen   tcohen@sheppardmullin.com
- Jeffrey W. Dulberg    jdulberg@pszjlaw.com
- Jonathon Scott Dutcher    LewisL01@mcao.maricopa.gov
- Christine Fitzgerald    cfitzgerald@scckg.com
- Roger F. Friedman    rfriedman@rutan.com
- Thomas M. Geher    tmg@jmbm.com
- Matthew Gold    courts@argopartners.net
- Jeffrey Goodfried    jgoodfried@perkinscoie.com
- Barry Gore    bgore@scckg.com
- Charles B. Harris    charris@airlegal.net, ls@harris.sdcoxmail.com
- Sue J. Hodges    sue.hodges@klgates.com
- Mark S. Hoffman    mshllh@aol.com
- Haeji Hong    Haeji.Hong@usdoj.gov, USTP.Region15@usdoj.gov;
  shannon.m.vencill@usdoj.gov; tiffany.l.carroll@usdoj.gov
- Brian D. Huben    brian.huben@kattenlaw.com, carole.levine@kattenlaw.com
- Gregory K. Jones    gjones@stutman.com
- Gregory Jung    gjung@wendel.com
- Bernard Kornberg    bjk@severson.com
- David S. Kupetz    dkupetz@sulmeyerlaw.com
- Annie Li   Annie.Li@skadden.com
- Emily Ma   Emily.Ma@skadden.com
- Randall P. Mroczynski    rmroczynski@cookseylaw.com
- Ramon Naguiat    Ramon.Naguiat@skadden.com
- Jeffrey N. Pomerantz    jpomerantz@pszjlaw.com, scho@pszjlaw.com
- Hamid R. Rafatjoo    hrafatjoo@venable.com, jnassiri@venable.com; ataylor@venable.com;
  bclark@venable.com
- Julie H. Rome-Banks   Julie@bindermalter.com
- Stephanie M. Siedl    sseidl@sheppardmullin.com
- Daniel Silva    dsilva@gordonrees.com
- United States Trustee    ustp.region15@usdoj.gov
- Steven F. Werth    swerth@sulmeyerlaw.com
- Dennis J. Wickham    wickham@scmv.com, havard@scmv.com

## II. VIA U.S. MAIL

AFCO
Dept. LA 21315
Pasadena, CA 91185

Benjamin Seigel
Buchalter Nemer A Professional
Corp
1000 Wilshire Bouleward, Suite
1500
Los Angeles, CA 90017-2457

Claims Recovery Group
92 Union Ave
Cresskill, NJ 07626

Creative Publishing Solutions,
Inc.
Mall Marketing Media
1877 W. 4000 S.
Roy, UT 84067

DACA 2010L, LP
1565 Hotel Circle South, Suite
310
San Diego, CA 92108

Dan McAllister
Treasurer-Tax Collector
Attn: Bankruptcy Desk
1600 Pacific Highway, Rm 162
San Diego, CA 92101

Don Emler
18033 South Santa Fe
Compton, CA 90221

Ernie Zachary Park
BEWLEY, LASSLEBEN &
MILLER, LLP
13215 E. Penn Street
Suite 510
Whittier, CA 90602-1797

Estate of William Zimmerman III
Sean P. O'Brien
Gust Rosenfeld PLC
One East Washington
Suite 1600
Phoenix, AZ 85004

Ford Motor Credit Co.
c/o Randall P. Mroczynski, Esq.
Cookesy Toolen Gage Duffy &
Woog
535 Anton Blvd. 10th Flr.
Costa Mesa, CA 92626

Ford Motor Credit Co.
PO Box 7172
Pasadena, CA 91109-7172

GGP Limited Partnership
110 North Wacker Drive
Chicago, IL 60606

Ikon Financial Services
Bankruptcy Administration
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

Imperial County Treasurer – Tax
Collector
940 West Main Street, Ste 106
El Centro, CA 92243

Joel F. Crystal
Centro Properties Group
420 Lexington Avenue
Seventh Floor
New York, NY 10170

John O. Cronin
Cronin & Cronin
225 East Third Avenue
Escondido, CA 92025-4203

Kern County Treasurer and Tax
Collector Office
Attn: Bankruptcy Division
c/o Linda Delgado
PO Box 579
Bakersfield, CA 93302-0579

Simon Property Group, Inc.
225 W. Washington Strret
Indianapolis, IN 46204

Texas Comptroller of Public
Accounts
Mark Browning
P.O. Box 12548
Austin, TX 78711-2548

Tulare County Tax Collector
Attn: Martina Ceballos, Deputy
Tax Collector
221 S Mooney Blvd Rm 104-E
Visalia, CA 93291-4593

## III. VIA EMAIL

George Blanco  gblanco@avantadvisory.com
Jonathan Brown, Esq.  jbrown@lglaw.com
Bill Bussiere  bill.bussiere@lajollagroup.com
John O. Cronin, Esq.  john@croninandcronin.com
Joel F. Crystal, Esq.  joel.crystal@centroprop.com
Van C. Durrer, II, Esq.  van.durrer@skadden.com
Don Emler  dre@fmfracing.com
Josh Garver  jgarver@venturico.com
Ken Glowacki  kglowacki@gibsondunn.com
Ivan M. Gold, Esq.  igold@allenmatkins.com
Lorraine Green, Analyst  lorraine.green@usdoj.gov
Laith Haisha  laith@jandjclothing.com
Jared Hickey  jared@serigraphic-screen.com
Nicole Kelley  nkelley@o21na.com
Josh Kritman  josh@snrgy.net
Dean Landis  dlandis@egcap.com; jricchiuti@egcap.com
Thomas J. Leanse, Esq.  Thomas.leanse@kattenlaw.com
Jamie Leigh Middleton  email4jlm@aol.com
Cecilia Morales  cemorales@firemaster-mpc.com
Jorge Navarro  silverind@aol.com
Ernie Zachary Park, Esq.  ernie.park@bewleylaw.com
Jeffrey M. Pomeroy  jpomeroy@bayerproperties.com
Drink Scheiber  dscheiber@thebartgroup.com
Jim Skelton  jim@jaskelton.com
Jeff Surwall  surwall@yahoo.com
Matthew B. Venturi  mventuri@venturico.com

Ryan White  Ryan@srh.com
Scott Benjamin  scottb@nofear.com